## Federal Trade Commission Exhibits

### VOLUME I

**Computer Technology Professionals**
Exhibit 1   Edward F. Skoudis, Computer Security Expert
Exhibit 2   Jerome Segura, Senior Security Researcher, Malwarebytes

**Ex-Employees of Vast Tech Support**
Exhibit 3   Ramon Chevalier, Telemarketer
Exhibit 4   Shelly Guerrero, Telemarketer
Exhibit 5   Adam Timmons, Systems Administrator

**Consumers of Vast Tech Support**
Exhibit 6   Brandon Elkin
Exhibit 7   Steven Hill
Exhibit 8   Timothy Huff
Exhibit 9   Mary Ann Littleton
Exhibit 10  Louis Passano
Exhibit 11  Sandra Spiller
Exhibit 12  Patricia Trussler

### VOLUME 2

**FTC Staff**
Exhibit 13  Martha Vera, Investigator
Exhibit 14  Michael Kraemer, Paralegal
Exhibit 15  Thomas Van Wazer, General Attorney - Forensic Accountant

### VOLUME 3

Exhibit 16  Reeve Tyndall, Investigator
Exhibit 17  John Aiken, Investigator
Exhibit 18  Neil Packard, Litigation Support Manager
Exhibit 19  Calvin Brown, Computer Forensic Examiner
Exhibit 20  Tina Del Beccaro, Information Technology Specialist
Exhibit 21  Randall Clark, Information Technology Specialist
Exhibit 22  Ajay Patel, Technical Computer Forensic Examiner
Exhibit 23  Hugh Huettner, Lead Technical Computer Forensic Examiner

**Other Declarations**
Exhibit 24  Derek Booth, Records Analyst, Florida Department of Agriculture and Consumer Services
Exhibit 25  Michael Old, Consumer of Yorkshire Bullion