# Exhibit 1

## DECLARATION OF EDWARD F. SKOUDIS

### PURSUANT TO 28 U.S.C. § 1746

I, Edward F. Skoudis, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.     I am a U.S. citizen over the age of 18.

2.     I have over 17 years' experience working in computer security and privacy issues for companies such as Bell Communications Research (Bellcore), SAIC, Global Integrity, and Predictive Systems. I am a co-founder of the information security consulting and research firm InGuardians, as well as the information security challenge and simulation development firm Counter Hack Challenges.

3.     My work has focused on incident response, malware analysis, and penetration testing, providing consulting services to telecommunications providers, large financial services firms, the US Government, the US Military, and other organizations. Since 1999, I have served as a senior instructor with the SANS Institute, teaching over 3,000 students per year in the topics of computer incident response and penetration testing. I am also a SANS Fellow, as well as a board member of the SANS Technology Institute.

4.     I also received the Microsoft MVP award for server security each year from 2004 to 2012, based on my contributions to helping improve the state of the information security community.

5.     Attached hereto as Attachment A is a true and correct copy of my expert report that is based upon my experience, the research I performed, and evidence provided by the Federal Trade Commission.

I state under penalty of perjury that the foregoing is true and accurate.

Dated:  Nov 5, 2014

_____
Edward Skoudis

**EXHIBIT 1**
**FTC-VAST-000001**

# Expert Witness Report

# Analysis of Evidence for Vast Tech Support - Calls 1, 2, and 3

## By Edward F. Skoudis

## Report date: October 31st, 2014

### Table of Contents

Executive Summary ................................................................................................................ 2

Background Information ......................................................................................................... 2

  Witness Qualifications ....................................................................................................... 2

  Previous Cases in Which Witness has Testified ................................................................. 3

  Compensation .................................................................................................................... 3

Definition of Terms ............................................................................................................... 4

Background Terminology ....................................................................................................... 4

Opinions and Summary of Events ......................................................................................... 4

Pre-Call Analysis .................................................................................................................... 7

PC HealthBoost Analysis ........................................................................................................ 8

  Windows Registry Cleaners ............................................................................................... 8

  Technical Capabilities ..................................................................................................... 10

  Marketing Claims ............................................................................................................ 15

Call Analyses ........................................................................................................................ 19

  Supposed Proof of Computer Problems .......................................................................... 20

  Maintenance and Clean-up of the Computer ................................................................. 21

  Transcript Analyses ......................................................................................................... 23

Script Analysis ..................................................................................................................... 32

Post-Call Analyses ............................................................................................................... 36

  Installed Software ........................................................................................................... 36

Appendix A: Evidence Inventory .......................................................................................... 37

**EXHIBIT 1**
**FTC-VAST-000002**

## Executive Summary

FTC employees searched online, downloaded, and installed PC HealthBoost, which claims that it "dramatically increases PC speed, performance, and stability." In three separate tests using undercover identities, email addresses, and freshly-installed systems, PC HealthBoost found over four hundred of what it classified as "Errors" with each system. Upon investigation, I have found that the vast majority of these so-called "Errors" are falsely classified as such, and are in many cases benign or actually the intended behavior of the system.

After running the scan with PC HealthBoost, in each case the FTC employee purchased the software, and was then instructed by the post-purchase web page to activate their new software by dialing a given number. Upon calling this number, the FTC employees (under their undercover identities) were guided through allowing the Vast Tech Support (also known as OMG Tech Help) representatives to remotely control the FTC employees' computer.

The representatives activated the software, then proceeded to do a "quick diagnostic" consisting of a series of steps involving looking at built-in Windows utilities (such as Task Manager and Event Viewer). In all three calls, this supposed diagnostic resulted in the representative making a strong recommendation for a "one time repair, infection sweep, and tune up" costing $249.97 – despite the clean state of the FTC employees' computer. In the second call, an accidental disclosure of a nearby wireless access point labeled "FTC_Guest_Access" seems to have caused the representative to finish the call as quickly as possible, before accepting payment. In the first and the third calls, when the FTC employee purchased these services, the actions taken by the representative had no appreciable effect on the FTC employees' computer's performance or stability.

## Background Information

This document was prepared by lead analyst Ed Skoudis and the team under his direction at Counter Hack, LLC. This analysis was performed for the Federal Trade Commission, based on evidence provided by FTC personnel. The analysis occurred during the months of July through September in 2014.

Witness Qualifications

Edward F. Skoudis has 17 years' experience working in computer security and privacy issues for companies such as Bell Communications Research (Bellcore), SAIC, Global Integrity, and Predictive Systems. He is a co-founder of the information security consulting and research firm InGuardians, as well as the information security challenge and simulation development firm Counter Hack Challenges. Mr. Skoudis' work has focused on incident response, malware analysis, and penetration testing, providing consulting services to telecommunications providers, large financial services firms, the US Government, the US Military, and other organizations. Since 1999, Mr. Skoudis has served as a senior instructor with the SANS Institute, teaching over 3,000 students per year in the topics of computer incident response and penetration testing. Mr. Skoudis is also a SANS Fellow, as well as a board member of the SANS Technology Institute, an accredited Masters of Science program.

Mr. Skoudis has testified before the US Senate regarding computer attacks against financial services firms, and participated on the White House project to design the Trusted Internet Connection architecture for all US Government agency connections to the Internet. Mr. Skoudis has also received the

**EXHIBIT 1**
**FTC-VAST-000003**

Microsoft MVP award for server security each year from 2004 to 2012, based on his contributions to helping improve the state of the information security community.

Mr. Skoudis' publications include, but are not limited to, the following:

> Book: *Counter Hack: A Step-by-Step Guide to Computer Attacks and Effective Defenses* (2001), Prentice Hall

> Book (co-authored with Lenny Zeltser): *Malware: Fighting Malicious Code* (2003), Prentice Hall

> Book (co-authored with Tom Liston): *Counter Hack Reloaded* (2006), Prentice Hall

> Book (contributed three chapters): *Cyberpower and National Security* (2009), National Defense University

> Course (primary author): *SANS Security 504: Hacker Attacks and Incident Handling*, 6-day course on how to respond to computer attacks.

> Course (primary author): *SANS Security 560: Network Penetration Testing and Ethical Hacking*, 6-day course on how to find computer flaws to help improve defenses

> Course (sole author): SANS Security 531: *Windows Command-Line Kung Fu*: a 1-day course on how to analyze infected Windows machines using the command line

> Course (primary author): SANS Security 517: *Cutting Edge Hacking Techniques*: a 1-day course on late-breaking computer attacks and how to defend against them

> Course (co-author): SANS Security 580: *Metasploit for Enterprise Penetration Tester*: a 2-day course on penetration testing tools and methodologies

> Article (co-authored with Tom Liston): *Hiding Virtualization from Attackers and Malware*, IEEE Security and Privacy Magazine, May 2007

Mr. Skoudis has also been quoted in publications such as Consumer Reports, Information Security Magazine, Government Computer News, and many others. He has been featured on CNN, MSNBC, Japanese television, and the BBC. Mr. Skoudis graduated Summa Cum Laude from the University of Michigan with a BS in Electrical Engineering, and earned his Master of Science degree in Information Networking from Carnegie Mellon.

Previous Cases in Which Witness has Testified

Although Mr. Skoudis has provided expert witness services to government agencies and law firms since 2002, he has not been called on to testify in court.

Compensation

The Federal Trade Commission pays for the expert witness services of Mr. Skoudis and his team at a rate of $ 220 per hour for approximately 31 hours, at a total price of approximately $6,820.

**EXHIBIT 1**
**FTC-VAST-000004**

*Definition of Terms*

Representative - The representative of the company that is the target of the investigation. In the case of multiple representatives, the representative shall always be the one responsible for the referenced piece of evidence.

Customer - The investigator acting the part of the customer in the telephone calls with the representative.

*Background Terminology*

Event Viewer – a built-in Windows utility that displays very detailed information about prior events on Windows computers. Events are categorized as Critical, Error, Warning, Information, or Verbose. These events can be helpful in troubleshooting specific problems, but the number of events and their categorized severity do not necessarily indicate any underlying issues with a Windows system. Event Viewer is the name of the application, whereas the prior events displayed inside Event Viewer are referred to as "event logs" or "event log entries".

Task Manager – a built-in Windows utility that displays information about current programs, processes, and services running on a Windows computer. Computer users can also utilize Task Manager to monitor performance or close non-responsive applications.

System Configuration (msconfig) – msconfig is a built-in Windows utility that allows users to view, disable, or re-enable some programs that automatically load on startup. It does not monitor all startup locations.

Windows Registry – The Windows Registry is a database of information about hardware, installed programs and settings, and user profile information. Ordinarily, users don't need to edit the registry directly or use registry cleaners. Microsoft strongly recommends backing up the registry before making any changes.

*Opinions and Summary of Events*

An FTC employee (also referred to as "the customer" in this report) used a computer with a fresh installation of Microsoft Windows, installed software called PC HealthBoost on the machine, and then called Vast Tech Support to record the interaction. After completing the first support session, the customer's computer was re-imaged (effectively brought to a freshly-installed state again) and the process was repeated twice more, for a total of three support sessions. The customer, when asked by the representative, used slightly different language to describe the state of their computer for each call:

- Call 1 customer phrasing: "Yeah, it just seems slow, and it freezes up sometimes."
- Call 2 customer phrasing: "Well, it's been a little slow."
- Call 3 customer phrasing: "It was running a little slow so I was a little concerned about it."

**EXHIBIT 1**
**FTC-VAST-000005**

The evidence provided to me consisted of the following items:

- Recorded audio from each of the three separate phone support sessions.
- Three sets of three bit-for-bit copies of the customer's hard drive from the Windows computer. In each of the three sets, there were three images of the computer's file system: one taken after installation of Windows, one taken after FTC employees installed anti-virus software and scanned the machine just before the call, and one taken after the call. In total, there were nine hard drive images provided.
- Memory images of the customer's computer from the first and third calls.
- A series of digital photographs of the customer's Windows desktop monitor taken during the support sessions (using a camera separate and independent of the Windows machine under analysis):
  - The first support session had three hundred and six (306) digital photographs
  - The second support session had one hundred and three (103) digital photographs
  - The third support session had five hundred and forty-five (545) digital photographs
- A scanned document, introduced as the technicians' script

In order to form my expert opinion, I took the following actions:

1. I verified that the bit-for-bit copies of the hard drive provided by the FTC were intact and that nothing had changed between when the FTC had created them and when I received them. I also ran three separate anti-virus tools against the entire pre-call hard drive images to rule out pre-existing malware. The initial machines were clean and uninfected by malware.
2. I transcribed the recorded phone conversations and compared the stated claims of the representative to the hard drive images and screenshots provided by the FTC. My analysis of the call itself can be found in the "Call Analysis" section below.
3. I examined the software used by Vast Tech Support on a separate laboratory machine. My analysis of PC HealthBoost (which the representative used to deceive the customer) can be found in the "PC HealthBoost Analysis" section below.
4. I examined the provided technicians' script and compared it to industry practices and the provided phone conversations
5. Throughout my examination, I also researched several items of potential interest and included that information where relevant.

In my expert opinion, the tasks performed by the representatives on all three recorded calls with the customer were based on a pre-written script and designed to deceive the customer into always falsely believing his computer had a number of serious issues, regardless of the actual state of the computer. From a technical perspective, the interactions between the representatives and the computer system revealed no malware or "trace damage" (a phrase used by the representatives on Calls #1 and #3). The representatives were clearly attempting to convince the customer to pay for security software and maintenance services on a clean system.

My pre-call analysis of the computer system images indicates that the customer's computer was completely clean and free of any malware or malicious activity prior to the call. In fact, the computer was in near pristine condition before each of the calls. For Calls #1 and #2, according to registry analysis, the operating system had been installed on March 13th, 2014, with extremely minimal activity before the calls took place. For Call #3, the operating system was installed April 17th, 2014. The computer was re-imaged

5

**EXHIBIT 1**
**FTC-VAST-000006**

(effectively re-installed) between the completion of the first undercover session and the beginning of subsequent undercover sessions.

Between the pre-call hard drive image and the actual calls, the customer downloaded and installed PC HealthBoost, a product that claims to "Boost PC Speed & Performance Now". After running a local scan, PC HealthBoost found a large number of "Errors" (424 on the first call, 462 on the second call, and 408 on the third) and encouraged the customer to purchase and register the product in order to fix these "Errors". Further analysis of PC HealthBoost and the deceptive nature of these identified "Errors" is detailed later in this report.

After reviewing the hard drive images, memory images, recorded audio evidence, and the digital photographs, I believe that the statements made by the representatives to the customer, as well as the actions taken by the representatives, were following a pre-planned scripted interaction designed to always come to the conclusion that the computer has a number of issues, regardless of the actual state of the computer system. Even if the Windows desktop was uninfected and freshly installed, as the customer's computer was for each call, the representatives would – by following the pre-planned script - always come to the conclusion that the computer had serious issues and needed immediate maintenance and software.

The information cited by the representatives as proof of these computer problems appears specifically chosen to look overly complex and appear to be evidence of actual concerns to a non-technical computer user. For example, the Event Viewer program that the representative shows to the customer almost always has a large number of event logs entries categorized as warnings and errors based on the normal functioning of a Windows computer system, no matter the actual state of the computer.  Such warnings and errors are due to routine activities on the computer system, and are present even if the machine is in perfect operating order.

Furthermore, the information cited by the representatives appears to be chosen intentionally to prey on the lack of technical knowledge on the part of the customer. Many of the information items presented on and about the customer's computer seem to have been chosen by the representatives' company for their visual effect, rather than any meaning they convey about the actual state of the customer's computer. Notably, the built-in Windows Event Viewer program, with its flashy yellow and red warning and error event log entries, appears to be a primary means of convincing the customer of issues and "trace damage" (which is not a generally recognized term in the information technology industry) on the customers' computer.  Yet, in my analysis, the specific warnings and error messages identified during the calls by the representative on the three pre-call hard drive images had nothing whatsoever to do with the machine being infected or under computer attack.

Once the customer was convinced of the need for maintenance and provided payment, the representatives ran a small number of free utilities in short succession. These utilities had no correlation to the warnings and errors in the event log which the representatives used to convince the customers that their computers had severe issues. The representative referred to these fake issues as "errors", "trace damage", or "corruption".

In my expert opinion, the representatives' descriptions of the state of the computer were both highly misleading and in some cases technically incorrect. Details of these misrepresentations are included in the "PC Healthboost Analysis" and "Call Analyses" section below.

EXHIBIT 1
FTC-VAST-000007

Additionally, the representatives' cleanup process relied on the use of versions of software whose license requires the actual end-user to accept the license agreement. In one case (Malwarebytes Anti-Malware), the software license explicitly forbids using the free version of the software for "computer repair, help desk, or troubleshooting service". The representatives accepted these license agreements for software to be installed on the customer's computer on the customer's behalf without the customer's acceptance. It is important to note that the software utilities installed by the representative did not significantly affect the performance of the machine.

*Pre-Call Analysis*

My analysis of the hard drive images show no presence of malware or malicious activity before the calls. No suspicious start-up events or processes are visible on the machine. In fact, the overall number of installed programs is quite low and the lack of historical data indicates that the computer system was recently installed. In further evidence of a recent installation, the InstallDate registry key shows the Windows installation was completed on March 13th, 2014 at 12:40:05 (UTC) on the hard drive images for Calls 1 and 2, and April 17th, 2014 at 16:43:27 (UTC) on the hard drive image for Call 3.

