# Exhibit 7

## DECLARATION OF STEVEN HILL
## PURSUANT TO 28 U.S.C. § 1746

I, Steven Hill, hereby state that I have personal knowledge of the facts set forth below. If called as a

witness, I could and would testify as follows:

1. I am 45 years old and live in Casa Grande, AZ.

2. On or around June 11, 2014, I saw an advertisement for PC Speed Boost on a sidebar

    when I was on YouTube. I clicked on the advertisement because I wished to speed up

    my computer. When I clicked on the advertisement, it took me to a webpage with a

    phone number to call, 855-316-8324. I called that phone number.

3. The man who answered the phone identified himself as Brian Daly and said that I had

    reached PC Speed Boost. Brian Daly gave me a sales pitch about how PC Speed Boost

    would help to speed up my computer and convinced me to buy the PC Speed Boost

    product for $29.97.

4. Brian then remotely accessed my computer with my permission. He installed PC Speed

    Boost and then made a few changes in my computer's directory. I remember that it did

    not take very long for Brian to install PC Speed Boost and make the changes on my

    computer. Brian also tried to sell me a year of 24-hour tech support service for $299, but

    I told him I did not want it. Once Brian finished making changes on my computer, he

    placed a calling card with a toll free number on my computer desktop, logged off and

    concluded the call.

5. When I turned on my computer the next morning, I could not access any of my Word

    documents. This was a major problem for me because many of those documents were

    necessary for my regular work. In addition, my computer was not any faster than before

    Brian had installed PC Speed Boost and worked on it.

DECLARATION OF STEVEN HILL

**EXHIBIT 7**
**FTC-VAST-000102**

6. I called the number on the calling card Brian had left on the desktop to get someone to fix the issue with my Word documents. I was connected to a woman with an accent who called herself Annie Abellanosa. I asked Annie where she was located, and she told me Cebu, Philippines. I then asked her if she could fix the problem with my Word documents. She told me that she could only provide tech support if I paid her company, OMG Tech Support, $299. I told her that the current problem with my Word documents only appeared after Brian Daly accessed my computer and installed PC Speed Boost. She reiterated that she could only attempt to fix my computer if I paid OMG Tech Support $299. I asked to speak to her supervisor and she put me on hold.

7. After being on hold for several minutes, someone without an accent answered the phone. He called himself Riteau Cius. I asked him if he was also located in the Philippines, and I recall that he told me that he was located in Florida. He got Annie Abellanosa on the phone. I explained the problem with my Word documents to Riteau, but he also refused to provide tech support or do a diagnostic unless I paid OMG Tech Support $299 for technical support help. Riteau told me that OMG Tech Support installs programs for Boost Software, Inc., the company that makes PC Speed Boost. Riteau told me that he had the ability to review all of Brian Daly's work on my computer. He said that he was sure Brian had properly installed PC Speed Boost on my computer because the company kept records of all work done by its employees. Realizing that OMG Tech Support would refuse to fix the problem with my Word documents unless I paid them $299, I said that I wanted to speak to a supervisor and get a refund. Riteau told me that someone would call me and we concluded the call.

DECLARATION OF STEVEN HILL

**EXHIBIT 7**
**FTC-VAST-000103**

8. A day or two later, on or around June 13, 2014, my brother-in-law was able to fix my computer so that I could once again access my Word documents. He had to reinstall completely my computer's operating system. It took him about six hours to do it.

9. On or around June 14, 2014, I received a call from a woman who identified herself as Adelle. Adelle told me that she was from OMG Tech Support. As Riteau and Annie had stated previously, Adelle told me that OMG Tech Support would not provide me with tech support for the problem that I had with my Word documents. Adelle said that Brian Daly, who told me he was from PC Speed Boost in the initial call, was actually a sales person for OMG Tech Support. I asked her for a refund of my PC Speed Boost purchase and she agreed to give me a refund, and eventually, I did receive my $29.97.

10. I was very upset by my experience with Boost Software, their product PC Speed Boost, and their customer service company – OMG Tech Support. They basically did nothing. Without the help of my brother-in-law, I would not have been able to fix my computer and would not have been able to access Word documents that are necessary for my work.

11. So, on or about June 15, 2014, I filed a complaint against Boost Software with the Better Business Bureau. Attached to this declaration as Attachment A is a true and correct copy of my Better Business Bureau complaint against Boost Software and their response to my complaint.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on *August* 27, 2014, in Casa Grande, AZ.

Steven Hill

DECLARATION OF STEVEN HILL

**EXHIBIT 7**
**FTC-VAST-000104**

## Complaint ID #: 10091321

## Business Information

**Boost Software Inc.**
75 Arlington St Ste 500
Boston, MA 02116
(857) 241-3662

**Business ID:** 121711

Eastern Massachusetts

## Consumer Information

Hill, Steven

## Complaint Details

**Date Filed:** 6/15/2014

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
On Thursday, June 11th, 2014, I saw an Internet advertisement on Youtube for PC Speedboost, a product designed to help increase pc speed. It is a Boost product. I called the number and spoke to Brian Daly at 855 316-8324. I paid the 29.97 fee, and allowed, per his instructions, for Brian Daly to remotely access my pc. He began to move my mouse around, installed some software on my pc, with an icon called PC Speedboost, clicked on some other spots in my computer files, and logged off leaving his calling card with his name on my desktop and software installed on my pc. I turned off my pc and the next morning, I turned it on and all of my document files were inaccessible. They would not open. I called customer service, and spoke to Annie Abellanosa, who said she is in the Phillipines, whose supervisor is Riteau Cius, who said he works with Owens Technical Support in Florida. I wanted help opening these files and wondering what Brian Daly did to my computer, but no one would talk to me unless I paid $299.00 for technical support help. Brian Daly did nothing to increase my pc speed, damaged my computer's ability to open files, and I feel this product is a scam and want my money back, and I need the Statutory Agent for Boost Software, Inc, which, as far as the Massachusettes Corporation Commission website is concerned, Boost Software is not a licensed Massachusettes company. I want to know where the hell they are incorporated so that I can serve their statutory agent with an Arizona lawsuit. Irregardless, I also need to lodge this complaint with the Massachusettes Better Business Bureau.

**Consumer's Desired Resolution:**
I need a full refund, of the purchase price, and I need to know where Boost Software , Inc., is incorporated, what state, and who their statutory agent is for service of process. Since Boost

Attachment A

**EXHIBIT 7**
**FTC-VAST-000105**

Software is doing business and has a corporate office in Boston, the Better Business Bureau should know what state they are actually incorporated in, because the Massachusetts corporation commission has no record, as I can see, of their existence.

Attachment A

**EXHIBIT 7**
**FTC-VAST-000106**

## Business/Consumer Responses:

**06/25/2014**
**Erin Walsh**

Respond to Complaint
Our call center handled this on June 15, 2014. He was refunded and the refund process was explained to him. All that was needed was for his Word docs to open, which is easily resolved with a system restore or registry backup restore within the PC SpeedBoost(TM) Software. Customer agreed not to pursue any further actions.

Regarding where we are incorporated, we were incorporated in the state of Massachussetts on August 11, 2012. Public records are available and our address is 75 Arlington St. Suite 500 Boston, MA 022116

Sincerely,

Erin Walsh

---

**06/25/2014**
**Mr. Steven Hill**

I do not Accept the Response Made by the Business to Resolve this Complaint

Better Business Bureau:

I have reviewed the response submitted by the business and have determined that the response does not satisfy or resolve my issues and/or concerns in reference to complaint # 10091321. Please add your rejection comments below.

[If you are rejecting the business's response please enter : I have not received any refund, please provide proof that I have received a refund!!!our rejection comments here.]

Regards,

Steven Hill

---

**06/30/2014**
**Erin Walsh**

Respond to Complaint
Hello,

We have enclosed a copy of the refund that has been processed for you. It may take a few days from the day the refund was issued to show up on your card.

Attachment A

**EXHIBIT 7**
**FTC-VAST-000107**

Sincerely,

Erin Walsh

Attachment A

**EXHIBIT 7**
**FTC-VAST-000108**

# Exhibit 8

## DECLARATION OF TIMOTHY HUFF

### PURSUANT TO 28 U.S.C. § 1746

I, Timothy Huff, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am 72 years old and live in Stamford, Connecticut. I am currently retired. I previously worked as a paralegal.

2. My computer was running slow, and I was looking for help.

3. On or about December 2013, I spoke with a representative of OMG technical support who told me my machine was full of errors.

4. The representative then sold me a multi-year maintenance contract for $510.00. I paid for this contract by credit card.

5. After OMG technical support provided their service, my computer was on its knees. It was running slower than before.

6. I also received a call from someone else to alert me that someone had hacked into my computer, and that six foreign users had access to my email. This was after OMG technical support had provided their service.

7. I subsequently filed a complaint against OMG technical support with the BBB, and sought a refund. After I filed the BBB complaint, a person called me, referenced the service on my computer, and asked me to withdraw the complaint. I refused.

8. I eventually obtained a refund.

9. I ended up taking my computer to a local dealer to get it fixed, and he replaced the hard drive at a cost of $100.

**EXHIBIT 8**
**FTC-VAST-000109**

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on ~~September 2~~, 2014, in Stamford, Connecticut.

Timothy Huff

**EXHIBIT 8**
**FTC-VAST-000110**

# Exhibit 9

## DECLARATION OF MARY ANN LITTLETON

## PURSUANT TO 28 U.S.C. § 1746

I, Mary Ann Littleton, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am 61 years old and live in West Plains, Missouri.

2. I purchased a new Dell computer and received it on December 13, 2013.

3. I wanted to upgrade the McAfee security software that came with it so I just googled McAfee and got a link titled McAfeeProtection.com. They advertised the upgrade for $49 but had a mail in rebate making the total $29.

4. I charged it to my credit card and after buying it, there was a link available for free installation.

5. They requested our phone number and called us. This was OMG Tech Support and they said they installed McAfee and other types of software.

6. When I clicked on McAfee Protection, I assumed that I would only be dealing with a McAfee Representative.

7. After taking control of my computer so that they could install the McAfee upgrade, they then proceeded to tell me that the upgrade would not work, that in order to install the upgrade, the other version had to be uninstalled and this would leave pieces which would make the upgrade unusable.

8. Then they proceeded to tell me that my computer had errors on it. I said that wasn't possible, that it was brand new but the OMG tech showed me the event log which did indeed indicate errors. He said that my computer needed to be scanned and the errors corrected, he would then put their own antivirus block on it so that I wouldn't have

**EXHIBIT 9**
**FTC-VAST-000111**

further trouble. He would scan the computer, correct any problems, put their antivirus on it and that for one year, they would be available 24/7 to answer any questions, correct any problems and do a "tune up" whenever needed, all for the price of $279.

9.  Alarmed about my computer errors, I was convinced that my computer required repair work. So he starts doing the scan and tells me it could take up to 24 hours to complete.

10. I called Dell the next day and questioned them about the so-called errors. They explained that errors were not a problem. They are just a notification that window defender was turned off because the antivirus protection was doing its job. I then called McAfee and they said that it was most definitely possible to get the upgraded software installed on my computer.

11. I confronted OMG and after a heated discussion, they said they'd only refund $130 of the $279 because they had done the scan and corrected a printer problem. I told them I never reported a printer problem and they said their notes said otherwise. I told them I was not satisfied and that I had purchased their services based on their lies, but OMG refused to refund the balance of my money.

12. I called OMG to advise them of the pending dispute set forth in my Better Business Bureau complaint. I got "Melissa" on the line and after reporting the whole story, advising her of the dispute, OMG has now refunded all of my money. The point is that this entire saga should have never happened. OMG should have simply installed my upgrade to begin with instead of lying to me and then persuading me to buy their unnecessary tech service and antivirus software.

13. OMG recently contacted me, and tried to sell me a home security system. I was not interested in purchasing a home security system from them.

**EXHIBIT 9**
**FTC-VAST-000112**

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on September 15, 2014, in West Plains, Missouri.

Mary Ann Littleton

**EXHIBIT 9**
**FTC-VAST-000113**

# Exhibit 10

## DECLARATION OF LOUIS PASSANO

### PURSUANT TO 28 U.S.C. § 1746

I, Louis Passano, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am 68 years old and live in Finksburg, MD. I am retired.

2. On or about November 24, 2013, my computer was running slowly. I performed a Google search to find a program that would fix this problem. I found a website for a product called PC Health Boost.

3. I went to the PC Health Boost website, http://www.boostsoftware.com. The PC Health Boost website offered a free computer scan feature. I clicked on the free scan and the PC Health Boost program scanned my computer for problems. The PC Health Boost free scan indicated that there were roughly 140 problems with my computer.

4. I attempted to purchase the PC Health Boost program to fix these problems but, for some reason, could not complete the purchase. Instead, when the purchase attempt failed, the website directed me to call 1-855-414-6211 to have the problems fixed.

5. I called 1-855-414-6211 and spoke to an OMG Tech Support representative. I do not recall the OMG Tech Support representative's name, but do recall that he talked me into logging into another website that allowed him to access remotely my computer. He explained to me that my computer showed signs of damage and appeared to be infected with malware and viruses.

6. He told me that my computer needed serious help and that OMG Tech Support would fix the computer's problems. He first suggested that I purchase a one-year subscription to OMG Tech Support. After I told him that I could not afford the one-year subscription,

DECLARATION OF LOUIS PASSANO

**EXHIBIT 10**
**FTC-VAST-000114**

we agreed that I would pay OMG Tech Support to fix my computer and only sign up for

a one-month subscription to OMG Tech Support.

7.   The OMG Tech Support representative asked for my credit card information over the

phone.  This surprised me and I asked him if I could pay through a secure website.  He

told me that paying online was not an option and that I had to give him my credit card

information over the phone.  I provided the OMG Tech Support representative with my

credit card information over the phone because I wanted to get my computer fixed.

8.   On or about November 25, 2013, "Safecart OMG" charged my credit card for $149.98.

9.   After I provided him with my credit card information, the OMG Tech Support

representative proceeded to access remotely my computer.  He began to download odd-

looking software.  I understood that OMG Tech Support was going to fix my computer

overnight and left the computer in their care for the evening.  I expected to receive a call

or some other type of notification from OMG Tech Support the following day telling me

that my computer had been fixed with the damage repaired and the malware and viruses

removed.

10. When I woke up the next morning, Monday, November 25, 2013, I was surprised that

OMG Tech Support had not yet notified me that they had fixed my computer.  I called the

OMG Tech Support phone number and was connected with people at OMG Tech

Support.  I asked about my computer but was constantly put on hold for minutes at a

time, transferred between different people, and otherwise given the run-around.

11. I became very concerned and subsequently went to my bank to cancel my credit card.  I

also wiped my computer clean and re-installed all of the original software.  Because of

my actions, I do not believe any lasting damage was done to the computer.

DECLARATION OF LOUIS PASSANO

**EXHIBIT 10**
**FTC-VAST-000115**

12. Over the next two days, I called OMG Tech Support multiple times to request a refund, but had no success actually speaking with anyone. I also contacted Boost Software – who I understand to be the maker of PC Health Boost – and complained about my experience with OMG Tech Support. On Wednesday, November 27, 2013, I filed a complaint with the Better Business Bureau.

13. After filing my complaint, I was finally able to speak with someone at OMG Tech Support over the phone. I informed him that I had filed a complaint with the Better Business Bureau against the company. After I told the OMG Tech Support representative that I had filed a Better Business Bureau complaint, the representative said that OMG Tech Support was willing to refund my money.

14. On or about November 27, 2013, my credit card received a full refund for $149.98 from OMG Tech Support.

15. OMG Tech Support asked that I cancel my Better Business Bureau complaint upon receiving my refund, but I did not think that was right and did not.

16. Attached to this declaration as Attachment A is a true and correct copy of my Better Business Bureau complaint against OMG Tech Support.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on *August 29*, 2014, in Finksburg, MD.

*Louis Passano II*

Louis Passano

DECLARATION OF LOUIS PASSANO

**EXHIBIT 10**
**FTC-VAST-000116**

**COMPLAINT ACTIVITY REPORT**  Case # 90234552  **BBB of Southeast Florida & the Caribbean**

| | | |
|---|---|---|
| **Consumer Info:** | Passano, Louis  | **Business Info:** Vast Tech Support LLC<br>2855 S Congress Ave<br>Delray Beach, FL  33445-7312<br>800 854-8324 |

**Location Involved:**          (Same as above)

**Consumer's Original Complaint :**
Required that I give credit card information verbally.  Offering no other more secure method.  They did not complete the work in a timely manner.
On 11/24/2013 in the evening I purchased PCHealthBoost on-line.  Upon downloading and installing the software the web site at

http://www.boostsoftware.com/pchbapi/clickbank/thankyou.php?item=1pk2yr&cbreceipt=7S6WF8KE&time=1385338083&cbpop=33BF96C8&cbaffi=BOOSTMAIN&cname=Louis+Passano+III&cemail=██████████&ccountry=US&czip=21048&paymentMethod=██████████&zipcode=21048&country=US&cbskin=5108&c1param=&boosttest=

required that I call 1-855-414-6211.  When I was connected  The person who answered opened a chat connection and had me login.  He downloaded some programs that took control of my system and installed some images on the screen.  Then he suggested that I need some serious help and offered a one year subscription that I could not afford and then offered a one month subscription that I accepted.  He then required that I give credit card information verbally.  Offering no other more secure method.  They did not complete the work in a timely manner.  It was early evening so I left the computer in their care for the evening and called later the next morning to see why nothing was happening.  Got the run around.