In addition to manual inspection, I confirmed the clean state of the computer system by using both commercial and free anti-virus and anti-malware scanning tools. I used these tools to scan the pre-call hard drive images to detect any malware or infections present on the system. I used Malwarebytes, McAfee Stinger, and ClamWin, which are three separate and independent malicious infection detection suites. I scanned all of the pre- and post-call images using each of these three tools, none of which found any malware or infections on the systems. In summary, both manual inspection as well as three automated scans from different tools shows that no malware or infections were present on the pre-call machine images.

In my expert opinion, the initial state of the computer system was uninfected and without security compromise. This conclusion is drawn from the following evidence:

### Call 1

Evidence Item 2a: Call#1\Images\UCC_20140320\UCC_20140320.*

Evidence Item 2b: Call#1\Images\UCC_20140331\UC_Calls_002.*

### Call 3

Evidence Item 2g: Call#3\Images\UCC_20140418\UC_Calls_001.*

Evidence Item 2h: Call#3\Images\UCC_20140421\UCC_20140421.*

After the pre-call hard drive images were taken, for each call the customer installed PC HealthBoost, then ran a local scan using PC HealthBoost. My analysis of PC HealthBoost follows this section.

**EXHIBIT 1**
**FTC-VAST-000008**

*PC HealthBoost Analysis*

PC HealthBoost, the software installed by the customer before the call, showed a large number of what the software referred to as "Errors" based on its initial scan. Considering the lack of any malware on the system and the recent installation date, categorizing the issues found by the initial PC HealthBoost scan as "Errors" is a concern. Further analysis shows PC HealthBoost is deceptive in how it classifies so-called "Errors."

I examined PC HealthBoost's technical capabilities and its marketing claims. The "System Scan" feature is the most featured online and the most feature-rich, and it is where I spent the majority of my analysis time.

As PC HealthBoost would generally be categorized as a "registry cleaner", I will first examine that concept.

Windows Registry Cleaners

In general, Windows and most applications do a very good job maintaining the performance of the Windows registry. So-called "registry cleaners" are usually unnecessary. Microsoft has a web page (http://support.microsoft.com/kb/2563254) with the below information:

> *The Windows registry is a database of settings for all hardware, software, and user preferences on your computer that controls how Windows interacts with your hardware and applications. Windows continually references the registry in the background and it is not designed to be accessed or edited.*
>
> *Some products such as registry cleaning utilities suggest that the registry needs regular maintenance or cleaning. However, serious issues can occur when you modify the registry incorrectly using these types of utilities. These issues might require users to reinstall the operating system due to instability. Microsoft cannot guarantee that these problems can be solved without a reinstallation of the Operating System as the extent of the changes made by registry cleaning utilities varies from application to application.*
>
> *A damaged Windows registry can exhibit a range of symptoms including excessive CPU utilization, longer startup and shutdown times, poor application functionality or random crashes or hangs. These random crashes and hangs can ultimately lead to data loss due to the systems inability to save data back to the storage location during the occurrence.*
>
> – Microsoft (http://support.microsoft.com/kb/2563254)

According to the above information, registry cleaners have the potential to cause the very kind of damage that PC HealthBoost claims to fix.

While, in my expert opinion, there are some situations in which the Windows registry can have issues that need to be fixed, these are specific situations requiring precise fixes, and are not experienced by a large proportion of Windows users. A general "registry cleaner" has a fixed list of locations and items to scan for and remove, and accordingly registry cleaners are very unlikely to have the ability to scan for and resolve these specialized situations. Indeed, these registry cleaners have a strong incentive to claim

8

**EXHIBIT 1**
**FTC-VAST-000009**

to discover and resolve as many problems as possible – consumers would be less likely to purchase a registry cleaner if it claimed (for the majority of users) that there were no changes necessary.

As an example of registry issues with precise fixes, Microsoft has been providing "Fix It" solutions, which are downloadable programs to resolve specific, named issues. In many cases these "Fix It" programs are making changes to the Windows registry to resolve their associated issues.



*Figure 1: Microsoft Fix It Solutions*

Importantly, there is not one Microsoft "Fix It" program for all the possible issues Microsoft has identified. Each individual issue has a specific associated program. Even Microsoft, apparently, refrains from making unnecessary changes to the registry.

9

**EXHIBIT 1**
**FTC-VAST-000010**

Technical Capabilities

Though I agree with Microsoft's provided information on registry cleaners, I investigated the stated capabilities and actual functionality of PC HealthBoost in order to further understand why it believed the Windows installations used by the FTC had over four hundred "Errors".

After installation PC HealthBoost in a laboratory virtual machine, I examined the main feature – "System Scan". PC HealthBoost's System Scan has the following ten categories, which I will name and explain in the table below:

| Category | Explanation of Concept |
|---|---|
| Shared DLLs | Applications can have pieces of code stored in "Dynamic Link Libraries", or DLL's. These DLL's can be shared amongst programs. In versions of Windows prior to XP (which was released in 2001), it was more common to have applications sharing DLL's, which could result in problems if one application removed shared DLL's that another program was still depending on. In my testing of PC HealthBoost, legitimate built-in Windows DLL's were being marked as "Errors" to be removed, which could potentially cause further issues to computers which PC HealthBoost was run on. |
| Application Paths | The Windows registry has a list of specific programs that can be called by the program name, without specifying the full path (for example, "firefox.exe" instead of "C:\Program Files\Mozilla Firefox\firefox.exe"). This list is known as the "App Paths" registry key. This is a useful feature both for power users who can specify the program name in the Run menu (Windows Key + "R") and for developers. In my testing of PC HealthBoost, several App Paths that were originally created as part of the Windows installation were marked as "Errors", and many others in Call 1 in particular were flagged despite no noticed issues. |
| File Associations | Windows keeps track of which applications are associated with which file types. For example, Microsoft Office Word is normally associated with the "doc" and "docx" extensions. In my testing of PC HealthBoost, several file associations that were originally created as part of the Windows installation were marked as "Errors", and many others in the FTC calls were marked despite no noticed issues and very little usage. |
| Uninstall Entries | Applications, when installed, are supposed to enter information into the Windows registry about how to uninstall them. This information is parsed and displayed in the familiar "Add/Remove Programs" window. Rarely, some uninstallers will fail to remove the Add/Remove Programs entry even |

EXHIBIT 1
FTC-VAST-000011

| | after uninstalling the application. This is more common with very old uninstallers. In my testing of PC HealthBoost, I was unable to discover what made PC HealthBoost mark an entry as an "Error". Only one uninstall entry was flagged as an "Error" in each of the FTC calls. |
|---|---|
| COM and ActiveX Controls | For Internet Explorer, Microsoft created a kind of plugin (ActiveX, though COM controls were used as well, though more commonly prior to XP) that has access to the local system in much the same way as an installed application (like Firefox or Microsoft Word). In my testing of PC HealthBoost, eight registry entries that were originally created as part of the Windows installation were marked as "Errors", and a total of 116 "Errors" were flagged in each of the calls, despite no noticed issues and only a small amount of Internet Explorer usage. |
| MRU List | Windows and some applications have a feature to recall previously-used documents and programs, such as in the Word "Recent Documents" feature, or how the Start Menu shows more commonly-used applications first. This feature is generically called a "Most Recently Used" list, or an MRU list. In my testing of PC HealthBoost, many MRU list entries were marked as "Errors", despite functioning properly and being an actual feature. |
| Help Files | No Help Files "Errors" were claimed by PC HealthBoost in any of the FTC computers, so I did not perform further examination in this category. |
| Fonts | No Font "Errors" were claimed by PC HealthBoost in any of the FTC computers, so I did not perform further examination in this category. |
| Privacy Items | Many pieces of websites, such as their HTML and images, are marked by the server as cacheable. That way, the next time the user browses to that page, the user's web browser only has to confirm that its cached copy and the server copy are the same version, instead of downloading the file over again. Sites with sensitive information are normally not tracked, at the server's direction. In my testing of PC HealthBoost, all cached browsing files were marked as "Errors", which contributes a large amount to the total number of "Errors" claimed by PC HealthBoost. |
| Expired Cache Files | Windows provides several folders where applications can store temporary data. Examples of applications using these folders could include a temporary location to extract compressed archives ("zip files") or application logs. This information can be useful, but in some fairly rare scenarios an application can leave too much data in a temporary folder |

EXHIBIT 1
FTC-VAST-000012

|  | and potentially fill up the drive, before which Windows will offer to run a cleaning tool to remove these files. In my testing of PC HealthBoost, all temporary files (regardless of age or whether they were in use at the time of the scan) were marked as "Errors" to be removed. |

*Figure 2: PC HealthBoost "System Scan" Categories and Explanations*

Though each of these categories can have actual issues that legitimately affect Windows systems, in my laboratory virtual machines and in the FTC computers the "Errors" pointed out by PC HealthBoost had no material impact on performance.

As an example of a freshly-installed machine running PC HealthBoost, below is a digital photograph of the undercover FTC employee's computer after running a scan, but before placing the undercover call for Call 1.



*Figure 3: A digital photograph of the undercover FTC employee's computer during Call 1*

PC HealthBoost makes specific claims about each of these categories within the application. For example, below is a screenshot showing the "Expired Cache Files" category and the associated description:

12

**EXHIBIT 1**
**FTC-VAST-000013**



*Figure 4: PC HealthBoost's description of "Expired Cache Files" repair capabilities (screenshot from laboratory virtual machine)*

As background information, many applications will use temporary files as part of normal operations. Windows provides several locations built for this purpose – a writable location whose permanence is not guaranteed. Though sometimes applications don't remove their temporary files properly, normally this doesn't take a significant amount of disk space or affect performance. If Windows runs low on disk space, the built-in Disk Cleaner utility can remove temporary files to regain free space.

Contrary to PC HealthBoost's category title of "Expired" cache files, in my testing I found that all files in temporary directories (regardless of their last modified date or time) were marked as "Errors". To be clear – any application that makes a temporary file will be viewed by PC HealthBoost as an "Error" and be deleted (with a registered copy of PC HealthBoost – the unregistered version will only flag these files as "Errors").

Interestingly, some of the PC HealthBoost categories marked items as "Errors" even in the absolute best-case scenario. I created a fresh laboratory virtual machine of Windows XP SP3, which I didn't connect to the Internet until I downloaded and installed PC HealthBoost. No other software was installed, and no other actions were taken. Nonetheless, PC HealthBoost found a considerable number of "Errors", as shown in the screenshot below:

EXHIBIT 1
FTC-VAST-000014



*Figure 5: PC HealthBoost on a brand-new Windows installation*

Setting aside the items in the "Expired Cache Files" and "Privacy Items" categories, which could have been generated during the download of PC HealthBoost, the errors in the remaining categories are troubling. Finding "Errors" in a brand-new installation of Windows would seem to imply that Microsoft had errors in the registry as it's deployed on new systems. A more likely conclusion, in my expert opinion, is that PC HealthBoost is not as good a judge of registry issues as Microsoft is, and PC HealthBoost is miscategorizing these items as "Errors".

Even in the fresh installations of Windows the customer used for each of the calls, PC HealthBoost found over four hundred "Errors." To illustrate, some of these identified issues were:

- Category: "Expired Cache Files" - Every temporary file on the system, counted individually.
  - Such a count is misleading because the Windows operating system itself constantly creates temporary files as part of its normal behavior. These files do not constitute an actual problem; they are artifacts of normal system behavior and are always present on a running Windows system.
- Category: "Privacy Items" - Every web browsing cookie and downloaded file, counted individually.

14

**EXHIBIT 1**
**FTC-VAST-000015**

- o  Web browsing cookies exist for many reasons, most of which are completely benign. They are used by a web browser to keep a user logged in to websites (such as Facebook or Gmail), to store preferences for various web applications, and to provide other routine features of surfing the web. While some cookie behaviors could be malicious, all of the cookies on the system during the initial analysis were, in fact, benign. Yet, PC HealthBoost counted each as an individual "Error."
- Category: "MRU List" - Every recorded "Most Recently Run" list entry, counted individually.
  - o  The "Most Recently Run" list in Microsoft Word, for example, is the feature that shows which recent documents have been opened. This is a feature Microsoft built in to many parts of Windows and Office so that users can easily access recently used files. Labeling this benign, but highly useful, Microsoft feature working properly as an "Error" is entirely incorrect.
- Categories: "File Associations" and "Fonts" - Incorrectly parsed "Font Entries" and "File Associations" entries in the registry.
  - o  Information on Windows fonts and file associations (such as ".docx" being associated with Microsoft Word) is held in the registry. It is possible for some of the entries for these items to be incorrect. It is possible PC HealthBoost may be able to fix the rather rare issues of these types In the laboratory virtual machine I tested, however, many original entries – in other words, registry entries from a fresh Windows installation – were incorrectly flagged as being "Errors".

After PC HealthBoost performed its local scans and showed a large number of problems, the software's screens encourage the customer to "Fix Errors" within the application.

By clicking on any of the buttons in PC HealthBoost's screen associated with fixing the so-called "Errors", the Font Entries and File Associations issues it falsely identified are "fixed", and then the software opens a new web site using the customer's default web browser. This web site asks the user to step through the payment process in order to obtain a serial number and activate the full product. Though the issues identified by PC HealthBoost are highly inflated at best, the software does fix the "Errors" upon registration (by removing temporary files, web browsing cookies, Most Recently Run entries, etc.), as shown by the screenshots provided by the FTC. Most of these "Errors" will shortly re-appear as the user performs normal day-to-day activities.

Marketing Claims

I analyzed the claims of the site www.boostyourpcspeed.com. The registered owner of the site is Amit Mehta, with a registered email address of amit@boostsoftware.com. A screenshot from the web page is shown below:

15

EXHIBIT 1
FTC-VAST-000016



*Figure 6: Screenshot from www.boostyourpcspeed.com*

Below I will analyze two specific claims and offer my analysis.

### "Boost PC Speed & Performance Now"

*Claim*: "Slow PC? In less than 2 minutes, PC HealthBoost will significantly boost your PC speed & performance. Your PC will be running like new again in 2 clicks of a mouse button."

*Analysis*: This claim is baseless in several areas. First, PC HealthBoost cannot possibly promise to "significantly boost" speed and performance in all cases, especially before the software is even installed. Second, there are a multitude of reasons why a computer could be running slowly that cannot be resolved using PC HealthBoost – for example, the "Startup Boost" functionality only examines a small number of areas on the system where programs can register to automatically start. The "Autoruns" utility by Windows Sysinternals (http://technet.microsoft.com/en-us/sysinternals/bb963902.aspx), which is freely available, is regularly updated and is aware of many more auto-starting locations.

16

**EXHIBIT 1**
**FTC-VAST-000017**

Based on my testing of PC HealthBoost in laboratory virtual machines and my analysis of its capabilities, I believe the typical consumer will **not** experience a significant boost in their computer's speed or performance after running PC HealthBoost.

### "Prevent PC Crashes & Freeze"

*Claim*: "After running PC HealthBoost, your PC crashes and freezes will be gone, saving you months of headaches and frustration."

*Analysis*: PC HealthBoost has absolutely no way to know the cause of crashes or freezes on a consumer's PC before the download has even taken place. A unilateral promise to remove those crashes and freezes after running PC HealthBoost is impossible based solely off that premise. Furthermore, there are large classes of causes for system crashes and freezes that cannot be fixed by PC HealthBoost, such as failing computer components, electrical issues, etc. In fact, based on the technical capabilities of PC HealthBoost, the vast majority of consumers whose computers are experiencing crashes and freezes would not have their problems solved by PC HealthBoost.