So I went to the bank and stopped my credit card so they could not make any more charges.  Came back and they had still done nothing.  I took the computer off line and reinstalled windows myself.

I believe that these guys are not associated with the software that I purchased and have jacked a web site to route customers to them.  I have complained to the software company.

**Consumer's Desired Resolution:**
These guys need to be shut down.

| | | | |
|---|---|---|---|
| 11/27/2013 | web | BBB | Case Received by BBB |
| 12/02/2013 | TAB | BBB | Case Determined to be INFO ONLY - No Wait |
| 12/02/2013 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 12/02/2013 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 12/02/2013 | Otto | BBB | Case Closed INFO ONLY |

# Exhibit 11

## DECLARATION OF SANDRA SPILLER

## PURSUANT TO 28 U.S.C. § 1746

I, Sandra Spiller, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am 62 years old and live in Auburn, Maine. I am legally blind, but can view things on my computer when I wear my glasses and look directly at my computer screen. Because of health, I do not get out much at all and my computer is my main link to the outside world. I nicknamed my computer "My Lifeline."

2. On or about January 16, 2014, my computer, which was no more than one year old, was running slowly. I visited a website, the name of which I do not recall, in order to find a solution for this problem. The website claimed to help people with slow computers. I downloaded a product called Regservo from the website to clean the computer. Once downloaded, Regservo ran a free scan that displayed hundreds of errors. In order to fix these errors, I had to buy the full version of Regservo. I bought the Regservo program for $29.99. Once I bought the program, a screen displayed a phone number, (855) 316-8324, that I needed to call in order to activate the Regservo program.

3. I called the number listed on the webpage, 855-316-8324. I was connected to a man whose name I do not recall who told me that he was from OMG Tech Support. The man on the phone had me download a program that let him take remote control of my computer. He told me that there were thousands of infections on my computer and showed me a list of "errors" that was pages long that he said was evidence of the infections. He pressured me into acting immediately to fix my computer. I avoid strange websites, so I was surprised to be told that my computer had thousands of infections. He

**EXHIBIT 11**
**FTC-VAST-000118**

told me that the condition of my computer was dire, that if I did not fix my computer

soon it could crash, and that it was only a matter of time before the infections destroyed

everything on my computer's hard drive. The man told me that I needed tech support

from OMG Tech Support, which cost $299.99. He told me that they would fix any

computer problems I had. I bought the product and a technician spent a day remotely

accessing my computer.

4.    However, the tech support I received from OMG Tech Support did not make my

computer faster or otherwise improve its performance.

5.    On or about January 17, 2014, my Discover card was charged for $299.99 by

Safecart.com. A true and correct copy of the confirmation email that I received from

Safecart is attached as **Attachment A.**

6.    Because I was pressured into buying OMG Tech Support's services immediately, I was

suspicious of the service I was provided. After the man finished remotely accessing, and

supposedly cleaning up, my computer, I researched online to see what issues other people

had with OMG Tech Support. I found multiple complaints against OMG Tech Support,

which made me think that I was a victim of a scam.

7.    I called the number given for OMG Tech Support multiple times to request a refund, but

no representative ever answered the phone. On one occasion, I was on hold for over an

hour.

8.    On or about January 20, 2014, I filed a complaint with the Better Business Bureau. A true

and correct copy of this complaint is attached as **Attachment B.** In response to my BBB

complaint, OMG Tech Support apparently claims that I completed a customer satisfaction

survey, but I do not recall completing any such satisfaction survey.

**EXHIBIT 11**
**FTC-VAST-000119**

9.  On or about January 22, 2014, I requested a refund from Discover. Discover told me I needed to get in touch with OMG Tech Support in order to get my money reimbursed. I told Discover that I had attempted to get in touch with the company on multiple occasions, but was unsuccessful. In or around early February 2014, Discover refunded all of my money.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on  Oct. 2 , 2014, in Auburn, Maine

Sandra Spiller

**EXHIBIT 11**
**FTC-VAST-000120**

### Attachment A

From: SafeCart Payments <orders@safecart.com>
To: kayeti ▓▓▓▓▓▓▓
Sent: Fri, Jan 17, 2014 4:04 pm
Subject: Order Confirmation

---

This is an automated order receipt. Replies are not accepted to this email address. Thank you for using SafeCart Payments.

 Receipt

# Order Confirmation

Thank you for using SafeCart Payments.

## Order Details

Receipt ID:   **CALL-U1701142104-45FHU**

Your Discover has been billed:   **$299.99 USD**

Sandra Stiller
( kayeti@aol.com )

OMG Technical Support Packages   **$299.99**
1yr_1pc OMG Tech Support

Total USD:   **$299.99**

## Support Details

### Billing Support
For billing inquiries on the product or service you ordered, please contact:
**SafeCart**
Toll Free: 1-855-432-0727

### Software Support
For Technical support or download support on the product you ordered, please contact the product manufacturer or author :
**OMG Technical Support Packages 1yr_1pc OMG Tech Support**
helpdesk@omgtechhelp.com
Vast Tech Software LLC
Tel: 855-316-8324

---

safecart       Secure Internet Payment Processing

customerservice@safecart.com | www.safecart.com | Tel: 250-590-2272 | Toll Free: 1-855-432-0727

**EXHIBIT 11**
**FTC-VAST-000121**

## Attachment B

---

**COMPLAINT ACTIVITY REPORT**   Case # 90240869  BBB of Southeast Florida & the Caribbean

| **Consumer Info:** | Spiller, Sandra L | **Business Info:** Vast Tech Support LLC |
|---|---|---|
| | | 2855 S Congress Ave |
| | | Delray Beach, FL  33445-7312 |
| | | 800-854-8324 |

---

**Location Involved:**   (Same as above)

**Consumer's Original Complaint :**
This company used scare tatics, played on my fears, predicted doom if I didn't give them my creit card # immediately & let them "fix" the thousand of malware issues currently taking over the hard drive & infecting every aspect of my computer. The man told me it was just a matter of time before it would destroy everything on my hard drive. I have since tried to call them to ask (at my credit card company's advice) that they refund my card. I have been on hold several times for almost an hour & have not been able to talk to a live human being. Now I have to advise my credit card company to dispute this charge to try to get my money back, & do anything else I can do to let people know about this scam.
Product_Or_Service: Computer clean up service, turns out the company i

**Consumer's Desired Resolution:**
DesiredSettlementID: RefundI want my credit card company to get my $299.00 back

| 01/20/2014 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 01/23/2014 | TAB | BBB | Case Reviewed by BBB - Member |
| 01/23/2014 | Otto | EMAIL | Send Acknowledgement to Consumer - Member |
| 01/23/2014 | Otto | EMAIL | Notify Business of Dispute - Member |
| 02/10/2014 | OttO | BBB | No response to first notice to member |
| 02/10/2014 | OttO | EMAIL | Reminder of Dispute to Business - Member |
| 02/11/2014 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Client was very satisfied with the work done |

and reported as such on our client satisfaction survey. She then called her credit card company to chargeback after services were rendered and has now left a BBB complaint. Client fully refunded.

| 02/12/2014 | TAB | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 02/24/2014 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 02/25/2014 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 02/26/2014 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**EXHIBIT 11**
**FTC-VAST-000122**

# Exhibit 12

## DECLARATION OF PATRICIA TRUSSLER
### PURSUANT TO 28 U.S.C. § 1746

I, Patricia Trussler, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.  I am a United States citizen and live in San Louis Obispo, California. I am a senior citizen.

2.  On July 19, 2014, I attempted to go online and a window popped up on my computer screen that said I needed virus protection because my current virus protection had expired.

3.  I thought it was strange because I never remember downloading any virus protection on my computer.

4.  I tried to close the pop-up window but I could not.

5.  The pop-up window told me to call "customer service" at (855) 316-8324.

6.  I called the customer service number and spoke to someone who identified herself as Tiffany.

7.  I told Tiffany that my computer was having some issues going online.

8.  Tiffany told me that she needed to access my computer to make some adjustments.

9.  Tiffany walked me through some steps until she had access to my computer.

10. One of the steps Tiffany directed me to complete was to type in the letters OMG and then a string of numbers.

11. Tiffany looked at my computer for about ten minutes and then told me she fixed a problem with my Internet browser and showed me how to get back online.

12. Tiffany told me I needed virus protection and told me about different plans available from her company, all of which cost more than $100.

13. Tiffany asked for a credit card number and I told her that I didn't have enough money and would have to call her back.

14. I called Tiffany back the next day at the same phone number, (855) 316-8324, and told her that I couldn't afford the virus protection.

**EXHIBIT 12**
**FTC-VAST-000123**

15. I'm still not sure what Tiffany or her company did to my computer. I have not been able to access the Internet ever since I spoke with Tiffany.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _Sept 12_, 2014, in San Louis Obispo, California.

*Patricia Trussler*
Patricia Trussler

**EXHIBIT 12**
**FTC-VAST-000124**

# Exhibit 13

DECLARATION OF MARTHA W. VERA
PURSUANT TO 28 U.S.C. § 1746

I, Martha Vera, hereby declare as follows:

1.    I have personal knowledge of the matters outlined in this declaration, and, if called as
witness, I could and would testify as to the matters stated herein.

2.    I am employed by the Federal Trade Commission ("FTC") as an investigator in the
Division of Marketing Practices, Bureau of Consumer Protection.  My work address is 600
Pennsylvania Avenue, NW, Washington, DC 20580.

3.    I have worked at the FTC for 37 years, the last 25 years as an investigator, working
primarily on telemarketing fraud, business opportunity fraud and fraud perpetrated over the
Internet.  I have been assigned to work on the Commission's investigation against Boost
Software, Inc., and Vast Tech Support, LLC, OMG Tech Help, LLC, et al. ("Vast").

**Undercover Tape Recordings/Transcripts**

4.    During the course of the investigation, I had several conversations with Vast
representatives about my PC HealthBoost registry software.  I made these calls in the FTC's
Internet lab, using an undercover cell phone and an undercover FTC laptop.  While I was on the
phone with a Vast representative, FTC staff took pictures of the laptop computer's screen.  True
and correct copies of these screen shots are contained in Attachment F to this declaration.  I
recorded the telephone calls using a digital audio device.  Immediately after I made each
recording, I played it back to confirm that the call was properly recorded.  I transferred the audio
recordings via a USB port to the computer in my office.

5.    The audio files were submitted to a private recording company, For the Record, Inc.,
which transcribed the recorded calls.  After I received the transcripts of the calls, I verified the
accuracy of the transcripts by comparing them to their respective recordings.  If I found any
errors in the transcripts, I noted and initialed the corrections directly on the transcript.

**EXHIBIT 13**
**FTC-VAST-000125**

### Telephone Call – April 17, 2014

6.    On April 17, 2014, using an undercover FTC laptop in the FTC's Internet lab, I opened

the web browser, Internet Explorer, and went to google.com. I entered the search term, "PC

Health Boost" and clicked on the hyperlink that took me to the website,

www.pchealthboost.com. (Attachment F, p. 1 [Image 1130]) Among other things, the PC

HealthBoost website stated:  (1) "Performance Boost:  In just a couple clicks dramatically

increases PC Speed, performance, and stability;" (2) "PC Error Repair:  Scans and Removes

Critical PC Errors;" and (3) "Protection Against PC Problems:  Repair & Prevent windows

errors, pc crashes and freezes, blue screen errors, and much more."

7.    On this webpage, I clicked on the hyperlink, "PC Clean Up Tool, DOWNLOAD NOW,"

(Attachment F, pp. 1-2 [Image 1131]) and followed the instructions on the screen to install PC

HealthBoost.  A popup screen appeared and asked, "Do you want to allow the following program

to make changes to this computer?"  (Attachment F, p. 3 [Image 1132]) I clicked on the yes box.

Another screen, stated, "Welcome to the PC HealthBoost Setup Wizard."  (Attachment F, p. 4

[Image 1133]) Once installed, PC HealthBoost found 462 errors.  (Attachment F, p. 5 [Image

1146])

8.    Next, a notice appeared on my laptop that told me to wait as PC HealthBoost was

compiling a list of errors.  (Attachment F, p. 6 [Image 1147]) I clicked on the green hyperlink,

"FIX ERRORS." (Attachment F, p. 7 [Image 1148])

9.    A new screen appeared that stated that PC HealthBoost had repaired 10 errors in: "Font

entries & File Associations." "To completely repair all remaining 452 errors. It's highly

recommended that you register PC HealthBoost now." (Attachment F, p. 8 [Image 1150]) I

clicked on the button that said, "CONTINUE >> Quick & Easy Registration," and was taken to a

new screen ("Registration Page") that asked for my email address, country, and Zip Code.

2

**EXHIBIT 13**
**FTC-VAST-000126**

(Attachment F, p. 9 [Image 1152])  Again, at the top of the Registration page, the website claimed that PC HealthBoost could: "Boost Your PC's Performance and Stability.  In 2 minutes, PC HealthBoost will scan and completely repair errors & problems that may put your computer at risk for slow performance, crashes, and blue screens.  Make crashes, errors, and blue screens a thing of the past."   I entered the requested information, clicked the button titled, "Click Here To Register," and was directed to yet another webpage.  (Attachment F, p. 10 [Image 1154])   The new webpage claimed that as part of an online-only special, I could register a one-year single PC license of PC HealthBoost for $29.97.  The webpage allowed me to pay by credit card or Paypal. I selected the credit card option and was directed to a credit card payment page on the safecart.com website.  I entered the credit card information for the undercover account and registered PC HealthBoost at a cost of $29.97. (Attachment F, p. 11 [Image 1154])   To activate the software, instructions on the screen directed the viewer to call 1-855-249-8391.  (Attachment F, p. 11 [Image 1157])

10.  On April 17, 2014, at approximately 9:20 am, I called (855) 249-8391, and recorded the call.   A true and correct, redacted transcript of this call is Attachment A.  First, a recorded message played stating, "Thank you for calling your premium software support service."  Then, a man who identified himself as Bryan with Tech Support came on the line.  After typing in a numerical code (619373) given to me by Bryan,  a popup screen appeared that stated, " You have chosen to open **Support LogMeInRescue.exe.**"  (Attachment F, p. 12 [Image 1162])  I downloaded and opened support software called, "LogMeIn Rescue."  The undercover laptop computer was then connected to OMG Tech Help and Bryan was able to connect to the laptop. (Attachment F, p. 12 [Image 1167])

**EXHIBIT 13**
**FTC-VAST-000127**

11.  Once Bryan was connected, he copied the PC HealthBoost licensing key from a previous popup (Attachment F, p. 14 [Image 1172]) and clicked the "Submit" button to register and unlock the PC HealthBoost software. (Attachment F, p. 15 [Image 1174])

12.  Next, a popup screen indicated a list of errors was being generated for my review. Attachment F, p. 16 [Image 1176]) Then, a screen indicated 452 of 452 errors had been selected for repair.  (Attachment F, p. 17 [Image 1177]) Bryan told me he would set this scan to run every Monday to clean out any errors that appeared on the computer's Registry. (Attachment A, p.7)

13.  While looking at my computer, Bryan offered to check out some other parts of my computer to see if something else was causing a problem.  Bryan initially told me that I had a good computer that I would probably have for "seven or eight years," (Attachment A, p. 8) but he also told me that his diagnostic had found some problems, including:

    **a.**  Bryan opened the Windows Task Manager, and told me that one of the reasons my computer was slowing down was because of the number of processes. Directing my attention to the Task Manager, Bryan stated, "You see these processes here? Right now we're only using three, and it's showing us 60. So there's a whole bunch of stuff jammed up in the background on you  here." (Attachment A, p. 10 lines 4-11) (Attachment F,  p. 18 [Image 1191]);

    **b.**  Bryan then asked me if I was familiar with malware.  Bryan stated, "It stands for malicious software… What it does is it injects itself into  the background on your system so that it can hide and, you know, steal information and passwords, copy down your keystrokes." (Attachment A, p. 10 lines 16-22) As he discussed what malware was, he opened the Event Viewer log (though he never identified it as such), showing me numerous errors entered in the log.  (Attachment F, p. 19

4

**EXHIBIT 13**
**FTC-VAST-000128**

[Image 1195]) I asked him if the computer was infected with malware and Bryan responded, "Let's -- you know, we -- it's so sneaky, we can't point to that and say that's definitely it.  But there's -- all the signs are here." (Attachment A, p. 11 lines 10-12); and

c.  After showing me the Event Viewer log, Bryan stated, "Well, I mean, you've got a very nice gift here.  There's no doubt about that.  There just needs to be some things done to it.  So, I'm going to type some stuff up for you here… It just needs a little work." (Attachment A,  p. 11 line 22  – p. 12 line 2)   Bryan then showed me a notepad sheet that suggested that I get a "One Time Repair," a "Tune Up," and an "Infections Sweep." (Attachment F, p. 21 [Image 1213]) that told me I needed to repair three things that were going on in my computer.  (Attachment F, p. 21 [Image 1210]) (Attachment A, p.13 line 19).