Below, I have included screenshots from each of the support sessions, showing the on-screen advertisements at www.pchealthboost.com.



*Figure 7: Screenshot from Call 1 prior to downloading PC HealthBoost*

**EXHIBIT 1**
**FTC-VAST-000018**



Figure 8: Screenshot from Call 2 prior to downloading PC HealthBoost



Figure 9: Screenshot from Call 3 prior to downloading PC HealthBoost

18

EXHIBIT 1
FTC-VAST-000019

Additionally, below is a screenshot provided by the FTC showing www.downloadsoftware.com, which shows very similar phrasing and claims:



Figure 10: Screenshot from www.downloadsoftware.com provided by FTC

*Call Analyses*

After establishing a remote control session of the customer's computer, the representative used built-in Windows utilities (specifically Task Manager, Event Viewer, and msconfig) to convince the customer that their machine was in immediate need of repair work and "security protection software", despite the clean state of the computer in each call.

The following call analyses provide details explaining the opinions presented in the section titled "Opinions and Summary of Events." I have split the events of the calls into two sections. The first section refers to the statements made and actions taken by the representatives in the calls to convince the customer of the need for the representatives' software and services. The second section refers to the activities performed by the representatives to alleviate the supposed issues. Each section describes the "Setup" activities taken by the representatives or customer at the beginning of that phase of the call discussion; the false or misleading statements made, as well as the reasoning behind my claim that the

**EXHIBIT 1**
**FTC-VAST-000020**

statements are false or misleading.  Because the representatives on Calls #1 and #3 were operating from a pre-written script, the activities for each call were nearly identical.

The quoted statements in this document do not comprise the complete set of false or misleading statements made in the calls by the representatives. Often the same false or misleading statement is made multiple times using slightly different language. The chosen set of quoted statements is a representative sample of the set of false or misleading statements.

Supposed Proof of Computer Problems

1.  Remote access to the customer's computer
    - *Setup:* To gain access to the customer's computer, the representatives walked the customer through downloading a piece of remote control software named LogMeIn Rescue by LogMeIn, Inc. Under guidance from the representatives, the customer accesses the download file for this software by entering a six-digit code and downloading an installation file. When the customer runs it based on the directions of the representatives, this software allows the representatives to control the customer's computer remotely.

      *Result:* After running the application as per the representatives' guidance, the representative has full control of the customer's computer, including the ability to send mouse movements, clicks, and keystrokes across the Internet. This software also installs a new service ("LMIRescue_d2a5e79a-f012-4a31-be77-3f02383dd843") which is configured to start up automatically every time the machine boots. This service is related to the "SUPPORT 855-316-TECH" software entry. At the end of the calls, this software was not removed, which would allow the representative access to the system at a later time. My analysis showed no later access to the computer after the calls with the representatives, but the capability persisted nonetheless.
      Evidence Item 2c: Call#1\Images\UCC_20140401\UCC_20140401.*
      Evidence Item 2f: Call#2\UCC_20140417\UCC_20140417.*
      Evidence Item 2i: Call#3\Images\UCC_20140424\UCC_20140424.*

2.  Event Viewer displays errors and warnings in event logs
    - *Setup:* After obtaining remote access to the customer's computer, the representative opens the Windows Event Viewer and browses built-in event logs.

    - *False statement from Call 1:* "You have about only eleven [errors and warnings], but either way you want to make sure they don't build up. These are all recent. This can be prevented as long as you have security."
    - *False statement from Call 3 (after the customer explained she has a free antivirus product installed):* "Now you're seeing that the errors are occurring from not having a quality real-time protection software, with the malware blocker and the hacker security."

      *Reason statements are false:* In the System and Application event logs, the Windows Event Viewer program commonly displays errors and warnings which are not indicative of serious issues. Errors and warnings are reported as part of normal day-to-day operations in modern operating systems. For example, an error may be reported by a network

**EXHIBIT 1**
**FTC-VAST-000021**

service if no Internet connection is available so the program terminates unexpectedly. In my experience, seeing a Windows installation without warnings and errors in any of the event logs would be an extremely unusual occurrence.

Furthermore, mentioning security protection software immediately after pointing out warnings and errors is misleading, as the representatives in both calls seem to be making a connection between the warnings and errors and the lack of security protection software. Notably, the representatives made no attempt to even identify the root causes of the warnings and errors. In Call #3, as the representative was talking about a specific error on the screen, the representative even stated "I'm not a certified technician so I can't [unintelligible] I don't really know." It is clear from the discussions on the calls that the representative is not qualified to act as a technical support specialist, yet is advising the client about how to clean and secure the computer system.

Even if there weren't security protection software (which there was -- in all three calls the customer had Microsoft Windows Defender, which is built in to Windows 7), there wasn't a causal relationship between the lack of security protection software and the specific warnings and errors on the customer's machine. At the very least, the representative didn't appear to do any of the work required to link the warnings and errors in the event logs to events caused by the lack of security protection software. I conclude that the representative has absolutely no basis for determining that any, let alone all, of the present warnings and errors have anything to do with a supposed lack of installed security protection software.

Evidence Item 1b: Call 4-1-14.MP3
Evidence Item 1f: WS600075.WMA
Evidence Item 2c: Call#1\Images\UCC_20140401\UCC_20140401.*
Evidence Item 2f: Call#2\UCC_20140417\UCC_20140417.*
Evidence Item 2i: Call#3\Images\UCC_20140424\UCC_20140424.*
Evidence Item 4a: Call#1\Vast Call 1 images\IMG_0*.JPG
Evidence Item 4c: Call#3\Vast Call 3 images\IMG_1*.JPG

Maintenance and Clean-up of the Computer
1. After convincing the customer that his or her computer had issues, the representatives installed, ran, and then subsequently uninstalled a series of utilities using a toolkit from the representative's company:
   a. Setup: The representatives accepted the license agreements of several utilities on behalf of the customer in both recorded calls:
      i. Malwarebytes Anti-Malware: While this tool is commonly used by both end-users and technicians, there is a separate paid edition for use in commercial settings such as this. The freely available version disallows commercial use, as shown in Figure 1.
      ii. OMGMalwareClean: This small utility removes specific, named pieces of malware, none of which were present on the customer's computer.
      iii. OMG Antivirus: This appears to be a re-branded version of the VIPRE Antivirus software, white-labeled for Vast Tech Support / OMG Tech Help.

21

**EXHIBIT 1**
**FTC-VAST-000022**



*Figure 11: Malwarebytes License Disallows "computer repair, help desk or troubleshooting service"*

2.  The representatives clear the Windows Event Logs through an automated utility.

-   *Setup:* Using a tool called TOOLKIT.EXE the representatives loaded onto the customers' machine, the representatives cleared all of the Windows Event Logs, ostensibly to make the system look like the supposed infections had disappeared. This action does not actually improve the security of the computer in any way, and it furthermore removes significant evidence of the actions taken by the representatives themselves on the machine. The Security and System logs, when cleared, create a new event showing that the log has been cleared, the time, and the account name which cleared the logs. Those timestamps show that the representative cleared the logs during the call. The Application log does not record such information, but the timestamps of the logs that do appear on the machine are all *after* the representatives' actions, which is a strong indication that the representative cleared the Application log at the same time. Furthermore, strings from the "TOOLKIT.EXE" program serve as additional evidence – there is an embedded command which lists all available event logs and then clears each one individually:

Embedded Command in Representatives' Toolkit:

```
%comspec% /c for /f "delims=`," `%i in ( 'wevtutil el' ) do wevtutil cl "`%i"
```

-   *Effectiveness of Cleanup:* None. After only a few short hours of normal, day-to-day computer use, these logs will again contain new warnings and errors commonly associated with typical Windows activity. However, since the representatives cleared these logs, vital log records of activity before the calls occurred would not be available if

22

**EXHIBIT 1**
**FTC-VAST-000023**

they were needed. In other words, if there were any *actual* underlying issues on the customers' computer, the information necessary to troubleshoot and resolve those issues was needlessly destroyed by the representatives. Fortunately, there were no issues with the customers' Windows installations, as previously determined.

Evidence Item 2c: Call#1\Images\UCC_20140401\UCC_20140401.*
Evidence Item 2i: Call#3\Images\UCC_20140424\UCC_20140424.*

3.  The representatives ran a small number of built-in utilities and installed some updates, including:
    - System File Checker: This tool is used to repair missing or corrupted Windows system files. There were no missing or corrupted files found.
    - Windows Update: For Call #1, there was one update for Windows Defender that was installed. For Call #3, the most recent monthly set of patches from Microsoft were applied.
    - Internet Explorer and Mozilla Firefox: The profiles on both of these web browsers were reset using built-in functionality.

    Evidence Item 2c: Call#1\Images\UCC_20140401\UCC_20140401.*
    Evidence Item 2i: Call#3\Images\UCC_20140424\UCC_20140424.*
    Evidence Item 4a: Call#1\Vast Call 1 images\IMG_0*.JPG
    Evidence Item 4c: Call#3\Vast Call 3 images\IMG_1*.JPG

4.  Summary of Effectiveness of Cleanup
    - As the machine was already in a clean state, with an antivirus utility installed (Windows Defender), there were no actions taken by the representatives which would significantly affect the performance of the machine. The updates installed on the machine would help improve its security against recent attacks introduced in the timeframe between when the machine was last updated and when each call occurred.

Transcript Analyses

I listened to the FTC-provided audio files and extracted the following false or misleading statements from Vast Tech representatives.

## Call 1

Background: Anna, the support representative from Vast Tech, gains access to the customer's computer and opens Event Viewer.

False statement from representative: *"You have about only eleven [errors and warnings], but either way you want to make sure they don't build up. These are all recent. This can be prevented as long as you have security."*

Explanation: The Event Viewer shows a history of Windows and application events, for any of the multitude of reasons Windows or applications might choose to log an event. Installing security software will in no way prevent warnings and errors from being logged on the machine. Since Event Logs can contain valuable information for troubleshooting purposes, losing access to this information would be a major detriment of security software.

**EXHIBIT 1**
**FTC-VAST-000024**

Background: Anna continues to look over the Event Viewer while controlling the customer's computer.

False statement from representative: *"You see this is one routine task that has not been updated. So it's letting you know security update. You need to have security in the Internet Explorer. That's why, again, you need to have security. This is a registry error, okay, that comes from the Internet. Let's see... this is like a routine task as well that didn't got completed. So this is your example and this is your proof, okay. So it's up to you what you want to do, but at this point you should be provided with technical support and security."*

Explanation: There were several events on-screen during this time in the call. The first was a Windows Update error, displayed below:



*Figure 12: Error 0x80242016 from Windows Update in Event Log*

Despite the category (Error) and ominous message of this event, it's not an uncommon message. Any technician who spent a moment to research this error would be able to quickly determine its cause. The second Google result for the error code ("0x80242016") shows this page, which reveals the decidedly less frightening nature of this event log:

24

EXHIBIT 1
FTC-VAST-000025



*Figure 13: Relevant Microsoft support page for customer's Windows Update error*

Text from page:

> *"If you receive Windows Update error 80242016 while checking for updates, it might be caused by a connection interruption between your computer and the Windows Update servers. Close Windows Update, wait 10 to 15 minutes, and then run Windows Update again. You can also wait for Windows Update to run at its next scheduled time."*

In other words, this error message was far more likely to be caused by a network issue, such as the customer disconnecting from a wireless network, unplugging their laptop, closing the lid and putting it to sleep, etc., as opposed to a lack of "security in your Internet" as the representative claimed.

Events of this kind, which may appear to consumers as indicative of a damaged system or infections (especially when told as such by dishonest technicians) are in fact common.

Background: After convincing the customer of underlying issues on his computer, the representative continued to sell her company's repair services.

Statement from representative: *"For the repair itself it would be $199."*

Explanation: The computer the FTC used was a fresh installation on recent hardware. It was not in need of any repair, let alone $199 worth, let alone the $19 monthly charge for technical support, or the $49 to get "security".

**Call 2**

**EXHIBIT 1**
**FTC-VAST-000026**

Background: After connecting to the customer's machine remotely, the representative opened Task Manager.

Misleading statement from representative: *"You see these processes here? Right now we're only using three, and it's showing us sixty. So there's a whole bunch of stuff jammed up in the background here."*

Explanation: This is one of the more egregious statements made in any of the calls. In Task Manager, there are separate tabs for applications (the programs running with windows that you can interact with, like Chrome, Word, or iTunes) and processes (which include both applications and background tasks, including a number of system services that are always running). Any technician who saw enough Windows installations should (even if the concept didn't come across in training) notice that even fresh installations had a large disparity between applications and processes. I've included an example screenshot from a laboratory Windows 7 virtual machine with two applications and forty-three processes running, as an example below:



EXHIBIT 1
FTC-VAST-000027

*Figure 14: A laboratory virtual machine with two applications and forty-three processes*

Contrary to the representative's implications, the number of processes and applications open don't necessarily correlate to perceived performance. For example, two hundred copies of Notepad open would add two hundred processes and applications to the system, yet it wouldn't severely affect performance, as Notepad uses very little memory and almost zero CPU time when idle. Far more useful for basic performance checks are CPU Usage and Physical Memory usage percentages, both of which are displayed in Task Manager.



*Figure 15: Screenshot from FTC machine during remote representative session showing 5% CPU usage and 37% memory usage (zoom and highlighting added for clarity)*

Based off the numbers in the actual FTC screenshot, in my expert opinion the number of applications and processes was not adversely affecting the performance of the machine at that time.

Background: The representative starts a copy of Notepad and types some information into it, as shown in the digital photograph below. The customer asks if her computer has malware.

27

EXHIBIT 1
FTC-VAST-000028

*Figure 16: The representative types directions into Notepad*

Misleading response from representative: *"It's so sneaky we can't point to that and say it's definitely it, but all the signs are here."*

Explanation: Malware can certainly take actions to hide itself. However, the technician hadn't actually spent the time and effort to actually search for malware, despite his many allusions to the computer possibly being infected. Furthermore, the computer had been scanned using multiple antivirus products before this call had taken place, and the computer still had Symantec Antivirus installed at this point in the call.

As far as his instructions in Notepad, the items listed under "to fix the machine:" were not necessary on this fresh Windows installation, and a technician with any reasonable amount of experience should be able to reach the same conclusion.

Background: The representative continued to talk about the customer's machine while the Notepad windows was open.

False statement from representative: *"You've got a nice gift here, no doubt about it. It just needs some stuff done to it."*

Explanation: The computer used by the undercover FTC employee would certainly make a nice gift. Due to its recent installation and the fact that it had seen very little use, however, a qualified technician should not have come to the conclusion that it needed what would amount to several hundred dollars' worth of work.

**Call 3**

Background: After connecting to the customer's computer, the representative opens Task Manager and the System Configuration tool (msconfig) as part of the scripted diagnostic. When asked whether her computer had any slowness, the customer replied "It was running a little slow so I was a little concerned about it."

Misleading and false statements from representative:

28

**EXHIBIT 1**
**FTC-VAST-000029**

*"That's probably because your processes are running high and over time your processes will still be running higher."*

*"What some people don't know is when you remove software, it doesn't fully remove, because there's these things called 'trace elements and running services' that get left behind. So even after you think you've deleted it, there's still bits and pieces of the software embedded into the system, and that's why your computer is a little slow at times."*

Explanation: The first statement is rather difficult to understand without the help of the script. I believe the representative was clumsily paraphrasing this section of the script, which comes just before the first 'trace elements and running services'.