14.  After showing me the notepad file suggesting the repairs, an Open Network Sharing Center popup appeared on the screen.   The Open Network Sharing Center popup showed that the computer was connected to the FTC_Guest_Access wireless network.   Bryan paused for a while and actually put the cursor on the FTC_Guest_Access wireless network notice. (Attachment F, p. 20 [Image 1210]) After seeing the FTC_Guest_Access notification, Bryan made a couple of quick changes to the computer's start up menu, and told me that I "should be good," (Attachment A, p. 14 line 13) all I needed to do was restart my computer. (Attachment A, p. 15 line 1) I then ended the call.

### Telephone Calls – April 24, 2014

15.  On April 24, 2014, using another laptop in the FTC's Internet lab, I opened the web browser, Internet Explorer, and went to google.com.  As I had on April 17th, I entered the search

5

**EXHIBIT 13**
**FTC-VAST-000129**

term, "PC Health Boost" and clicked on the hyperlink that took me to the website, www.pchealthboost.com. (Attachment F, p. 22 [Image 1238])

16. As on April 17th, the PC HealthBoost website I was taken to stated: (1) "Performance Boost:  In just a couple clicks dramatically increases PC Speed, performance, and stability;" (2) "PC Error Repair:  Scans and Removes Critical PC Errors;" and (3) "Protection Against PC Problems:  Repair & Prevent windows errors, pc crashes and freezes, blue screen errors, and much more." (Attachment F, p. 23 [Image 1239])  As before, I clicked on the hyperlink, "PC Clean Up Tool, DOWNLOAD NOW," and followed the instructions on the screen to install PC HealthBoost.  Once installed, PC HealthBoost ran an automatic scan that found 408 errors on the laptop and removed nine of them. (Attachment F, p. 24 [Image 1258])

17. As on April 17th, I clicked on the green hyperlink, "FIX ERRORS." (Attachment F, p. 25 [Image 1260])  Again, a popup appeared that stated, "To completely repair all remaining 399 errors, it's highly recommended that you register PC HealthBoost now." (Attachment F, p. 26 [Image 1261])  As before, I clicked on the button that said, "CONTINUE >> Quick & Easy Registration," and was taken to a registration page that again claimed that PC HealthBoost could: "Boost Your PC's Performance and Stability.  In 2 minutes, PC HealthBoost will scan and completely repair errors & problems that may put your computer at risk for slow performance, crashes, and blue screens.  Make crashes, errors, and blue screens a thing of the past." (Attachment F, p. 27 [Image 1262])

18. As before, I went through several popups and screens to register PC HealthBoost for one year at a cost of $29.97. (Attachment F, pp. 27-30  [Images 1262, 1266, 1267 and 1268 – I redacted any personally identifying information and credit card information])  And, as before, a popup instructed me to call 1-855-249-8391 to activate the software. (Attachment F, p. 31 [Image 1271])

**EXHIBIT 13**
**FTC-VAST-000130**

19. On April 24, 2014, at approximately 9:00 am, I called (855) 249-8391 and recorded this call. (I looked down at my recorder to confirm that it was recording and realized the recorder was not engaged. I immediately hit the record button. I estimate the recorder missed the first minute of this conversation. A true and correct, redacted transcript of this call (minus the first minute) is Attachment B. A man who identified himself as Robert came on the line. I told the Robert that my computer was running a little slow. Robert began his diagnostic and, among other things:

    **a.** Opened Windows Task Manager (Attachment F, p. 32 [Image 1303]) and told me that trace elements left on my computer could slow it down, claiming, "That's probably because your processor is running high and over time your processes will still be running higher, as all these after-market programs are just using up or over time when you download more and then they'll fully delete one of them, because what some people don't know is when you remove the software, it doesn't fully remove I guess these things called trace elements and running services that get left behind. So, even after you think it's deleted, there's still bits and pieces of the software embedded into the system. That's why sometimes your computer's a little slow at times." (Attachment B, p. 4 line 21 – p. 5 line 6);

    **b.** Robert also opened the Event Viewer log (though he never identified it as such) and showed me the 25 "Errors" and "Warnings" in the log. (Attachment F, p. 33 [Image 1317]) Robert told me that since my computer had been reset, I had 25 errors on my computer and claimed, "Well, the computer says here that you only have 25 -- well, only 825 events on this computer. So, the computer is reset it seems like, or, I mean, you've only had it for a little bit. But since that little time, you've had 25 errors on your computer. ... And it's okay to have a few of them,

**EXHIBIT 13**
**FTC-VAST-000131**

but over time, they could just build up like a snowball effect like plaque would on our teeth.  Over time, they're just going to build up and just cause more and more problems to your computer." (Attachment B, p. 7 lines 13-24);

c.  Robert asked if I had an anti-virus program, and when I told him I had a free one, Robert stated, "Do you?  Well, the free ones are good; however, now you're seeing that the [Event Viewer log] errors are occurring from not having the quality real-time protection software with a malware blocker and the hacker security." (Attachment B, p. 9 lines 15-18);

d.  Robert also claimed, "And then what a lot of people don't know is like … the thing with the trace elements and the running services, when they try to remove it, these errors and problems stay on the computer, and over time, they just can create a larger issue, kind of like a snowball effect.  After you roll the ball, it just gets bigger and bigger.  Just over time after these problems don't get fixed, they cause more problems and can get more serious and even ruin the overall life span of the computer." (Attachment B,  p. 10 lines 1-10);

e.  Robert told me that I would need a one-time repair, which he said is a full inspection sweep and tune up  (Attachment B, p.11 lines 14-15); and

f.  Robert also described how PC HealthBoost would protect my computer, stating, "So, you have that registry cleaner [PC HealthBoost], you have that now, and the registry cleaner, it's like a surface cleaner for your computer.  It cleans up the top part of the computer before any problems get deeper into the computer where you have to manually remove them…" (Attachment B, p. 11 lines 17-22)

20.   Robert, the Vast representative, told me that at the end of our conversation he could transfer me back to their board certified technician who could fix my computer over the Internet.

**EXHIBIT 13**
**FTC-VAST-000132**

(Attachment B, p.14 lines 9-20)  He told me the cost for the one-time repair job and 30 days of service would be $199.  Again, Robert explained that the PC HealthBoost program I had just purchased was a surface cleaner that only cleans the top part of the computer and would not get at the stuff deep inside my computer.  Robert stated, "The surface cleaner only cleans up the crust of the earth, but there's stuff deep inside the -- you know, like the core of the computer that the surface cleaner can't get to because it only cleans out the crust."  (Attachment B, p. 17 lines 12-16)  I agreed to purchase the one-time repair and 30 days of service for $199.  I confirmed with him that no other charges would be posted to my credit card account and that the total charged to my account would be $199.  (Attachment B, p.19 lines 8-10)

21.  On April 24, 2014, two charges were posted to my account on April 24, 2014, one by Safecart.com  OMG_Tech for $199 and the second charge was posted by Safecart.com PC Health for $29.97.  A true and correct, redacted copy of the credit card statement reflecting these charges is attached to this declaration as Attachment D.

22.  After finishing my call with Robert, on April 24, 2014, at approximately 9:50 am, I called (855) 249-8391 and recorded this call.   A true and correct, redacted transcript of this call is Attachment C.  A recording stated, "Thank you for calling your premium software support service." I elected to speak to an expert technician who stated, "Thank you for calling OMG tech support." Sara, the Vast technician told me she would run software on my computer that would do the tune up that would clean up the malware and errors on my computer that were slowing it down. (Attachment C, p.18 lines 13-21) The Vast technician told me the tune up would take several hours and told me to leave my computer on so the process could run.  She told me my computer was already remotely connected to their system.  (Attachment C, p.19 lines 9-15) When I asked Sara where she was located, she told me offshore.  I asked her what that meant and she told me outside of my state. (Attachment C, p. 16 line 16)

9

**EXHIBIT 13**
**FTC-VAST-000133**

23. When I gave Robert my credit card information, the Vast representative, told me that "I'm only charging you one month." (Attachment B, p. 19 line 15) However, Safecart.com OMG_Tech posted recurring $19.99 charges to my undercover credit card account in June, July and August 2014. True and correct, redacted copies of the credit card statements are attached to this declaration as Attachment E.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on November 3, 2014, in Washington, DC

_____
Martha W. Vera

10

**EXHIBIT 13**
**FTC-VAST-000134**

1               OFFICIAL TRANSCRIPT PROCEEDING

                  FEDERAL TRADE COMMISSION

2

3

4

5    MATTER NO.     1323283

6

7

8    TITLE           VAST TECH

9

10

11   DATE       RECORDED:  APRIL 17, 2014

12           TRANSCRIBED:  JULY 28, 2014

13

14   PAGES      1 THROUGH 16

15

16

17

18

19            TELEPHONE CONVERSATION WITH BRIAN

20

21

22

23

24

25

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                          PAGE:

5      Telephone conversation with Brian         4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      Vast Tech                      )   Matter No. 1323283

5                                     )

6      ------------------------------)

7                                 April 17, 2014

8

9

10

11              The following transcript was produced from a

12      digital recording provided to For The Record, Inc. on

13      July 28, 2014.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                 -    -    -    -    -

 3            MS. VERA:  This is Martha Vera at the

 4     Federal Trade Commission.  Today is Thursday, April 17th,

 5     2014.  The time is approximately 9:20.  I will be calling

 6     1-855-249-8391 and recording this call.  This concludes

 7     this test.

 8

 9            TELEPHONE CONVERSATION WITH BRIAN

10            RECORDED MESSAGE:  Thank you for calling your

11     premium software support service.  This call may be

12     recorded or monitored for quality assurance purposes.

13            (Brief pause.)

14            BRIAN:  Tech Support, Brian speaking.

15            MS. VERA:  Hi.  This is ████  ████████

16            BRIAN:  Hi.  How can I help you?

17            MS. VERA:  How are you?  Yeah, I wanted to

18     activate a software I just got.

19            BRIAN:  Oh, very good.  What's your email

20     address, Riley?

21            MS. VERA:  It's █ and, ████████  ████████ --

22            BRIAN:  Mm-hmm.

23            MS. VERA:  -- █@yahoo.com.

24            BRIAN:  Very good.  Are you still on the page

25     with our phone number?
```

1           MS. VERA:  Yes.

2           BRIAN:  Can you scroll down to the bottom of

3   the page and click "Connect Me?"

4           MS. VERA:  Uhhh, where is that?  I'm trying to

5   -- oh, wait a minute.  I'm working on it.

6           BRIAN:  Okay.

7           MS. VERA:  I'm still trying to -- oh, I see.

8   Okay, I got it.

9           BRIAN:  Okay.  Click it.

10          MS. VERA:  I did.

11          BRIAN:  And it should pull you up to a support

12  connection page.

13          MS. VERA:  Yes, it does.

14          BRIAN:  Okay.  I'm going to give you a code

15  that I need you to type in there.  Okay?

16          MS. VERA:  Okay.

17          BRIAN:  It's 619 --

18          MS. VERA:  619.

19          BRIAN:  -- 373.

20          MS. VERA:  373.

21          BRIAN:  And then click "Start Download."

22          MS. VERA:  Start download.  Okay.  You have

23  chosen to open support, LogMeIn Rescue.

24          BRIAN:  Yeah.  Can you --

25          MS. VERA:  Hit save file?

1           BRIAN:  Yeah.  Are you using Firefox?

2           MS. VERA:  I was I thought on the Internet, but

3     it looks on top like it is the Firefox.

4           BRIAN:  Okay, all right.  Just click save.

5      And then after you click save, in the top right-hand

6     corner of your screen you should see a little green arrow

7     that points downward.

8           MS. VERA:  Yes, I see it.

9           BRIAN:  Click it.

10          MS. VERA:  Okay.

11          BRIAN:  And then the first one there should

12    say, support, LogMeIn.

13          MS. VERA:  Yes.

14          BRIAN:  Okay.  Double-click that one so we can

15    run it.

16          MS. VERA:  And then do you want me to click

17    run?

18          BRIAN:  Yes.

19          MS. VERA:  Okay.  What's OMG Tech Help?  That's

20    not Oh My God, is it?

21          BRIAN:  That's us here.

22          MS. VERA:  What?

23          BRIAN:  Yeah, that's us here.

24          MS. VERA:  Oh, okay.

25          BRIAN:  Press okay when you see that.  All

1       right.  We are connected.  Do you see the mouse moving?

2                MS. VERA:  Yes.

3                BRIAN:  What -- what's been going on with the

4       computer?

5                MS. VERA:  Well, it's been a little slow.  It's

6       not a new computer, but it's new to me.

7                BRIAN:  Mm-hmm.

8                MS. VERA:  And it's just been a little bit

9       slow, and it seems like it takes longer than it should to

10      start up.

11               BRIAN:  Okay.  So, what this program is going

12      to do for you here is clean out any of these errors that

13      have built up in the registry.

14               MS. VERA:  Okay.

15               BRIAN:  It's one of the reasons why a computer

16      can slow down.  So, we will get that out of there right

17      now.  They sort of just create like a little traffic jam.

18               MS. VERA:  Okay.

19               BRIAN:  And I'll set this up to run

20      automatically once a week.

21               MS. VERA:  Okay.

22               BRIAN:  Every Monday.  Is that all right?

23               MS. VERA:  That's fine.  And what does that do

24      every week?

25               BRIAN:  Every week it's going to keep cleaning

1    out the computer's registry.  So, if you notice here, we

2    have zero errors now.

3              MS. VERA:  Great.  That's really good.

4              BRIAN:  The other thing I can do, if you want

5    me to, would be to check out some of the other parts of

6    the computer.  So, if there is something else causing you

7    a problem, I can at least tell you what you can do to

8    correct that.

9              MS. VERA:  Well, that would be great.

10             BRIAN:  Because I don't see much in here.

11   Yeah, this is a good one.  It has -- oh, a very good one,

12   actually.

13             MS. VERA:  I got it from my cousin.

14             BRIAN:  Where did you get this?

15             MS. VERA:  My cousin gave it to me.

16             BRIAN:  Your cousin?

17             MS. VERA:  Yeah.

18             BRIAN:  All right.  Let me explain how good

19   this is.  See this processor here?

20             MS. VERA:  Yeah.

21             BRIAN:  This is an I7 processor.  That is

22   actually the best one they make.

23             MS. VERA:  Oh, well, that's good to know.

24             BRIAN:  So, this computer, you're probably

25   going to have this about seven or eight years.

1          MS. VERA:  Okay.

2          BRIAN:  The four gigabytes of RAM, that's also

3    very good.  Do you know if he used this for business,

4    maybe?

5          MS. VERA:  She was -- she might have used it

6    for business.  I don't -- I don't really know.  I

7    inherited it.

8          BRIAN:  Okay.  Because this is -- like normally

9    for this type of power here, it's normally used for

10   business.

11         MS. VERA:  Okay.

12         BRIAN:  And I'm very happy that it has Windows

13   7 still instead of Windows 8, which is good.

14         MS. VERA:  Okay.

15         BRIAN:  The hardware is also operating

16   properly.

17         MS. VERA:  You know what, she might have been a

18   big -- she played a lot of games.

19         BRIAN:  Oh, that makes sense, too.  It really

20   shouldn't be running slow at all because of how much

21   power that is.  So --

22         MS. VERA:  Okay.

23         BRIAN:  -- the processes here -- you see --

24   yeah, she's using Symantec.  That's -- normally like

25   corporations only use this type of security.

```
 1              MS. VERA:  Really?

 2              BRIAN:  Yeah, this is a very good one.

 3              MS. VERA:  I wonder where she got it.

 4              BRIAN:  See the -- another reason why you're

 5   slowing down, though, is do you see these processes here?

 6              MS. VERA:  Yes.

 7              BRIAN:  Right now, we are only using three.

 8              MS. VERA:  Okay.

 9              BRIAN:  And it's showing us 60.  So, there's a

10   whole bunch of stuff just jammed up in the background on

11   you here.

12              MS. VERA:  Oh, that's not good.

13              BRIAN:  Are you familiar with malware?

14              MS. VERA:  Is that -- is that soft -- bad

15   things that get on your computer?

16              BRIAN:  Yeah.  It stands for malicious

17   software.

18              MS. VERA:  Okay.

19              BRIAN:  What it does is it injects itself into

20   the background on your system so that it can hide and,

21   you know, steal information and passwords, copy down your

22   keystrokes.  Let's check to see what needs to be done to

23   correct this.