Relevant script section (page 3): "The higher the usage – the harder the computer is working. Your computer is currently running __ processes. Your computer is like an engine. **Now, what happens if you over rev an engine?** (PAUSE) **Exactly, it could break!**" [Emphasis original]

The second statement, which also seems to be based directly off the script, is flagrantly false. Not only do the vast majority of uninstallation packages fully remove the associated software, but the representative has no basis for specifically telling the customer that **her** computer is slow because of these 'trace elements and running services' (which, again, is not an industry term). Furthermore, the number of processes running on a system is not a reliable indicator of the overall load of the computer. A far more reliable indicator is the overall processor and memory utilization, because there could be a larger number of processes that consume very little processor time or memory. A captured digital image of the customer's machine, showing Task Manager open with fifty-one (51) processes and four applications (all of which are related to Vast Tech's support session) is shown below:

**EXHIBIT 1**
**FTC-VAST-000030**



*Figure 17: Screenshot from representative's computer during Call 3*

In this instance, the CPU usage (at 18%) is fairly low, as is the physical memory usage (at 32%). Because the LogMeIn client is constantly capturing, encoding, and sending the customer's screen to the representative, I believe most of the CPU usage during this screenshot was caused by the LogMeIn client, and therefore attributable to Vast Tech Support, as opposed to any background processes on this system. Based on my knowledge of the clean machine the FTC was using for this call and my experience with Windows computers in general, claiming this machine's "processes are running high" is a false statement.

Background: The representative continued by opening Event Viewer and filtering to only show Critical, Error, and Warning events.

Misleading statements by representative:

**EXHIBIT 1**
**FTC-VAST-000031**

*"They* [the Windows events] *can just build up like a snowball effect, like plaque would on your teeth. Over time it's going to build up and just cause more and more problems to your computer."*

*"Over time this number* [of events] *can double or even triple within a month."*

Explanation: Again, the Event Log is a historical record of actions on a system. The idea of a record of past events directly causing more problems to a computer is nonsensical. Prior events do not themselves cause future events, let alone a doubling or tripling of events within a month.

Background: The representative asks the customer about "quality real-time protection software". The customer replies that she has a free one.

False statement: *"When you have these free services, for the antivirus, every time you run that security scan on it [unintelligible] the software identifies these problems and then tries to fix them. Then what a lot of people don't know is like the thing with the trace elements and running services, when they try to remove it these errors and problems stay on the computer and over time they just can create a larger issue. Kinda like the snowball effect. Just as you roll the ball it just gets bigger and bigger, just over time these problems don't get fixed they cause more problems, and they get more serious and even ruin the overall lifespan of your computer."*

Explanation: First, antivirus software does not scan the Event Log in order to find malicious software – it scans the potentially-malicious files directly. "Trace elements and running services" still isn't an industry term, and Windows events are still a historical record, and still aren't the cause of future troubles. The "snowball" analogy (as well as the earlier "plaque" analogy) do not fit this situation.

Finally, no number of Windows events will "ruin the overall lifespan" of a computer – Windows will actually drop older logs to make room for new ones when the event log grows to its maximum configured size. This last part (Windows removing logs automatically) also contradicts a statement from the script that says "these errors cannot be fixed by any software" (from page 7).

Background: After the representative convinces the customer of the issues on her computer and explains the different (unnecessary) services available, the customer asks what PC HealthBoost did, and how it was different from Vast Tech's services.

False statement: *"What you purchased was a surface cleaner. And like I was saying, it only cleans the top part of your computer, like let's break it down to branches, or like the Earth. The surface cleaner only cleans up the crust of the Earth, but there's stuff deep inside – like the core of the computer – that the surface computer can't get to because it only cleans up the crust. But that's a good thing, though, because [unintelligible] everything always starts at the crust of the Earth, before it gets inside. And that surface cleaner going off every week is gonna clean out any problems before it gets anywhere near the core of your computer."*

Explanation: This is another false analogy, in several ways. Though PC HealthBoost is not helpful to the majority of consumers, it has no particular restriction that prevents it from making "deeper" changes to the "core" of the operating system. Also, problems in Windows do not slowly crawl towards the center of the operating system as they do in the representative's analogy.

31

**EXHIBIT 1**
**FTC-VAST-000032**

*Script Analysis*

I analyzed the contents of the 24-page scanned document provided by the FTC named "OMG Script for Expert.pdf". I believe the contents to be genuine, considering the very strong overlap between the scripted words inside and the representatives' words in each of the recorded calls.

In summary, the script walks the representative through the process of answering a phone call for software registration for PC HealthBoost, connecting to the customer's machine remotely, convincing the customer that their machine has a large number of errors that can cause their computer to crash, then introducing the representative's services as the solution and collecting payment.

There were zero places in the script where the representative could realize that the customer's computer was not in need of repair. This is in stark contrast to a legitimate technical evaluation of a computer, where theories about the state of the computer are driven by specific pieces of evidence sought by the technician. A representative following the script would always be attempting to convince the customer that their machine was in need of a "One Time Repair", an "Infection Sweep", and a "Tune-up".

Below, I will highlight sections of the script and my analysis of the false or misleading statements, the faulty analogies, the deterministic nature of the script, and the made-up terminology (i.e., not in regular use in the industry).

---

**Step 3a.** ~~Open MSCONFIG~~ (windows key & R, type in msconfig) ~~Open Service Tab~~
We are now inspecting your Microsoft configuration services. I'm going to click on hide all Microsoft services. What remains are all of the aftermarket programs. These programs did not come installed on your computer. Were you aware that most software, even after being uninstalled leaves behind running services and trace elements? ~~hiding Microsoft Programs~~

This can cause your machine to:

    Run slow and work harder

    The inability to successfully install or uninstall software, resulting in error codes

    And the **worst** case scenario is the dreaded "blue screen".

---

*Figure 18: Step 3a of the FTC-provided script*

This section of the script comes after the representative has remotely connected to the customer's computer and examined the system's drivers and Task Manager.

**EXHIBIT 1**
**FTC-VAST-000033**

False statement: "I'm going to click on hide all Microsoft services. What remains are all of the aftermarket programs. These programs did not come installed on your computer."

Explanation: Many OEM's like Dell or HP, when selling new computers, will include non-Microsoft software, such as antivirus programs, drivers and their corresponding utilities, alternative web browsers, etc. Many of these included software installations can include a Windows service (a background task that is usually set to automatically start every time the computer starts) and would appear in this list.

False statement: "Were you aware that most software, even after being uninstalled leaves behind running services and trace elements?"

Explanation: The vast majority of software uninstallers properly remove all associated processes. Some record of the software having been installed is almost always retrievable forensically, which could be considered "trace elements". Often software will leave behind licensing information in case the user re-installs the software at a later date, for example. It is true that old uninstallation programs (roughly "before Windows XP", or 2001) had a greater tendency to leave pieces of the supposedly-uninstalled software behind, though failing to remove an actual service would be rare.

Non-industry term: "Trace elements"

Explanation: "Trace elements" is not a widely-used term in the information technology industry.

False statement: "This can cause your machine to: Run slow and work harder, The inability to successfully install or uninstall software, resulting in error codes, And the **worst** case scenario is the dreaded "blue screen"."

Explanation: Even if poorly-written uninstallation software left behind running services (though, as addressed above, this is a very rare scenario), in general the machine would be no worse off than if the software hadn't been uninstalled at all. More specifically, though running services can affect the performance of a machine, they have no relation in general to the ability to install or uninstall software or to blue screens.

**EXHIBIT 1**
**FTC-VAST-000034**

Each one of these ~~errors and warnings are a red flag~~ while it's normal to have a few, look at how **many** there are! (PAUSE) There are a significant amount of errors in the system. In many cases, infections or even past infections on the machine cause something known as "trace damage".

~~What kind of Security protection software are you using?~~

Now, you're seeing the errors that can occur from not having **quality real-time protection software with MALWARE SECURITY.**

Every time you run a scan using the software, you can view all the problems that are attached to your computer. The software identifies these problems. Now when you click "remove", what you don't see is behind-the-scenes where the software literally "rips" these problems from the computer. Every time you click remove, you leave ~~trace amounts of damage~~ on the system. Over time - depending how often this problem happens - ~~that damage just adds up and makes a larger problem~~. Does that make sense?

*Figure 19: A section of the FTC-provided script (Event Viewer)*

Misleading statement: "Each one of these errors and warnings are a red flag, while it's normal to have a few, look at how **many** there are! (PAUSE)"

Explanation: The huge majority of errors and warnings in the Event Log are unrelated to a normal consumer's concerns. Furthermore, throughout normal day-to-day Windows operations on normal installations a number of warnings and errors are very likely to be logged. The absolute number of errors and warnings is not an indication of the severity of an issue – severe issues might have zero events logged, and minor issues might be logged every minute as Critical events, depending on the issue.

Misleading statement: "Now you're seeing the errors that can occur from not having **quality real-time protection software with MALWARE SECURITY.**"

Explanation: Notice that there is no line in the script instructing the representative to actually examine these events. There is no way to determine that these errors are caused by the lack of security software without actually examining them. Furthermore, malware does not intentionally log events to indicate that "quality real-time protection software with MALWARE SECURITY" is needed on a system. Further analysis, and analysis outside of Event Viewer, would be necessary to determine if a machine had malware.

False statement: "Now when you click "remove", what you don't see is behind-the-scenes where the software literally "rips" these problems from the computer. Every time you click remove, you leave trace amounts of damage on the system. Over time – depending how often this problem happens – that damage just adds up and makes a larger problem. Does that make sense?"

**EXHIBIT 1**
**FTC-VAST-000035**

Explanation: This is a faulty analogy. Even if PC HealthBoost were to find actual problems, it can delete the file or remove the registry entry without "ripping" it from the system and causing damage. Operating systems are not like fabric, and a small tear does not necessarily grow into a larger one over time.

---

That's why Microsoft recommends the following:

Quality real-time protection software **with malware security**

A registry cleaner - which you now have!!

And two tune ups a year - some people do 3-4, some people don't even realize it's supposed to be done!

Now these errors cannot be fixed by any software and left unrepaired could **cause your computer to crash**. You need to have this repair work done manually using a **certified technician**. I'll be happy to go over a couple of recommendations with you and the options that are currently available. **I want you to write this down**... OTR which is a "One Time Repair", an Infection Sweep and a Tune-up.

---

*Figure 20: A section of the FTC-provided script with false claims*

False statement: "That's why Microsoft recommends the following: [...] A registry cleaner – which you now have!!"

Explanation: In fact, Microsoft and Microsoft-recognized experts generally recommend **not** to use registry cleaners, as detailed in "Windows Registry Cleaners" under the "PC HealthBoost Analysis" section.

False statement: "Now these errors cannot be fixed by any software and left unrepaired could **cause your computer to crash**. You need to have this repair work done manually using a **certified technician**."

Explanation: First, the "errors" referred to in this statement are, by context in the script, either the Event Log events (which are historical records) or the non-existent "trace damage" caused by unnecessary registry cleaners such as PC HealthBoost. Second, even if these errors were real, if they are software problems they could also be corrected by software, without a technician (let alone a certified technician).

**EXHIBIT 1**
**FTC-VAST-000036**

*Post-Call Analyses*

Installed Software

I analyzed the post-call evidence to determine that the following pieces of software were left behind by the representatives on the customers' computer:

- Google Chrome
- Google Toolbar for Internet Explorer
- Adobe Flash Player
- OMG Toolkit
- OMG Total Protection
- TECH SUPPORT 855-316-TECH

Of these, the Adobe Flash Player could introduce security vulnerabilities allowing an attacker to exploit the machine. Adobe Flash player has had numerous security flaws discovered in the past two years, and installing it without the user's consent introduces unnecessary security risk on the machine.

I have prepared this document based on my experience, the research I performed, and the evidence provided by the Federal Trade Commission. Any questions or comments on it should be directed to ed@counterhack.com.

Signed

Edward F. Skoudis

**EXHIBIT 1**
**FTC-VAST-000037**

*Appendix A: Evidence Inventory*

These conclusions are based on my analysis of the following evidence provided by the FTC electronically (each line shows the computer file name of each piece of evidence).

1. Audio recordings of the phone conversations between the customer and the representatives. Items 1a through 1c comprise the audio recordings for Call 1, item 1d comprises the audio recording for Call 2, and items 1e through 1g comprise Call 3.
     **Call 1**
   a. Preamble 4-1-14.MP3
   b. Call 4-1-14.MP3
   c. Received Call 4-1-14.MP3
     **Call 2**
   d. WS600074.WMA
     **Call 3**
   e. WS600074.WMA
   f. WS600075.WMA
   g. WS600076.WMA

2. Hard drive images of the customer's computer (the * indications below identify groups of large numbers of files, each including several dozen files with the same naming convention). The customer's computer was re-imaged between each call, so that no trace of the activities during the call was carried to the subsequent call.
     **Call 1**
   a. Pre-Call 1: Call#1\Images\UCC_20140320\UCC_20140320.*
   b. Pre-Call 2: Call#1\Images\UCC_20140331\UC_Calls_002.*
   c. Post-Call: Call#1\Images\UCC_20140401\UCC_20140401.*
     **Call 2**
   d. Pre-Call 1: Call#2\UCC_20140320\UCC_20140320.*
   e. Pre-Call 2: Call#2\UCC_20140416\UCC_20140416.*
   f. Post-Call: Call#2\UCC_20140417\UCC_20140417.*
     **Call 3**
   g. Pre-Call 1 Call#3\Images\UCC_20140418\UC_Calls_001.*
   h. Pre-Call 2: Call#3\Images\UCC_20140421\UCC_20140421.*
   i. Post-Call: Call#3\Images\UCC_20140424\UCC_20140424.*

3. Memory capture images of the customer's computer. Call 2 did not have memory capture files.
     **Call 1**
   a. Post-Call: Call#1\Memory\20140401-1234\*
     **Call 3**
   b. Post-Call: Call#3\Memory\20140424-1415\*

4. Digital photographs of the customer's screen taking during the support sessions.
     **Call 1**
   a. Call#1\Vast Call 1 images\IMG_0*.JPG
     **Call 2**
   b. Call#2\Vast Call 2 images\IMG_1*.JPG
     **Call 3**
   c. Call#3\Vast Call 3 images\IMG_1*.JPG

**EXHIBIT 1**
**FTC-VAST-000038**

5. Scanned, faxed document provided by FTC
   a.   OMG Script for Expert.pdf

**EXHIBIT 1**
**FTC-VAST-000039**

# Exhibit 2

## DECLARATION OF JEROME SEGURA
## PURSUANT TO 28 U.S.C. § 1746

I, Jerome Segura, hereby state that I have personal knowledge of the facts set forth below.  If called

as a witness, I could and would testify as follows:

1.  I am over 18 years old and live in British Columbia, Canada.  I am a Senior Security

    Researcher for Malwarebytes Corporation, ("Malwarebytes") a San Jose-based security

    software company, creator, and publisher of various security programs, including

    Malwarebytes Anti-Malware.  As a Senior Security Researcher at Malwarebytes, part of

    my job is to investigate and uncover various online threats and scams.  I also contribute

    to Malwarebytes' security blog.

2.  One particular type of scheme that I have followed and reported on over the years are the

    so-called "tech support scams," where consumers are tricked into spending hundreds of

    dollars on non-existent computer problems.

3.  I identified a Florida-based tech support company, OMG Tech Support (AKA Vast Tech

    Support, LLC) through the local Better Business Bureau website.  I decided to call the

    company posing as an ordinary consumer.