24              Who do you have your Internet with?

25              MS. VERA:  I beg your pardon?
```

1          BRIAN:  Who do you have your Internet with?

2          MS. VERA:  AT&T.

3          BRIAN:  AT&T?

4          MS. VERA:  DSL.

5          BRIAN:  AT&T is who you pay for it?

6          MS. VERA:  I think so, yes.  My husband usually

7   takes care of this.

8          BRIAN:  Oh, okay.

9          MS. VERA:  Do I have what you said, malware?

10         BRIAN:  Let's -- you know, we -- it's so

11  sneaky, we can't point to that and say that's definitely

12  it.  But there's -- all the signs are here.

13         MS. VERA:  Oh.  I see all these warning signs.

14         BRIAN:  I know.  That's what I'm looking at,

15  too.

16         MS. VERA:  Where are you located?

17         BRIAN:  Florida.

18         MS. VERA:  Ahh.  Is it nice there?

19         BRIAN:  Boca Raton.

20         MS. VERA:  Oh, nice.

21         BRIAN:  Yeah, it's -- I mea, it's probably like

22  80 today.  Not too hot.  Hmmm.  Well, I mean, you've got

23  a very nice gift here.  There's no doubt about that.

24  There just needs to be some things done to it.  So, I'm

25  going to type some stuff up for you here.

1           MS. VERA:  Okay.

2           BRIAN:  It just needs a little work.

3           MS. VERA:  Is that your name?

4           BRIAN:  Yes.  That's me right here, name and

5    number.  If you had any questions, feel free to pick up

6    the phone.

7           MS. VERA:  Oh, that's nice.  Thanks.

8           BRIAN:  Protection, you're good.  You do not

9    need to get a different security program.

10          MS. VERA:  Okay.

11          BRIAN:  This is actually -- you know, not many

12   people have this.

13          MS. VERA:  I know on my old one I had something

14   called McAfee.

15          BRIAN:  Yeah.  That's like -- that's garbage

16   compared to this.

17          MS. VERA:  Oh, okay.

18          BRIAN:  And this is -- like normally this is

19   going to be on here for life.  So, if anybody ever tells

20   you to get rid of it, don't.

21          MS. VERA:  Okay.  So, I don't have to buy it

22   every year.  It just is there?

23          BRIAN:  No.  It's just there, yeah.  I have it

24   on my at home, actually.  That's how I know that.  You

25   have the security.  You have the registry cleaner.  You

**Attachment A, p. 12**          **EXHIBIT 13**
                                 **FTC-VAST-000146**

1    are good in terms of software.  Any other program that's

2    going to tell you it's going to fix anything, it's just

3    more that you're buying than you need.

4              MS. VERA:  Okay.

5              BRIAN:  You just need a person to do a couple

6    things for you.  There's three things that need to be

7    done.  Where are you calling from?

8              MS. VERA:  I'm in Nebraska.

9              BRIAN:  Oh, really.  Do you have Best Buy and

10   Staples near you?

11             MS. VERA:  Yeah.  But they're a little bit far

12   from me.  I'm in a little bit more of a rural area.

13             BRIAN:  Hmm.  Because they're the big stores

14   that I know that can do this.  Do you --

15             MS. VERA:  Do what?

16             BRIAN:  Let me see.  Like the repair to fix

17   these other things that are going on here.

18             MS. VERA:  Oh.

19             BRIAN:  So, these three things right here --

20             MS. VERA:  Okay.

21             BRIAN:  Let me see something, though.  See, it

22   comes up pretty quick with what I did.

23             MS. VERA:  Okay.  That's pretty quick.

24             BRIAN:  See -- yeah.

25             MS. VERA:  That took a little longer.

1          BRIAN:  Yeah.  This is -- Internet Explorer is

2     typically a little slower, though.

3          MS. VERA:  Okay.

4          BRIAN:  Let me just try a couple of things.

5          (Brief pause.)

6          BRIAN:  You don't need iTunes to start up when

7     you turn on the computer, right?

8          MS. VERA:  No, I don't think so.

9          BRIAN:  See, it's nice to work on one like this

10    because it's so quick to process things.  So, the things

11    that you want to do, it just gets done way quicker.

12         (Brief pause.)

13         BRIAN:  I think you should be good.

14         MS. VERA:  Okay.

15         BRIAN:  Let me just double-check.

16         (Brief pause.)

17         BRIAN:  Yeah.  All right.  You have my name and

18    number there.  If you came into any other problems, just

19    pick up the phone, give me a call, we can definitely

20    check it out.

21         MS. VERA:  Well, that would be great.  So, am I

22    -- you're (inaudible) off --

23         BRIAN:  I think you should be good, though.

24         MS. VERA:  So, that's good?  I'm good to go?

25         BRIAN:  Yeah, I think you just -- I think you

```
 1    just need to restart it.  I'll do that for you.  Other

 2    than that, ███████, go enjoy the rest of your day.

 3              MS. VERA:  Thank you.

 4              BRIAN:  Take care.

 5              MS. VERA:  Bye.

 6              (The call was concluded.)

 7              MS. VERA:  This concludes this call.  The time

 8    is approximately 9:38.

 9              (The recording was concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3     MATTER NUMBER:  1323283

 4     CASE TITLE:  VAST TECH

 5     TAPING DATE:  APRIL 1, 2014

 6     TRANSCRIPTION DATE:  JULY 28, 2014

 7

 8          I HEREBY CERTIFY that the transcript contained

 9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  JULY 28, 2014

14

15

16                          GEORGE QUADE

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                          SARA J. VANCE
```

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1323283

TITLE               VAST TECH

DATE                RECORDED:  APRIL 24, 2014
                    TRANSCRIBED:  JULY 21, 2014

PAGES               1 THROUGH 30

TELEPHONE CONVERSATION WITH ROBERT

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

2

1                           FEDERAL TRADE COMMISSION

2                                 I N D E X

3

4       RECORDING:                                    PAGE:

5       Telephone conversation with Robert               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment B, p. 2**          **EXHIBIT 13**
                                **FTC-VAST-000152**

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3       In the Matter of:          )

 4       Vast Tech                  )  Matter No. 1323283

 5                                   )

 6       ------------------------------)

 7                                      April 24, 2014

 8

 9

10

11              The following transcript was produced from a

12       digital file provided to For The Record, Inc. on July 14,

13       2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment B, p. 3**          **EXHIBIT 13**
                              **FTC-VAST-000153**

4

```
 1                    P R O C E E D I N G S
 2                   -    -    -    -    -
 3            MS. VERA:  This is Martha Vera at the Federal
 4      Trade Commission.  Today is Thursday, April 24th, 2014.
 5      The time is approximately 8:59.  I will be calling Vast
 6      and recording this call.
 7      ─────────────────────────────────────────────────────
 8            TELEPHONE CONVERSATION WITH ROBERT
 9            (Starts mid-sentence.)
10            ROBERT:  -- resources and just like overworking
11      itself, so it could cause problems, like if you do have
12      any problems.
13            MS. VERA:  Okay.
14            ROBERT:  Is there any -- is there any slowing
15      to your computer or what -- what made you buy the
16      software and call up today?
17            MS. VERA:  Well, it was running a little slow
18      so I would a little concerned about it.
19            ROBERT:  Yeah?
20            MS. VERA:  Yeah.
21            ROBERT:  That's probably because your processor
22      is running high and over time your processor will still
23      be running higher, as all these after-market programs are
24      just using up or over time when you download more and
25      then they'll fully delete one of them, because what some
```

5

```
 1      people don't know is when you remove the software, it
 2      doesn't fully remove I guess these things called trace
 3      elements and running services that get left behind.  So,
 4      even after you think it's deleted, there's still bits and
 5      pieces of the software embedded into the system.  That's
 6      why sometimes your computer's a little slow at times.
 7                 MS. VERA:  Okay.
 8                 ROBERT:  So, what you could do is -- these are
 9      -- these reasons for people to call can be prevented if
10      you go get a tuneup.  Have you ever had a tuneup?
11                 MS. VERA:  I'm sorry, have I had a tuneup?
12                 ROBERT:  Yeah.  Have you ever had a tuneup?
13                 MS. VERA:  No.
14                 ROBERT:  Do you know what that is?
15                 MS. VERA:  No.  What is that?
16                 ROBERT:  All right.  Well, a tuneup is just
17      when a certified technician removes any unnecessary junk
18      or programs on your computer or the trace elements, like
19      I was saying before.
20                 MS. VERA:  Okay.
21                 ROBERT:  And you've never had one of those or
22      like brought it somewhere that like did they (inaudible)
23      your computer up.
24                 MS. VERA:  No.  Actually, I just got this
25      computer from my sister.  So, it -- you know, it's not a
```

1    new computer, but it's new to me.

2              ROBERT:  Yeah.  Well, I mean, I can (inaudible)

3    the computer (inaudible) here.  (Inaudible) I mean

4    (inaudible) got an Intel 1.6 gigahertz processor, you got

5    four gigs of installed memory.  Like it's a good

6    computer.  How long have you had it or how long has your

7    sister had it would you know?

8              MS. VERA:  I think she's probably had it a

9    couple of years and I've only had it like a month or so.

10             ROBERT:  All right.  So, it's a fairly new

11   computer still, right?

12             MS. VERA:  I'm guessing four or five years old.

13             ROBERT:  All right.  Well, that's still new for

14   a computer since computers can last up to 15 years with

15   proper maintenance and tuneups.

16             MS. VERA:  Okay.

17             ROBERT:  And Microsoft recommends getting

18   several tuneups a year by certified technicians just so

19   your computer can last a long while instead of a little

20   while.

21             MS. VERA:  Okay.  So, once a year, I should get

22   a tuneup?

23             ROBERT:  Yeah, just about you should have that.

24             MS. VERA:  Okay.

25             ROBERT:  All right.  Well, now I want to check

7

1    out your Windows log and see which one of those
2    applications are actually causing the problems on your
3    computer.
4            MS. VERA:  Okay, that would be great.
5            ROBERT:  All right.  Did she fully wipe out the
6    computer before she gave it to you?
7            MS. VERA:  She tried to.
8            ROBERT:  All right.  We'll see -- we'll see how
9    many trace elements or any running services got left
10   behind after resetting the computer or something like
11   that because sometimes that does happen.
12           MS. VERA:  Okay.
13           ROBERT:  All right.  Well, the computer says
14   here that you only have 25 -- well, only 825 events on
15   this computer.  So, the computer is reset it seems like,
16   or, I mean, you've only had it for a little bit.  But
17   since that little time, you've had 25 errors on your
18   computer.
19           MS. VERA:  Yeah, I see that.  (Inaudible).
20           ROBERT:  And it's okay to have a few of them,
21   but over time, they could just build up like a snowball
22   effect like plaque would on our teeth.  Over time,
23   they're just going to build up and just cause more and
24   more problems to your computer.
25           MS. VERA:  What does that mean?

8

```
1          ROBERT:  What does what mean?
2          MS. VERA:  Well, the warnings and the errors.
3          ROBERT:  The applications you have on your
4    computer and sometimes they're even on the Internet,
5    sometimes if you download something or you go on the
6    wrong page of the Internet, it could be like a --
7    something that (inaudible) like an error or a warning.
8    I'm not -- a certified technician can like really tell
9    you the problem because I don't really know.
10         But it says here by this Windows log that
11   Microsoft installed for administrators and people who
12   need to check out the -- how your computer run events
13   (inaudible) does its task properly and sometimes the
14   computer like has problems and then some of the tasks
15   don't get fully done and that's why there's an error or a
16   warning that can happen.
17         MS. VERA:  Okay.
18         ROBERT:  And it's okay to have a few of them
19   because, you know, sometimes a computer can't be perfect.
20         MS. VERA:  Okay.
21         ROBERT:  Over time, this number can double or
22   even triple within a month.
23         MS. VERA:  So, would that slow my computer
24   down?
25         ROBERT:  It could slow your computer, that can
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

9

1      cause problems, sometimes there might be pop-ups.  It
2      depends on what got downloaded or what sites you went on
3      that caused these problems to happen on some people's
4      computers like I've been on.
5                MS. VERA:  Okay.
6                ROBERT:  All right.  Well --
7                MS. VERA:  So, what should I do?
8                ROBERT:  -- do you have -- do you have any
9      anti-virus or -- yeah?
10               MS. VERA:  I think I have --
11               ROBERT:  Or do you have --
12               MS. VERA:  I have something here.
13               ROBERT:  -- or (inaudible) free --
14               MS. VERA:  I have a free one.
15               ROBERT:  Do you?  Well, the free ones are good;
16     however, now you're seeing that the errors are occurring
17     from not having the quality real-time protection software
18     with a malware blocker and the hacker security.  So, let
19     me try to explain that.  It's -- when you have these free
20     services for the anti-virus, every time you run that
21     security scan on it --
22               MS. VERA:  Yeah.
23               ROBERT:  -- you can view all the issues that
24     are attached to the computer and then the software
25     identifies these problems and then tries to fix them.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment B, p. 9**          **EXHIBIT 13**
                                **FTC-VAST-000159**

10

1      And then what a lot of people don't know is like

2      (inaudible) the thing with the trace elements and the

3      running services, when they try to remove them, these

4      errors and problems stay on the computer, and over time,

5      they just can create a larger issue, kind of like a

6      snowball effect.  After you roll the ball, it just gets

7      bigger and bigger.  Just over time after these problems

8      don't get fixed, they cause more problems and can get

9      more serious and even ruin the overall life span of the

10     computer.

11             MS. VERA:  Oh, okay.

12             ROBERT:  Yeah.

13             MS. VERA:  That doesn't sound good.

14             ROBERT:  Yeah.  So, what -- some things you

15     might need -- I mean, did your sister have problems with

16     the computer for -- or did she just get a new one and

17     gave you this one?

18             MS. VERA:  That's what -- you know, she got a

19     new one and I got -- I inherited this one.

20             ROBERT:  So, you have the old one and she's got

21     a new one?

22             MS. VERA:  She has the new one and I have her

23     old one.

24             ROBERT:  Okay.  Well, what -- do you -- you

25     probably wouldn't know if she's gotten any tuneups or

11

1       anything, probably not, you wouldn't know that?

2              MS. VERA:  I don't know that.

3              ROBERT:  Okay.  Well, what you're going to

4       need, because probably I don't know if she's gotten one,

5       because even while she gave you the computer, there were

6       still issues on that.

7              MS. VERA:  Okay.

8              ROBERT:  So, what you're probably going to need

9       is something called a one-time repair.  You want to write

10      that down.

11             MS. VERA:  One-time repair?

12             ROBERT:  Yeah.

13             MS. VERA:  Okay.

14             ROBERT:  And what is one-time repair?  It's a

15      full inspection sweep and tuneup.

16             MS. VERA:  All right.

17             ROBERT:  All right.  So, you have that registry

18      cleaner, you have that now, and the registry cleaner,

19      it's like a surface cleaner for your computer.  It cleans

20      up the top part of the computer before any problems get

21      deeper into the computer where you have to manually

22      remove them --

23             MS. VERA:  Okay.

24             ROBERT:  -- by a technician.

25             MS. VERA:  Okay.

12

1          ROBERT:  So, having that is a good thing, but
2      there are problems already on the computer that the
3      registry cleaner can't get to.
4          MS. VERA:  Okay, like -- okay.
5          ROBERT:  So, that's why -- but, you know, where
6      is registry?  I'm going to open it.  So, after you get
7      that one-time repair or if you do get that one-time
8      repair, I'm going to check this, so every week the scan
9      goes and cleans out any issues from the week that you've
10     been on the computer.  So, you don't -- you don't run
11     into this problem again.
12         MS. VERA:  Okay.
13         ROBERT:  So, what would be a good day to run
14     the scan?  Monday through Sunday?  Any day?  It really
15     wouldn't matter?
16         MS. VERA:  I guess Sunday morning would be
17     best.
18         ROBERT:  Sunday morning, all right.  What would
19     be like a good time?  9:00?  9:00 a.m.?
20         MS. VERA:  Yeah.
21         ROBERT:  All right, perfect.  So, that's going
22     to go off every Sunday morning, and then I could give you
23     a couple options on what you can do with the errors that
24     are already onto your computer if you'd like.
25         MS. VERA:  Okay.  That would be great.

1          ROBERT:  All right.  You could bring it down to

2     one of your local PC stores, like do you have a Best Buy

3     or a Staples in your area?

4          MS. VERA:  Yeah, they're not too far, about a

5     half-hour away.

6          ROBERT:  All right, all right.  Well, you can

7     always bring it to one of those stores because you want

8     to work with some -- a reputable company  with a

9     qualified technician that knows exactly what they're

10    doing and someone that you can fall back on just in case

11    -- they give you a -- you know, like a 30-day warranty

12    after they're (inaudible).  And before they even find out

13    the problem, they're going to charge you $100 just to

14    take a look at the computer.

15         MS. VERA:  Okay.

16         ROBERT:  And then after they actually find out

17    the problem, they're going to charge like maybe another

18    $300 onto that.

19         MS. VERA:  Oh, really?  Okay.

20         ROBERT:  Yeah.  So, what you need, also, you'd

21    also need to anticipate being without your computer for

22    three to five days.  And you just got it, so you probably

23    want to be on it, right?

24         MS. VERA:  I do.  I love it.

25         ROBERT:  Yeah, I know.  I'm always excited when

14

1     I got a new computer, too.  So, what you -- what also you

2     could do is could you leave your computer powered on for

3     the remainder of the day?

4              MS. VERA:  You know -- today?

5              ROBERT:  Yeah, just for the rest of the day.

6              MS. VERA:  No, you know, I could probably leave

7     it on -- I've got to leave -- it's about 9:30, but I have

8     to go to my daughter's school around noon.

9              ROBERT:  All right.  Well, you just need to

10    leave it on and what I could do is -- because at the end

11    of our session that we're in right now, I can transfer it

12    back to my own certified technician that we have on board

13    and you wouldn't have to unplug the computer or drop it

14    off anywhere like what you have to do with like a Best

15    Buy or a Staples or anything.  Our techs do everything

16    over the Internet, like what I'm doing right now, like I

17    have full control over the computer.  So, if you were to

18    leave it on, you could go do what you have do.  You

19    wouldn't need to monitor it because our technicians do

20    everything right over the Internet.