4.  In preparation for my call to OMG Tech Support, I prepared a clean – no virus or

    malware - virtual computer image.  The virtual computer image had Windows 7 as its

    operating system with all of the latest Windows updates.  The clean virtual computer

    image was brand new with no extraneous software installed.  The clean virtual computer

    image was working great with no problems, delays or slowness.

5.  On July 21, 2014, I called OMG Tech Support at 855-316-8324 – the phone number on

    the home page of www.omgtechhelp.com.  An OMG Tech Support representative named

    Matthew answered my call.  I took numerous screen captures during my interaction with

**EXHIBIT 2**
**FTC-VAST-000040**

the OMG Tech Support representative. I have included several of these screen captures along with quotes from particular exchanges I had with Matthew and my own observations in a report titled OMG Tech Help Tech Support Case ("OMG Report"). A true and correct copy of my report is attached to this declaration as Attachment A.

6. After he had introduced himself, I informed Matthew that I was calling OMG Tech Support because I had received a pop up warning on my computer that my computer was at risk and was probably infected with at least one virus.

7. Matthew asked if I could allow him to remotely log into my computer to perform a diagnosis. I agreed to allow him to remote into my computer and, as directed by Matthew, went to OMG22.com which redirected me to a secure LogMeIn site and downloaded an application that allowed Matthew to gain remote control over my computer. (See OMG Report, Figure2 and Figure3)

8. Once Matthew had remote control of my computer, I showed Matthew the bogus pop up warning that I claimed had led me to call OMG Tech Support. (See OMG Report, Figure4). I would expect most tech support professionals to immediately recognize that the bogus warning was just a pop up from a website called error711971669.com, not from Microsoft, and not legitimate evidence of any infection. Matthew acknowledged it, but did not specifically comment on or dismiss the bogus pop up, instead he stated, "Basically something did a scan and found a rookit," and proceeded to run his "diagnostic." (OMG Report p. 5)

9. During his "diagnostic," the OMG Tech Support representative used various Windows utilities to make it appear that my clean computer was or had been infected with malware and viruses.

DECLARATION OF JEROME SEGURA                    2

**EXHIBIT 2**
**FTC-VAST-000041**

10. For example, almost immediately after Matthew gained control over my computer, he opened the Windows Task Manager and used it to give me a false representation of the state of my computer. The Windows Task Manager is a system monitor and manager included with the Windows Operating System that provides its users with limited information about computer performance, including the number of running applications, processes and the CPU usage. Matthew, the OMG Tech representative told me that the 39 processes that the Windows Task Manager showed running on my computer was too many. (See OMG Report p. 6) This was not true. In fact, there is no ideal number of processes, and since many computers normally run about 100 processes, I knew that my computer's 39 processes was actually on the low end.

11. After incorrectly claiming that my computer had too many processes running, Matthew opened up a utility called Event Viewer. The Event Viewer utility displays a log of past actions on the computer, and usually contains a large number of error and warning entries that instead of being evidence of malware or viruses are actually error and warning entries due to the normal functioning of the Windows operating system.

12. Matthew opened up Event Viewer and showed me 18 errors and warnings that were in the log. (See OMG Report, Figure7) Matthew stated that this showed that I had 18 problems in my computer and that, "You shouldn't have any critical errors or warnings, because basically these are things that we call trace damages that are left behind from past infections." (OMG Report p. 8) I knew that these statements were incorrect and that these entries were part of the normal operation of the computer, not evidence of malware or virus infections. My clean virtual computer image did not have any past infections whatsoever.

EXHIBIT 2
FTC-VAST-000042

13. After less than four minutes of diagnosis, the OMG Tech Support representative recommended that I purchase a one-time repair, trace damage removal and infection sweep from OMG Tech Support. (See OMG Report, Figure8). I had never seen any other professional support technician perform a diagnostic like this in so little time.

14. Next, I again showed Matthew the bogus pop up warning that I had said lead me to call OMG Tech Support. (See OMG Report, Figure9). Instead of identifying it as a bogus warning, Matthew agreed that based on what he had seen my computer exhibited all the signs of an infection. Furthermore, Matthew stated that the warning was legitimate, highlighted the number on the pop up, and told me "[OMG's] number is on every single one of those, or at least on the majority of them. There's 3 of us. We have one for this campaign and we also have three different affiliate sites for two scans" (OMG Report pp. 10-11)

15. Finally, Matthew directed me to the Better Business Bureau's report on OMG Tech Support (AKA Vast Tech Support, LLC), telling me that OMG Tech Support was actually Vast Tech Support, LLC and that it had an A- rating. (See OMG Report, Figure10) I said that I would still shop around and we ended the call.

16. After the call I added OMG Tech Support to a list of companies on the Malwarebytes blog that I concluded were tricking consumers into purchasing unnecessary support services. This list is referred to as our blacklist. I added OMG Tech Support to the blacklist because in my personal experience, (1) the company had used the Windows task Manager and Event Viewer to mislead me in an attempt to scare me into purchasing OMG Tech Support's services, and (2) OMG Tech Support had claimed that an

DECLARATION OF JEROME SEGURA                4

**EXHIBIT 2**
**FTC-VAST-000043**

obviously fake warning page was actually trustworthy.  I also discovered that

Malwarebytes had received complaints from its customers about OMG Tech Support.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is

true and correct.

Executed on _September 5th_, 2014, in Victoria, British Columbia, Canada.

Jerome Segura

DECLARATION OF JEROME SEGURA                5

EXHIBIT 2
FTC-VAST-000044

# OMG Tech Help Tech Support Case

**Prepared on:** August 14, 2014.

**Revisions:**
August 28, 2014.
September 4, 2014.

**Company:** OMG Tech Help (AKA Vast Tech Support LLC) 2855 S Congress Ave, Delray Beach, FL

**Initially witnessed on:** July 21 2014, following a lead (BBB listing on companies in South Florida).

**The set up:** A clean (virus/malware free) Windows 7 virtual machine, well maintained with the latest Windows updates.
We show the technician a fake warning page (Figure4) as the reason for our call.
We call OMG Tech Support at 1-855-316-8324.

**Expectations:** We expect the technician to recognize right way that this is a fake page. He/she may ask how we got there and perform a check on our computer. Given that our machine is perfectly clean and running smoothly, the technician should only give us a positive diagnostic.

**Actual events:**



*Figure1: The OMG website*



*Figure2: Navigating to the short URL omg22.com to download the remote program*

3
EXHIBIT 2
FTC-VAST-000047



*Figure3: omg22.com redirected to LogMeIn where the remote software was installed and run*

**Lead-in**



*Figure4: Technician sees warning page*

**OMG Technician: *"Basically something did a scan and found a rookit".***

## Diagnostic



*Figure5: The Task Manager*

OMG used the Windows Task Manager to give a false representation of the state of our computer:

**OMG Technician: "First of all, let me tell you right now: You have too many programs running in the background of your computer."**

There was only a single program running on our computer at the time, the LogMeIn application that allowed the technician to remote control our PC (Figure3b) and only 39 'processes' a number perfectly acceptable. There is no ideal number of processes (it really varies from machine to machine) but on average computers are running around 100 processes, so '39' is actually on the low end. Reference: http://www.pcworld.com/article/262329/is_windows_running_too_many_process es_.html

6

**EXHIBIT 2**
**FTC-VAST-000050**



*Figure6: One program is shown as running on the machine, and 39 processes.*

7
**EXHIBIT 2**
**FTC-VAST-000051**

# Event Viewer



*Figure7: Event Viewer*

***OMG Technician: "You shouldn't have any critical errors or warnings, because basically these are things that we call trace damages that are left behind from past infections (malware/adware/spyware)."***

***OMG Technician: "So you've got 18 problems in there."***

The Event Viewer is often used to draw misleading conclusions. It is perfectly normal for any computer to have "logs" created and stored in there. The machine we were using did not have any past malware infections whatsoever and yet the technician was able to affirm so while barely looking at the logs.

## Recommended action



*Figure8: Recommended course of action from the OMG technician*

The technician recommended a one-time repair, trace damage removal and infection sweep. We did not follow or know how much this would cost. Typically, tech support services range from $199 to $499.

This computer did not require any such service. It was working great and had no infection whatsoever.

## Reaction to fake page

This page (Figure9), was brought up by us as a lead-in for the technician to check our computer. That fake warning has been used before in other campaigns. The URL is made up of random characters or misleading terms. The page states: "*Warning! Your computer may be at risk: For emergency tech support call immediately*"

The phone number that appears on it is NOT that of OMG Tech Help. However, the technician is aware of these pages and goes on to highlight the number saying that it is theirs.

Given the URL of that scare page and its content, it should not be trusted as a real indication of a computer problem. However, you will see that the OMG technician claims that it is absolutely trustworthy.



*Figure9: Technician highlighting the phone number claiming it to be theirs*

*OMG Technician: "Based on what I saw, these are the typical symptoms that you see when you have some type of infection. And on that warning it told you that you had a rootkit, spyware, Trojans, things like that, you need to get them fixed."*

*OMG Technician: "That warning was probably sent to you because you have Windows Security Essentials. Usually you'll get updates and things like that to your computer".*
*If they run a scan and they see that there's something on there when you have Windows security essentials, you'll get a pop up sometimes or even a warning message (that's what you had), letting you know there's something on your machine."*

*OMG Technician: "So they sent you to us, an American-based tech support company, because all we do here as a company is fix computers and activate Microsoft partnered software. So they trust . That's why you got our phone number."*

*OMG Technician: "It's definitely a trustworthy warning symbol. It gives you an error code and it's definitely something you want to take care of."*

Now interestingly, the OMG technician claims that their phone numbers are usually on these pages and that these are affiliate campaigns that they are aware of:

*OMG Technician: "Our number is on every single one of those, or at least on the majority of them. There's 3 of us. We have one for this campaign and we also have three different affiliate sites for two scans"*

## Better Business Bureau rating



*Figure10: BBB rating*

The company is actually Vast Tech Support LLC while the repair services is OMG Tech Help. The technician showed us the page and insisted on the fact they had an A- rating.

**Reason(s) for adding OMG Tech Help to our blacklist: (c.f.**
https://blog.malwarebytes.org/tech-support-scams/#blacklist)

- Pretends to be Microsoft or Windows: **No**
- Uses one of the <u>tricks</u> mentioned above: **Yes**
- Finds viruses/malware on a perfectly clean system: **No**
- Validates a fraudulent scare page as legitimate/real: **Yes**

1. OMG Tech Help used both the Task Manager and Event Viewer in misleading ways to talk about issues that did not exist.
2. OMG Tech Help validated a fake warning page as trustworthy.

13
**EXHIBIT 2**
**FTC-VAST-000057**

# Exhibit 3

## DECLARATION OF RAMON CHEVALIER

### PURSUANT TO 28 U.S.C. § 1746

I, Ramon Chevalier, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am 46 years old and live in Coral Springs, Florida.

2. I worked at Vast Tech Support located at 2855 S. Congress Ave., Suite AB, Delray Beach, Florida, 33445, from approximately January 2013 until November 2013.

3. People called Vast Tech Support to activate software they had purchased. I was a salesman at Vast Tech Support. I spoke with people who called Vast Tech Support, accessed their computers, and sold them additional services and software on behalf of Vast Tech Support.

4. Our goal at Vast Tech Support was to upsell the people or consumers additional services and software.

5. Many of the consumers were elderly people.

6. I accessed the Event Viewer on consumers' computers and told them they had program errors that could only fixed by a technician. I always found errors. I later learned by looking at my own computer that errors found on the Event Viewer do not really go away. If they are removed, they just return. I was instructed by a representative of Vast Tech Support not to even mention the words Event Viewer.

7. A lot of the computers that people called about were brand new.

8. I told people that they needed a professional to fix their computer problems. I told them they could go to Best Buy, or they could use our services and see what we do as we made the repairs.

9. I then sold people services and software at a cost of as much as $500 to $600. I typically made 5 or 6 sales a day. I told people they would be receiving services from OMG Tech Help.

**EXHIBIT 3**
**FTC-VAST-000058**

10. Elliot Loewenstern is an owner of Vast Tech Support and worked in the Vast Tech Support office.

11. Mark Donohue had an office at Vast Tech Support. He had a poster in his office from the movie Scarface. The poster was of a person holding a semi-automatic.

12. At the time I worked at Vast Tech Support, there were about 100 sales people and 75 tech support people in the building.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on 09/12, 2014, in Coral Springs, Florida.

Ramon Chevalier

**EXHIBIT 3**
**FTC-VAST-000059**

# Exhibit 4

## DECLARATION OF SHELLY GUERRERO
## PURSUANT TO 28 U.S.C. § 1746

I, Shelly Guerrero, hereby state that I have personal knowledge of the facts set forth below.  If called

as a wlitness, I could and would testify as follows:

1. I am over 18 years of age and live in Loxahatchee, Florida.

2. In the spring of 2013, as part of a job-retraining program, I received training to become a Microsoft Technology Specialist from New Horizons Worldwide, Inc., a technology training company.  This training provided me with knowledge of how to diagnose and fix hardware and software problems for Microsoft PCs.  It also provided me with knowledge of computer networks and the Windows Operating System and its various utilities, such as Event Viewer and Windows Task Manager.

3. On or about June 17, 2013, I applied for a job with Vast Tech Support through the Workforce Alliance Career Center.  A true and correct copy of the "Employers Interviewing" flyer is attached as Attachment A to my declaration.  I wrote the numbers written in the top left corner of the flyer.

4. My initial interview with Vast Tech Support took place at the Workforce Alliance Career Center in Boca Raton.  At that initial interview, Vast Tech Support's representative said that even though I had applied for the computer support personnel position, Vast Tech Support wanted to interview me for a sales position.  Even though a sales job was not what I had hoped for, I interviewed for the job and Vast Tech Support hired me.

5. On or about June 21, 2013, I attended Vast Tech Support's new employee training at their offices located at 2855 Congress Ave., Delray Beach, Florida.  There were about 20 other new employees being trained with me.  I stayed for the entire first day of training, eight hours.  During my training, I saw at least 30 sales agents on Vast Tech Support's sales floor and noticed

DECLARATION OF SHELLY GUERRERO              1

**EXHIBIT 4**
**FTC-VAST-000060**

at least one security guard.  Vast Tech Support provided me and the other trainees with a sales script.  A true and correct copy of that script is attached to my declaration as Attachment B.  All notes and highlighting that appear on the script was done by me.

6.  At the very beginning of the training, Vast Tech Support's trainer, whose name I cannot recall, told us that we could make a lot of money as a sales person at Vast Tech Support, but that we had to leave all of our tech and computer knowledge at the front door.  This statement surprised me.

7.  Vast Tech Support's trainer told us that as sales people, when a consumer contacted Vast Tech Support we were supposed to get consumers to allow us to log in to their computer and then, basically scare consumers into purchasing tech support and repair services from Vast Tech Support.  We were supposed to scare consumers by making them think their computer had problems, even if it did not.  The trainer noted that most of the company's sales were to seniors. The trainer said, "We target seniors."

8.  According to Vast Tech Support's trainer and the script, sales people were to use Window's basic tools and utility programs to make consumers believe that their computer was in dire need of repair.

9.  For example, after we were logged into the consumer's computer and had full control, we were instructed to open the Windows Task Manager to the Processes tab.  No matter how many processes were running on the consumer's computer, we were instructed to make it sound like the consumer's computer had too many processes running and that this could be a sign of other problems.