21             MS. VERA:  You know what, I have to take the

22    computer with me.

23             ROBERT:  What?

24             MS. VERA:  I have to take my computer with me.

25             ROBERT:  Oh, you have to take it with you?

Attachment B, p. 14          EXHIBIT 13
                             FTC-VAST-000164

15

1          MS. VERA:  Yeah.  Could they -- could they do

2     it now or whatever they're going to do?

3          ROBERT:  Well, I don't know how -- I mean, I

4     don't really know how long it takes, I mean, because they

5     have to work with a bunch of computers.  So, I couldn't

6     tell your computer to another computer on how long it

7     would take.  But if you have to take the computer, you

8     could always call back at another time and then we could

9     finish up the session like --

10          MS. VERA:  I could maybe --

11          ROBERT:  -- (inaudible).

12          MS. VERA:  I could maybe stay 'til about 2:30.

13     I mean --

14          ROBERT:  Wait, what happened?

15          MS. VERA:  I could maybe stay here 'til about

16     2:30, but that's -- I was hoping to get there a little

17     early to help set up.

18          ROBERT:  I mean, you'd need to leave it on for

19     like the rest of the day.  So, I mean, probably today

20     wouldn't be a good day for this then.

21          MS. VERA:  Okay.  Well, could they just get

22     started and I could maybe see if somebody could bring

23     their own computer?

24          ROBERT:  What?

25          MS. VERA:  Could I just try -- could you get

Attachment B, p. 15          EXHIBIT 13
FTC-VAST-000165

16

1    started on it?

2          ROBERT:  All right.  Well, I mean, we could

3    try, but what we do charge for this type of repair -- and

4    with this repair also we also guarantee our work by

5    giving a full year of unlimited tech support.  So, for

6    the whole year, you could get several tuneups, and a

7    tuneup would be -- every time if you brought it to the

8    Best Buy, you'd also pay that $100 every time.  We give

9    you a free full year of unlimited tech support.

10         MS. VERA:  So, you said I could get a tuneup

11   once a year, but you could -- I could get several

12   tuneups?

13         ROBERT:  No, you're supposed to get several

14   tuneups a year.

15         MS. VERA:  Oh, okay.

16         ROBERT:  Like two or three a year is good for a

17   computer just so -- you know, your computer will last for

18   a long time because there will never be a problem with

19   the computer because it's always getting tuned up and

20   it's always getting maintenance on it, like a car would,

21   you know, like if you always had maintenance on your car,

22   you've always washed it, like, you know, the car is going

23   to be clean over -- more clean over time than someone who

24   just, you know, let it sit out all day long without

25   cleaning it.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment B, p. 16**          **EXHIBIT 13**
                                  **FTC-VAST-000166**

1          MS. VERA:  Okay.

2          ROBERT:  All right.

3          MS. VERA:  How --

4          ROBERT:  Well, we charge -- we charge 299 for

5     the full year.

6          MS. VERA:  Okay, oooh, okay, 299 for a year.

7     Okay.  So, what did the PC Health -- how is this

8     different than the PC Health Boost that I just bought?

9          ROBERT:  All right.  What you purchased was a

10    surface cleaner.  And like I was saying, that only cleans

11    the top part of your computer.  Like let's break it down

12    in branches or like the earth.  The surface cleaner only

13    cleans up the crust of the earth, but there's stuff deep

14    inside the -- you know, like the core of the computer

15    that the surface cleaner can't get to because it only

16    cleans out the crust.  You know what I'm trying to say?

17         MS. VERA:  Okay.

18         ROBERT:  But that's a good thing, though,

19    because with having that -- because everything always

20    starts at the crust of the -- on the earth, before it

21    gets inside.  And that (inaudible) surface cleaner going

22    off every week.  It's going to clean out any problems

23    before it gets anywhere near the core of your computer.

24         MS. VERA:  Okay.  Is there like a cheaper

25    option?  You said 299.  Is there a cheaper (inaudible)?

18

1    ROBERT:  Well, yeah, we do have a cheaper

2 option, and the cheaper option is with the one-time

3 repair we charge -- it would be 179, and then you would

4 get a 30-day thing like you get at the store, but we

5 charge $20 for the 30 days.

6    MS. VERA:  I think that --

7    ROBERT:  So, it would be 190 -- it would be

8 199, no tax.

9    MS. VERA:  Okay.  That seems a little better

10 for me because it just -- my budget's a little tight.

11    ROBERT:  All right.  So, what I could do is we

12 can process the order right now and then what you could

13 do is I can install the calling card so if you don't want

14 to do it today, you just click on it maybe tomorrow, if

15 you have your free time, and then you'll get connected

16 with a technician within three minutes.

17    MS. VERA:  I want to do it now and get it over

18 with.

19    ROBERT:  Now?

20    MS. VERA:  Yeah.  I want you to start it --

21    ROBERT:  All right, but -- all right.  But you

22 do have to understand that you have to leave the computer

23 just like on running like with the Internet connected.

24    MS. VERA:  Okay.  I can do that.

25    ROBERT:  (Inaudible).

1          MS. VERA:  Okay.

2          ROBERT:  Yeah?

3          MS. VERA:  Okay.

4          ROBERT:  All right.  So -- all right.  So, let

5     me just get a few information.

6          MS. VERA:  And is this -- am I paying any kind

7     of monthly charge at all?

8          ROBERT:  No.  Well, you get paid for the one

9     month, and if you want to continue it, you can continue

10    that, but you wouldn't have to.

11         MS. VERA:  Okay.  So, it will just stop itself

12    after one month?

13         ROBERT:  Yeah.

14         MS. VERA:  Okay.

15         ROBERT:  I'm only charging you one month.  I'm

16    not -- I'm not -- so, that's fine.

17         MS. VERA:  Okay.

18         ROBERT:  All right.  So, let me just get a few

19    information.  So, what's the name on the card?

20         MS. VERA:  ███, ████

21         ROBERT:  Yeah.  Do you think you would write it

22    out right here for me?

23         MS. VERA:  Sure.  I can -- I can write it out.

24         ROBERT:  All right.  And then can you write out

25    your email because I don't want to mess it up on the

20

```
 1    receipt and then when it gets sent, send it to the wrong
 2    email.  And then just click on this arrow or I will --
 3              MS. VERA:  Okay.
 4              ROBERT:  All right.
 5              MS. VERA:  Oops.  You know what, see where it
 6    says -- and there's -- there's --
 7              ROBERT:  Huh?
 8              MS. VERA:  ████████     It's not █████████
 9    Somebody else wrote -- added an █.
10              ROBERT:  Oh, I might have accidentally done
11    that.  But it's okay, I have it correct as ███████ right
12    here on the receipt.
13              MS. VERA:  Okay.
14              ROBERT:  So, you're -- what's your -- what
15    state are you in?
16              MS. VERA:  I'm in ████████.
17              ROBERT:  All right.  And what's the postal or
18    the zip there?
19              MS. VERA:  ██████.
20              ROBERT:  All right.  And the card number?
21              MS. VERA:  Let me pull it out.  It's XXXX.
22              ROBERT:  XXXX.
23              MS. VERA:  XXXX.
24              ROBERT:  XXXX.
25              MS. VERA:  XXXX.
```

```
1                    ROBERT:  XXXX.

2                    MS. VERA:  XXXX.

3                    ROBERT:  XXXX?

4                    MS. VERA:  Right.

5                    ROBERT:  All right.  And the expiration?

6                    MS. VERA:  10/17.

7                    ROBERT:  All right.  And the three numbers in

8        the back?

9                    MS. VERA:  ███.

10                   ROBERT:  All right.  Now, there's no tax on

11       this, so it's going to be 199.98.

12                   MS. VERA:  Okay.

13                   ROBERT:  All right.  Now, do I have your

14       permission to charge 199.98?

15                   MS. VERA:  Yes, you do.

16                   ROBERT:  All righty.  All right.  Now, I just

17       have to fill out the notes.  And while I'm doing that,

18       I'm going to install that calling card like I was saying.

19       So, for the 30 days after this, you have it -- so,

20       whenever you need it, it's going to be right there, and

21       I'll show you right after it downloads on where it is and

22       what to do to connect.

23                   MS. VERA:  Okay.

24                   (Brief pause.)

25                   ROBERT:  All right.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

22

1             MS. VERA:  What's that button that's blinking
2      on the bottom?
3             ROBERT:  What happened?
4             MS. VERA:  What's that button on the bottom?
5      It's blinking.
6             ROBERT:  This one?  All right, that's it.  So,
7      here it is.  It's going to be right here, all right?
8             MS. VERA:  Okay.
9             ROBERT:  Just double click on it, you click
10     continue, and then you fill out customer -- your name,
11     your phone number, your email --
12            MS. VERA:  And --
13            ROBERT:  -- and you describe the issue and you
14     click connect and you'll have a technician on board on
15     your computer for whenever you -- for any problem you
16     have, all right?
17            MS. VERA:  Okay.  But I don't need to do that
18     now.
19            ROBERT:  You don't need to do that right now,
20     no.
21            MS. VERA:  Okay.
22            ROBERT:  Because after this, I'm going to
23     transfer it back to one of our technicians.
24            MS. VERA:  Okay.
25            **(Brief pause.)**

**Attachment B, p. 22**          **EXHIBIT 13**
                                  **FTC-VAST-000172**

23

1    ROBERT:  All right.

2    **(Brief pause.)**

3    MS. VERA:  You know, I missed your name.  I'm

4 sorry.

5    ROBERT:  Huh?

6    MS. VERA:  What's your name?

7    ROBERT:  My name is Robert.

8    MS. VERA:  Robert.

9    ROBERT:  Yes.  And, now, can you tell me any

10 main issues you have on your computer?  Just the slowing?

11    MS. VERA:  Just the slowness.

12    ROBERT:  All right.

13    MS. VERA:  Where are you located?

14    ROBERT:  We are in South Florida.

15    MS. VERA:  Oh, great.

16    ROBERT:  Yep.  And then you're in Virginia?

17    MS. VERA:  Yes.

18    ROBERT:  How's the weather over there?

19    MS. VERA:  It's actually quite nice today.  How

20 about you?

21    ROBERT:  Ah, it's all right.  It's pretty hot

22 out.

23    MS. VERA:  I don't know, South Florida sounds

24 pretty nice to me.

25    ROBERT:  It's always hot in Florida, though, so

24

1       that's the only thing I can complain about.

2                   MS. VERA:  Hmm.

3                   ROBERT:  All right.  Now, can I ask you a few

4       questions?

5                   MS. VERA:  Okay.

6                   ROBERT:  Do you have a printer connected?

7                   MS. VERA:  Do I have what?

8                   ROBERT:  Do you have a printer that you have

9       connected to your computer?

10                  MS. VERA:  Not right now I don't.

11                  ROBERT:  No?  All right.  Is the sound working

12      on your computer?

13                  MS. VERA:  I don't know.

14                  ROBERT:  Yes?

15                  MS. VERA:  I don't usually have the sound on I

16      don't think.

17                  ROBERT:  All right.  So, I'll just -- this

18      probably works.  What's your preferred browser, Internet

19      Explorer, Google Chrome or Firefox?

20                  MS. VERA:  Usually Internet Explorer or

21      Firefox.

22                  ROBERT:  All right.  And preferred search

23      engine, Google, Bing or Yahoo?

24                  MS. VERA:  Google.

25                  ROBERT:  All right.  All right.  All right,

```
 1        hold on.  Sorry, I have to -- something's done messed
 2        up.
 3                 MS. VERA:  Something messed up?  Did something
 4        happen to my computer?
 5                 ROBERT:  No, no, on my side of the computer.
 6                 MS. VERA:  Oh, okay.
 7                 ROBERT:  You're good.
 8                 MS. VERA:  Good.
 9                 ROBERT:  I just have to re-fill out this
10        information because it got deleted.
11                 MS. VERA:  Ooh.
12                 ROBERT:  By going...
13                 (Brief pause.)
14                 MS. VERA:  Is that a dog barking?
15                 ROBERT:  Where?
16                 MS. VERA:  I thought I heard a dog.
17                 ROBERT:  Maybe that's on a -- maybe that's over
18        in ▮▮▮▮▮▮ you're hearing that.
19                 MS. VERA:  Maybe.  Maybe.
20                 (Brief pause.)
21                 ROBERT:  All right.  All right.  Now, I'm just
22        going to add the notes to it, so when I transfer it over,
23        they know what to do.
24                 MS. VERA:  Okay.  Who does it get transferred
25        to?
```

26

1          ROBERT:  All right.  Huh?

2          MS. VERA:  Who does it get transferred to?

3          ROBERT:  One of our certified technicians.  And

4     they're going to -- they're going to be right over the

5     Internet, like what I'm doing.  So, you won't need to do

6     -- you don't need to, you know, like look over anything.

7     I mean, you can, but there's -- I wouldn't go on the

8     computer while they're on it.

9          MS. VERA:  Okay.

10         ROBERT:  And you'll know when they're done,

11    they'll leave a -- like a little sticky note on the

12    screen to tell you when they're done.

13         MS. VERA:  Okay.

14         ROBERT:  So, I don't know like how long exactly

15    it's going to take, but they'll just -- they'll leave a

16    sticky note right on the top to tell you when they're

17    done, all right?

18         MS. VERA:  Will I know when they start?

19         ROBERT:  They'll start within a couple minutes

20    after I transfer this over.

21         MS. VERA:  Okay.  Do you have a number in case

22    I need to call them?

23         ROBERT:  We don't have -- well, we have our

24    office number that you talked to one of us.  But our

25    technicians, they -- we don't have a number for that.

1          MS. VERA:  You don't -- you don't have a number

2     for them?

3          ROBERT:  It will be right -- it will be right

4     on your computer.  We all have the same number, but it

5     goes to us first before it gets to the technicians.  But,

6     I mean, you could call back, but any of the salespeople

7     are just going to say that it's just -- they'll leave a

8     sticky note on the screen to tell you when it's done.

9          MS. VERA:  Okay.  Will I see them on my

10    computer?

11         ROBERT:  Yeah, they'll see you -- they'll gain

12    control over your computer and your mouse and everything

13    and you'll see.

14         MS. VERA:  I'll see what they're doing?

15         ROBERT:  What?

16         MS. VERA:  Will I see what they're doing?

17         ROBERT:  Yeah, you can -- you can watch over it

18    and see what they're doing.

19         MS. VERA:  Well, as long as I'm sitting here

20    for a little while, I could.

21         ROBERT:  All right.  Well, I'm going to

22    transfer over the call right now, all right?

23         MS. VERA:  Okay.

24         ROBERT:  So, I need you to just stay off your

25    computer from here on for -- until you get that sticky

28

1    note on your screen to tell you when it's all cleaned up.

2              MS. VERA:  Okay.

3              ROBERT:  All right?

4              MS. VERA:  All righty?

5              ROBERT:  All right.  So, we're done now.

6    Welcome to OMG, and any time you have a problem, just

7    click on that calling card, like I said, all right.

8              MS. VERA:  Okay.  Thanks, Robert.

9              ROBERT:  You're welcome.

10             MS. VERA:  Do I -- hello?

11             ROBERT:  Hello.  I'm just finishing this --

12             MS. VERA:  Do I hang up now?  Do I hang up?

13             ROBERT:  Oh, I can end the call if you'd like

14   or you can hang up, it doesn't matter.

15             MS. VERA:  Okay.  Well, what are you doing now?

16   Oh, I see.  Now it's going to the tech person.

17             ROBERT:  All right.

18             MS. VERA:  Okay.  If you don't need me

19   anymore --

20             ROBERT:  All right.

21             MS. VERA:  -- I'll hang up, okay?

22             ROBERT:  All right.  You can hang up now, all

23   right?

24             MS. VERA:  Thanks, Robert.

25             ROBERT:  You're welcome.

29

1              MS. VERA:  Bye.

2              ROBERT:  Have a good one.

3              MS. VERA:  You, too.  Bye-bye.

4              ROBERT:  Bye.

5              **(The call was concluded.)**

6              MS. VERA:  This concludes a call I had with

7      Robert.  The time is approximately 9:50.  It's April

8      24th, 2014.

9              **(The recording was concluded.)**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment B, p. 29**          **EXHIBIT 13**
                                 **FTC-VAST-000179**

30

1           **C E R T I F I C A T I O N   O F   T Y P I S T**

2

3       MATTER NUMBER: <u>13232283</u>

4       CASE TITLE: <u>VAST TECH</u>

5       TAPING DATE: <u>APRIL 24, 2014</u>

6       TRANSCRIPTION DATE: <u>JULY 21, 2014</u>

7

8           I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:   JULY 21, 2014

14

15                  _____

16                      ELIZABETH M.  FARRELL

17

18          **C E R T I F I C A T I O N   O F   P R O O F R E A D E R**

19

20          I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24                  _____

25                      SARA J.  VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**EXHIBIT 13**
                                        **FTC-VAST-000180**

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1323283

TITLE             VAST TECH

DATE              RECORDED:  APRIL 24, 2014
                  TRANSCRIBED: JULY 21, 2014

PAGES             1 THROUGH 24

TELEPHONE CONVERSATION WITH SARA

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment C, p. 1**          **EXHIBIT 13**
                                **FTC-VAST-000181**

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4       RECORDING:                              PAGE:

 5       Telephone conversation with Sara           4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Vast Tech                      )  Matter No. 1323283

 5                                   )

 6    -----------------------------)

 7                                      April 24, 2014

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on July 14,

13    2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment C, p. 3**          **EXHIBIT 13**
**FTC-VAST-000183**

4