10.  Vast Tech Support's trainer showed the group a screen with the Windows Task Manager open to the Processes tab and asked me what did it mean.  I began to do a diagnosis based on my

DECLARATION OF SHELLY GUERRERO          2

**EXHIBIT 4**
**FTC-VAST-000061**

Microsoft training stating that it depended on many factors, and was quickly cut off by the trainer. She said there was only one answer we were supposed to give consumers – their computer needed repairs. The goal of the sales pitch is to create a sense of urgency in the consumer.

11. Vast Tech Support also instructed us to open a utility called Event Viewer. Because of my Microsoft training, I knew that the Event Viewer utility displayed a log of past actions on the computer, and that this log usually contained a large number of error and warning entries. But, instead of being evidence of real problems, the error and warning entries displayed by the Event Viewer were due to the normal functioning of the Windows operating system. For example, I understood that in some cases incorrectly entering your Windows password would show up in the Event Viewer log as an error or warning.

12. Yet, Vast Tech Support's trainer instructed us to lead consumers to believe that the errors and warnings in the Event Viewer log indicated that computer was going to malfunction and crash. I understood that we were supposed to do this to convince the consumer that their computer was in dire need of tech support and repair services.

13. Vast Tech Support's trainer told us that after we had convinced the consumer that their computer needed repairs, we were to tell the consumer that they could take the computer to a place like Best Buy or Office Depot, or they could allow us to repair it remotely, thus saving the consumer time and effort. We were supposed to start off by pushing a two year/two computer subscription for $500, but the key was making the sale. If that meant lowering the price by offering "discounts" that was okay.

DECLARATION OF SHELLY GUERRERO                3

**EXHIBIT 4**
**FTC-VAST-000062**

14. During the training, several of Vast Tech Support's managers spoke to the trainees. I do not remember their names, but I do recall that all of them focused on how much money we could make by selling consumers Vast Tech Support's tech support and repair services.

15. Even though I needed a job, what I had heard during the first day of training at Vast Tech Support appalled me. I especially did not like the fact that Vast Tech Support wanted us to scare and trick seniors into buying computer repair services.

16. I did not go back to Vast Tech Support. Instead, the next day I went to the Workforce Alliance Career Center and complained about what I believed were Vast Tech Support's unethical practices. I told the people at the Workforce Alliance Career Center about my experience with the company and asked them if they knew what the company was doing. I told them they should check out what Vast Tech Support was doing for themselves.

17. I recall the Workforce Alliance Career Center staff telling me that they had received similar complaints from other people sent to Vast Tech Support. But, the Workforce Alliance Career Center staff said that they were not in a position to determine which companies should or should not be included in their job program, and that they could not discriminate against Vast Tech Support.

*DECLARATION OF SHELLY GUERRERO*          4

**EXHIBIT 4**
**FTC-VAST-000063**

18. The Workforce Alliance Career Center's response really upset me. That same day I filed

complaints with both the FTC and Florida state agencies. I included copies of the Vast Tech

Support sales script with each of these complaints.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _____2_____, 2014, in ___October_____.

Shelly Guerrero

DECLARATION OF SHELLY GUERRERO                5

**EXHIBIT 4**
**FTC-VAST-000064**

06/24/2013  13:39   18887483978                    LOG                                    PAGE  02/31

4668O433



# Employers Interviewing
## At Workforce Alliance Career Centers
### June 17, 2013 to June 21, 2013



- Before meeting with employers, job seekers must be registered online at EmployFlorida.com AND meet with a Career Placement Specialist or Career Consultant to obtain a referral for an appointment with the employer in advance.
- Visit www.employflorida.com to find a detailed description of each job order # listed below.
- Bring your resume and be prepared to interview with company representatives.
- Please dress for success – no shorts or cut offs; no midriff shirts; no hats and no flip flops.

## Monday, June 17th

Oasis Outsourcing Advantage, Inc............9am-12pm
L#9787264 – Tax Accountant II.............$17.09-$27.01/hr.
L#9787981 – Compliance Supervisor...$42,233-$54,495/yr.
L#9787959 – Benefit Auditor............$15.12-$22.69/hr.
(3 openings)

## Tuesday, June 18th

Faneuil Inc.................(Toll Plaza).............9am-12pm
L#9779093 – P/T Toll Collector...............$8.11/hr.
(Floater from Lantana to PGA)

## Wednesday, June 19th

NO EMPLOYERS ARE SCHEDULED

## Thursday, June 20th

Express Employment Professionals...(Staffing).......1pm-4pm
#9777156 – Foreman Electrician (5).........$20.00-$24.00/hr.
#9777164 – Journeyman Electrician (25)...$15.00-$20.00/hr.
#9777170 – Service Electrician (6).........$18.00-$25.00/hr.
#9777162 – Apprentice Electrician (2).......$13.00-$15.00/hr.

## Friday, June 21st

NO EMPLOYERS ARE SCHEDULED

### Center for Business Excellence

BY APPOINTMENT ONLY – WALK-IN'S WILL NOT BE INTERVIEWED
PLEASE CALL BOB DORE AT EXT. 2013

## Monday June 17th

NO EMPLOYERS ARE SCHEDULED

## Tuesday June 18th

Hurricane Fabric LLC......(Manufacturing-Delray)......By Appointment Only
FL#9788549 Shipping & Packaging Person...............$9.00/hr.
(1 Opening)

TMS Health.....(Telecommunications).....(Boca Raton).....By Appointment Only
FL#9788485-Bilingual- English/Spanish CSR (4)......$12-$20/hr.
FL#9788467-Pharmaceutical Tele Sales Rep (19)....$15-$18/hr.

## Wednesday, June 19th

Worley Company  (Boca Raton)..(Disaster Recovery) By Appointment Only
FL#9769062 – Insurance Claims Adjuster..............$250.00/Day
(30+ openings Bilingual: English/Spanish)

Career's USA-(Boca Raton)......(Staffing)................By Appointment Only
FL#9779060-Admin. Asst/Order Processor (5)..$8.00-$13.00/hr.
FL#9778997 – Customer Service (5)..........$8.00-$12.00/hr.
(# of openings is listed next to each position / Salary + Commission)

## Thursday, June 20th

Worley Company  (Boca Raton)..(Disaster Recovery) By Appointment Only
FL#9769062 – Insurance Claims Adjuster..............$250.00/Day
(30+ openings Bilingual: English/Spanish)

## Friday, June 21st

Worley Company  (Boca Raton)..(Disaster Recovery) By Appointment Only
FL#9769062 – Insurance Claims Adjuster..............$250.00/Day
(30+ openings Bilingual: English/Spanish)

Vast Tech Support (Delray)............(IT Technology)......On Time 3:00pm
FL#9747826 – IT Help Desk Specialist.............$12.00-$15.00/hr.
FL#9747818 – Inbound Salesperson.............$300.00/week
FL#9754476 – Customer Service Rep............$12.00-$15.00/hr.
(40 Openings)

### An Equal Opportunity Employer/Program
Auxiliary aids and services are available upon request to individuals with disabilities.
For more info, visit www.pbcalliance.org / job seeker / event calendars / employer interview schedule, or call (561) 340-1060.
All voice telephone numbers may be reached by persons using TTY/TDD equipment via the Florida Relay Service at 711

**EXHIBIT 4**
**FTC-VAST-000065**

06/24/2013  13:39    18887493978                    LOG                        PAGE  03/31

4 6 6 8 0 4 3 3



Tech support! This is _____, how can I help you?

No problem, I will get your software registered and make sure everything is working properly for you.

Can you verify your telephone number? That's going to be your custustomer ID number.

May I please have your full name and email address so I can look up your account information in our system?

VERIFY ALL INFORMATION GOING INTO Five9!!!

Are you still on the screen with our telephone number?



*(If they're not, take them to www.logmein123.com or www.omg22.com , using WINDOWS KEY/r. GO SLOW, be patient and give instructions calmy.*  Who is your Internet Provider.

Perfect, scroll down to the bottom and click on the link that says "connect me". Have you ever had someone remotely log onto your computer before? if NO *tell them it's pretty amazing what computers and the internet can do today isn't it?*

What does the screen say? *(Give them a six digit code - don't rush the client - make them feel comfortable)*           No still     5 mins to connect

How old is your PC? *(Register Software & setup configurations)* Have you ever used a registry cleaner before? I'll quickly explain how to use the software and how it works, okay?

The condition of your windows registry is critical for the stability and reliability of your PC's Performance. The registry is like a big blueprint of your machine and it's vital for the communication between all processes and programs on this computer, but also for the pc's hardware and computer drivers.

Rebuttal— What did I just buy?

**EXHIBIT 4**
**FTC-VAST-000066**

*REGISTERING Software .*



As the registry gradually fills with errors and fragments, it can cause a computer's performance to suffer and slow down dramatically and will cause error messages and computer freeze ups. That's where PC Health boost comes in. PC HealthBoost™ will keep your PC optimized which solves many common problems such as annoying error messages and generally slow PC performance.

I'm going to perform a quick diagnostic to make sure everything is working properly. Does that sound good?

*Step 1a. First check RAM (windows key/ pause/break key).*

*If under 500MB, explain to the customer that they have limited amount of memory on their computer.*

   *1.b  Open DEVICE MANAGER (same page, on the top, left side corner of page)*

      *Check to see if there are any out of date DRIVERS (yellow triangle with ? in it)*

*Driver Boost*
*PC Help Boost*

*Step 2. Open Windows Task Manager. (right click on TASK BAR, select Task Manager)*

First I'm going to inspect your Windows Task Manager.  We're looking to see what your computer resources are being used for.

You should only be running between 30-60 processes max! *(If the number of processes is high, alert the customer - if not, tell the customer it looks fine)*

EXHIBIT 4
FTC-VAST-000067

The higher the usage - the harder the computer is working. Your computer is currently running ___ processes.

Your computer is like an engine. Now, what happens if you over rev an engine too high or overwork it? *(Pause)* EXACTLY - it could break!

***Step 3a.*** ~~Open MSCONFIG~~ *(windows key & R, type in msconfig)* ~~Open Service Tab~~
We are now inspecting your Microsoft configuration services. I'm going to click on hide all Microsoft services. What remains are all of the aftermarket programs. These programs did not come installed on your computer. Were you aware that most software, even after being uninstalled leaves behind running services and trace elements? ~~Hiding Microsoft Programs~~

This can cause your machine to:

    Run slow and work harder

    The inability to successfully install or uninstall software, resulting in error codes

    And the **worst** case scenario is the dreaded "blue screen".

***Step 3b.*** *MSCONFIG - Open Startup Tab.*

We are now clicking on the startup tab.  These are all the programs that have been set to fully load before you can do anything on your system.  Just taking a quick glance I noticed there are a lot of unnecessary programs that are needlessly running. ) *example: Adobe, QuickTime, iTunes, Google and Bonjour)*

Remember when you first purchased this computer, you took it home and turned it on, and how fast it was? From what I'm seeing, it's nowhere near that quick anymore.

**EXHIBIT 4**
**FTC-VAST-000068**

fixing the pc, today & providing it with free tune ups & unlimited support for one year. They will fix the pc today & cover it for three full years of tune ups every four months (they also do an OTR every time they do maintenance tune ups) and unlimited tech support!

Does that work better for you??

(if not drop to the 2 year 1 pc plan for only $399.00- then $350.00)

Now remember two trips to geek squad over the next two years is about $600 and you still didn't get the software or the recommended amount of tune ups...

## Good Job! Now remember to:

for the techs then copy them to paste in "comments" section of ~~~~~~~ Install Button.

Install the Calling Card and show client how to use it

Hit the Reboot button Customer Credentials (password)  [Check Yourself]

(IMPORTANT) Add all notes in ~~~~ to secure your COMMISSION .

Company Name: E.g. 2yr/2pc - w/SZ - $500.00 - 2/12/2013

First Name & Last Name (separately) 1 PC XS 1 YR PRICE  TIME ZONE & DATE.

PREFERRED CUSTOMER/ADDITIONAL PC.S NOT ON PLAN         All Prefered Customer

Agent Name (Your Name)

Comments (copy same notes as LogMeIn Notes)

**EXHIBIT 4**
**FTC-VAST-000069**

Best tel. # to reach you at, for the tech division? (GO OVER CLIENT ID. AGAIN)

And the card you're going to use for the service, how does your name appear on it?

Perfect & the numbers on the card when you're ready?

And the 3 digit verification code?


OK CUSTOMER, _____ I'M GOING TO LOOK IN OUR SYSTEM TO SEE WHAT I CAN
DO TO SAVE YOU SOME MONEY ( or use "more money" if their already getting a discount on
1 year)

(AFTER *getting credit info*,  utilize it for bigger plans.)

*


What type of protection software you using? (check in all programs &
explain the difference in scanning software & blocking software)

The average cost for quality real-time protection software could cost
anywhere from $100 to $150 per year. .

Let me ask you a few questions; are you retired, ex-military or any family
members ex or active military? Disabled, law enforcement, firefighters etc.?
Great! That helps me tremendously!!!

What I can do to save you some money today is... Now Follow Me Closely...

The best deal is...

They are running a special, it's a  1 pc three year support plan. Instead of

**EXHIBIT 4**
**FTC-VAST-000070**

off and enjoy your day. Not only will they fix it today, but you also get an entire year of unlimited tech-support. It's like a concierge service for your computer. 

This includes:

> Unlimited tune-ups,  **WE** recommend getting 3 to 4 tune-ups per year
>
> A virus infection removal
>
> Also, they will update any drivers, and even help you with your printers if you have a problem with it. It's a bumper-to-bumper warranty for your machine.  And it's nice to know there is a 100% U.S based Company keeping our jobs here in America.

Instead of paying $280 to $330 its fixed today with full year of support for only 299

*Pricing? Not today*

*Don't X out of Session*

Now I'll need some basic information and then I'll transfer your remote session to the tech department and they'll start on your computer right away.

*(Immediately go into RevWire and FILL OUT all required fields. Congrats, you are now ready to upsell!)

Now, go to RevWire and begin the order process: (put you name in box)

> Billing zip code?
>
> State you're in?

**EXHIBIT 4**
**FTC-VAST-000071**

A registry cleaner - which you now have!!

And two tune ups a year - some people do 3-4, some people don't even realize it's supposed to be done!

Now these errors cannot be fixed by any software and left unrepaired could **cause your computer to crash**. You need to have this repair work done manually using a **certified technician.** I'll be happy to go over a couple of recommendations with you and the options that are currently available. I **want you to write this down...** OTR which is a "One Time Repair", an Infection Sweep and a Tune-up.

### *Option 1*

You can go to Office Depot, Staples or even the Geek Squad through Best Buy. Do you have any of these retail stores near you? Great!  All of these stores use "certified techs" and they're all reputable. You can drop off your computer at one of their locations — it usually takes anywhere between **3 to 5 business days or more**, and you should be paying anywhere between $280-$330, OKAY?!! *Reiterate what they're getting again for that price ... OTR- a "One Time Repair", an Infection Sweep AND a Tuneup.*

**Now...LISTEN** to what they say!!

### *Option 2*

*A better option in my opinion are our techs at* OMG Tech Help - they have Certified techs on board and they'll do all the repair work for you **remotely, so you don't have to bring the computer anywhere!** You can sit back and watch over them while they repair your computer for you **OR** you can head

**EXHIBIT 4**
**FTC-VAST-000072**

### Step 4. Open Windows Log. ~~DO NOT SAY EVENT VIEWER!!~~

*(Windows key & R) type ~~eventvwr~~ in run box, then click on WINDOWS LOG, then DOUBLE CLICK ON APPLICATIONS, to FILTER: right side of page click FILTER CURRENT LOG, check off CRITICAL, ERRORS, WARNINGS, then click OK.*

This is the **most important step in checking the overall health of your computer**. This is a log that tells us your computer's history and how well routine tasks are being completed.  Microsoft created this log for system administrators and technicians, it's purpose is to identify and diagnose any **source** of current system problems as well as prevent any future problems on the system, okay? *(Filter the log and tell the client all we want to see is the critical, errors and warnings only)*

Each one of these ~~errors and warnings are a red flag~~ while it's normal to have a few, look at how **many** there are! (PAUSE) There are a significant amount of errors in the system. In many cases, infections or even past infections on the machine cause something known as "trace damage".