```
 1                P R O C E E D I N G S
 2                -    -    -    -    -
 3          MS. VERA:  This is Martha Vera.  Today is April
 4     24th, 2014.  The time is approximately 9:50.  I will be
 5     calling 1-855-249-8391 and asking for Robert.  There is a
 6     password verification failure notice on my computer.
 7     _____
 8              TELEPHONE CONVERSATION WITH SARA
 9          RECORDING:  Thank you for calling your premium
10     software support service.  This call may be recorded or
11     monitored for quality assurance purposes.
12          RECORDING:  Hello, welcome to customer support.
13     Please listen carefully as our menu options have changed.
14     If you are an existing customer, please press one.  To
15     activate your software, please press two.  To speak to an
16     expert technician, please press three.
17          MS. VERA:  Three.
18          (Brief pause.)
19          SARA:  Thank you for calling OMG tech support.
20     My name is Sara.  Can I have your phone number on the
21     account, please?
22          MS. VERA:  Pardon?
23          SARA:  Can I have your telephone number on the
24     account, please?
25          MS. VERA:  ███-██-███.
```

5

```
 1              SARA:  May I have your name, please?
 2              MS. VERA:  ███████.  Can I speak to
 3    Robert?  I just talked to him and I just got a pass --
 4              SARA:  (Inaudible).
 5              MS. VERA:  Robert.
 6              SARA:  Mm-hmm.  Okay.  Yes, I will transfer you
 7    to Robert.  But before then, let me just get the email
 8    address for the full verification of the account.
 9              MS. VERA:  ██ --
10              SARA:  What is the email address, please?
11              MS. VERA:  ████████████ @yahoo.com.
12              SARA:  Okay.  Thank you very much.  So, █████,
13    you talked already to Robert a while ago.  And what
14    happened to that call?
15              MS. VERA:  I'm sorry, I can't understand you.
16              SARA:  (Inaudible).
17              MS. VERA:  Hello?
18              SARA:  I'm sorry.
19              MS. VERA:  I'm having a hard time understanding
20    you.  I'm sorry.  Could you speak slower?
21              SARA:  Oh, I'm very sorry.  Yeah.  I understand
22    that you were able to speak to Robert before this call.
23    What happened?  Why -- has he not completed the -- or why
24    did he -- why do you need to call us back?
25              MS. VERA:  Because it says password
```

**Attachment C, p. 5**          **EXHIBIT 13**
                                **FTC-VAST-000185**

6

1   verification failed, log on failure, unknown username or

2   bad password.  I signed up for tech help.

3           SARA:  Oh, okay, I understand that.  You're in

4   the process of signing up for the tech support plan and

5   you talked to Robert for that matter and, yeah, let me

6   just go ahead and check with that.  Hold on.  Just give

7   me a minute or two.

8           MS. VERA:  Okay.

9           **(Brief pause.)**

10          MS. VERA:  Hello?

11          SARA:  Hi, thank you for waiting on the line.

12  I just checked the notes.  I can see here that Robert was

13  in charge (inaudible) for you to sign up for the tech

14  plan, and you have already an account with us.  So, I'm

15  wondering what's your issue with your computer because

16  Robert is in a different department.  And if you have

17  issues, it should be in our department.  It should be us

18  from tech support that's going to help you with that.

19          MS. VERA:  Well, could you connect me to them

20  because it looks like something's wrong?

21          SARA:  I will get you in session one so we can

22  check what's wrong with your computer.  Is that okay if

23  we were -- we will be multi-connect to your computer so

24  we could check on that?

25          MS. VERA:  What do you want to do?  Hello?

7

1          SARA:  Is it okay if we will take over your
2     computer?  We will do a remote session to your computer?
3          MS. VERA:  Okay.
4          SARA:  Would that work?  Okay.  I'd like you to
5     launch your Internet Explorer browser with an E -- with
6     an E symbol and then pull up Google.com.
7          MS. VERA:  Okay.  Because I bought a software
8     plan from Robert and then he was going to transfer me to
9     tech support, and now there's a -- it looks like password
10    failure.
11         SARA:  I am from -- yeah, I am from tech
12    support and Robert is in a different department.  I think
13    the job or the work of Robert is already complete.  I
14    understand that, at this point, you have issues related
15    to your computer, is that correct?
16         MS. VERA:  No, I don't have -- my computer is
17    slow, so I bought a software plan, I think, and Robert
18    transferred me to tech, but it says that there's a
19    password failure.
20         SARA:  All right.  No worries about that.  You
21    were transferred by Robert to the correct department.
22    You are now in tech support department and I will get you
23    in session.  I will connect to your computer so that we
24    can check on your issue.
25         MS. VERA:  Okay.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

8

1              SARA:  Okay?

2              MS. VERA:  Okay.

3              SARA:  All right.  So, yeah, please try to open

4      Internet Explorer browser and pull up Google.com.

5              MS. VERA:  Okay, hold on.  And what do you want

6      me to do?

7              SARA:  Try to -- try to type in or pull up the

8      website of Google, Google.com.

9              MS. VERA:  Umm...

10             **(Brief pause.)**

11             MS. VERA:  I already have a chat box up here,

12     too, by the way.

13             SARA:  You have a chat box?  Okay.  What is the

14     name of the technician that you can see in your chat box?

15             MS. VERA:  It doesn't have a name yet.

16             SARA:  It doesn't have a name?  Can you try to

17     type -- can you write like hello, a short message just to

18     check if you can connect to -- to a live -- or a live

19     person?  Try to check if there's already a technician

20     assigned to -- or for you.

21             MS. VERA:  Okay.  Let's see here.  It says

22     remote control started by Troy J.

23             SARA:  All right.  Try to type more messages

24     that would just let the technician know that you have

25     issues.  Your computer is running is slow.  We'll see if

9

```
 1      that Troy is the right person or could help you with
 2      that.
 3                  MS. VERA:  Okay.
 4                  SARA:  Because if he's not --
 5                  MS. VERA:  I have a question.
 6                  SARA:  Okay, because I -- mm-hmm?
 7                  MS. VERA:  Should I put the password in there?
 8      It says it's asking for a password.
 9                  SARA:  The password for you to get to us?
10                  MS. VERA:  I guess.  It says, Troy J. requests
11      permission to reboot your computer while it is
12      unattended.  Please enter your Windows password.
13                  SARA:  Okay.  All right.  No worries about that
14      one.  Do not -- or keep that site.  I will just give --
15      get you in session without having you to fill out
16      that part.  Let's try to continue.  You have already
17      Google up and running now?
18                  MS. VERA:  Yes.
19                  SARA:  And after you pull up Internet Explorer.
20      Okay.  I'd like you to -- because you have Google open
21      right now, there must be a whole website that would be
22      displayed in the upper portion, the http.www.Google.com.
23      Try to look for that.  Please let me know once you find
24      that.
25                  MS. VERA:  It's up.
```

10

1           SARA:  You're seeing -- you're seeing that one?

2           MS. VERA:  I'm in Google now.

3           SARA:  You have already found the website, the

4    http.www.Google.com.

5           MS. VERA:  It's up.

6           SARA:  Are you seeing that right now?

7           MS. VERA:  Yes.

8           SARA:  Okay.  Try to highlight the entire

9    website because I'm going to give you a link.  You have

10   to write or type in the link and that's why it's -- you

11   have to figure out the Google -- the website of Google.

12          MS. VERA:  So, I've got -- it's highlighted

13   now, Google.  Now, do you want me to type in new address?

14          SARA:  Yeah.  This is just in one word, it's

15   LogMeIn.

16          MS. VERA:  Log?

17          SARA:  L-O-G -- yeah.

18          MS. VERA:  Do I do https or no?

19          SARA:  No need.  Just start with the word

20   LogMeIn, L-O-G-M-E-I-N,

21          MS. VERA:  Okay.

22          SARA:  And the numbers 123.com.

23          MS. VERA:  Okay.  Then what?  Hello?  I think

24   I'm already connected to you guys.  Why am I re-logging

25   in?

```
 1              SARA:  You mentioned earlier that when you

 2      tried to connect to Troy, it was asking for a password

 3      and I don't think you need to put in some password to

 4      connect to that because once you have an account or once

 5      you double-click an icon, you should be able to be

 6      connected to us.  So, I'm helping you out to get --

 7              MS. VERA:  He was trying to connect.

 8              SARA:  -- to us manually.

 9              MS. VERA:  Maybe Troy could call me.

10              SARA:  Somebody calling you now?

11              MS. VERA:  No, could he?  Could you have Troy

12      call me?

13              SARA:  Oh, all right.  Hold on.  Let me just

14      check on that.  Please remain on the line.

15              (Brief pause.)

16              MS. VERA:  Hello?

17              SARA:  Hi.

18              MS. VERA:  Is Troy --

19              SARA:  (Inaudible) yeah, I just tried to check

20      with the person who can check the session -- the status

21      of the session or remote session that would check if you

22      are already connected to us and we can take control of

23      your computer.  And that in charge confirmed that there

24      is no session yet established for you.

25              So, I'm going to go ahead and work that out for
```

12

1    you to be able to be connected to us.  Is that okay with

2    you?  Would that be -- would that work for you?

3              MS. VERA:  What are you going to do?  What do

4    you want to do?

5              SARA:  Can we -- yeah, I will give you a pin

6    code.  I will generate a pin code for you.  Let's repeat

7    through the process.  Is that okay with you?

8              MS. VERA:  Okay.  Can't you just connect me to

9    Troy?

10             SARA:  That's the thing.  That's the one that I

11   tried to ask for me to -- or for -- if it's possible for

12   me to connect Troy because I don't have any -- any notes

13   here that will tell me the -- the username (inaudible)

14   Troy so I can give a message to him, but then there's no

15   -- there's no session yet, that's why I could not connect

16   you to Troy.  So --

17             MS. VERA:  Okay.  Well, you know, were they

18   supposed to get my password --

19             SARA:  Yeah.

20             MS. VERA:  -- for my computer?  I don't think

21   they ever did.  I don't think I gave Robert my password.

22   Maybe that's the problem.

23             SARA:  Mmm, I can generate the code for you so

24   that we can proceed and we can -- you can fix your

25   issues.  We can address the issues that you wanted us to

13

1      fix.  So, I believe you are now in LogMeIn123.com.  You

2      have typed that already, correct?

3             MS. VERA:  Yes, but I didn't hit enter.  But

4      I'm logged in already, you know.  It says Troy J. is

5      transferring you to another technician.  I've got a chat

6      box up here.  I'm in LogMeIn Rescue.

7             SARA:  Okay.  Mm-hmm, okay.  So, all right, if

8      that's the case, then you can go ahead and communicate to

9      the technician who is in your chat box, try to -- just

10     type in the message if you wanted to tell to the

11     technician.

12            MS. VERA:  I can't, it says --

13            SARA:  And then please let me know -- please

14     let me know if you will get the -- a confirmation that

15     that technician is going to help you out.

16            MS. VERA:  You know what it says, the last

17     entry says here, password entry canceled, unattended

18     reboot will not be possible.  And -- and then there's

19     another one, Oh My God tools downloader, STC and Tech.

20     I've got two boxes up here.

21            SARA:  All right.  Those pop-ups are that

22     related -- are those related to the OMG chat box or they

23     are -- they show separately they're not coming from the

24     OMG chat window?

25            MS. VERA:  Okay.  And I can't seem to type

14

1    anything in to my chat box.

2          SARA:  You can't type in anything, okay.

3          MS. VERA:  Should I --

4          SARA:  Right.

5          MS. VERA:  -- just enter?  I've got LogMeIn123.

6    Should I just enter that?

7          SARA:  Yeah, you may.  Yeah, if you can.

8          MS. VERA:  Is that a yes or a no?  Hello?

9          SARA:  By the way, ███ would it be okay if I

10   were to check the safeguard for you first?  I will have

11   to verify the software and the plan or the tech plan that

12   you have purchased with us.  In safeguard, we would get

13   all the license key, all the information of the software

14   that you have bought.  If it's okay if I can ask the last

15   four of the -- the last four of your credit card so I can

16   check the safeguard for you.

17         MS. VERA:  The last four digits of my Visa card

18   number are XXXX.

19         SARA:  Okay, thank you.  XXXX is the last four.

20   And what about your zip code?

21         MS. VERA:  ███.

22         SARA:  All right, thank you.  Just stay on the

23   line.  Let me -- I am checking the safeguard right now.

24         MS. VERA:  I'm getting a little concerned about

25   my purchase.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment C, p. 14**          **EXHIBIT 13**
                                 **FTC-VAST-000194**

15

1           SARA:  What is it about, ma'am?  What's your

2      concern?

3           MS. VERA:  Well, I thought this would be really

4      simple and easy and that they were going to clean up all

5      these problems, but --

6           SARA:  Mm-hmm.

7           MS. VERA:  -- I don't know.

8           SARA:  I am -- one second, please.  All right.

9      Yeah.  In safeguard, I really understand now that when

10     you signed up, you bought an OMG unlimited monthly

11     support (inaudible) one-time, okay.  And then -- okay,

12     you have a technical support package with us, all right.

13     And here's the thing, I do apologize, but this process is

14     -- yeah, you're right, this process is very easy.  You

15     just tell us what your problems are.

16          The process that we are trying to do right now,

17     I'm referring if it -- if you find it complex and you

18     find it difficult, but it's not -- it's just -- it would

19     just take a few steps before we can fix your -- because

20     our goal now is to connect to you remotely.  We have to

21     check your computer.  We have to take control of your

22     computer so that we won't give you any instructions how

23     to do that, we will just navigate on your computer.

24          So, at this point, we are just trying to get

25     you connected to our system.  This is what we are doing

16

1    right now.  You have -- you typed in LogMeIn.com,

2    LogMeIn123.com, for you to be able to connect to our

3    system and so that we can see your computer, is that --

4    this is the purpose of doing this process.

5              So, in front of your computer --

6              MS. VERA:  Okay, I'm --

7              SARA:  -- what do you get after you type the

8    LogMeIn123.com.

9              MS. VERA:  It says enter your six-digit code.

10             SARA:  Okay, all right.  Just -- just leave it

11   as it is because I will do that -- I will generate that

12   code for you.  Hold on, I will provide the pin code.

13             MS. VERA:  Where are you located?

14             SARA:  We're offshore.

15             MS. VERA:  What?  Where are you located?

16             SARA:  We're located offshore.

17             MS. VERA:  Offshore?  Okay.  What does that

18   mean?  Offshore what?

19             SARA:  We're located outside your place -- your

20   state.

21             MS. VERA:  Outside of ███████

22             SARA:  Yeah, that's right.  All right.  I have

23   the pin code for you now, and type in 378840.

24             MS. VERA:  378840.

25             SARA:  Correct, that's right.

17

1          MS. VERA:  And now do I hit start download?

2          SARA:  Correct, right.  And you have to click

3     start download.

4          MS. VERA:  And then it says, do you want to run

5     or save support LogMeIn.  Run?

6          SARA:  Run, yeah, please.  Please click the run

7     option.

8          MS. VERA:  Now it says, waiting for technician.

9          SARA:  Okay, all right.  So -- all right.  So,

10    I'm trying to put you in session now.  Once you can see

11    in your computer that, you need to click allow access.

12    Click that button and click okay.

13         MS. VERA:  Okay.  Now it says I'm established

14    with Sara D.

15         SARA:  Yeah, that's right.

16         MS. VERA:  Do I hit okay?

17         SARA:  Yeah, click okay.

18         MS. VERA:  Are you Sara?

19         SARA:  Yeah, that's right.  Okay, hold on one

20    moment, please.  We are now connected successfully to

21    your computer.

22         MS. VERA:  Okay.

23         SARA:  Okay.  Okay, hold on.  Okay, all right.

24    So, all right.  I have already -- I can already take

25    control of your computer.  So, your main issue is about

18

```
 1     your computer which is running very slow, is that
 2     correct?
 3               MS. VERA:  Correct.
 4               SARA:  Okay, all right.  So, here's what I'm
 5     going to do.  I will run -- or I will run a software on
 6     your computer that would do the tuneup.
 7               MS. VERA:  Okay.
 8               SARA:  And the tuneup process will clean up
 9     your computer.
10               MS. VERA:  Okay.
11               SARA:  It will (inaudible) --
12               MS. VERA:  Hello?
13               SARA:  Yes, clean up the viruses and -- I'm
14     sorry, the malware for your computer to work faster than
15     the usual way.
16               MS. VERA:  Okay.  He said there were errors,
17     too.
18               SARA:  Yeah, together with -- and along with
19     the tuneup process, that would also fix the errors that
20     you are encountering in your computer.  I would like to
21     know, do you have a password set for your computer?
22               MS. VERA:  Yes.
23               SARA:  Okay.  I would like you to type in the
24     password, all right.  Type in the password in front of
25     you right now because part of the process, we need to
```

19

1     restart the computer and so that we won't ask you the

2     password whenever we need to restart your computer,

3     please provide that information.

4           MS. VERA:  Okay, I just entered it.  Do you

5     want me to hit okay?

6           SARA:  Yeah, please.  All right.  So, you have

7     already successfully typed in the password.  By the way,

8     Rene, just (inaudible) because I'm already running the

9     tuneup process as we speak.  This will take several --

10    for several hours.  And I would like to let you know that

11    it will be completed -- this will take a while before

12    this will be completed.  So, you just have to leave your

13    computer on so that we can continue working on this

14    process and you can work on your thing away from your

15    computer.

16         So, as expected, we will just be calling you

17    back to give you the information that everything -- that

18    the tune-up process has been completed and you will

19    receive a note for you to -- for you to know that this

20    job has been completed or finished.

21         MS. VERA:  Have they started already?

22         SARA:  Yeah.  I'm in the process of installing

23    the software so that we can -- so that this will be

24    started.  Hold on.

25         MS. VERA:  And how long will this take do you

**EXHIBIT 13**
**FTC-VAST-000199**

20

1     think?  Is there a number --

2           SARA:  Usually the least would be -- sometimes

3     it takes for a half -- or a half day or a whole day.

4     But, no worries, we'll just do our best to expedite the

5     process.

6           MS. VERA:  That would be helpful to me because

7     I need to leave at some point and take my computer.  So,

8     I'm hoping you can do it within the next couple of hours.

9           SARA:  Okay.  You have here the chat box.  Just

10    leave a message to get updates if you want to know the

11    time frame when this will be completed.  But I'm -- what

12    I'm trying to do now is initiate the process.  Hold on.

13    Okay.  All right, all right.

14           Actually, ████, I'm working on the software

15    to -- or just like what I said.  I'm trying to initiate

16    the software.  And it appears I have already your

17    computer connected remotely to our system.  We don't need

18    to stay on the line.  We will just -- we will be the one

19    to take care of this.  So --

20           MS. VERA:  Do you have a number I can call

21    you --

22           SARA:  -- is there anything else --

23           MS. VERA:  Okay.  Do you have a number I can

24    call you back on if I have more questions?

25           SARA:  Yeah, sure.  One moment.

21

```
1              MS. VERA:  Okay.