~~What kind of Security protection software are you using?~~

Now, you're seeing the errors that can occur from not having ~~quality real-time protection software with MALWARE SECURITY~~.

Every time you run a scan using the software, you can view all the problems that are attached to your computer. The software identifies these problems. Now when you click "remove", what you don't see is behind-the-scenes where the software literally "rips" these problems from the computer. Every time you click remove, you leave **trace amounts of damage** on the system. Over time - depending how often this problem happens - ~~that damage just adds up and makes a larger problem!~~ Does that make sense?

That's why Microsoft recommends the following:

Quality real-time protection software **with malware security**

**EXHIBIT 4**
**FTC-VAST-000073**

# RevenueWire Pricing

### 1yr / 1pc Remote Support NO Stopzilla Packages

1yr DIOn starts @ $250

$250
$299

### 1yr / 2pc Remote Support NO Stopzila Packages
$300
$320
$350
$400

### 1yr / 3pc Remote Support NO Stopzilla Packages
$320
$350
$400
$450

### 2yr / 1pc Remote Support NO Stopzilla Packages
$300
$320
$360
$400

### 2yr / 2pc Remote Support NO Stopzilla Packages
$350
$380
$400
$450

### 2yr / 3pc Remote Support NO Stopzilla Packages
$499
$520
$550
$599

**EXHIBIT 4**
**FTC-VAST-000074**



**3yr / 1pc Remote Support NO Stopzilla Packages**

$460
$480
$500
$530

**3yr / 2pc Remote Support NO Stopzilla packages**

$500
$530
$550
$600

**3yr / 3pc Remote Support NO Stopzilla packages**

$720
$750
$780
$800

Malware Blocker

$10
$50

**ADD ADDITIONAL YEAR TO PLAN**

$99
$120
$150

**ADD ADDITIONAL PC TO PLAN**

$85
$99
$120

Recurring Plans

79.00 + 19.99 = 98.99
129.00 + 19.99 = 148.99
179.00 + 19.99 = 198.99
229 + 19.99 = 248.99

New Computers

laptop $549
PC/ - $610

**EXHIBIT 4**
**FTC-VAST-000075**

# WRAP UP SCRIPT

(Read this at end of call)

Congratulations, everything is all set! Once you and I disconnect the line, I will send the remote session over to the next available technician, where they will complete the work and repairs that we have discussed.

The work to be completed is time consuming and every computer is different. Our techs do a thorough job not a quick one. While the techs are working on your pc, please make that no one else uses the mouse or keyboard or X's out of any open programs.

Please also make sure your pc stays powered throughout the process. Your tech will let you know he is finished by placing a "work completed" image on your desktop. You can then test drive your pc! If something doesn't seem right for any reason, please don't panic as sometimes this happens after servicing. Please just write the issue down and call our customer service line which is 855-316-TECH. -6324·

**Although the phone part of our session is now ending,** the technical work is just about to get started! It was such a pleasure assisting you today and don't forget to click on your desktop icon for future tech support!

Dsb 5.31.13

**EXHIBIT 4**
**FTC-VAST-000076**

# HISTORY/NOTES Tab in LogMeIn and Five9

John Smith (Customer's Name)

jsmith@omgtechhelp.com (Customer's Email)

2yr/2pc w/ SZ - $500.00 3/18/2013 (Package, Price, Date)

\*Computer freezing up, running slow, can't open Internet Explorer

\*Need OTR, infection sweep, tune-up, remove Norton, install Stopzilla (Work to be performed by technician)

Jane Doe (Agent)

## Five9

You must copy and paste all notes to the COMMENTS section in Five9!!!! (Control C copies / Control V pastes)

On the COMPANY LINE insert the package purchased, price, P for Preferred or S for Standard, and date

EXAMPLE: 2yr/2pc w/ SZ (P) $500.00 3/18/2013

EXHIBIT 4
FTC-VAST-000077

# OMG TUNE UP

1. Fix/repair damage in window logs.

2. Remove all running junk programs.

3. Remove all unnecessary start-up programs.

4. Check/ Update all Drivers

5. Clean/reset internet properties.

6. Disable indexing.

7. Clean sweep of all cookies. Clear/remove temp. Files.

8. Run Security sweep both manually and visually.

9. Fix registry errors.

10.    Check/fix issues w/ connected devices.

11.    Run a disc cleaning utility.

12.    Increase your virtual memory

13.    Improve pc.s boot

14.    Set computer to the most current configuration settings.

**EXHIBIT 4**
**FTC-VAST-000078**

05/24/2013   13:39   18887483978        LOG                              PAGE   15/31

# OMG TECHhelp

HOME    SERVICES    PLANS    TESTIMONIALS    ABOUT US

HOME    CONTACT US    REPORT ACCESS

**CALL NOW 855-316-TECH (8324)**
Hours: 8am - 12m EST | 7 days a week

CUSTOMER SERVICE

## The process to optimize your computer is complete!

Thank you for your patience and being a great customer!

### We Have

- Extensively scanned and removed viruses, malware, trojans, and other harmful programs from your system.
- Installed anti-virus/anti-malware software if you have purchased it.
- Made adjustments to your Windows operating system to ensure it will operate with greater responsiveness and speed.
- Removed any extraneous temporary files and programs requested for removal
- Tested the integrity of your system and various applications such as web browsers, e.g. Microsoft Internet Explorer, to verify its performance.

### We Kindly Request That You

- Test your system for the next two days and take note of any questions or concerns you have with your system and contact us if needed.
- Refrain from installing programs that purport to enhance the performance of your system, e.g., utilities that affect "drivers", registry, or other system files. You have subscribed to our concierge technical support service and do not need such programs – please take advantage of our expertise and the service to which you subscribed.
- Confirm that the work we have performed has been completed to your satisfaction using this form located to the right.

**Customer Name:**
First _____ Last _____

**Technician Name:**
First _____ Last _____

**Phone Number:** _____

**E-mail:** _____

**E-mail (Confirmation):** _____

**My Issue was:**
○ Fixed
○ Not Fixed

**Comments**

We greatly appreciate any compliments or suggestions on how to improve our service, your time and input is greatly appreciated and will help us to provide the best possible care to valued customers such as you!

[ Submit Query ]

**EXHIBIT 4**
**FTC-VAST-000079**

# WINDOWS KEY / R brings up a RUN box to access:
1. www.support.me
2. www.logmein123.com
3. www.omg22.com
4. msconfig
5. eventvwr

# WINDOWS KEY / PAUSE-BREAK KEY
1. Check the RAM
2. Check the drivers in the system

# CTRL/J
Will bring up the download box after the hits the save in LogMeIn if they are using FireFox.

# CTRL/M
Will bring up the call out box for making an outbound call

# CTRL/C
Will copy

# CTRL/V
Will paste

**EXHIBIT 4**
**FTC-VAST-000080**

## MANDATORY, MUST READ VERBATIM

# ORDER SUMMARY

# SCRIPT

The TOTAL ORDER AMOUNT must be CRYSTAL CLEAR to the customer before the order can be processed. Not asking for permission prior to charging a customer's credit or debit card will result in a Serious Infraction. Reoccurring serious infractions will result in termination. This is monitored by QA.

Your TOTAL today is: $_____.

This includes (# of) years of unlimited technical support and repairs for (# of) pc(s).

Do I have your permission to process your payment in the amount of $_____? (DO NOT process until customer says YES)

Ok, your order went through successfully. On your statement you will see a charge under the name of "SafeCart.com" which is our merchant system, also from "SafeCart.com" you will see an email; that is your receipt.

## MANDATORY, MUST READ VERBATIM

**EXHIBIT 4**
FTC-VAST-000081

# HOW TO GET A CUSTOMER INTO SAFE MODE

1. Make sure the power is turned **OFF** on the customer's computer. If the computer is turned on, have the customer hold down the power button for 5 seconds and then release it.

2. Have the customer locate the **F8** key located on the top of their keyboard.

3. Have the customer turn the power **ON** and as soon as the customer does that, ask them to start tapping the **F8** key and don't stop tapping it until they see a screen that says **ADVANCED BOOT OPTIONS**.

4. Using the arrow keys on the right side of their keyboard, the customer should highlight **SAFE MODE WITH NETWORKING** and hit the **ENTER** key. (Ask the customer to tell you what they see. They may need to hit **ENTER** one more time.)

5. Let the customer's system boot up and have them **LOG IN**. Ask the customer to let you know when they see their icons reappear on their screen. PLEASE NOTE: The icons will appear enlarged because they are in safe mode.

6. Ask the customer to to **OPEN** their INTERNET EXPLORER (Not FIREFOX)

7. Tell the customer to hit the Window's key and tap the letter "R" on their keyboard. Have the customer enter www.support.me or www.logmein123.com and hit **OK**.

8. Create a new NEW SESSION in LogMeIn and give the customer the 6 Digit PIN and tell the customer to click on **START DOWNLOAD**.

9. Next, have the customer click on **RUN**.

10. A chat box will appear on the customer's screen. Ask the customer to click on **OK** (This gives us permission to access their computer remotely.)

11. Click on **APPLET AS SYSTEM SERVICE**

12. Then click on **LAUNCH REMOTE CONTROL SESSION**.

## YOU ARE NOW IN A SAFE MODE CHAT SESSION

**EXHIBIT 4**
**FTC-VAST-000082**

Attn: Code Enforcement
This company Targets Seniors - Has no set price
And is

**OMG TECHhelp**

Sells False
Es. Information
And Unnecessary
Software.

# Call Out Hotline

When you are going to be late or absent please call and leave a message with Paulla or the voicemail system.

Do not call a Manager or Team Leader.

Phone: 561-910-0301

Please state your name, phone number and reason for absence.

Thanks!

EXHIBIT 4
FTC-VAST-000083

# *Steps to open up services*

---

### 1) Windows task Manager

Right click on your task bar and click on "Start Task Manager"





---

**EXHIBIT 4**
**FTC-VAST-000084**

06/24/2013  13:39   18887483978                LOG                    PAGE  22/31

## 2) MSCONFIG

Go to start, in the search bar type in MSCONFIG then enter.



Sytem configuration will open.

Select 'Services" and place a check in "Hide all Microsoft services"



Next click on "Start Up" Tab



**EXHIBIT 4**
**FTC-VAST-000085**

06/24/2013  13:39   18887483978                 LOG                          PAGE  23/31

## 3) Windows Logs

Go to start RIGHT click on "Computer" then click on Manage.



Click on Event Viewer/ Windows Log/ Apllications. Then select on the right of the pain 'Filter Current Log"

Select the Critical,Errors and Warnings

NOTE:If there OS is windows 7 and above you will see this screen. Windows 2000 and XP will not have the "Filter Current Log" on the right had side. Choose 'View" on the top menu and choose Filter.



**EXHIBIT 4**
**FTC-VAST-000086**

## Log Me in Instructions

1) First have the customer  click on Connect me on the bottom of there order screen with our  phone number. If there not on that page have them.

Locate the Windows key on the bottom left of the key board. Hold the Windows key and press 'R" at the same time.

Have them type in "www.logmein123.com, www.support.me or www.fix22.com



This will bring them to the Logme in Support page Enter 6 digit code.

2) Go to your Logmein Support Console and creat a "New Session"

Enter the Fields on the Creat New session and creat PIN Code: this is the 6 digit code you supliy to the costumer



**EXHIBIT 4**

**FTC-VAST-000087**

3) Have them click Start Down load and they should see a a box that says Run, Safe or Cancel.. You want them to Run the file and select anything that appears. I.E " yes,allow,continue or unblock.

4) On your users Consel you press Play when the session is created



5) Some users will have to click on Restart Apilit or System Services. Bottum Button



6) have the costumer press on there computer " allow, yes, unblock, ok"

7) Last step click on Launch Remote Desktop Session.. The costumer will have to click OK to except session



NOTE: When you are done exit there session!!!!!!

EXHIBIT 4
FTC-VAST-000088

# WINDOWS KEY / R brings up a RUN box to access:
1. www.support.me
2. www.logmein123.com
3. www.omg22.com
4. msconfig
5. eventvwr

# WINDOWS KEY / PAUSE-BREAK KEY
1. Check the RAM
2. Check the drivers in the system

# CTRL/J
Will bring up the download box after the hits the save in LogMeIn if they are using FireFox.

# CTRL/M
Will bring up the call out box for making an outbound call

# CTRL/C
Will copy

# CTRL/V
Will paste

**EXHIBIT 4**
**FTC-VAST-000089**

# Exhibit 5

### DECLARATION OF ADAM TIMMONS
### PURSUANT TO 28 U.S.C. § 1746

I, Adam Timmons, hereby state that I have personal knowledge of the facts set forth below. If called

as a witness, I could and would testify as follows:

1. I am over 18 years of age and live in Boca Raton, Florida.

2. I was employed at Vast Tech Support ("Vast Tech") from on or about February 2013 through on

   or about late May/early June 2014. I started out as an entry-level technician and performed

   various tasks at Vast Tech, including working on issues related to Vast Tech's computer

   network. When I left I performed duties as a system administrator and systems support

   specialist, and in that position worked with every computer in the building. I was asked to leave

   Vast Tech because of a run in I had with another Vast Tech employee.

3. Vast Tech is located at 2855 S. Congress Ave., Delray Beach, Florida. At the time I left Vast

   Tech, the 2855 S. Congress Ave business premises consisted primarily of: (1) the main tech

   support sales floor that had around 85-100 seats; (2) a small customer service floor; (3) a

   medium-size space for technicians; (4) quality-assurance offices; (5) offices for managers; (6) a

   lobby and meeting rooms; (7) an executive suite that contained at least three executive offices, a

   renewal sales floor where telemarketers called exiting Vast Tech customers whose subscription

   was about to run out, human resources and accounting; and (8) a server room.

4. Vast Tech's main tech support sales floor was manned 24 hours a day in three shifts. During the

   two main shifts, it usually had at least 60 to 70 seats filled. While I was never a sales person, my

   duties required me to be around the sales floor and I personally saw Vast Tech's various sales

   practices, including the scripts that Vast Tech's sales representatives used. I also sat in on Vast

   Tech's initial sales representatives training classes and overheard Vast Tech's training

   procedures.

Declaration of Adam Timmons                                1

**EXHIBIT 5**
**FTC-VAST-000090**

5. When I left, Vast Tech had recently fired some of its local employees but expanded its offshore operations using telemarketers located in Cebu City, Philippines. Vast Tech had already outsourced a lot of its technical support to the Philippines.

6. Three individuals made up Vast Tech's executive management: Elliot Loewenstern ("Loewenstern"), Vast Tech's CEO; Jon Paul Vasta ("JP"), Vast Tech's president; and Mark Donohue ("Donohue"), Vast Tech's chief operating officer. All three had offices at Vast Tech's 2855 S. Congress Ave location, were there almost every day, and were regular presences on the tech support telemarketing sales floor.

7. Loewenstern's office had at least three large monitors that he would hook a laptop computer he carried with him up to when he came in. I also remember that JP actually moved his office out of the executive suite so that he could be closer to and actually oversee the main sales floor.