2              SARA:  It should be -- hold on.  This should be

3       855 --

4              MS. VERA:  Okay.

5              SARA:  -- 316-83 --

6              MS. VERA:  31 --

7              SARA:  -- 24.

8              MS. VERA:  And that's to talk to the tech who's

9       working on my computer?

10             SARA:  Yeah.  So, if you want to call us, we're

11      open 24/7, just use that number.

12             MS. VERA:  855-316-8324.

13             SARA:  Correct, that's right.

14             MS. VERA:  Okay.  And what is your name?

15             SARA:  Sara.

16             MS. VERA:  Sara, okay.

17             SARA:  Yeah.

18             MS. VERA:  Okay.

19             SARA:  All right.

20             MS. VERA:  Thank you.

21             SARA:  Yeah, you can see my name in front of

22      this chat box, so for this -- because this is -- this

23      requires a tuneup, you can expect this job transferred to

24      our tuneup technicians and by then you would see another

25      name of our technician who will be working on this.
```

22

1          MS. VERA:  It says here -- so, is everything
2     okay?
3          SARA:  Yeah, yeah.
4          MS. VERA:  Okay.
5          SARA:  We don't need to stay on the line.  Just
6     -- just wait for our information, we will just put a note
7     in your PC or we will call you back.
8          MS. VERA:  Okay.  So, can -- do I hang up now?
9          SARA:  Yeah.  But make sure that you will not
10    turn off your computer.
11         MS. VERA:  I won't.
12         SARA:  Leave it connected to us.
13         MS. VERA:  I'll leave my computer on.
14         SARA:  Okay, all right.  So, anything else
15    aside from that?
16         MS. VERA:  No, just so you're fixing and
17    getting rid of all the errors and malware and everything,
18    that would be great.
19         SARA:  Yeah, yeah, that's what we are going to
20    -- to do.
21         MS. VERA:  Okay, then thank you.
22         SARA:  You're welcome.  And thank you for
23    calling OMG tech support.  Have a good one.  Bye-bye.
24         MS. VERA:  Thank you.  Bye.
25         **(The call was concluded.)**

23

```
1              MS. VERA:  This concludes a call I had with
2     Sara.  Today is April 24th, 2014.  The time is
3     approximately 10:20.
4              (The recording was concluded.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Attachment C, p. 23                    EXHIBIT 13
FTC-VAST-000203

24

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 13232283

4     CASE TITLE: VAST TECH

5     TAPING DATE: APRIL 24, 2014

6     TRANSCRIPTION DATE: JULY 21, 2014

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:   JULY 21, 2014

14

15    _____

16                    ELIZABETH M. FARRELL

17

18        C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24    _____

25                    SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment C, p. 24**          **EXHIBIT 13**
                                  **FTC-VAST-000204**

**citi**

0427533000272646200000000000000154

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| XXXX-XXXX-XX72-6462 | 05/15/2014 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the desired changes on the reverse side.(   )

---

## CITIBANK CARD
### CARD STATEMENT

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $229.95 | $229.95 |

Invoice Date
05/15/2014

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank  P.O. Box 6125  Sioux Falls, SD 57117

OUTSIDE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| Agency Name: | | | | Account Number | | XXXX-XXXX-XX72-6462 |
|---|---|---|---|---|---|---|
| Accounting Code/Cost Center | | | | | | |
| Billing Office Id: | | | | Agency/Org Id: | | |
| Discretionary Code: | | | | Tax Exempt#: | | |
| Single Purchase Limit: | | $0.00 | | Cycle Purchase Limit: | | $0.00 |

| Sale Date | Post Date | MCC Code | Reference Number | Description | | | Total Amount |
|---|---|---|---|---|---|---|---|
| **********************************************NOTICE MEMO ITEM(S) LISTED BELOW************* | | | | | | | |
| 04/24/2014 | 04/25/2014 | 5734 | 24692164114000097314603 | 1  SAFECART.COM OMG_TECH | 855-432-0727 | WA | $199.98 |
| 04/24/2014 | 04/25/2014 | 5734 | 24692164114000097339345 | 2  SAFECART.COM PC HEALTH | 855-432-0727 | WA | $29.97 |
| ******************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | | | **$229.95** |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier: Online statements & CitiManager Mobile offer 24/7 access, security, and mobility. Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view. When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

Memo Section

Approval Section

CARDHOLDERS SIGNATURE

**Attachment D, p. 1**

Page 1 of 1

APPROVING OFFICIAL SIGNATURE (Except Travel)

**EXHIBIT 13**

FTC-VAST-000205

## Account Requests

CHANGE OF ADDRESS OR TELEPHONE NUMBER

| | |
|---|---|
| Street Address | _____ |
| City, State | _____ |
| ZIP | _____ |
| | |
| Home Phone | _____ |
| Business Phone | _____ |

## Payment Information

- Enc ose your check or money order payab e n U.S. do ars to C t bank, N.A. w th th s payment coupon, but do not stap e or tape them together.
  P ease do not send cash.
- Wr te your account number on the front of your check or money order.
- P ease make sure the entre C t bank address appears through the w ndow of your rem ttance enve ope.
  If we rece ve your ma ed payment n proper form at our process ng fac ty by 10 a.m. Eastern T me, t w  be cred ted as of that day.
- Payments, adjustments, and charges rece ved after the date nd cated on the front as "Statement Date" w appear on your next statement.

**Mail your payment in the envelope provided, or send your payment to:**

C t bank, N.A.
P.O. Box 183173
Co umbus, OH  43218 3173

**You may send your payment via overnight mail to:**

C t bank, N.A.
1500 Bo tonf e d Street
Co umbus, OH  43228

## Account Inquiries

**In case of error or questions about your bill:** If you th nk the B ng Statement s ncorrect, or f you need more nformat on about a transact on, wr te to us on a separate sheet at the address spec f ed on the front of th s statement as soon as poss b e.  P ease not fy no  ater than 60 days after the date of the b  on wh ch the error or prob em f rst appeared.  D sputed amounts may be deducted from "Tota  Payments Due" after you not fy CITI of d sputed tems.

**In the letter, please give us the following information:**

- Your name and account number. For Centra y B ed Accounts, p ease nc ude the Agency name and nd v dua  account number.
- The do ar amount of the suspected error.
- Descr be the error and exp a n the reason for the error; f more nformat on s needed about an tem, p ease descr be t to us.
- **Merchant disputes:** If the Agency or Cardho der was unsuccessfu  n attempt ng to reso ve a prob em w th a merchant concern ng the qua ty of goods or serv ces purchased w th the CITI Government card, we may be ab e to he p f we are not f ed n wr t ng w th n 60 days of the date of the charge.
- In the etter to us, p ease exp a n n deta  the d spute and the resu ts of the attempt to reso ve t w th the merchant. The etter must nc ude the amount nvo ved, **and must be signed by the individual Cardholder.  We will notify you of the results of our efforts.**
- If you returned merchand se and rece ved a cred t s p wh ch has not yet been posted, p ease a ow 30 days from the date t was ssued.  If t has not been posted to the Account by then, forward a copy of the cred t s p to us at the b ng d spute address spec f ed on the front of the statement.  A ong w th the copy of the cred t s p, p ease nc ude a etter (**signed by the individual Cardholder**) stat ng that cred t was not rece ved. If a cred t s p was not ssued, p ease request one from the merchant.  If the merchant refuses, p ease wr te to us and exp a n the deta s.

- On non d sputed or any other matter shown by CITI not to be n error, CITI may charge the Agency or Cardho der the fee spec f ed n the Cardho der Account Agreement for each copy of any document the Agency or Cardho der requests, such as dup cated per od c statements, transact on s ps, and the ke.
- P ease save your charge rece pt.
- **Mail billing inquiries to:**

  C t bank, N.A.
  PO Box 6125
  S oux Fa s, SD 57117 6125

- **Telephone inquiries through CITI Customer Service, 24 hours a day, 7 days a week:**
- **Toll-free:** 1 800 790 7206
- **Call Collect:** 904 954 7850

## Information about your CITI Government Card Account

**Report Lost or Stolen Card Immediately:** Our te ephone nes are open every day, 24 hours a day. Ca  the Customer Serv ce number sted here or spec f ed on the front of the statement mmed ate y (day or n ght). After you not fy us, you w  not be ab e for any unauthor zed use of your Card.

From w th n the Cont nenta U.S.:
**Toll-free:** 1 800 790 7206
From outs de the Cont nenta U.S.:
**Call Collect:** 904 954 7850

# citi

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| XXXX-XXXX-X███ | 06/15/2014 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the
desired changes on the reverse side.( )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## *CITIBANK CARD*
### CARD STATEMENT

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $71.91 | $71.91 |

Invoice Date
06/15/2014

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank P.O. Box 6125  Sioux Falls, SD 57117

OUTS DE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| | Account Number | XXXX-XXXX-XX72-███ |
|---|---|---|
| Accounting Code/Cost Center | | |
| Billing Office Id: | | |
| Discretionary Code: | Tax Exempt#: | |
| Single Purchase Limit:    $0.00 | Cycle Purchase Limit:    $0.00 | |

| Sale Date | Post Date | MCC Code | Reference Number | Description | | | Total Amount |
|---|---|---|---|---|---|---|---|
| **************************************************NOTICE MEMO ITEM(S) LISTED BELOW************************************************* | | | | | | | |
| 05/23/2014 | 05/26/2014 | 5734 | 24692164143000668224665 | 1 | SAFECART.COM OMG_TECH | 855-432-0727   WA | $19.99 |
| 05/29/2014 | 05/30/2014 | 0000 | 74311314150150238338540 | 2 | FOREIGN TRANSACTION FEE | | $0.51 |
| 05/29/2014 | 05/30/2014 | 5734 | 74311314150150238338540 | 3 | CLICK ECOMM | HEFEI | $51.41 |
| ***********************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | | | **$71.91** |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at
https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to  hose who already access statements online, together we are saving 2,170 trees each year through this
initiative alone.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless
under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at
www.citimanager.com/mobile

Memo Section

Approval Section

CARDHOLDERS SIGNATURE

**Attachment E, p. 1**

APPROVING OFFICIAL SIGNATURE (Except Travel)

**EXHIBIT 13**

**FTC-VAST-000207**

## Account Requests

CHANGE OF ADDRESS OR TELEPHONE NUMBER

Street Address _____

City, State _____

ZIP _____

Home Phone _____

Business Phone _____

## Payment Information

- Enc ose your check or money order payab e n U.S. do ars to C t bank, N.A. w th th s payment coupon, but do not stap e or tape them together.
  P ease do not send cash.
- Wr te your account number on the front of your check or money order.
- P ease make sure the ent re C t bank address appears through the w ndow of your rem ttance enve ope.
  If we rece ve your ma ed payment n proper form at our process ng fac ty by 10 a.m. Eastern T me, t w  be cred ted as of that day.
- Payments, adjustments, and charges rece ved after the date nd cated on the front as "Statement Date" w appear on your next statement.

**Mail your payment in the envelope provided, or send your payment to:**

C t bank, N.A.
P.O. Box 183173
Co umbus, OH  43218 3173

**You may send your payment via overnight mail to:**

C t bank, N.A.
1500 Bo tonf e d Street
Co umbus, OH  43228

## Account Inquiries

**In case of error or questions about your bill:** If you th nk the B ng Statement s ncorrect, or f you need more nformat on about a transact on, wr te us on a separate sheet at the address spec f ed on the front of th s statement as soon as poss b e. P ease not fy us no ater than 60 days after the date of the b  on wh ch the error or prob em f rst appeared. D sputed amounts may be deducted from "Tota Payments Due" after you not fy CITI of d sputed tems.

**In the letter, please give us the following information:**

- Your name and account number. For Centra y B ed Accounts, p ease nc ude the Agency name and nd v dua account number.
- The do ar amount of the suspected error.
- Descr be the error and exp a n the reason for the error; f more nformat on s needed about an tem, p ease descr be t to us.
- **Merchant disputes:** If the Agency or Cardho der was unsuccessfu n attempt ng to reso ve a prob em w th a merchant concern ng the qua ty of goods or serv ces purchased w th the CITI Government card, we may be ab e to he p f we are not f ed n wr t ng w th n 60 days of the date of the charge.
- In the etter to us, p ease exp a n deta the d spute and the resu ts of the attempt to reso ve t w th the merchant. The etter must nc ude the amount nvo ved, **and must be signed by the individual Cardholder. We will notify you of the results of our efforts.**
- If you returned merchand se and rece ved a cred t s p wh ch has not yet been posted, p ease a ow 30 days from the date t was ssued. If t has not been posted to the Account by then, forward a copy of the cred t s p to us at the b ng d spute address spec f ed on the front of the statement. A ong w th the copy of the cred t s p, p ease nc ude a etter (**signed by the individual Cardholder**) stat ng that cred t was not rece ved. If a cred t s p was not ssued, p ease request one from the merchant. If the merchant refuses, p ease wr te to us and exp a n the deta s.

- On non d sputed or any other matter shown by CITI not to be n error, CITI may charge the Agency or Cardho der the fee spec f ed n the Cardho der Account Agreement for each copy of any document the Agency or Cardho der requests, such as dup cated per od c statements, transact on s ps, and the ke.
- P ease save your charge rece pt.
- **Mail billing inquiries to:**

  C t bank, N.A.
  PO Box 6125
  S oux Fa s, SD 57117 6125

- **Telephone inquiries through CITI Customer Service, 24 hours a day, 7 days a week:**
- **Toll-free:** 1 800 790 7206
- **Call Collect:** 904 954 7850

## Information about your CITI Government Card Account

**Report Lost or Stolen Card Immediately:** Our te ephone nes are open every day, 24 hours a day. Ca the Customer Serv ce number sted here or spec f ed on the front of the statement mmed ate y (day or n ght). After you not fy us, you w not be ab e for any unauthor zed use of your Card.

From w th n the Cont nenta U.S.:
**Toll-free:** 1 800 790 7206
From outs de the Cont nenta U.S.:
**Call Collect:** 904 954 7850

**Attachment E, p. 2**

**EXHIBIT 13**
**FTC-VAST-000208**

R1410-8240G-0411

**citi**

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| XXXX-XXXX-X█████ | 07/15/2014 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the desired changes on the reverse side.(  )

---

# CITIBANK CARD

**CARD STATEMENT**

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $19.99 | $19.99 |

Invoice Date
07/15/2014

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank P.O. Box 6125 Sioux Falls, SD 57117

OUTS DE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| | | |
|---|---|---|
| Accounting Code/Cost Center | Account Number | XXXX-XXXX-XX72-6462 |
| Billing Office Id: | Agency/Org Id: | |
| Discretionary Code: | Tax Exempt#: | |
| Single Purchase Limit:          $0.00 | Cycle Purchase Limit:          $0.00 | |

| Sale Date | Post Date | MCC Code | Reference Number | Description | Total Amount |
|---|---|---|---|---|---|
| **************************************************NOTICE MEMO ITEM(S) LISTED BELOW************************************************** | | | | | |
| 06/23/2014 | 06/24/2014 | 5734 | 24692164174000250883292 | 1   SAFECART.COM OMG_TECH     855-432-   WA 0727 | $19.99 |
| **********************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | **$19.99** |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to  hose who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility. Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

Memo Section

Approval Section

CARDHOLDERS SIGNATURE

**Attachment E, p. 3**

APPROVING OFFICIAL SIGNATURE (Except Travel)

**EXHIBIT 13**

**FTC-VAST-000209**

## Account Requests

CHANGE OF ADDRESS OR TELEPHONE NUMBER

Street Address  _____

City, State  _____

ZIP  _____


Home Phone  _____

Business Phone  _____

## Payment Information

- Enc ose your check or money order payab e n U.S. do ars to C t bank, N.A. w th th s payment coupon, but do not stap e or tape them together.
  P ease do not send cash.
- Wr te your account number on the front of your check or money order.
- P ease make sure the ent re C t bank address appears through the w ndow of your rem ttance enve ope.
  If we rece ve your ma ed payment n proper form at our process ng fac ty by 10 a.m. Eastern T me, t w be cred ted as of that day.
- Payments, adjustments, and charges rece ved after the date nd cated on the front as "Statement Date" w appear on your next statement.