8. Vast Tech shared its space with another telemarketing operation called Power Source Marketing ("Power Source"). From what I saw and heard, Power Source primarily generated leads and made business contacts. These business contacts included Dish TV and home security promotions. Power Source shared Vast Tech's office space and used Vast Tech's phone and computer network infrastructure. The person in charge of Power Source was named Jordan Karlick. He also had an office at 2855 S. Congress Ave. I also personally saw online that Elliot Loewenstern's name was on Power Source corporate documents.

9. There was also an armed security guard at Vast Tech's 2855 Congress Ave location during normal business hours. The guard was there primarily to protect Vast Tech's executives. There had been a couple of incidents at the call center, including one incident where a fired employee made a scene and another where a rock or brick was thrown through a window. Whenever Vast Tech fired an employee, the security guard personally escorted that person off the premises.

Declaration of Adam Timmons                    2

**EXHIBIT 5**
**FTC-VAST-000091**

10. Vast Tech's main business is selling computer "repair services" to consumers who call their call center. Usually, consumers contact Vast Tech because (1) they purchased a piece of software and the software sales site directed them to call one of Vast Tech's toll free numbers to "register" the software; or (2) Vast Tech's toll free numbers appeared on a false warning pop up that pretends to have identified that the consumer's computer is infected with a virus or malware.

11. Either way, when consumers call Vast Tech, the Vast Tech sales representatives, who call themselves "technicians" use a bogus diagnostic and scare tactics to make the consumers think that their computer is damaged or infected with malware and needs hundreds of dollars in "repairs." In fact, based on my experiences on the tech floor and with Vast Tech's sales representatives, a good portion of Vast Tech's consumers did not need Vast Tech's expensive repairs. Moreover, Vast Tech's sales representatives were not trained or qualified, in any way, to identify real computer problems. Instead, Vast Tech's sales representatives relied solely on sales scripts drafted by JP. Physical copies of the sales scripts were kept on the sales floor and in the training room. Electronic copies were stored by Five 9, Inc. (Vast Tech's phone provider) for the sales representatives easy access. These scripts mislead consumers without any computer knowledge to believe that innocent errors and warnings, etc., common to a normally functioning computer, were actually signs that the computer was damaged, infected with malware, or otherwise needed repair.

12. Donohue personally told me that JP wrote the scripts for Vast Tech. I had set up Donohue's Internet at his home and while he was driving me back to my house we got to talking about Vast Tech. In addition to telling me that Vast Tech's scripts were written by JP, Donohue told me that prior to working at Vast Tech, JP had worked at another tech support company, Advanced Tech Support which also does business as Inbound Call Experts. Donohue said that JP had a falling

Declaration of Adam Timmons                    3

**EXHIBIT 5**
**FTC-VAST-000092**

out with the owners of Advanced Tech Support and the owners told him he would never amount to anything in that industry.  Donohue told me that JP had initially contacted him about starting Vast Tech and the two of them eventually contacted and worked out a deal to bring in with Loewenstern.  My impression was that JP saw how much money Advanced Tech Support's tech support call center was making and started Vast Tech with Donohue and Loewenstern in part because he thought it would be profitable, and in part to spite Advanced Tech Support and prove them wrong.

13. Boost Software ("Boost") was one of the companies that directed consumers to Vast Tech in order to register their software.  While Boost's sales site directed consumers to call Vast Tech in big letters, I remember seeing small text on the Boost pages that showed that a consumer could register their software, PC HealthBoost, without calling Vast Tech.  I believe registration instructions were also in small print in an email that Boost sent to consumers.  While Boost made it sound like Vast Tech was their customer support, in reality, Boost was a lead generator for Vast Tech.  I recall that people from Boost visited Vast Tech's sales floor.  I also remember floor supervisors commenting that Boost performed random calls posing as a consumer to check on Vast Tech.  I understood that the Boost caller would get their software registered and sit through Vast Tech's entire bogus diagnostic, but not purchase repairs.  I specifically remember the floor supervisor congratulating a sales representative for sticking to the script on a Boost test call.  I also remember that ironically, Boost's software, PC HealthBoost, caused real problems on some consumers' computers.

14. I also remember during its free scan, PC HealthBoost pretended to identify a lot of errors on the consumers' computers that really were not errors or problems.  I also recall that once the

Declaration of Adam Timmons                    4

**EXHIBIT 5**
**FTC-VAST-000093**

consumer purchased PC HealthBoost, the program stopped identifying the "errors" its free scan had identified.

15. Vast Tech also received calls generated by bogus warning pop ups. These pop ups looked like Windows messages, stated that a virus or Trojan had been detected on the consumers' computer, appeared to lock up the screen, and directed the consumer to call one of Vast Tech's toll free number to get the problem resolved. I actually saw several of these bogus warning pop ups. In fact, the bogus warning pop ups were automatically generated web pages that took up the entire screen and prevented consumers from moving around in their Internet browser. Someone with some computer knowledge would quickly realize that the pop up was bogus and that they could get rid of it by shutting down their Internet browser or restarting their computer. Unfortunately, as I recall, many of the consumers that called Vast Tech due to the bogus warning pop ups were seniors, and/or had no computer knowledge. I recall that when consumers called Vast Tech due to a bogus warning pop up, the sales representatives accessed a script, treated the bogus pop up as if it was legitimate, and began their bogus diagnostic as outlined on the script.

16. No matter how consumers get there, when Vast Tech's sales representatives answer the phone they never used the company's real name. Instead, they usually answered the phone, "Premium Tech Support."

17. After that, the Vast Tech's sales representatives would direct the consumer to a web site like omg22.com or logmein123.com. Once there, Vast Tech would use LogMeIn software to take control remotely of the consumer's computer. Once the Vast Tech sales representative had control, they would start their "diagnostic" and as directed in the scripts, use utilities like the Event Viewer and Task Manager to scare the consumer into thinking their computer needed repairs. To the best of my knowledge, Vast Tech did not supply its sales representatives with

**EXHIBIT 5**
**FTC-VAST-000094**

any real diagnostic training.  Instead, Vast Tech primarily trained them to:  (1) use the Five 9 software to handle calls and access scripts; (2) use LogMeIn to take over remotely consumers' computers; and (3) to improperly use things like Event Viewer and Task Manager to scare consumers.  From my own experience at Vast Tech, the sales representatives diagnostic always showed that the consumer's computer had problems and needed repair, even when many really did not.  Based on what I saw at Vast Tech, if a consumer with a brand new out of the box computer called Vast Tech, the sales representative would have run the bogus diagnostic and told the consumer, "look at this, it is horrible!"

18. The Task Manager is a Windows Operating System monitor that displays information about computer performance, including memory usage and the number of running processes.  Once they had remote control of the consumer's computer and were doing the diagnostic, Vast Tech's sales representatives were instructed to open the Task Manager and point out the number of running processes and the CPU usage to the consumer.  No matter how many processes were running, Vast Tech's sales representatives almost always told consumers that it was too many and that this could be a sign of bigger problems.  I thought that this was especially bad since most of the processes and CPU usage were due to Vast Tech's remote control software and multiple screens opened up during Vast Tech's "diagnostic."

19. The Event Viewer is a program that displays a log of past actions on the computer.  Using the script, Vast Tech's sales representatives used Event Viewer to show the consumer its log of "errors" and "warnings." The sales representatives were supposed to tell consumers that these errors and warnings were things called "trace damage" and may be evidence of past or present virus or malware infections.  Vast Tech instructed its sales representatives not to use the actual term Event Viewer when on the phone with a consumer.  From my personal experience, I did not

**EXHIBIT 5**
**FTC-VAST-000095**

know a single Vast Tech sales representative that knew or had been trained to know what the Event Viewer errors and warnings actually meant.

20. Vast Tech sales representatives also used things like MS Config (a utility that allows you to make changes to the Microsoft Windows start up process) and the computer's Start Up Menu to show consumers programs and things that had been added to the computer (probably by the consumer). After showing consumers these programs, the Vast Tech sales representatives made it appear that something was taking control of the computer or that the computer was infected.

21. After they used programs like Task Manager, Event Viewer, MS Config, etc., to convince the consumer that their computer needed repair badly – even if it did not – the sales representatives were supposed to give the consumer two options: (1) they could take the computer to a place like Best Buy or Office Depot, pay hundreds of dollars (even though they had nothing to base their estimate on) and not have use of their computer for days; or (2) allow another company that the sales representative was familiar with, OMG Tech Help, to repair the computer remotely, thus saving the consumer time and effort. Vast Tech's tech support services were not cheap, usually running around $300 or more.

22. Vast Tech processed its payments through a Canadian company that did business under the names Safe Cart and Revenuewire.

**EXHIBIT 5**
**FTC-VAST-000096**

23. Also, while I was at Vast Tech, the company kept onsite computer backups of all of its sales calls in the server room.  The server room was often referred to as "the cave."

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on ___9 / 29___, 2014, in Boca Raton, Florida.

Adam Timmons

Declaration of Adam Timmons                           8

**EXHIBIT 5**
**FTC-VAST-000097**

# Exhibit 6

## DECLARATION OF BRANDON ELKIN
## PURSUANT TO 28 U.S.C. § 1746

I, Brandon Elkin, hereby state that I have personal knowledge of the facts set forth below. If called

as a witness, I could and would testify as follows:

1. I am a United States citizen over 18 years of age and live in Raytown, Missouri.

2. On August 25, 2014, I searched online for an antivirus program for my wife's ~~new~~ computer.

3. I visited the website *pcspeedboost.com*.

4. The website promised to improve my computer's startup time, browsing speed, and overall performance.

5. The website had "Norton Secured," "McAfee Secured" and "Microsoft Partner" logos.

6. Based on the information on the website, I decided to purchase the antivirus program for my wife's computer and my own computer.

7. I clicked a button to purchase the program and the website transferred me to an order page.

8. I entered my contact and payment information and submitted payment.

9. I paid $49.97 for ~~both~~ antivirus programs.

10. Shortly after I place my order, I received two confirmation emails, which are attached hereto as **Attachment A**.

11. I then attempted to download PC Speed Boost on my wife's computer.

12. I clicked a download button and downloaded PC Speed Boost.

13. Once I downloaded the program, a window popped into my browser that told me to call (855) 966-5665 to activate the software.

14. I called the phone number in the browser window and spoke with a representative.

15. The representative told me he needed to access my computer to activate the license.

16. The representative remotely accessed my computer and began manipulating my screen.

**EXHIBIT 6**
**FTC-VAST-000098**

17. The representative opened a program that showed CPU processing. The representative told me that my wife's computer was running at 97-100% capacity and that it should only be running at 15-20% capacity.

18. The representative told me my wife's computer contained malware based his analysis of the CPU and asked what antivirus I was using before I purchased PC Speed Boost.

19. I told him that my wife's computer had WebRoot Antivirus.

20. The representative told me that WebRoot does not protect against malware.

21. The representative opened my web browser and showed me a website he claimed contained malware. I do not remember the website he visited or why he visited the website.

22. The representative told me his company could fix my wife's computer and protect it from malware for $299. He said I would also receive something called Privacy Guard to protect my identity. All he would need was 24 hour remote access to my wife's computer.

23. The representative told me a large retailer like Best Buy would take at least a week to repair my wife's computer and would not install Privacy Guard.

24. I told the representative that $299 was too much for me to pay.

25. The representative then offered the malware protection without the Privacy Guard for $199.

26. I told the representative I was not interested and hung up the phone.

27. A few weeks later I noticed a charge on my credit card for $49.97, the amount I agreed to pay for two copies of PC Speed Boost. According to my statement, the charge came from safecart.com.

28. I felt scammed and violated. If I had known PC Speed Boost would log into my computer and ask me for another $299, I never would have purchased PC Speed Boost.

I state under penalty of perjury that the foregoing statement is true and correct.
Executed on __9/13__, 2014, in Raytown, Missouri.

Brandon Elkin

**EXHIBIT 6**
**FTC-VAST-000099**

**Tyndall, Reeve**

| | |
|---|---|
| **From:** | Brandon Elkin ▮▮▮▮▮▮▮ |
| **Sent:** | Thursday, August 28, 2014 2:40 PM |
| **To:** | Tyndall, Reeve |
| **Subject:** | Fwd: SafeCart Receipt |

This was a second email that I got back to back with the other one.

--------- Forwarded message ----------
From: "SafeCart Payments" <orders@safecart.com>
Date: Aug 25, 2014 1:44 AM
Subject: SafeCart Receipt
To: "Brandon J Elkin" ▮▮▮▮▮▮▮▮▮
Cc:

THIS IS AN AUTOMATED ORDER RECEIPT. REPLIES ARE NOT ACCEPTED TO THIS EMAIL ADDRESS.

Thank you for using SafeCart Payments.

Your ▮▮▮▮▮ has been billed: **49.97 USD.**

Please take note of your SafeCart Receipt ID for reference to any inquiries:
PCSB-U250814-6XJV
**This is NOT a license key"**

**Your order**

Brandon J Elkin ▮▮▮▮▮▮▮▮

| | |
|---|---|
| PC SpeedBoost 2 PC License 2-PC License | $49.97 |
| Total USD: | $49.97 |

* **IMPORTANT:** For support on the product or service you've just ordered, please contact the merchant directly:

**Boost Software Inc.**
http://support.boostsoftware.com

Please allow 48 hours for the manufacturer to respond to your inquiry. If you have not received a response to your inquiry after 48 hours, please feel free to contact the SafeCart order support team, and we will be happy to assist you!

--
SafeCart™ Secure Internet Payment Processing

customerservice@safecart.com
http://www.safecart.com/
250-590-2272
1-855-432-0727

1

**Attachment A**

**EXHIBIT 6**
**FTC-VAST-000100**

**Tyndall, Reeve**

| | |
|---|---|
| **From:** | Brandon Elkin █████████████ |
| **Sent:** | Thursday, August 28, 2014 2:39 PM |
| **To:** | Tyndall, Reeve |
| **Subject:** | Fwd: PC SpeedBoost Order Info - How to Register Your Copy |

---------- Forwarded message ----------
From: "PC SpeedBoost Order" <orders@boostsoftware.com>
Date: Aug 25, 2014 1:54 AM
Subject: PC SpeedBoost Order Info - How to Register Your Copy
To: "Brandon J Elkin" < ████████████████
Cc:

THIS IS AN AUTOMATED ORDER RECEIPT. REPLIES ARE NOT ACCEPTED TO THIS EMAIL
ADDRESS.

In order to activate your copy of PC SpeedBoost,

please call: 1-855-966-5665

Our support line is available 24/7 and is a toll-free call.


IMPORTANT: You will need your license key(s) ready (see below).

Your License Key(s)

PC SpeedBoost

████████████████████████

████████████████████████

Logmein:
http://www.support.me

Boost Software, Inc
http://support.boostsoftware.com
---
To unsubscribe, please visit:
http://boostsoftware.com/unsubscribe.php?e=Brandon+J+Elkin+%3Cbrandon.elkin%40gmail.com%3E&l=pcsb

CAN-SPAM Act. Compliance Notice:

This message was sent by Boost Software, Inc. You are receiving this message because you are a customer of
Boost Software, Inc. and this is your purchase receipt. If you have any questions or comments regarding this
mailing, please contact us by email at orders@boostsoftware.com, by telephone at 1-855-966-5665, or by mail
at 75 Arlington Street, Suite 500, Boston, MA USA 02116.

1

**Attachment A**

**EXHIBIT 6**
**FTC-VAST-000101**