**Mail your payment in the envelope provided, or send your payment to:**

C t bank, N.A.
P.O. Box 183173
Co umbus, OH  43218 3173

**You may send your payment via overnight mail to:**

C t bank, N.A.
1500 Bo tonf e d Street
Co umbus, OH  43228

## Account Inquiries

**In case of error or questions about your bill:** If you th nk the B ng Statement s ncorrect, or f you need more nformat on about a transact on, wr te to us on a separate sheet at the address spec f ed on the front of th s statement as soon as poss b e. P ease not fy us no ater than 60 days after the date of the b on wh ch the error or prob em f rst appeared. D sputed amounts may be deducted from "Tota Payments Due" after you not fy CITI of d sputed tems.

**In the letter, please give us the following information:**
- Your name and account number. For Centra y B ed Accounts, p ease nc ude the Agency name and nd v dua account number.
- The do ar amount of the suspected error.
- Descr be the error and exp a n the reason for the error; f more nformat on s needed about an tem, p ease descr be t to us.
- **Merchant disputes:** If the Agency or Cardho der was unsuccessfu n attempt ng to reso ve a prob em w th a merchant concern ng the qua ty of goods or serv ces purchased w th the CITI Government card, we may be ab e to he p f we are not f ed n wr t ng w th n 60 days of the date of the charge.
- In the etter to us, p ease exp a n deta the d spute and the resu ts of the attempt to reso ve t w th the merchant. The etter must nc ude the amount nvo ved, **and must be signed by the individual Cardholder. We will notify you of the results of our efforts.**
- If you returned merchand se and rece ved a cred t s p wh ch has not yet been posted, p ease a ow 30 days from the date t was ssued. If t has not been posted to the Account by then, forward a copy of the cred t s p to us at the b ng d spute address spec f ed on the front of the statement. A ong w th the copy of the cred t s p, p ease nc ude a etter (**signed by the individual Cardholder**) stat ng that cred t was not rece ved. If a cred t s p was not ssued, p ease request one from the merchant. If the merchant refuses, p ease wr te to us and exp a n the deta s.

- On non d sputed or any other matter shown by CITI not to be n error, CITI may charge the Agency or Cardho der the fee spec f ed n the Cardho der Account Agreement for each copy of any document the Agency or Cardho der requests, such as dup cated per od c statements, transact on s ps, and the ke.
- P ease save your charge rece pt.
- **Mail billing inquiries to:**

    C t bank, N.A.
    PO Box 6125
    S oux Fa s, SD 57117 6125

- **Telephone inquiries through CITI Customer Service, 24 hours a day, 7 days a week:**
- **Toll-free:** 1 800 790 7206
- **Call Collect:** 904 954 7850

## Information about your CITI Government Card Account

**Report Lost or Stolen Card Immediately:** Our te ephone nes are open every day, 24 hours a day. Ca the Customer Serv ce number sted here or spec f ed on the front of the statement mmed ate y (day or n ght). After you not fy us, you w not be ab e for any unauthor zed use of your Card.

From w th n the Cont nenta U.S.:
**Toll-free:** 1 800 790 7206
From outs de the Cont nenta U.S.:
**Call Collect:** 904 954 7850

**Attachment E, p. 4**

**EXHIBIT 13**
**FTC-VAST-000210**
R1410-8240G-0411

**citi**

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| XXXX-XXXX-XX72■■■ | 08/15/2014 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the desired changes on the reverse side.( )

---

## CITIBANK CARD
### CARD STATEMENT

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $76.45 | $76.45 |

Invoice Date
08/15/2014

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank P.O. Box 6125 Sioux Falls, SD 57117

OUTS DE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| Agency Name: | | Account Number | XXXX-XXXX-XX■■■ |
|---|---|---|---|
| Accounting Code/Cost Center | | | |
| Billing Office Id: | | Agency/Org Id: | |
| Discretionary Code: | | Tax Exempt#: | |
| Single Purchase Limit: | $0.00 | Cycle Purchase Limit: | $0.00 |

| Sale Date | Post Date | MCC Code | Reference Number | Description | | | Total Amount |
|---|---|---|---|---|---|---|---|
| **************************************** | | | ***NOTICE MEMO ITEM(S) LISTED BELOW*** | | | ****************************** | |
| 07/23/2014 | 07/24/2014 | 5734 | 24692164204000279670716 | 1   SAFECART.COM OMG_TECH | 855-432-0727 | WA | $19.99 |
| ■■■ | ■■■ | ■■■ | ■■■ | ■ | ■■ | ■ | ■6 |
| | | | 287258431744 | | | | |
| **************************************** | | | **TOTAL AMOUNT OF MEMO ITEM(S): | | | | **$76.45** |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to  hose who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

Memo Section

Approval Section

CARDHOLDERS SIGNATURE

**Attachment E, p. 5**

APPROVING OFFICIAL SIGNATURE (Except Travel)

**EXHIBIT 13**

**FTC-VAST-000211**

Page 1 of 1

## Account Requests

CHANGE OF ADDRESS OR TELEPHONE NUMBER

Street Address _____

City, State _____

ZIP _____


Home Phone _____

Business Phone _____

## Payment Information

- Enc ose your check or money order payab e n U.S. do ars to C t bank, N.A. w th th s payment coupon, but do not stap e or tape them together.
  P ease do not send cash.
- Wr te your account number on the front of your check or money order.
- P ease make sure the ent re C t bank address appears through the w ndow of your rem ttance enve ope.
  If we rece ve your ma ed payment n proper form at our process ng fac ty by 10 a.m. Eastern T me, t w be cred ted as of that day.
- Payments, adjustments, and charges rece ved after the date nd cated on the front as "Statement Date" w appear on your next statement.

**Mail your payment in the envelope provided,
or send your payment to:**

C t bank, N.A.
P.O. Box 183173
Co umbus, OH 43218 3173

**You may send your payment via overnight mail to:**

C t bank, N.A.
1500 Bo tonf e d Street
Co umbus, OH 43228

## Account Inquiries

**In case of error or questions about your bill:** If you th nk the B ng Statement s ncorrect, or f you need more nformat on about a transact on, wr te to us on a separate sheet at the address spec f ed on the front of th s statement as soon as poss b e. P ease not fy us no ater than 60 days after the date of the b on wh ch the error or prob em f rst appeared. D sputed amounts may be deducted from "Tota Payments Due" after you not fy CITI of d sputed tems.

**In the letter, please give us the following information:**

- Your name and account number. For Centra y B ed Accounts, p ease nc ude the Agency name and nd v dua account number.
- The do ar amount of the suspected error.
- Descr be the error and exp a n the reason for the error; f more nformat on s needed about an tem, p ease descr be t to us.
- **Merchant disputes:** If the Agency or Cardho der was unsuccessfu n attempt ng to reso ve a prob em w th a merchant concern ng the qua ty of goods or serv ces purchased w th the CITI Government card, we may be ab e to he p f we are not f ed n wr t ng w th n 60 days of the date of the charge.
- In the etter to us, p ease exp a n deta the d spute and the resu ts of the attempt to reso ve t w th the merchant. The etter must nc ude the amount nvo ved, **and must be signed by the individual Cardholder. We will notify you of the results of our efforts.**
- If you returned merchand se and rece ved a cred t s p wh ch has not yet been posted, p ease a ow 30 days from the date t was ssued. If t has not been posted to the Account by then, forward a copy of the cred t s p to us at the b ng d spute address spec f ed on the front of the statement. A ong w th the copy of the cred t s p, p ease nc ude a etter (**signed by the individual Cardholder**) stat ng that cred t was not rece ved. If a cred t s p was not ssued, p ease request one from the merchant. If the merchant refuses, p ease wr te to us and exp a n the deta s.

- On non d sputed or any other matter shown by CITI not to be n error, CITI may charge the Agency or Cardho der the fee spec f ed n the Cardho der Account Agreement for each copy of any document the Agency or Cardho der requests, such as dup cated per od c statements, transact on s ps, and the ke.
- P ease save your charge rece pt.
- Mail billing inquiries to:

  C t bank, N.A.
  PO Box 6125
  S oux Fa s, SD 57117 6125

- **Telephone inquiries through CITI Customer Service, 24 hours a day, 7 days a week:**
- **Toll-free:** 1 800 790 7206
- **Call Collect:** 904 954 7850

## Information about your CITI Government Card Account

**Report Lost or Stolen Card Immediately:** Our te ephone nes are open every day, 24 hours a day. Ca the Customer Serv ce number sted here or spec f ed on the front of the statement mmed ate y (day or n ght). After you not fy us, you w not be ab e for any unauthor zed use of your Card.

From w th n the Cont nenta U.S.:
**Toll-free:** 1 800 790 7206
From outs de the Cont nenta U.S.:
**Call Collect:** 904 954 7850

**Attachment E, p. 6**

**EXHIBIT 13
FTC-VAST-000212**

R1410-8240G-0411



## "We Highly Recommend This Download"

### Clean Up PC in Just a Couple Clicks

"PC Errors are the Leading Cause of Slow PC Performance."

◆ As a Recommended PC Clean Up Tool, PC HealthBoost™ provides the following:

• **Performance Boost**: in just a couple clicks, dramatically increases PC speed, performance, and stability.

• **PC Error Repair**: Scans and removes critical PC errors.

• **Protection Against PC Problems**: Repair & prevent windows errors, pc crashes and freezes, blue screen errors, and much more.

• **Safe for Your PC**: Cutting edge ScanSafe technology assures all repairs to your PC are 100% safe.

• **Automated Scans**: Keep Your PC running like new with automatic scheduled cleanings.

• **24/7 Live Support**: Microsoft-Certified Support Technicians ready to assist you. Available 7 days a week.

• **Fast to Download, Easy to Install**: Downloads and installs in under 1 minute with Broadband - it's just 2.7MB in size.

### STEP 1: Download PC HealthBoost Now:

**PC Clean Up Tool**
**DOWNLOAD NOW**

**PC Clean Up Tool**
**DOWNLOAD NOW**

*Norton SECURED* powered by Symantec

Includes optional free online backup for your photos, music, emails, videos, documents & more

Windows 8, 7, Vista, XP Compatible

Live   24,332 people like this. Sign Up to see what your friends like.

Updated: April 16, 2014 | File Size: 2.7MB

Download Time: under 1 min
Scan Time: under 1 min.

PC HealthBoost is a software tool that automatically repairs PC registry errors. The free version of this software repairs file association and font entries, and allows you to remove startup programs. Upgrading to the premium paid version allows you to fix all your registry errors.

PC HealthBoost

Like

24,332 people like PC HealthBoost.

**Microsoft Partner**
Gold Application Development

**tucows**
5/5

http://pchealthboost.com/pc/clean/download_now.php

### Attachment F, p. 1

**EXHIBIT 13**
**FTC-VAST-000213**



Attachment F, p. 2

EXHIBIT 13

FTC-VAST-000214



EXHIBIT 13
FTC-VAST-000215

Attachment F, p. 3



**EXHIBIT 13**

**FTC-VAST-000216**

**Attachment F, p. 4**



**Attachment F, p. 5**

**EXHIBIT 13**

**FTC-VAST-000217**



EXHIBIT 13

FTC-VAST-000218

Attachment F, p. 6



Attachment F, p. 7

EXHIBIT 13

FTC-VAST-000219



**Attachment F, p. 8**

EXHIBIT 13
FTC-VAST-000220



EXHIBIT 13

FTC-VAST-000221

Attachment F, p. 9



Attachment F, p. 10

EXHIBIT 13

FTC-VAST-000222



**EXHIBIT 13**

**FTC-VAST-000223**

**Attachment F, p. 11**



EXHIBIT 13
FTC-VAST-000224

Attachment F, p. 12



**Support Connection**

610373

**Start Download**

How It Works ( )

We take security seriously. Report Abuse

Copyright © 2005-2014 LogMeIn, Inc. All rights reserved. Legal | Sales

EXHIBIT 13
FTC-VAST-000225

Attachment F, p. 13

Call toll-free

To activate your software, call us toll-free at the number above. Our certified technicians will securely connect to your PC and remotely activate your software for you. At your request, we will diagnose your PC for other hard-to-identify problems

You can activate your software by contacting our support team 24x7 at 1-855-249-8391.

License Key:
1CD1B-E3-XRW4-CD4D-XEBD-AE8888314DD6

*If you still have problems please contact our 24 hour expert support team at 1-855-249-8391. We are here to help!*

Emergency
PC Support
1-855-249-8391

Connect Me

Norton
SECURED
Powered by Symantec

Microsoft Partner
Gold Application Development

EXHIBIT 13
FTC-VAST-000226

Attachment F, p. 14



**About PC HealthBoost**

PC HealthBoost Version 3.0.5 - 10AR1EN
Copyright 2011-2014. All rights reserved.

Program Status: Unregistered
This version of PC HealthBoost has not been registered.

Click 'Get License Key' if you don't have a license or need to renew your license.

GET LICENSE KEY >>

To unlock PC HealthBoost, enter your license key below:

1CO1I6G33    -    XRW3    -    CD4D    -    ZEIIO    -    AB6B8631HCIO6

Click here to Paste from Clipboard

SUBMIT >>

EXHIBIT 13
FTC-VAST-000227

Attachment F, p. 15

**Please Wait...**

Compiling List of Errors for Your Review

(Note: no changes are being made to your PC at this time.)

Attachment F, p. 16

EXHIBIT 13

FTC-VAST-000228



Attachment F, p. 17

EXHIBIT 13
FTC-VAST-000229

EXHIBIT 13

FTC-VAST-000230

Attachment F, p. 18

Attachment F, p. 19

EXHIBIT 13

FTC-VAST-0000231



EXHIBIT 13
FTC-VAST-000232

Attachment F, p. 20



Bryan Daly 855 116 8324.txt - Notepad

File  Edit  Format  View  Help

to protect the machine:
you have already -
registry cleaner -- you have already
tune up - 2x a year

to fix the machine:
**download trend gibson product in
infection showed
tune up**

best buy staples office depot office max
3-5 business days

Recycle Bin

EXHIBIT 13
FTC-VAST-000233

Attachment F, p. 21



EXHIBIT 13
FTC-VAST-000234

Attachment F, p. 22



EXHIBIT 13

FTC-VAST-000235

Attachment F, p. 23



EXHIBIT 13
FTC-VAST-000236

Attachment F, p. 24





EXHIBIT 13

FTC-VAST-000237

Attachment F, p. 25



## Register Now

The unregistered version of PC HealthBoost has repaired 9 errors in: Font Entries & File Associations.

To completely repair all remaining 399 errors, it's highly recommended that you register PC HealthBoost now.

◉ **Fix 399 Errors Now**

○ No, don't fix 399 errors. I understand that any existing issue with my computer performance and stability may remain unresolved.

**CONTINUE >>**
Quick & Easy Registration

Windows 8, 7, Vista, XP Compatible

EXHIBIT 13
FTC-VAST-000238

Attachment F, p. 26



EXHIBIT 13
FTC-VAST-000239

**Attachment F, p. 27**

## Boost Your PC's Performance and Stability

In 2 minutes, PC HealthBoost® will scan and completely repair errors & problems that may put your computer at risk for slow performance, crashes, and blue screens. Make crashes, error messages, and blue screens a thing of the past.

## Register PC HealthBoost Now

Unlock the full power of your PC by registering PC HealthBoost today. Simply fill out the form below to get started!

## Quick & Easy Registration
*All Fields Are Required*

Email ❓ (WHY?)

Country | United States |

Zip/Postal Code

**Proceed to Register**

~ *We respect your privacy. We will NEVER rent or sell your email.* ~

Windows 8, 7, Vista, XP Compatible

Windows 8, 7, Vista & XP

*Microsoft* Partner
Gold Application Development

Norton
SECURED

powered by VeriSign



EXHIBIT 13
FTC-VAST-000240

Attachment F, p. 28



EXHIBIT 13
FTC-VAST-000241

Attachment F, p. 29



EXHIBIT 13
FTC-VAST-000242

Attachment F, p. 30



EXHIBIT 13

FTC-VAST-000243

Attachment F, p. 31



EXHIBIT 13
FTC-VAST-000244

Attachment F, p. 32



**EXHIBIT 13**

**FTC-VAST-000245**

**Attachment F, p. 33**