# Exhibit 14

## DECLARATION OF MICHAEL KRAEMER

### PURSUANT TO 28 U.S.C. § 1746

I, Michael Kraemer, hereby declare as follows:

1. My name is Michael Kraemer.  I am a United States citizen, and I am over the age of 18.  I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify to the facts stated herein.

### I. Introduction

2. I am employed by the Federal Trade Commission ("FTC" or "Commission") as a Paralegal Specialist in the Bureau of Consumer Protection.  My work address is 600 Pennsylvania Avenue NW, Washington, D.C. 20580.

3. I have been a paralegal with the FTC since July 2013.  As part of my work, I research and investigate persons and entities that may be violating the FTC Act and other laws enforced by the Commission.  In July 2013, I was assigned to work on the Commission's investigation and court proceeding against Vast Tech Support LLC, OMG Tech Help LLC, Boost Software Inc., Success Capital LLC, Jon Paul Holdings LLC, and four individuals – Amit Mehta, Elliot Loewenstern, Jon-Paul Vasta, and Mark Donohue.

### II. Online Undercover Calls

#### Undercover Tape Records/Transcripts

4. During the course of the investigation, I had one undercover call with Vast representatives about PC HealthBoost software.  I made this call in the FTC's Internet lab, using an undercover cell phone and connected to an undercover FTC laptop.  While I was on the phone with a Vast representative, an FTC staffer/paralegal took pictures of the computer's

**EXHIBIT 14**
**FTC-VAST-000246**

screen.  These pictures were taken with an Internet Lab provided digital camera.  After each call I transferred the pictures from the camera's SD card to a CD and then to my work computer on the FTC network.  I recorded the calls using a digital audio device. Immediately after I made each recording, I played it back to confirm that the call was properly recorded.  I transferred the audio recordings via a USB port to my computer.

5.   The audio files were submitted to a private recording company, For the Records, Inc., which transcribed the recordings of the calls.  After I received the transcripts of the calls, I verified the accuracy of the transcripts by comparing them to their respective recordings.  If I found any errors in the transcripts, I noted the errors in the Word document version of the transcripts and had them reissued with corrections.

<u>Undercover Calls on 4-1-2014, 4-17-2014, and 4-24-2014</u>

6.   On or about April 1, 2014, April 17, 2014, and April 24, 2014, I used a laptop connected to a DSL line in the FTC's Internet lab.  The laptop was preloaded by the FTC Internet Lab and Litigation Support staff with the Windows 7 operating system and several programs.  The programs that the laptop were preloaded with differed for each call.  Refer to **Table 1** for any differences in the laptop preparation process between the three undercover calls.

**Table 1**

| Undercover call | 4-1-14 call | 4-17-14 call | 4-24-14 call |
|---|---|---|---|
| **Antivirus programs used to scan computer before call** | Malewarebytes and Symantec Endpoint | Malewarebytes and Symantec Endpoint | Malewarebytes and Avast Antivirus |

**EXHIBIT 14**
**FTC-VAST-000247**

| **Antivirus programs on computer during the call** | None | Symantec Endpoint | Avast Antivirus |
|---|---|---|---|
| **Deleted Restore points?** | No | Yes | Yes |
| **Programs installed on initial computer image** | Microsoft Office 2010, Hijack this, Symantec Endpoint, Firefox, Malewarebytes, Acrobat Reader, Internet Explorer, QuickTime, iTunes, | Microsoft Office 2010, Hijack this, Symantec Endpoint, Firefox Malewarebytes, Acrobat Reader, Internet Explorer, iTunes, QuickTime | Microsoft Office 2010, Avast Antivirus, Malewarebytes, Acrobat Reader, iTunes, QuickTime, Firefox, Internet Explorer |

7. For each of the three calls, I received the laptop from the Internet Lab and Litigation Support staff roughly three business days before each call (on or around 3-28-2014 for the first call, on or around 4-14-2014 for the second call, and on or around 4-22-2014 for the third call). For all of the calls, I connected the laptop to the Internet, powered on the computer, and performed several actions, including but not limited to:

    a) Updated antivirus definition files for the antivirus program that was being used on the computer (for a comprehensive list of the anti-virus programs used for each call, see **Table 1**)

    b) Ran initial antivirus scans, never finding any virus;

**EXHIBIT 14**
**FTC-VAST-000248**

c) Installed files (including photos of various travel destinations and word and excel documents);

d) Opened Microsoft Word and edited documents;

e) Created folders on the desktop and created shortcuts to documents (on the desktop);

f) Installed Adobe Flash player;

g) Surfed the Internet by visiting popular and specialty websites including, but not limited to: *http://www.epicurious.com, http://www.amazon.com, http://www.cnn.com, http://www.msn.com, http://www.tripadvisor.com;*

h) Saved a flight itinerary to a Word document on the desktop;

i) Performed Google searches;

j) Watched videos on *www.cnn.com, www.youtube.com, and www.bbc.co.uk;*

k) Conducted a second round of antivirus scans, finding no viruses any time and fully cleaning the computer;

l) Uninstalled one or both of the antivirus programs (refer to **Table 1** for differences between the call);

m) Emptied the computer's recycle bin and removed any files from the "Downloads" folder; and

n) Depending on the call, deleted previous restore points on the computer.

8. After completing the above-mentioned steps, I transferred the laptop to FTC staff in order to create a final initial image of the computer before the call.

9. True and correct copies of pictures taken of the computer screen during the first undercover call on April 1, 2014 are attached as **Attachment A**.

**EXHIBIT 14**
**FTC-VAST-000249**

<u>Undercover Call 1: 4-1-2014</u>

10. On April 1, 2014, using a laptop in the FTC's Internet lab, I opened the web browser,
Internet Explorer and went to google.com. I entered the search term, "PC Health Boost" and
clicked on the hyperlink that took me to the PC HealthBoost website.[1] (Attachment A, p. 1
[Image 149])  Among other things, the PC HealthBoost website stated: (1) "Performance
Boost: In just a couple clicks dramatically increases PC Speed, performance, and stability;"
(2) "PC Error Repair: Scans and removes critical PC errors;" and (3) "Protection Against PC
Problems: Repair & prevent windows errors, pc crashes and freezes, blue screen errors, and
much more." I then clicked on a link in the website that said "PC Clean Up Tool
DOWNLOAD NOW" to download and install PC HealthBoost. After installing PC
HealthBoost, the program automatically ran a scan that claimed I had 424 new errors on my
computer. (Attachment A, p. 2 [Image 167])  I clicked on the green hyperlink, "FIX
ERRORS." (Attachment A, p. 3 [Image 168])

11. A new screen appeared that stated that PC HealthBoost had repaired 10 errors in: "Font
Entries & File Associations." "To completely repair all remaining 414 errors, it's highly
recommended that you register PC HealthBoost now." (Attachment A, p. 4 [Image 170]) I
clicked on the button that said, "CONTINUE >> Quick & Easy Registration," and was taken
to a new screen ("Registration Page") that asked for my email address, country, and Zip
Code. (Attachment A, p. 5 [Image 172]) Again, at the top of the Registration page, the
website claimed that PC HealthBoost could: "Boost Your PC's Performance and Stability. In
2 minutes, PC HealthBoost will scan and completely repair errors & problems that may put
your computer at risk for slow performance, crashes, and blue screens. Make crashes, error

---

[1] The link took me to a page within the pchealthboost.com. Its address was www.pchealthboost.com/lp/clean/clean-up-pc.php?gclid=CM-hq06pv70CFTIV7AodfGYAbA

**EXHIBIT 14**
**FTC-VAST-000250**

messages, and blue screens a thing of the past." I entered the requested information, clicked the button titled, "Click Here To Register," and was directed to yet another webpage. (Attachment A, p. 6 [Image 175])  The new webpage claimed that as part of an online-only special, I could register a one-year single PC license of PC HealthBoost for $29.97.  The webpage allowed me to pay by credit card or Paypal.  I selected the credit card option and was directed to a credit card payment page on the avangate.com website.  I entered the credit card information for the undercover account and registered PC HealthBoost at a cost of $29.97. (Attachment A, p. 7 [Image 180])  The webpage showed the license key necessary for the consumer to activate the software him or herself, but instructions on the screen directed the consumer to call 1-855-290-9302 to activate the software.  (Attachment A, p. 8 [Image 187])

12. On April 1, 2014, at approximately 9:06am, I called (855) 290-9302, and recorded this call. A true and correct, redacted transcript of this call is attached as **Attachment B**.  A telemarketer who called herself Anna answered the phone.  Anna gave me instructions to allow her to connect to my computer, which I followed.  After she connected to the computer, she registered PC HealthBoost for me by entering into the program the license key that was at the bottom of the confirmation screen. (Attachment A, p. 8 [Image 187])

13. She then pulled up the Event Viewer.  The Event Viewer is a log of computer actions.  The telemarketer never identified Event Viewer by name.  The telemarketer introduced the Event Viewer by telling me, "As well if you have any internal errors -- right now, this is a log that I'm opening up.  This is an internal hard driver to check the overall health of the computer, to see how long routine tasks are being completed and to check and to make sure you don't have any critical errors and warnings." (Attachment B, p. 12, 5-10)  She told me, "And you

**EXHIBIT 14**
**FTC-VAST-000251**

have about only 11. But either way, you want to make sure they don't build up. I mean, this is all recent." (Attachment B, p. 12, 12-14)  Even though the computer contained a clean install of Windows that had never been infected with malware, the telemarketer told me, "But from this -- since this is, in many cases, past infections and they're already causing trace damage, it's already recorded in the system.  You see how -- can you understand what I'm saying?  So, if it's already recorded, it cannot be deleted.  Only a certified technician can do that."  (Attachment B, p. 13, 7-12)

14. She then gave me an example of one of the errors.  She told me while showing an error on my screen, "You see, it's just one routine test that has not been updated.  So, it's letting you know, security update, you need to have security in the Internet Explorer." (Attachment B, p. 15, 5-8)  (Attachment A, p. 9 [image 248])

15. After showing me the Event Viewer, the telemarketer told me that I should get technical support and a security program.  I agreed to pay $249.97 for tech support and a security program from Vast Tech.  The telemarketer then transferred the remote session to a technician to begin working on my computer.

16. The technician began working on my computer around two hours later.  He/she did various operations on the computer for a period of roughly two hours.  Before the technician was finished working on my computer, the technician simply cleared the Event Viewer log to "fix" the errors and warnings that the telemarketer had previously shown me. (Attachment A, p. 10 [image 380])

17. On April 2, 2014, the undercover credit card account received the charge from OMG Tech Help/Vast Tech Support.  The account was charged $249.97.  The credit card descriptor on the charge was "SAFECART.COM OMG_TECH 855-432-0727 WA."  An additional charge

**EXHIBIT 14**
**FTC-VAST-000252**

for the PC HealthBoost product for $29.97 with a $.30 foreign transaction fee listed

"AVANGATE BOOSTSOFTWARE AMSTERDAM" for its credit card descriptor.  A true

and correct copy of this credit card statement is attached as **Attachment C.**

<u>Undercover Call 2: 4-17-2014</u>

18. On April 17, 2014, Martha Vera, an FTC investigator, made an undercover call to Vast Tech

Support.

19. In addition to preparing the laptop as outlined in Paragraph 7, I took pictures of the computer

screen during the undercover call.

<u>Undercover Call 3: 4-24-2014</u>

20. On April 24, 2014, Martha Vera, an FTC investigator, made an undercover call to Vast Tech

Support.

21. In addition to preparing the laptop as outlined in Paragraph 7, I took pictures of the computer

screen during the undercover call.

**III. Website Captures**

22. On July 29, 2014, I visited www.downloadsoftware.com. This website had a link to the

website for PC HealthBoost.  The website appeared to advertise for PC HealthBoost.  It

stated, "PC Ever Crash or Freeze Up?  After running PC HealthBoost, your PC crashes and

freezes will be gone, saving you months of headaches and frustration." (Attachment D, p. 1)

**Attachment D** is a true and correct copy of the capture of the website of

www.downloadsoftware.com and of the landing page of PC HealthBoost after I clicked the

link from www.downloadsoftware.com.

**EXHIBIT 14**
**FTC-VAST-000253**

23. On August 12, 2014, I visited the website for OMG Tech Help (http://omgtechhelp.com). **Attachment E** is a true and correct copy of select pages from the capture of the website of OMG Tech Help.

24. Attached to this declaration as **Attachment F** is a true and correct copy of a March 24, 2014 press release from OMG Tech Help (www.prweb.com/releases/2014/03/prweb11681779.htm). Among other things, the press release identifies Elliot Loewenstern as OMG Tech Help's CEO, JP Vasta as its President, and Mark Donohue as OMG Tech Help's COO.

<u>Video Capture</u>

25. On or around August 7, 2014, I visited YouTube and found a video posted by PC HealthBoost titled "Neverblue introduction to Boost Software." The video appeared to be a webinar about Boost Software targeting potential affiliate marketers. I found the video at the link - <http://www.youtube.com/watch?v=PoOwBtaRDTE>. I downloaded this video to an FTC computer in the Internet Lab.

26. This video file was submitted to a private recording company, For the Records, Inc., which transcribed the audio of the video. **Attachment G** is a true and correct copy of this transcript.

27. The speaker in the video, who identified himself as Amit Mehta, the owner of Boost Software Inc., stated, "So this is one of our top performing landing pages that we provide to affiliates. So the first thing you'll notice is just a strong benefit-laden headline. You know, safely --again, using that word -- speed up your PC by up to 216 percent. So we're immediately giving a very, very strong benefit to, hey, this is what you can expect to do with

**EXHIBIT 14**
**FTC-VAST-000254**

this software, like you're going to have a faster computer and it's going to be done safely and you'll almost double your speed." (See Attachment G, p. 15-16)

28. When the speaker referenced this landing page, he showed an image of the landing page in his presentation. **Attachment H** is a true and correct copy of a screen capture of the video showing an image of this landing page.  The image appears to resemble closely the website "downloadsoftware.com," as seen in **Attachment C** and appears to contain the same claim as the landing page of downloadsoftware.com that PC HealthBoost can safely speed up a PC by up to 216%.

Miscellaneous Website Captures

29. On November 5, 2014, I reviewed a press release that stated that Boost Software has offices in Boston, MA, Naples, FL, Bentonville, AR, American Fork, UT, and an international office in Poland.  **Attachment I** is a true and correct copy of this March 19, 2014 press release.

30. On November 5, 2014, I captured the product list page of Boost Software's main website, (www.boostsoftware.com/products).  **Attachment J** is a true and correct copy of this website capture.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on _November 5_____, 2014, in Washington, DC

_Michael Kraemer_

Michael W. Kraemer

**EXHIBIT 14**
**FTC-VAST-000255**



Attachment A, p. 1

EXHIBIT 14
FTC-VAST-000256



EXHIBIT 14
FTC-VAST-000257

Attachment A, p. 2



Attachment A, p. 3

EXHIBIT 14
FTC-VAST-000258



EXHIBIT 14
FTC-VAST-000259

Attachment A, p. 4



EXHIBIT 14
FTC-VAST-000260

Attachment A, p. 5



**Attachment A, p. 6**

**EXHIBIT 14**

**FTC-VAST-000261**



EXHIBIT 14
FTC-VAST-000262

Attachment A, p. 7



**Attachment A, p. 8**

**EXHIBIT 14**
**FTC-VAST-000263**



EXHIBIT 14
FTC-VAST-000264

Attachment A, p. 9



**EXHIBIT 14**
**FTC-VAST-000265**

**Attachment A, p. 10**

```
 1                    OFFICIAL TRANSCRIPT PROCEEDING

                       FEDERAL TRADE COMMISSION
 2

 3

 4

 5     MATTER NO.      1323283

 6

 7

 8     TITLE             VAST TECH

 9

10

11     DATE          RECORDED:  APRIL 1, 2014

12                   TRANSCRIBED:  JULY 28, 2014

13

14     PAGES         1 THROUGH 33

15

16

17

18

19                 TELEPHONE CONVERSATION WITH ANNA

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                           PAGE:

 5    Telephone conversation with Anna          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     Vast Tech                    )   Matter No. 1323283

5                                  )

6     ----------------------------)

7                                      April 1, 2014

8

9

10

11           The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    July 28, 2014.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2                      -   -   -   -   -
 3            MR. KRAEMER:  This is Michael Kraemer,
 4   paralegal at the Federal Trade Commission.  The date is
 5   April 1st, 2014.  It is approximately 9:06 a.m.  I will
 6   be making an undercover call to Vast Tech at the number
 7   1-855-290-9302.  I'll be making this call under the
 8   undercover identity of ███████████   This concludes the
 9   preamble.
10
11            TELEPHONE CONTACT WITH ANNA
12            RECORDING:  Thank you for calling (inaudible)
13   service.  This call may be recorded or monitored for
14   quality assurance purposes.
15            (Brief pause.)
16            ANNA:  (Inaudible) Tech Support.  This is Anna.
17   How can I help you?
18            MR. KRAEMER:  Hi.  I was wanting to activate my
19   product.
20            ANNA:  What is your first name, please?
21            MR. KRAEMER:  ████.
22            ANNA:  Spell out your name.
23            MR. KRAEMER:  Oh, yeah.  ████████.
24            ANNA:  Last name?
25            MR. KRAEMER:  ███████ --
```

1            ANNA:  And your email.

2            MR. KRAEMER:  Oh, okay.  ███████████

3     ██████ .

4            ANNA:  Okay.  Are you on the screen with our

5     telephone number?

6            MR. KRAEMER:  Yeah.

7            ANNA:  Can you scroll down and click on the

8     link that says, Connect Me.

9            MR. KRAEMER:  Okay.  Okay.  It says, LogMeIn

10    Rescue, at the top.

11           ANNA:  That's correct.

12           MR. KRAEMER:  Okay.

13           ANNA:  One moment.

14           The six-digit code is 212 --

15           MR. KRAEMER:  Okay.

16           ANNA:  -- 732.

17           MR. KRAEMER:  Okay.

18           ANNA:  And click, Start Download.

19           MR. KRAEMER:  Okay.  And this activates the

20    product?

21           ANNA:  Yes.

22           MR. KRAEMER:  Okay.

23           ANNA:  So, on the bottom right of the screen,

24    you're going to see, Run.

25           MR. KRAEMER:  I don't see that.

```
1              ANNA:  What do you see?

2              MR. KRAEMER:  It says, Opening support,

3    LogMeInRescue.exe, and it says, Save File.

4              ANNA:  Now, double-click that.

5              MR. KRAEMER:  Okay.  Okay.  And it disappeared.

6    It's gone.

7              ANNA:  Okay.  What other options do you see?

8              MR. KRAEMER:  When I clicked Save File, it just

9    disappeared.  Did it just download or --

10             ANNA:  Okay.  What type of Windows do you have?

11             MR. KRAEMER:  Windows 7.

12             ANNA:  So go to your documents.

13             MR. KRAEMER:  Okay.

14             ANNA:  And check on your downloads.  Is it

15   downloaded there?

16             MR. KRAEMER:  Okay.  I don't see anything in

17   documents.  Could it be in downloads?

18             ANNA:  Yes.

19             MR. KRAEMER:  Okay.

20             ANNA:  Documents, click downloads.

21             MR. KRAEMER:  Okay.  Oh, there it is.  It says,

22   Support LogMeInRescue.exe.

23             ANNA:  Okay.  Double-click that.

24             MR. KRAEMER:  Okay.

25             ANNA:  Do you have an option to click run?
```

```
 1              MR. KRAEMER:  Yep.

 2              ANNA:  So, click run.

 3              MR. KRAEMER:  Okay.  It's connected, it says.

 4              ANNA:  Yes, connecting.  You will receive a

 5    pop-up.  Please click allow/unblock, okay?

 6              MR. KRAEMER:  Okay.  Okay.  And it says

 7    connecting again.

 8              ANNA:  Click okay or yes.

 9              MR. KRAEMER:  Okay.

10              ANNA:  This is me, I'm moving your mouse.

11              MR. KRAEMER:  Oh, you're in my computer?

12              ANNA:  Yes.  I'm going to activate the

13    software.

14              MR. KRAEMER:  Oh, I didn't -- I didn't know you

15    could do that.  Interesting.

16              ANNA:  Are you experiencing any issues with the

17    computer?

18              MR. KRAEMER:  Yeah.  It just seems slow and it

19    freezes up sometimes.

20              ANNA:  Freezes up?  Okay.  Do you have the

21    security protection software at the moment?

22              MR. KRAEMER:  No, I don't.  I mean, that's why

23    I downloaded this PC Health Boost.  It seems like it

24    cleans the computer.

25              ANNA:  Yes, it will.  It will only do a surface
```

1    clean --

2              MR. KRAEMER:  Oh.

3              ANNA:  -- to remove all your clutter and junk

4    and errors that you currently may have in the surface

5    level of the computer.  But if you don't have a security

6    protection software, you should get one, because this is

7    not a security protection software.  This is a registry

8    cleaner.

9              MR. KRAEMER:  Oh, okay.  Yeah, yeah, then I

10   probably should.

11             ANNA:  Okay.  So, we have security.  If you

12   would like, we can provide you with that.

13             MR. KRAEMER:  Oh, really?  Okay.

14             ANNA:  We do -- yes.  We are a technical

15   support company.  We activate registry cleaners and we

16   provide security.  Do you do any type of online banking

17   or any online purchases at all in general?

18             MR. KRAEMER:  I don't do a whole lot of online

19   banking.  I usually just go to my bank.

20             ANNA:  Okay.  That's -- that's great.  I do the

21   same.  I'd rather go to the bank.  Do you do any online

22   purchases?

23             MR. KRAEMER:  Yeah.  I mean, sometimes I buy

24   some things through Amazon and stuff, yeah.

25             ANNA:  Okay.  You're more basic.  So, it seems

1    like we can provide you with a basic malware blocker.  It

2    will prevent any adware, malware viruses, spyware,

3    altogether, and that would just be 49 for the year.

4          MR. KRAEMER:  Okay.  Well, that sounds decent.

5    I mean, what's the product called?

6          ANNA:  What do you mean?  Oh, Malware Blocker,

7    OMG Total Protection.  We created our own software.

8          MR. KRAEMER:  Oh, okay.  Huh, I've never heard

9    of it before.  But that -- it blocks all viruses and

10   things like that?

11         ANNA:  Yeah, it -- yes, it blocks everything,

12   malware, that comes from, like, malicious software,

13   malicious emails; viruses that comes from browsing on the

14   net; spyware is any hackers, key loggers; and adware is

15   typically commercial pop-ups.  So, you shouldn't have any

16   -- any of that if you get a security protection software.

17         MR. KRAEMER:  Okay.  And how do I know I need

18   it?  I mean, is my computer okay right now?

19         ANNA:  I'm going to do a diagnostic.  And we

20   will -- either way, you should get one because you have a

21   Microsoft computer and you need to have security.

22         MR. KRAEMER:  Okay.

23         ANNA:  Okay.  And how old is your computer?

24         MR. KRAEMER:  It's about three months -- three

25   months, four months old.

1          ANNA:  Okay.  So, you recently got it.

2          MR. KRAEMER:  Okay.

3          ANNA:  So, I'm going to hide all Microsoft

4    Services, because all these programs here are the ones

5    currently running.  But since your computer is new, you

6    want to make sure that you get security because over time

7    -- I will let you -- I will tell you that your computer

8    is going to over-work itself and work harder and run

9    slow, because programs like to get pre-installed on your

10   desktop and sometimes you don't recognize them because

11   you think they come with the computer and they don't.

12   So, right now, your computer actually looks pretty

13   well --

14         MR. KRAEMER:  Okay.

15         ANNA:  -- well-maintained.  Now that you have a

16   registered cleaner, it's going to help it even more.  But

17   the only thing you're lacking on is security.  Anything

18   else?  That's it.  That's all you need.  It doesn't seem

19   like you would need tech support or anything like that.

20         MR. KRAEMER:  Okay.

21         ANNA:  Okay.  Well, never mind, I spoke too

22   soon.  Your drivers are out of date.  You have a warning

23   here.

24         MR. KRAEMER:  Oh, okay.

25         ANNA:  Okay.  So, we found our first issue.  As

1     well, we provide technical support.  And how we work, we

2     do that over the internet.  You can get to watch us do

3     everything, or you can go to a local PC store, whatever

4     you're comfortable with.

5               MR. KRAEMER:  Mm-hmm.

6               ANNA:  But going somewhere local, you have to

7     just (inaudible) yourself five to seven business days.

8               MR. KRAEMER:  Hmm.

9               ANNA:  And, you know, unplug everything, re-

10    plug everything.  It's really not convenient.  So, we're

11    technically more convenient for customers.  We work with

12    everyone worldwide and nationwide.  So, it's convenient

13    that they just leave the computer on.  And as long as

14    they have an internet connection, we can repair the

15    computer, technically do a tuneup and full infection

16    sweep up to make sure customers don't have infections.

17              A tune-up is your drivers, for example, will be

18    up-to-date from the warnings.  We make sure that each and

19    every one of these adapters are on point, on -- really

20    well-performed and well-maintained.  Your speed will be

21    up-to-date.  Your performance will be great.  Your

22    internet browser, if you have any extra toolbars, any

23    pop-ups, we remove that.  But your internet browser looks

24    normal because, like you said, it's a new computer.  But

25    I will -- trust me, over time, if you don't have

1    security, things will get built up.  Because that's just

2    how a computer works.

3             MR. KRAEMER:  Oh, okay.

4             ANNA:  Okay?  But, for example, that's all we

5    do.  As well if you have any internal errors -- right

6    now, this is a log that I'm opening up.  This is an

7    internal hard driver to check the overall health of the

8    computer, to see how long routine tasks are being

9    completed and to check and to make sure you don't have

10   any critical errors and warnings.

11            MR. KRAEMER:  Okay.

12            ANNA:  And you have about only 11.  But either

13   way, you want to make sure they don't build up.  I mean,

14   this is all recent.

15            MR. KRAEMER:  Right.

16            ANNA:  This can be prevented as long as you

17   have security.  But your drivers being like this is going

18   to give you some problems.  So, either the main issues of

19   why you actually got a PC Health Boost -- PC Health

20   Boost, what you purchased today --

21            MR. KRAEMER:  Mm-hmm.

22            ANNA:  -- once again, is going to do a surface

23   clean.  Now, anything that's already in this internal

24   hard drive like this --

25            MR. KRAEMER:  Right.

1              ANNA:  -- the software cannot fix --

2              MR. KRAEMER:  Oh.

3              ANNA:  -- because the software is technically

4       to eliminate future errors from intruding on your

5       computer.

6              MR. KRAEMER:  Okay.

7              ANNA:  But from this -- since this is, in many

8       cases, past infections and they're already causing trace

9       damage, it's already recorded in the system.  You see how

10      -- can you understand what I'm saying?  So, if it's

11      already recorded, it cannot be deleted.  Only a certified

12      technician can do that.

13             MR. KRAEMER:  Oh, okay.  But you called it an

14      infection.  Is that a virus then or something like it?

15             ANNA:  No, no.  Like -- no, not a virus,

16      anything like that, no.  It just -- this is technically

17      your routine test of every day of using the computer,

18      some of them have not been completed.

19             MR. KRAEMER:  Okay.

20             ANNA:  So, yeah, it's just showing right here

21      your hardware error has occurred.

22             MR. KRAEMER:  Oh.

23             ANNA:  So, for example, this -- okay?

24             MR. KRAEMER:  So --

25             ANNA:  Right here, it's telling you one error.

```
1     I'm sorry, go ahead.

2          MR. KRAEMER:  Oh.  So, why is that a problem?

3     Like if I get a lot of these errors or these warnings,

4     will it hurt my computer?

5          ANNA:  Okay.  I'm showing you the issues right

6     now.

7          MR. KRAEMER:  Oh, okay.

8          ANNA:  Okay.  So, let's start over, because I

9     believe you're kind of lost.  Okay?

10         MR. KRAEMER:  Okay.

11         ANNA:  So, as I checked right now, okay, it's

12    showing here -- let me delete this one so you can see

13    again.  The warning -- today is April 1st.  Well,

14    unfortunately April Fool's Day, but whatever.

15         MR. KRAEMER:  Right.

16         ANNA:  April 1st, warning list, check the

17    event, it says right here, connected hardware error has

18    occurred.

19         MR. KRAEMER:  Okay.

20         ANNA:  So, this is just a hardware error.

21         MR. KRAEMER:  Oh, okay.

22         ANNA:  Okay?  So, that's one.

23         MR. KRAEMER:  Okay.

24         ANNA:  Just go back to yesterday, again,

25    hardware error.  It will keep building up until you fix
```

1    the issue.  Hardware error.

2              MR. KRAEMER:  Okay.

3              ANNA:  This is just alerting you.  This log is

4    to identify any problems with the internal hard drive

5    with the PC.  You see, it's just one routine test that

6    has not been updated.  So, it's letting you know,

7    security update, you need to have security in the

8    Internet Explorer.

9              MR. KRAEMER:  Oh, okay.

10             ANNA:  That's why, again, you need to have

11   security.  This is a registry error, okay, that comes

12   from the Internet device.  Okay, okay.  So, this is like

13   a routine task as well that didn't get completed.

14             MR. KRAEMER:  Oh, okay.

15             ANNA:  So, this is your example and this is

16   your proof.  Okay?  So, it's up to you what you want to

17   do.  But, at this point, you should be provided with

18   technical support and security.  We have multiple plans.

19             MR. KRAEMER:  Right.

20             ANNA:  If you'd like, I can offer them to you

21   and you let me know if you want to move forward with that

22   or whatever you would like to do.  But the main thing,

23   right now, that I am recommending you to get is security.

24             MR. KRAEMER:  Okay.

25             ANNA:  Now, you know, security is one thing.

1    Now, the repair of having technical support is a

2    different purchase.

3              MR. KRAEMER:  Oh.

4              ANNA:  Different charge.  So, that's a whole

5    different program.  So, I'm going to give you the plan,

6    and if you want to move forward, great.  All you have to

7    do is leave the computer on.  If not, then you just keep

8    in mind of the issues you have.  Okay?

9              MR. KRAEMER:  Okay.

10             ANNA:  So, we have a whole year of unlimited

11   technical support that will cover you for the whole year;

12   as well, we will install our own icon on your desktop so

13   you have easy access to the technician.  I'm going to

14   minimize this quickly.

15             MR. KRAEMER:  Okay.

16             ANNA:  And as well those chat logs that we have

17   here is created for customers to have conversations with

18   the technician as the repair is being done.  So, if you

19   have any concerns, questions -- because you get to watch

20   us do the repair.  It's not something like we take over

21   and you can't see anything, no.

22             MR. KRAEMER:  Right.

23             ANNA:  You just leave it how it is as you're

24   watching me.  You get to watch the technician.  But it

25   takes time.  So, trust me, you'll kind of get bored.  But

```
 1    either way.  Right now, I'm downloading the icon so you

 2    can just see how it works.  The whole year is 299.  If

 3    that's too much, our cheapest plan is 199.  That will

 4    give you a 30-day warranty.  And if every month you want

 5    to keep our tech support --

 6              MR. KRAEMER:  Okay.

 7              ANNA:  Okay, I'm sorry.  I was just looking at

 8    the code there.  If every month you want to keep our tech

 9    support, it would just be $19 a month.  But this plan is

10    created for customers who really cannot afford the yearly

11    plan and they take this plan because, you know, in most

12    cases they need to get their computer repaired

13    immediately.  And some of them are pleased with our

14    service.  And others that cancel, it's just because they

15    don't want the reoccurring monthly charge.  But the ones

16    who stay with our service, it will just be $19 a month.

17    But for the repair itself, it will be 199.

18              MR. KRAEMER:  Oh, okay.  And --

19              ANNA:  Okay?

20              MR. KRAEMER:  But the repairs would be the

21    same?  It's like the -- is the yearly plan better?

22              ANNA:  The yearly plan is technically so you

23    don't pay every month.  It's just a flat fee without

24    taxes, nothing like that.  It's just $299.  And that

25    covers you for the whole year.  And if you want to get
```

```
 1    security, it would just be $49.  Because you're telling

 2    me you don't really do online purchases, because if you

 3    did online purchases and used online banking, we have

 4    privacy shield that's more like a shield for hackers.

 5    So, if any hackers or key loggers try to get on your

 6    computer, they don't have that access.  And that one is

 7    $99.

 8              So, you know -- but in your case, it's more

 9    basic.  But what you really need down is your hardware

10    and this internal hard drive being up to date.

11              MR. KRAEMER:  Okay.  All right.  Well, that

12    sounds interesting.  Could I do the -- just the short-

13    term plan.  You said it was 199.

14              ANNA:  Yes, that's fine.

15              MR. KRAEMER:  And then the -- you said there's

16    the 49 to clear up the problems?

17              ANNA:  Yes, that's fine.

18              MR. KRAEMER:  Okay, yeah.

19              ANNA:  All together, that will be $249.97.

20              MR. KRAEMER:  Okay, that sounds good.

21              ANNA:  Okay, all right.  Well, I'm going to

22    send your receipt to your email.  I'm going to write

23    everything -- let me just exit this out quickly and then

24    I have -- I will pull it right back up so the technician

25    will know.  Either way, I'm going to leave this here --
```

1              MR. KRAEMER:  Okay.

2              ANNA:  -- so you don't forget our phone number.

3    Okay?  And if you have a problem, you can use this.  You

4    have a 30-day warranty.  And if you want to keep our tech

5    support, just remember it will be a reoccurring monthly

6    charge of 19.99.

7              If you want to stop it, just please give us a

8    call back.  There's no cancellation fee.  If you just

9    don't want to continue, just call us back.  Okay?  But

10   I'm going to leave this on your desktop so you have our

11   phone number.  Okay?

12             MR. KRAEMER:  Okay.

13             ANNA:  And I'm just going to write your first

14   and last name here, make -- and let me know if it's done

15   correctly, if I spelled correctly.  If I didn't, correct

16   me, please.

17             MR. KRAEMER:  Okay.  Yeah, that's me.  Yeah,

18   that's my name.

19             ANNA:  Okay, good.  And what state are you

20   located in, ████?

21             MR. KRAEMER:  I'm sorry?

22             ANNA:  What state are you located in?

23             MR. KRAEMER:  ████████████████, sorry.

24             ANNA:  Oh, it's okay.  I have your phone number

25   here as ██████████.  Is that correct?

1          MR. KRAEMER:  Yeah, that's correct.

2          ANNA:  Okay.  Is this the best number to

3    contact you?

4          MR. KRAEMER:  Yeah, this is best number.

5          ANNA:  Okay.  And your zip code?

6          MR. KRAEMER:  My zip code is ▇▇▇.

7          ANNA:  So, ▇▇?

8          MR. KRAEMER:  That's correct.

9          ANNA:  Okay.  And the card -- the name on the

10   card is your first and last name?

11         MR. KRAEMER:  That's correct.

12         ANNA:  Okay.  And your email, copy and paste on

13   the chat log.  Let me know if it's spelled correctly.

14         MR. KRAEMER:  It's ▇▇▇▇.

15         ANNA:  Okay, c ~~it's~~ ▇.  ~~Okay.~~  ~~Can~~ you write it

16   here for me.  Sorry.

17         MR. KRAEMER:  Sure.  No, everything was right

18   except for the ▇.

19         ANNA: ▇▇▇▇▇▇▇?

20         MR. KRAEMER: ▇▇▇▇.

21         ANNA:  Okay, good.

22         MR. KRAEMER:  Yep.  That should be it.  Oh,

23   enter, yeah, there we go, sorry.  I put it in, but didn't

24   enter it.

25         ANNA:  Just like that?

1           MR. KRAEMER:  Just like that.

2           ANNA:  Okay.  Well, let me send it to myself.

3    You're going to receive -- I had to make sure it was

4    correct because you're going to receive your receipt

5    through your email.

6           MR. KRAEMER:  Okay, sure.

7           ANNA:  From Safecarte.com (phonetic), the same

8    merchant account that you received before from PC Health

9    Boost.

10          MR. KRAEMER:  Oh, okay.  Oh, so you use the

11   same -- you use the same merchant.

12          ANNA:  Yeah.

13          MR. KRAEMER:  Okay.

14          ANNA:  Yeah, because we're -- yeah, because

15   we're partnered with them.  So, it's the same merchant.

16          MR. KRAEMER:  Okay.  And --

17          ANNA:  Okay.  I'm sorry, go ahead.

18          MR. KRAEMER:  Oh.  And what will the product be

19   called?

20          ANNA:  It will be from Vast Tech Software,

21   which is us --

22          MR. KRAEMER:  Okay.

23          ANNA:  It will be OMG Tech Help.  So, you know,

24   the product is OMG Total Protection of the malware

25   blockers you will be receiving, and the technical

```
 1    support, which is 199, which is a reoccurring monthly

 2    plan.

 3              MR. KRAEMER:  Right.

 4              ANNA:  You know, the cheapest plan that we have

 5    so you can get the repair done.  So, what is the card

 6    number?

 7              MR. KRAEMER:  Okay.  The card number is XXXX

 8    XXXX XXXX XXXX.

 9              ANNA:  I'm going to repeat it back to you.

10              MR. KRAEMER:  Mm-hmm.

11              ANNA:  XXXX XXXX XXXX XXXX.

12              MR. KRAEMER:  That's correct.

13              ANNA:  Okay.  Your expiration date?

14              MR. KRAEMER:  That's ████████.

15              ANNA:  ████?

16              MR. KRAEMER:  Yes.

17              ANNA:  And your three-digit security code?

18              MR. KRAEMER:  XXX.

19              ANNA:  Okay.  One moment.

20              MR. KRAEMER:  Okay.

21              (Brief pause.)

22              ANNA:  Okay.  The total is 249.97.  Do I have

23    permission to process the payment?

24              MR. KRAEMER:  Yes.

25              ANNA:  Okay.  One moment.
```

```
 1                    (Brief pause.)

 2                    ANNA:  All right.  I'm going to pull up your

 3       receipt right now.

 4                    MR. KRAEMER:  Okay.

 5                    ANNA:  Do you have a printer by you?

 6                    MR. KRAEMER:  No, actually -- actually, I

 7       don't.

 8                    ANNA:  Oh, it's okay.  If you don't, either

 9       way, this is going to be linked to your email.  It's

10       already in your email as of right now.

11                    MR. KRAEMER:  Okay.

12                    ANNA:  And let me just fill out the basic

13       information so you can look at your receipt.

14                    MR. KRAEMER:  Okay, perfect.

15                    ANNA:  It will appear just like that.  I just

16       went the quicker way instead of going into your email and

17       -- yeah.

18                    MR. KRAEMER:  Yeah, yeah.  This is better.

19                    (Brief pause.)

20                    MR. KRAEMER:  It's ████.

21                    ANNA:  Wait, ████?

22                    MR. KRAEMER:  Yeah, that's correct.

23                    ANNA:  Okay.

24                    (Brief pause.)

25                    ANNA:  Okay.  So, your total, today's date, the
```

```
 1    name of our company, our email, your ordering fee.  Click
 2    on that.  And this is your receipt.  This is your license
 3    key for your malware blocker.
 4              MR. KRAEMER:  Okay.
 5              ANNA:  And let me write down your license key,
 6    because I'm going to have them activate it for you.  But
 7    I'm just showing you just so you know.
 8              MR. KRAEMER:  Okay, sounds good.
 9              ANNA:  Okay.  One moment.  And if you ever want
10    to print out your receipt, just remember go to your email
11    or you can go here if you don't see it on your email.
12    But you will see it on your email because I made sure of
13    that.
14              MR. KRAEMER:  Okay, great.  And how do I get to
15    here?
16              ANNA:  What do you mean?  How do you get to
17    this website?
18              MR. KRAEMER:  Yeah.
19              ANNA:  Okay.  So, you just put in Safecarte.com.
20              MR. KRAEMER:  Okay.
21              ANNA:  Then you press purchase look up and
22    support, and you put in your basic information such as
23    the last four digits of your credit card, your first and
24    last name and your zip code, and that's it.
25              MR. KRAEMER:  Okay, perfect.
```

```
1              ANNA:  Okay.  So I'm going to exit this out.

2    Just remember, just write it down.

3              MR. KRAEMER:  Right.

4              ANNA:  As well, if you have any questions,

5    concerns, please call us back.  This is our phone number

6    here.

7              MR. KRAEMER:  Oh, nice.

8              ANNA:  And don't leave yet because I just need

9    to do like quick notes.  I need to make sure everything

10   is done properly.

11             MR. KRAEMER:  Okay.

12             ANNA:  So, give me one moment.

13             MR. KRAEMER:  Okay.

14             (Brief pause.)

15             ANNA:  And after the repair, you're going to

16   receive a pop-up right here saying the work has been

17   completed.  From that point on, I want you to test drive

18   everything, go to your browser, go to different websites,

19   check on your programs that everything has been removed.

20   Okay?

21             MR. KRAEMER:  Okay.

22             ANNA:  And if you have any questions, concerns,

23   my name is Anna.

24             MR. KRAEMER:  Anna?

25             ANNA:  I'm the one who assisted you today, yes.
```

1            MR. KRAEMER:  Okay.

2            ANNA:  And if you have any questions, please

3    give us a call back.  Okay?  And don't hesitate to call

4    us back.  Call us back.

5            MR. KRAEMER:  Okay.  And how long are the

6    repairs going to take?

7            ANNA:  Okay.  The repair is going to take a

8    long time because I'm going to have them do a full

9    inspection sweep-up and a tune-up and fix all these

10   errors.

11           MR. KRAEMER:  Oh, okay.

12           ANNA:  But in your case, it's not a lot, to be

13   honest, because this is a new computer --

14           MR. KRAEMER:  Okay.

15           ANNA:  -- and on top of that -- you know, this

16   will probably take probably the whole day.  But I don't

17   want to give you a specific time frame because we

18   service, like, thousands of computers a day.  So, a lot

19   of sessions is that we have in the other department.  So,

20   it all goes by their queue.  You understand?  It all goes

21   by -- everyone is in line.

22           MR. KRAEMER:  Okay.  Well, I have to take my

23   computer, I have to leave at 12:00.  Do you think --

24           ANNA:  This is your laptop?

25           MR. KRAEMER:  Yeah, this is my -- yeah, it's a

```
1    laptop, yeah.

2           ANNA:  And you have to take it somewhere?

3           MR. KRAEMER:  Yeah, I do.  I'm going on

4    vacation.

5           ANNA:  Oh, I understand.  Oh, my goodness.  Why

6    didn't you tell me earlier?  Okay.

7           MR. KRAEMER:  Well, I didn't know it was going

8    to take so long.

9           ANNA:  Are you -- no, I know.  Are you like --

10   let me see.  Let me see if I can get a supervisor.  Can I

11   put you on a brief hold?

12          MR. KRAEMER:  Sure, of course.

13          ANNA:  Let me see if I can get your session

14   first.  Okay, one moment.

15          MR. KRAEMER:  Okay.

16          ANNA:  Thank you.

17          (Brief pause.)

18          ANNA:  Hello, ██████?

19          MR. KRAEMER:  Hello?  Yeah, hi.

20          ANNA:  Okay.  Sorry it took long.  I'm just

21   trying to find a supervisor.

22          MR. KRAEMER:  No, no, it's fine.

23          ANNA:  But they all went to a meeting.  So,

24   anyways, I installed the button in your desktop.

25   Wherever -- how long is it going to take you to get to
```

1    your destination?

2            MR. KRAEMER:  It's going to take a while.  It's

3    a long -- it's a very long flight.  I don't think I'll

4    have time today.

5            ANNA:  Okay.  Because what you can do when you

6    have an internet connection, wherever you go -- are you

7    leaving out of the country or state?

8            MR. KRAEMER:  I'm going in the country.

9            ANNA:  Oh, okay.  So, when you get internet

10   connection, if you can double click this icon here --

11           MR. KRAEMER:  Okay.

12           ANNA:  Okay, one moment.  Let me minimize all

13   this.

14           MR. KRAEMER:  Sure.

15           ANNA:  All right, all right.  So, double click

16   this icon and you fill this out.  And where it says

17   describe issue, you're going to put "finish initial

18   repair."

19           MR. KRAEMER:  Finish --

20           ANNA:  And we're going to understand -- we know

21   what that means.  So, once you fill this out and your

22   press connect, my help desk, my customer service agent

23   will give you a call back right away and get a session as

24   we're in right now so we can start the repair.

25           MR. KRAEMER:  Okay.

1          ANNA:  So, I'm going to put that in.  Okay, I'm

2     going to put that on the note and I'm going to have

3     someone either way verify this and call you back.

4          MR. KRAEMER:  Okay.  So, you're sure they can't

5     -- they wouldn't be able to get it done by early this

6     afternoon or anything?

7          ANNA:  Well, what time exactly are you leaving?

8          MR. KRAEMER:  Well, I mean, I can -- let's see,

9     probably -- I can give you until like 2:00.  Would that

10    work?

11         ANNA:  2:00?  I really need a supervisor.

12    Okay, give me one minute.  Let me try one more time.

13         MR. KRAEMER:  Okay, no problem.

14         ANNA:  Hold on, okay?

15         MR. KRAEMER:  Yeah.  Take your time.  Thanks.

16         ANNA:  Thank you.

17         (Brief pause.)

18         ANNA:  Hello, █████?

19         MR. KRAEMER:  Hi.

20         ANNA:  Okay.  I'm so sorry.

21         MR. KRAEMER:  No, it's fine.

22         ANNA:  I talked to my floor manager and she

23    told me to tell you that we can start the process now,

24    but if it's not finished and you need to leave by 2:00 --

25         MR. KRAEMER:  Mm-hmm.

1          ANNA:  -- to just turn off the computer and

2     wherever -- the destination you end up being, just make

3     sure you have internet access and we can finish the

4     repair wherever you're at.

5          MR. KRAEMER:  Okay.  Yeah, no, that sounds

6     good.

7          ANNA:  (Inaudible).  Okay?  So, we cannot

8     guarantee the work being fully completed.

9          MR. KRAEMER:  Sure.

10          ANNA:  I mean, if you stop, just let us know

11     here if you need to take the laptop with you, let us know

12     here in the chat log, say hello, I need to like leave,

13     whatever.

14          MR. KRAEMER:  Okay.

15          ANNA:  The technician will know.  I'm going to

16     let them know in the notes either way --

17          MR. KRAEMER:  Okay.

18          ANNA:  -- about your situation.

19          MR. KRAEMER:  Okay.

20          ANNA:  And I'm going to try to push it until

21     2:00, but I can't promise because how everyone is in

22     line.

23          MR. KRAEMER:  Right.  Well, I mean, if some of

24     the work can get done, that would be great.

25          ANNA:  But, please, like, if you have a chance

1    to at least call us or write to us, please fill this out

2    and put "finish initial repair."

3            MR. KRAEMER:  Okay.

4            ANNA:  And then we will call you back.  It

5    doesn't matter where you're at.

6            MR. KRAEMER:  Okay.  Sounds good.  And when --

7    will the repair restart the computer?

8            ANNA:  Yeah, mm-hmm.  We will -- we will call

9    you to get a session, and then we just go ahead and

10   continue what we're doing.

11           MR. KRAEMER:  Okay.

12           ANNA:  Okay?  But do I have permission to

13   process this over, like to transfer the session over so

14   they can start?  Would you want them to start now or you

15   want them to start work, you know, at a specific time?

16           MR. KRAEMER:  Well, I mean, if -- the faster

17   you can get working on it, the better.

18           ANNA:  Okay.

19           MR. KRAEMER:  Okay.

20           ANNA:  I'm going to transfer this now, okay?

21           MR. KRAEMER:  Okay.  I was just going to ask,

22   and how I will know when this is done?

23           ANNA:  Okay.  You will have a pop-up on the

24   screen saying work has been completed.

25           MR. KRAEMER:  Oh, okay, okay.

```
1                ANNA:  Okay?

2                MR. KRAEMER:  Okay.  Sounds good.

3                ANNA:  All right.  Okay.  All right, ███.  I

4    apologize.  But if you have any questions, concerns,

5    please call us back.  Okay?

6                MR. KRAEMER:  All right.  Thanks so much.

7                ANNA:  All right.  You're welcome.  Have a good

8    day.

9                MR. KRAEMER:  You, too.  Bye-bye.

10               ANNA:  Bye.

11               (The call was concluded.)

12               MR. KRAEMER:  The call concluded at

13   approximately 9:50 a.m. on April 1st, 2014.  That was an

14   undercover call to Vast Tech, under the undercover

15   identity of ███████     by Federal Trade Commission

16   employee and paralegal Michael Kraemer.  This concludes

17   this call.

18               (The recording was concluded.)

19

20

21

22

23

24

25
```

**Attachment B, p. 32**                **EXHIBIT 14**
                                        **FTC-VAST-000297**

```
 1        C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3    MATTER NUMBER:  1323283

 4    CASE TITLE:  VAST TECH

 5    TAPING DATE:  APRIL 1, 2014

 6    TRANSCRIPTION DATE:  JULY 28, 2014

 7

 8        I HEREBY CERTIFY that the transcript contained

 9    herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JULY 28, 2014

14

15

16                    GEORGE QUADE

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                    SARA J. VANCE
```



| Account Number | Payment Date | New Balance | Total Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| | 05/10/2014 | $0.00 | $0.00 | |

**N0000629

CITIBANK
P.O. BOX 183173
COLUMBUS, OH
43218-3173

*For a credit balance refund, or a telephone or address change, please place an X in the parentheses    (      )
and make the desired changes on the reverse side. Thank you.*

Payment coupon: Please tear along perforation and return this portion with your payment. Make check
or money order payable in U.S. dollars on a U.S. bank to Citibank. Include account number on check
or money order. No cash please. Do not staple or tape your check to this coupon.

## CITIBANK CORPORATE CARD

Statement Date
04/15/14

Payment Date
05/10/14

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $12,500 |

For customer service call or write 1-800-248-4553 P.O. Box 6125 Sioux Falls, SD 57117
Send payments to: Citibank   P.O. Box 183173   Columbus, OH 43218-3173

| Account Number | Cash Advance Limit* | Available Credit Line | Available Cash Line** |
|---|---|---|---|
| | $00 | $12,500 | $00 |

| Sale Date | Post Date | Reference Number | Type of Activity | Amount |
|---|---|---|---|---|
| | | | •••••••••••••••••NOTICE MEMO ITEMS LISTED BELOW ••••••••••••••••• | |
| 04/01 | 04/02 | 74008604091412831252393 | FOREIGN TRANSACTION FEE | 0.30 |
| 04/01 | 04/02 | 74008604091412831252393 | AVANGATE BOOSTSOFTWARE AMSTERDAM | 29.97 |
| 04/01 | 04/02 | 24692164091000728107449 | SAFECART.COM OMG_TECH 855-432-0727 WA | 249.97 |
| | | | TOTAL AMOUNT OF MEMO ITEM(S): | 324.92 |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier: Online statements & CitiManager Mobile offer 24/7 access, security, and mobility. Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view. When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

| ACCOUNT SUMMARY CURRENT PERIOD | Previous Balance | Payments | Credits | Purchases and Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|
| Purchases | $0.00 | | | | | $0.00 |
| Advances | $0.00 | | | | | $0.00 |
| TOTALS | $0.00 | | | | | $0.00 |

| DAYS IN BILLING PERIOD:   31 | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charges | > | .00 | .00 | Payment Due: | $0.00 |
| Periodic Rate | > | .0000% | .0000 | Amount Over Credit Limit: | $0.00 |
| ANNUAL PERCENTAGE RATE | > | .000% | .0000 | Amount Past Due: | $0.00 |
| | | | | MINIMUM AMOUNT DUE: | $0.00 |

## Attachment C

*Cash Advance Limit is a portion of your Total Credit Line
** Available Cash Line is a portion of your Available Credit Line

**EXHIBIT 14**
**FTC-VAST-000299**



EXHIBIT 14
FTC-VAST-000300

Attachment D, p. 1



EXHIBIT 14
FTC-VAST-000301

Attachment D, p. 2



EXHIBIT 14
FTC-VAST-000302

Attachment D, p. 3



EXHIBIT 14
FTC-VAST-000303



EXHIBIT 14
FTC-VAST-000304

Attachment D, p. 5



EXHIBIT 14
FTC-VAST-000305

 **OMG TECHhelp**

**CALL NOW 855-316-TECH (8324)**
24/7 Tech Support | UK: 448081680048 | AU: 1-800-083421

Home    Services    Testimonials    About Us    Customer Service    OMG Talk Radio

| Instant | Mobile | Master | Tech | Our |
|---|---|---|---|---|
| Tech Help! | Support | Your Computer | Experts | Guarantee |

**Computers & Accessories**
Get instant support for your computer and accompanying accessories that work in conjunction with your PC. OMG Tech Help covers such add-ons as printers, keyboards, scanners, and more...

**Home Networks**
Setup, install, and work with your home with the help of OMG Tech Help tech experts. Establish your firewall and add home devices to your network...

Included with all plans
*CALL NOW*

**Company**
Sitemap
Terms & Conditions
Privacy Policy
OMG Tech Help Opt-in
Careers

**Tech Support Services**
Diagnose & Repair
Install & Setup
Virus Removal
PC Tune Up
PC Protection

**Tech Support**
Computer & Accessories
Home Networks
Software
Malware

Modems, Routers & VoIP


**Click for Review**

 **Microsoft** Partner

Home  |  Services  |  Testimonials  |  About Us  |  Customer Service  |  OMG Tech Help Opt-in  |

Copyright © 2014 OMG Tech Help LLC a division of Vast Tech Support LLC. All Rights Reserved. Google+



**CALL NOW 855-316-TECH (8324)**
24/7 Tech Support | UK: 448081680048 | AU: 1-800-083421

Home     Services     Testimonials     About Us     Customer Service     OMG Talk Radio

# OMG Tech Help Terms and Conditions ("Agreement")

This agreement was last modified on June 5, 2014.

Please read these Terms and conditions ("Agreement", "Terms and Conditions") carefully before using http://omgtechhelp.com/ ("the Site") operated by OMG Tech Help ("us", "we", or "our"). This Agreement sets forth the legally binding terms and conditions for your use of the Site at http://omgtechhelp.com/. These Terms and Conditions state important requirements regarding your use of OMG Tech Help's computer and device support service(s) and your relationship with OMG Tech Help.

"Agreement" to these Terms and Conditions state the entire agreement between you and OMG Tech Help ("The Agreement"). You must agree to the Terms and Conditions in order to obtain Services (defined below). By accessing or using the Site in any manner, including, but not limited to, visiting or browsing the Site or contributing content or other materials to the Site, you agree to be bound by these Terms and Conditions. Capitalized terms are defined in this Agreement.

## Definitions

**"You"** means you individually, any person, including any person or employer of whom you are acting on behalf. **"OMG Tech Help"** is the service mark of OMG Tech Help and Vast Tech Support, LLC. All references to OMG Tech Help refer to OMG Tech Help. **"Services"** refer to any OMG Tech Help service and support plan into which you enter with OMG Tech Help. This includes all plans available through OMG Tech Help. **"Materials"** means any download areas, press releases, FAQ's, white papers, or other works of any kind that are made available to download from the OMG Tech Help website or any other OMG Tech Help, or Vast Tech, LLC owned, operated, licensed or controlled site. **"Software"** means a computer program of any kind, whether owned by OMG Tech Help, OMG Total Protection, or a third party. Elements of the software are protected under copyright, trade secret, unfair competition and other laws.

## Intellectual Property

The Site and its original content, features and functionality are owned by OMG Tech Help and are protected by international copyright, trademark, patent trade secret and other intellectual property or proprietary rights laws.

## Communication Services

OMG Tech Help may provide you with the use of instant messaging services, chat areas, and/or other message or communication facilities designed to enable you to communicate with OMG Tech Help's employees and others as appropriate to your Service under an Order or Plan Order (each a "Communication Service" and collectively "Communication Services"). Communications Services shall only be used under an accepted Order or Plan Order, and not for any other purpose(s).

## Availability of Services and Materials Under Force Majeure Circumstances

You hereby acknowledge that circumstances outside of OMG Tech Help's reasonable control (i.e., acts of God, a large scale outbreak of new computer virus(es), strikes, riots, wars, other military action, civil disorder, fires, floods, sabotage, acts of terrorism, act of third parties, or the like) may cause significant delay in OMG Tech Help's ability to schedule and/or perform an active support session. You hereby release OMG Tech Help from any and all liability and agree that OMG Tech Help shall not be liable to you or any third party for any direct or indirect damages whatsoever that result from such delay(s). OMG Tech Help or its suppliers may, at any time, without notice or liability, restrict the use of the Service or limit the time of availability in order to perform maintenance activity and to maintain session control.

## Limited Service Warranty

OMG Tech Help disclaims all warranties express or implied as to the services, materials and the software for a particular purpose, or otherwise. In the event that you are not satisfied with the Services, your remedy is to (A) allow OMG Tech Help to reperform the service(s) subject to dispute, (B) Re-download and reinstall the software.
OMG Tech Help makes no representations about the suitability of the information contained in the Services, Materials, or the Software for any purpose whatsoever. All Materials and Software are provided "as is" without warranty of any kind whatsoever. OMG Tech Help hereby disclaim all warranties and conditions with regard to this information, including all warranties whether express, implied or statutory, fitness for a particular purpose, title and non-infringement.
The materials could include technical inaccuracies or typographical errors. Changes are periodically added to the information herein. OMG Tech Help and/or its respective suppliers may make improvements and/or changes in the materials and/or the software described herein at any time. OMG Tech Help and/or its respective suppliers will in no event be liable for any special, indirect or consequential damages or any damages whatsoever resulting from loss of use, data or profits, whether in an action of contract, negligence or other tortious action(s) from the use or performance of services, materials or software, failure to provide the same, or information available in the meantime.

## Limitation of Liability

Notwithstanding anything to the contrary, in no event shall OMG Tech Help be liable to you in excess of the amounts actually paid by you to OMG Tech Help under the Plan Order that is the

**Attachment E, p. 2**          **EXHIBIT 14**
**FTC-VAST-000307**

subject of the dispute.

## Limitations on Actions

Any cause of action by you must be commenced within one (1) year after the cause of action arose or it shall be forever waived and barred.

## Termination

We may terminate your access to the Site, without cause or notice, which may result in the forfeiture and destruction of all information associated with you. All provisions of this Agreement that by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity, and limitations of liability.

## Links To Other Sites

Our site may contain links to third-party sites that are not owned or controlled by OMG Tech Help. OMG Tech Help has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party sites or services. We strongly advise you to read the terms and conditions and privacy policy of any third-party site that you visit.

## Governing Law

This agreement (and any further rules, policies, or guidelines incorporated by reference) shall be governed and construed in accordance with the laws of Florida, United States, without giving effect to any principles of conflicts of law.

## Changes To This Agreement

We reserve the right, at our sole discretion, to modify or replace these Terms and Conditions by posting the updated terms on the Site. Your continued use of the Site after any such changes constitutes your acceptance of the new Terms and Conditions.
Please review this Agreement periodically for changes. If you do not agree to any of this Agreement or any changes to this Agreement, do not use, access or continue to access the Site or discontinue any use of the Site immediately.

**Contact Us**
If you have any questions about this Agreement, please contact us.

---

**Company**

Sitemap

Terms & Conditions

Privacy Policy

OMG Tech Help Opt-in

Careers

**Tech Support Services**

Diagnose & Repair

Install & Setup

Virus Removal

PC Tune Up

PC Protection

**Tech Support**

Computer & Accessories

Home Networks

Software

Malware

Modems, Routers & VoIP



Click for
Review



---

Home  |  Services  |  Testimonials  |  About Us  |  Customer Service  |  OMG Tech Help Opt-in  |



Copyright © 2014 OMG Tech Help LLC a division of Vast Tech Support LLC. All Rights Reserved. Google+



**CALL NOW 855-316-TECH (8324)**

24/7 Tech Support | UK: 448081680048 | AU: 1-800-083421

Home      Services      Testimonials      About Us      Customer Service      OMG Talk Radio

We are committed to protecting your privacy. The information you enter on our site is held in confidence between you and us. We do not sell, trade, or rent your personal information to others.

| Company | Tech Support Services | Tech Support | |
|---|---|---|---|
| Sitemap | Diagnose & Repair | Computer & Accessories | Modems, Routers & VoIP |
| Terms & Conditions | Install & Setup | Home Networks | |
| Privacy Policy | Virus Removal | Software | |
| OMG Tech Help Opt-in | PC Tune Up | Malware | |
| Careers | PC Protection | | |



Click for
Review

 **Microsoft** Partner

Home  |  Services  |  Testimonials  |  About Us  |  Customer Service  |  OMG Tech Help Opt-in  |

 

Copyright © 2014 OMG Tech Help LLC a division of Vast Tech Support LLC. All Rights Reserved. Google+



**CALL NOW 855-316-TECH (8324)**
24/7 Tech Support | UK: 448081680048 | AU: 1-800-083421

Home    Services    Testimonials    About Us    Customer Service    OMG Talk Radio

## Tech Support Services at a Glance:

# Get tech support services for everything!

### Diagnose & Repair
Why does my device not work properly? OMG Tech Help's Diagnose and Fix service will rescue you. Tech Support packages as low as $19.99 / month...
Read More

### Virus Removal
How do I know that I am protected from another attack? Protection and clean up services for your online security...
Read More

### PC Protection
OMG Tech Help has the solutions for all your protection needs. Speed up my PC? Ask and you shall receive...
Read More

### Install & Setup
How can I learn to operate my new device and software? It all starts with an OMG Tech Help expert to light the way...
Read More

### PC Tune-Up
How do I get my computer speed and efficiency back on track? OMG Tech Help will improve the efficiency of your PC with tech support solutions...
Read More

Sign up for our ✉
**Email Newsletter**



**GO**

Privacy by ✓ SafeSubscribe℠
For Email Marketing you can trust



---

| Company | Tech Support Services | Tech Support | |
|---|---|---|---|
| Sitemap | Diagnose & Repair | Computer & Accessories | Modems, Routers & VoIP |
| Terms & Conditions | Install & Setup | Home Networks | |
| Privacy Policy | Virus Removal | Software | |
| OMG Tech Help Opt-in | PC Tune Up | Malware | |
| Careers | PC Protection | | |


Click for Review


*Microsoft* Partner

---

Home  |  Services  |  Testimonials  |  About Us  |  Customer Service  |  OMG Tech Help Opt-in  |



Copyright © 2014 OMG Tech Help LLC a division of Vast Tech Support LLC. All Rights Reserved. Google+


Online Visibility from Vocus

## OMG Tech Help Attributes Rapid Growth To Excellent Customer Service

*OMG Tech Help announces goal for 2nd quarter of 2014 to expand their reach to businesses and consumers that need stellar tech support.*

Delray Beach, FL (PRWEB) March 24, 2014 -- Tech support businesses have their fill of less than amazing customer support, and many customers may find themselves getting nowhere fast with the person on the other end of the line. Customer dissatisfaction is something that many companies have to deal with at one point or another, but OMG Tech Help has set their sights on attempting 100% customer satisfaction in the second quarter of 2014.

Just like OMG Tech Help, many companies try to stand out from the rest by creating a celebrated customer experience. Find out what OMG Tech Help reveals to be what they believe is the secret to this success, and why this formula works for all sorts of businesses.

Since its inception in May of 2012, OMG Tech Help has taken great efforts to achieve outstanding customer service, which in turn has provided a high rate of customer retention for the company.

Elliot Loewenstern, CEO of OMG Tech Help holds true to Dr. John Maxwell's idea that "the right thought, plus the right people, in the right environment, at the right time, for the right reason, always produces the right result."

Loewenstern states that, "We have come a long way in just under two years of being in business. It says a lot about a company that is able to grow dramatically from a few customers per day to over 100,000 customers that call in regularly to have their pc's serviced."

JP Vasta, President of OMG Tech Help, and Mark Donohue, COO, have attributed the speedy development of the company to the caring nature of the employees they hire. "We pride ourselves on hiring the best customer care representatives. If we hired just anyone that walked through our doors, we'd be mediocre at best. We want to set the industry standard high for tech support and customer care," said Donohue.

Vasta adds that "Having the best products is only one aspect of a good company. You must have the right people set in place to carry your business to the next level."

With the quality standards for products, service, and attention to detail set by OMG Tech Help, the company has built a solid foundation and is prepared for even more growth in 2014.

For more information about OMG Tech Help's products and services, and to receive a free pc diagnosis, call today at 1-855-316-8324, or visit www.omgtechhelp.com.

**Attachment F, p. 1**                    **EXHIBIT 14**
                                        **FTC-VAST-000311**



**Contact Information**
**Ryan Millner**
OMG Tech Help
http://www.omgtechhelp.com
+1 561-288-8140


**Online Web 2.0 Version**
You can read the online version of this press release here.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*

**Attachment F, p. 2**             **EXHIBIT 14**
                        **FTC-VAST-000312**

# ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.     1323283

TITLE          VAST TECH

DATE          RECORDED: UNKNOWN

                  TRANSCRIBED:  SEPTEMBER 9, 2014

PAGES        1 THROUGH 33

WEBINAR WITH CHAD, AMIT META AND PETER

**Attachment G, p. 1**       **EXHIBIT 14**
**FTC-VAST-000313**

2

```
 1              FEDERAL TRADE COMMISSION

 2                    I N D E X

 3

 4   RECORDING:                          PAGE:

 5   Webinar                               4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Attachment G, p. 2                    **EXHIBIT 14**
                                      **FTC-VAST-000314**

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3       In the Matter of:              )

 4       Vast Tech                      )   Matter No. 1323283

 5                                       )

 6       -----------------------------)

 7

 8

 9

10

11             The following transcript was produced from a

12       digital recording provided to For The Record, Inc. on

13       September 9, 2014.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    P R O C E E D I N G S

2                  -   -   -   -   -

3        **WEBINAR WITH CHAD, AMIT META AND PETER**

4             CHAD:  Without further ado, let's get started.

5             AMIT META:  Hey.  Thank you, Chad.  My name is

6        Amit Meta.  I am co-founder and co-CEO of Boost, along

7        with Peter Dunbar.

8             CHAD:  Okay.  So what are we going to be

9        talking about today?  We'll start off with the psychology

10       of the PC cleaner market.  We'll then touch on their

11       products, PC HealthBoost and PC SpeedBoost.  They've also

12       come up with some amazing landers, ad copy and banners

13       for all of you to be running.  And then we'll touch on

14       traffic sources, tips and tricks and starter kit sheets,

15       and then finish it off with how to run compliantly with

16       their offers.  Because that's something that's absolutely

17       crucial, especially if you want to be driving large

18       volume to their offers.

19             So I think that's it.  That's the overview.

20       I'll be handing this off to Amit to take over the rest of

21       the presentation.  Enjoy, everyone.

22             AMIT META:  Hey.  Thanks, everyone.  So I want

23       to first start by talking about the psychology of the PC

24       market.  And one of the first things -- myths I want to

25       kind of shatter here is a lot of people when they first

5

1    start promoting, you know, PC optimization, PC speed-up
2    product, they think it's a niche market product.  A, you
3    need to target -- very targeted key words to get this to
4    convert.  And it's absolutely not the case.  This is a
5    mass market product.  There are lots of affiliates.  And
6    our internal marketing team has had lots of success
7    marketing this to a mass market audience using cold
8    traffic, banner ads, e-mail and pop-unders, pop-overs and
9    so forth.  And I'll be talking more about that.  But it
10   is a mass market product.
11        But what's so beautiful about this market is
12   that you can be super-targeted.  You can target specific
13   error codes or you can target, you know, a very general
14   theme like "clean" and "speed" to speed up your computer.
15   Your computer may have errors.  Your computer may be
16   slow.  So you can take both extremes.  You can be really
17   super targeted with the key words, really granular, very
18   specific, even targeting specific error codes and
19   hexadecimal error codes.
20        The other head in the spectrum, you can target,
21   you know, users that are worried about speed and clean on
22   general -- general websites targeting specifically cold
23   traffic, just appealing to users, specifically users of
24   an older audience.  You know, I think baby boomers is a
25   key demographic to target for this market.

6

1           And these users typically have serious problems

2      with the computer.  So typically folks that have, you

3      know, lots of malware, adware, toolbars overloading their

4      computers and lots of problems with their computer

5      performance, and they are the most apt to purchase our

6      product.

7           One of the biggest keys to persuading this

8      target market is trust and current ability.  Because

9      they've, you know, downloaded all those toolbars and all

10     these programs that have harmed their computer and slowed

11     it down, they're kind of skeptical when they see a

12     program that's claiming it can fix and speed up their

13     computer.  So establishing credibility and trust, you do

14     that in the landing page -- and I'll show you exactly how

15     to do that -- is going to be critical to getting the

16     install and the conversion if you're doing a CPS

17     campaign.

18           Key words that are -- Peter, do you want to

19     talk about the key words in this market?

20           PETER:  Yeah.  Actually, to back up just a

21     little bit, we were talking about this product

22     specifically.  What's kind of exciting is most of the

23     world's population pretty much runs a PC.  So we're

24     talking a major mass market here.

25           And what's even more exciting, or less exciting

**Attachment G, p. 6**                    **EXHIBIT 14**
                                           **FTC-VAST-000318**

7

1    for them but more exciting for us, is that most of those

2    people don't know how to optimize, clean their computer

3    or maintain it.  So that's why it's such a mass market

4    product and appeals to a lot of people.

5            Now, that kind of ties with you just asked

6    about the key words, is that a lot of those problems are

7    PC-related errors like Active X errors, blue screen, DLL

8    crashes, just being slow, are most of the problems that

9    users have because they quite frankly don't know --

10   number one, they don't know how to maintain their

11   computer, and that's where our software comes in.  And,

12   number two, like Amit said, most of -- a lot of websites

13   will download junk and crap on their computer and that's

14   what causes all the problems.

15           And the good -- the win-win is the good thing

16   is that our software takes care of all that.  So it's a

17   real big win-win situation.

18           AMIT META:  Yeah.  And if I could add in here,

19   the key is literally to, you know, get the user to

20   download and install the product, and it virtually sells

21   itself after that point.  So the biggest key is to really

22   sell the user on some of the benefits that they'll get,

23   build credibility with them, and then the rest will take

24   care of itself.  And we'll show you exactly how to do

25   that and how powerful this is.

8

1              PETER:  One thing I will add, Amit, as well, if

2       you don't mind me hopping in for a second, is we talked

3       about the mass market psychology of this product.  Amit

4       and I have both used ad words and a lot of other ad

5       platforms to sell products of this nature before we even

6       owned this.  And I can tell you first-hand that some of

7       the sights that I was getting sales from on this product

8       would blow your mind.  One of them was actually a

9       gardening site.  So it's really a very wide mass market

10      product.

11             AMIT META:  Yeah.  The limit for -- the

12      potential for the amount of sales you can -- that's a

13      great point, Peter.  The potential for the amount of

14      sales you can generate is massive.  In fact, we had an

15      affiliate last year just from one website who was

16      generating $2,000 sales a day.  Not installs, sales.

17             PETER:  That was from literally one URL, not a

18      whole run of network sites.  It was just one URL on the

19      site.  And he was generating $2,000 per day, sales not

20      installs.

21             AMIT META:  Okay.  Let's go to the next slide

22      here.  Okay.  So we have two products.  We have two

23      products right now.  Our main collection of products is

24      PC HealthBoost, and it's basically a registry clear of

25      software.  It basically cleans your PC of missing,

9

1    corrupt, outdated registry entries, and it allows you to

2    stop -- you know, those programs that automatically start

3    up when you boot your computer, it will allow you to

4    basically stop them from automatically launching when you

5    reboot your computer.  And that's a big reason your

6    computer runs slow.

7         The registry entries, you've got to think of

8    the registry as the brain of your computer.  Every time

9    there is an uninstall, install, update, you change your

10   setting on your computer, it's recorded in your registry.

11   It's like a huge database on your computer, and over time

12   with use it can get really bloated and it can get

13   corrupted.  And it can really drag down the performance

14   of your computer and it can result in error messages,

15   slow performance, slow boot times, slow program

16   performance, and in general just diminish the performance

17   of your computer.

18        So by cleaning out your registry and by, you

19   know, blocking start-up programs that automatically start

20   up, users can see a significant boost in their PC

21   performance.

22        PC SpeedBoost is very similar to PC

23   HealthBoost.  It has more or less the same functionality

24   except for a few different features.  PC HealthBoost, in

25   addition to all the functionality above, it also allows

1    you to remove privacy files that may contain sensitive

2    information, and temp files that can clog up your

3    computer.

4              PC SpeedBoost, in addition to doing everything

5    PC HealthBoost does, instead of deleting privacy files,

6    allows you to adjust your window settings automatically,

7    tweak with the graphics and animation to basically speed

8    up your computer and PC performance.  And it's a quick

9    way -- a quick and powerful way that you can boost your

10   PC performance.  So its emphasis is on speed versus PC

11   HealthBoost's emphasis is on error cleaning, although

12   they have a very large overlap.

13             But it is also very powerful from a marketing

14   standpoint if you're targeting users who are more

15   concerned with speed, then PC SpeedBoost works very well.

16   If you're targeting users who want to clean up the

17   computers or try to looking to fix specific error

18   messages, eliminate specific errors, then PC HealthBoost

19   is your choice.

20             Peter, do you want to say a few words?

21             PETER:  Yeah.  That's actually very well said.

22   And if I had to look at this, and from our vast

23   experience, you know, one of the biggest things people do

24   is they'll think, okay, it's a software product, I need

25   to target tech-related websites.  Well, that could be

11

1   true in some specific, like, error message forums.  But

2   the reverse is true where if you're using PC SpeedBoost

3   or HealthBoost, actually, but mostly PC SpeedBoost to

4   target the cold traffic, people -- 90 percent of people

5   are going to look at an ad that talks about, you know,

6   how slow their PC is and probably agree with it, versus a

7   direct error message.

8        So it kind of has a couple of different

9   flavors.  One takes care of error messages and just, you

10  know, crashes, blue screens, where the other one is, like

11  -- just takes care of performance issues.  Even though

12  they both do almost the same thing, PC SpeedBoost

13  addressed the speed and performance a little bit more

14  than the HealthBoost software.

15        AMIR META:  Awesome.  Let's go onto the next

16  slide here.  Okay.  So Peter and I want to talk a little

17  bit about how to write effective ad copy, particularly

18  for contextual ads in this case.

19        So we want to emphasize -- you always want

20  to emphasize benefits when you write copy.  Benefits,

21  what -- what our product will do -- what PC HealthBoost

22  and PC SpeedBoost will do for your computer.

23        So one of the biggest benefits is, hey, it's

24  going to make your PC run like new because it's going to

25  restore your registry, clean it up, it's going to stop a

12

1      lot of those start-up programs and help you take out a

2      lot of the crap that's loading up on people's computers.

3              So not only the end benefit is it's going to

4      make your PC run like new, but they also need to know

5      that it's going to be a painless process.  So fast and

6      easy PC clean-up.  Because, remember, the key audience

7      here is not too technically savvy.  So they might say,

8      okay, great, this product is going to help me boost my PC

9      performance, make my PC run like new, but can I do it;

10     how hard is it to download and install this product?

11             So the other thing is how long is this going to

12     take?  So take two minutes is a very powerful headline.

13     Also using the word "recommended" in your ad is very

14     powerful, in terms of persuading users to take action.

15             PETER:  One other thing in here that I didn't

16     see that I probably should have had you add, Amit, was

17     the word "safe."  Fast, easy, safe, and trust.  Those are

18     like the four key elements to a successful ad.  It's got

19     to be easy because most people are computer novices that

20     download the product.  It's got to be fast because people

21     don't want to spend all day cleaning up their computer.

22     You know, it's got to be safe.  They want to make sure

23     it's not going to mess their computer up.  And they want

24     to trust that they're not downloading another piece of

25     crap software.

13

1        AMIT META:  Yeah.

2        PETER:  Those are really the four key things to

3   a successful ad.

4        AMIR META:  Yeah.  And the good thing with

5   trust is you can mention, hey, five-star PC clean-up

6   tool, five-star PC performance booster, you know?  Both

7   PC HealthBoost, PC SpeedBoost, are winners of numerous

8   five-star awards.  So that's something you definitely

9   want to mention.  If you don't mention it in your ad,

10  definitely mention it on the landing page, but also trust

11  as well.

12       Okay.  Let's jump onto the next slide.

13       PETER:  Asking a question, too, is really

14  popular.  And you're going to see that and we'll talk

15  about that in the banners here.

16       AMIT META:  Do you want to start off with the

17  banners, Peter?

18       PETER:  Yeah, sure.  One of the biggest things

19  with a banner, you know, one of the biggest mistakes that

20  we even made early on was to make a banner like really

21  flashy and just kind of full of elements.  And really it

22  comes down to one thing, and all the testing we've done

23  with banners, it came down to testing the copy of the

24  headline, believe it or not.  We've actually doubled or

25  tripled our ROI just by changing a headline versus

14

1    changing a graphic on a banner.

2         One of the biggest things we had success with

3    is actually asking a question, and then basically having,

4    you know, the download button be the answer.  Is your PC

5    slow?  Free download.  It kind of addresses everything,

6    just one simple -- just look at it really quick, oh,

7    that's what it's all about.  Because if you load up your

8    ad with a ton of copy and graphics, it's very confusing.

9    Because a banner is something that people look at and you

10   have literally just a few seconds to keep them

11   interested.

12        And as you can see, a lot of these banners are

13   -- pretty much have a fairly -- either a big headline or

14   a giant button that kind of sticks out in your face.

15   That's really key to a good banner.

16        AMIT META:  Yeah.  Is your PC slow is a great

17   question to ask.  Does your PC have errors?  You know,

18   that's another great question to ask, you know?

19        PETER:  Yep.  It's really limitless to what you

20   can test.  And another thing, too, is a lot of people

21   will take one ad and they'll just run it and then wonder

22   why they're not successful.  When an ad is usually on a

23   network, it rotates between a lot of different websites

24   typically, depending on what network you're using.  So

25   it's a good idea to at least match up a slow ad with PC

15

1    SpeedBoost, right, or an error ad with PC HealthBoost, to

2    match them.  But it's also important to use a good

3    variety of ads, 10, 20, 30 ads, when you start your

4    campaign, because you never know what's going to work.

5            AMIT META:  Yeah.  Every -- every placement,

6    every website, depending on the audience and the website,

7    the color scheme and what have you, a different ad will

8    perform better.  So you can't assume the same ad will

9    perform equally well across all websites and all

10   placements.  So the more you can test and customize that,

11   the better performance you're going to have.

12           AMIT META:  Awesome.  Let's go onto the next

13   slide.  Okay.  So now we want to talk a little bit about

14   how we create an effective landing page that will

15   encourage the user to take action, download the product

16   and install the product, and ultimately purchase the

17   product.

18           So this is one of our top performing landing

19   pages that we provide to affiliates.  So the first thing

20   you'll notice is just a strong benefit-laden headline.

21   You know, safely -- again, using that word -- speed up

22   your PC by up to 216 percent.

23           So we're immediately giving a very, very strong

24   benefit to, hey, this is what you can expect to do with

25   this software, like you're going to have a faster

**Attachment G, p. 15**              **EXHIBIT 14**
                                      **FTC-VAST-000327**

16

1    computer and it's going to be done safely and you'll

2    almost double your speed.

3            And then there's bullet points as well which

4    address specific -- they can either, you know, give more

5    benefits, or also address specific concerns that the user

6    may have.  So increase speed and performance, and a

7    little more details about that, help prevent PC crashes

8    and freezes, another additional benefit, and then

9    explaining maybe in a few lines how the product works

10   also gives a huge amount of confidence to the user that

11   they can trust -- they can trust what's going on here.

12           PETER:  Can you scroll down just a little bit,

13   or is that --

14           AMIT META:  Yeah.

15           PETER:  I want to talk a little bit about the

16   actual -- one of the funny stories is when we ran this,

17   in some networks I'm sure if you're an experienced

18   affiliate, which most of you probably are, know that they

19   have rules and standards that you have to abide by for

20   your landing page to be effective.

21           And what's really funny is we ran the page and

22   then it came back to us, nope, sorry, you need to tell

23   people how long it takes to download; this is

24   unacceptable.  So instead of putting it in fine print or

25   a big, you know, bad looking thing on the side of the

17

1      page, we say, hey, let's make it a benefit.  So we

2      actually added lightning fast download.

3             AMIT META:  Yeah.  It's at the bottom of the

4      page here, I think.  I don't know if you can see that.

5             PETER:  And then they also -- and then when

6      they came back telling us, no, you need to tell people

7      how to uninstall it.  They really need to know that they

8      can uninstall it.  Okay, great, we'll add a benefit, fast

9      uninstall.  If it doesn't find any errors, guess what,

10     you can get rid of it in just two clicks, you know?

11            AMIT META:  Yeah.  That's the last bullet you

12     can't see here at the very bottom.  But -- so we

13     addressed concerns, basically.  Hey --

14            PETER:  Correct.

15            AMIT META:  -- hey, how long does it take to

16     install?  It's lightning fast download.  Super fast

17     install.  What if I don't like it?  Can I uninstall it?

18     Yes.  And we found that the conversion rate went up every

19     time we added more of these -- overcame more of these

20     concerns that users had.  And we talked about

21     uninstalling, you know, you wouldn't think it would help

22     the conversions.  But it did.

23            So, all of this copy has been rigorously tested

24     and all these bullet points are there for a specific

25     reason.  Because each and every one of them has helped

18

1    our conversion rate.  And so that should give you an idea

2    of what type of concerns to overcome with the user, and

3    what type of benefits that they want to hear about.

4              The other things we hit on is the trust issue.

5    Well, first of all, it was compatibility.  So you notice

6    immediately under the button we talk about what operating

7    systems you're compatible with.  Because before somebody

8    downloads a specific piece of software, they want to

9    know, hey, is this going to -- I have Windows 8.1, is

10   this going to work on Windows 8.1?  You know?  So we

11   address that immediately.

12             And the biggest thing is trust.  So you'll

13   notice we have the McAfee Secure, the Microsoft Gold

14   Partner.  We are a Microsoft Gold Development Partner.

15   The Norton Secure -- the Norton Secure or Mark V Secure,

16   if you have your own website, you can get that on your

17   website.  Now, there is an investment to that, but the

18   ROI you're going to get in terms of trust and increased

19   leads and installs is going to be dramatic.

20             System requirements, also.  We talk about

21   system requirements.  So that also assures the user, hey,

22   this will work on my computer.  Little stuff like that is

23   -- it's small detail, but it goes a long way.

24             Peter, do you want to wrap that up a bit?

25             PETER:  Yeah.  It's -- you know, like Amit was

19

1      talking about the Norton Secured, how people look at it

2      and might be like a -- don't quote me, but it might be

3      like $279 a year or $379 a year.  But if you stop and

4      think about how much that's going to increase your

5      conversions, I think we saw as much as 20 percent

6      increased take rate.  It would only take a very short

7      time to recoup that investment.  And those seals are

8      actually very, very critical to increasing that.

9            Trust is probably one of the biggest things

10     you're going to have to try to do to increase your

11     conversions because, you know, there's so much badware

12     out there that, you know, people want to know is this

13     safe, you know?

14            AMIT META:  Yeah.

15            PETER:  Trust and is it safe.

16            AMIT META:  The more trust seals you can have

17     on your landing page, the better your conversions are

18     going to be.  In particular, if you're a super affiliate

19     and you don't have McAfee and Norton on there, you're

20     making a big mistake.

21            PETER:  I agree 100 percent.

22            AMIT META:  If you're spending, you know,

23     $10,000, $20,000 a day, and you don't have those trust

24     seals, then you're throwing money out the window.  It's

25     that powerful.

20

1          PETER:  And, you know, one of the biggest

2     things, too, is to make sure it's noticeable.  A lot of

3     people will get the seal and they'll put it way down in

4     the footer.  You know, have that thing up there where

5     people can see it, you know?  It's about visibility on

6     those things.

7          AMIT META:  Yeah.  Above the fold.  You need to

8     have a download button.  And I recommend using start

9     download or free download.  That tends to get the most

10    highest click through rate.  And you want the seals and

11    the trust seals and the trust elements all above the

12    fold.  It's critical.

13         So this is a great template.  And there's

14    another template I'm going to show you on elements that

15    are proven to dramatically improve your conversion rate.

16    Okay?

17         So let's go on here.  I'm going to skip this

18    one.  I'm going to go onto this -- I'm going to talk

19    about the next page first.  Okay, this one, yeah.  So

20    this is another page where we have a lot of powerful

21    elements on this page.

22         First of all, you'll see above the fold, you'll

23    see the Norton, the McAfee, Microsoft Gold Partner right

24    next to our logo.  Norton right above our download

25    button; McAfee right above our product box, and the

21

1    awards and Microsoft Partner right below the product box

2    and across from the download button.

3         So if you were to go and you click the download

4    button, within that proximity there's lots of trust

5    elements and awards.  You've got the two cows.  We also

6    have the face pile here, with 24,000 likes.  And notice

7    the proximity of these.  These are directly across from

8    the download buttons.  And we have the Facebook likes

9    here as well.  And these are all massive, massive trust

10   elements.  Facebook represents massive social proof.

11        PETER:  And just to go further on the Facebook

12   thing, if you have your own website, there's no reason

13   why you can't have your own Facebook page and then get

14   likes to it and then start using that on your page.  So

15   you can -- you can actually get that without having to

16   worry as well.  Because even your page can be liked on

17   Facebook.  It doesn't have to be a product.

18        AMIT META:  Yep.  So these are all elements.

19   And even the download, install, uninstall support, we

20   tested taking that out and the conversion dropped.  So

21   this is also a trust factor, because we're providing them

22   useful information for the user.

23        So -- and, again, you know, we have the

24   headline, benefits, sub-headline with massive benefits in

25   here, bullet points are benefits.  So you can see the

22

1    headline, bullet points, all heavily benefit-laden, and

2    the trust elements and prominent download buttons, these

3    are all elements --

4              PETER:  All above the fold, too.  There's those

5    elements above the fold.  Almost no matter where you

6    scroll on this page, you're going to see a trust element

7    and a download button.  You know what I mean?  No matter

8    which section you scroll.

9              AMIT META:  These pages have been tested and

10   tested and tested to perfection.  So there's a lot of

11   testing --

12             PETER:  Yeah.  Even to the depth that you've

13   got to realize, too, that a lot of people have different

14   resolution screens.  So if somebody has a really small

15   resolution screen and we only had the one download button

16   there, they're not going to see a download button above

17   the fold.  So you've got to spread out the download

18   buttons enough to capture all those people with the

19   different screen resolutions.

20             AMIT META:  So let's go -- go back to this one.

21   So this one also has a lot of the similar elements,

22   although one thing I don't like about this page is a lot

23   of the trust elements are kind of below the fold here.

24   You can barely see them.  Well, the good thing on this

25   page is what also works very well for a lot of our pages

23

1    is providing the step-by-step instructions for the user

2    on how to download and install.  Because a lot of users,

3    once they start the download process, they don't know

4    where to go from there and how to actually install the

5    process.  So having instructions for the users, or even

6    having something pop up after they download telling them,

7    hey, here's how you install -- here's how you install PC

8    HealthBoost for this browser and this browser and this

9    browser, you know?

10        So helping the user actually post-download and

11   with the installation process is also a big key to

12   getting the install.

13        PETER:  Right, exactly.  And it's because

14   mostly the people who download the product are computer

15   novices.  They don't know how to clean their computer.

16   They don't know how to tweak their computer.  So if you

17   -- the people that need the instructions are the people

18   that you want to download the product.  If somebody knows

19   how to install the product and knows how to do all that

20   type of stuff, there's a good chance they probably don't

21   need the product.  So that's why the three easy steps

22   works, because it kind of almost filters out those people

23   right from the get-go.

24        AMIT META:  Okay.  So let's move on here.  Move

25   on to -- let me see if I can -- okay.  So now we want to

24

1     talk about a traffic-generation strategy which we've seen

2     a lot of affiliates have tremendous success with.  And

3     this is primarily for, you know, for affiliates that are

4     -- that are less experienced, that are newer at the game,

5     and would like to get, you know -- start generating

6     profitable sales quickly with our products.

7           This is a strategy where literally it's almost

8     like Google cash where you can do direct linking.  In

9     some cases, you don't even have to write an ad, let alone

10    have a website.  And there's a very large potential for

11    sales and profits using this strategy.  We've had

12    affiliates targeting -- using this strategy generating

13    sales at $10 CPA, and massive amount of installs.

14          So this is just an amazing strategy, and I'm

15    going to step you through how easy this is to do.  And so

16    -- okay.  So the idea here is you want to find the

17    diamonds in the rough.

18          And let me elaborate there.  There's literally

19    thousands of small and large ad networks out there.  The

20    caveat is many of them give you garbage traffic.  But

21    there's also a lot of them that are absolute gold mines.

22    They're absolute gold mines where you can, you know, take

23    your Never Blue affiliate link, throw it in there, and

24    start generating massive number of sales, you know,

25    literally overnight.

**Attachment G, p. 24**          **EXHIBIT 14**
                                  **FTC-VAST-000336**

25

1        Okay.  So how exactly does this work?  One of

2        the easiest ways to find these networks is start doing

3        some simple Google searches.  You can try key words like

4        PPV network, buy PPC ads, pop-under ads, buy e-mail

5        campaigns, and et cetera, et cetera.

6        And so if you just type in PPV network, you can

7        find a lot of -- quite a few networks out there just by

8        doing -- and sometimes you might have to go to page 10 or

9        15 or 20 in Google to find some of the smaller ones that

10       you can target and work with.  And so that's one

11       strategy.  Do you want to talk a little bit more about

12       just strategies in general, Peter?

13       PETER:  Yeah.  See, the thing is is that, you

14       know, Google is not what it used to be.  And I'm sure

15       there's probably a lot of people having success on

16       Google.  And I'm not saying you can't.  But really the

17       whole idea is to find some of the lesser known networks

18       as well.  The competition is typically a little bit

19       lower.  But like Amit said, the only thing is you've got

20       to watch out that some of them might have some garbage

21       traffic inventory.  But you'd be surprised how many

22       networks you'll find if you start searching for some of

23       those terms that you can actually use.

24       The point is is, you know, it's not all about

25       pay-per-click any more.  There's a lot of other

26

1    opportunities to get traffic other than pay-per-click.

2         AMIT META:  Yeah.  I mean, the -- when Peter

3    and I were affiliates back in the day, it was pretty much

4    all Google.  Google, maybe Yahoo, Microsoft, you know,

5    that was before Bing combined Yahoo and Microsoft

6    traffic.  But it was all Google.  And nowadays it's a

7    very diverse landscape where you have tons of little

8    networks, big networks, everything from Site Scout to,

9    you know, to Bing, to Ad Words, to tons of different,

10   smaller networks that you can target, and larger networks

11   as well.

12        So the idea is to find your niche, find traffic

13   sources that you perform well with, and just dominate

14   that particular marketing strategy.  And it's just a

15   matter of once you find something that works, you just

16   rinse and repeat.  You know, that was the mantra back in

17   the day, and I think it still holds true today.

18        Okay.  This is going to the next slide here.

19   Okay.  So let's talk a little about running compliantly.

20   One thing is -- that's a big no-no is absolutely no

21   deceptive or false claims.  So you can't have an ad that

22   says your computer has 1,043 errors, or you can't make an

23   affirmative statement like, oh, your computer is slow,

24   your computer has errors.  You can say, your computer may

25   have errors, or does your computer have errors, or is

27

1    your computer slow, you know?  So it's a very big

2    difference in saying is your computer slow versus your

3    computer is slow.

4             PETER:  Exactly.  Another thing, too, is we

5    don't allow people making an ad look like an actual

6    Windows error box.  You know, a lot of people -- or we've

7    had some of those we had to shut down because they

8    actually made the box look like it was a literal Windows

9    message.  So it was very deceiving.  People would click

10   on it thinking it was actually from Microsoft saying

11   their computer had, you know, so many errors on it or

12   whatever.

13            So that definitely would be considered

14   extremely deceptive.

15            AMIR META: It's a big no-no.  Absolutely no

16   bundling of any sort.  That's not allowed at all.  No

17   running on adwares unless you have your own site.  And

18   that site has to be, you know, basically approved through

19   or by us.

20            For PC HealthBoost software landing pages, you

21   have to abide by the registered trademark rules.  And so

22   talk to your affiliate manager and they'll get you that

23   page on what to do there.

24            Okay.  So I want to give you a quick demo of a

25   dynamic landing page.  Basically you can type in almost

28

1       any key word from the key word list we provide -- we

2       provided a key word list with like thousands of key

3       words.  You can type it in here.  You can type it in at

4       the end of your Never Blue link.  You just put S1= -- I

5       think there's instructions that you got from your

6       affiliate manager -- but basically it will take that key

7       word, take out any verbs, any type of articles and what

8       have you, clean it up and make a coherent page with the

9       main key word scattered throughout the page, making a

10      super targeted, perfectly readable key word targeted

11      landing page, for whatever keyword you put in there.

12              I'm going to demonstrate to you how to use the

13      dynamic landing page offer that we have -- that Peter and

14      I have set up for Never Blue.  And this is not your

15      typical dynamic page.  This is super-charged.  So

16      basically you can take any of the key words that we gave

17      you on our huge list and virtually 95 percent of them you

18      can put in here.  It will extract the main key word from

19      whatever key word you put in there and create a coherent

20      page.  And this is just one example.  So this is "What is

21      Windows Update error?"

22              So it takes this key word, it identifies -- it

23      removes "is" and "error" and takes the main key word it

24      recognizes, Windows Update, and it passes it -- it puts

25      it -- it propagates it throughout the page so you have a

29

1    targeted page talking specifically about Windows errors,

2    and it even pulls unique content about Windows errors

3    from our database.  It is extremely powerful.

4           And you can do, like I say, "How to fix" and

5    you have to separate them by plus signs.  And you'll be

6    passing this variable from your Never Blue link.  And I

7    think your affiliate manager will have instructions on

8    how to do that, how to fix DLL errors.  So you do that.

9    Boom.  It automatically passes -- it recognizes DLL

10   errors and passes that throughout the page.

11          And so you can literally take the key word as

12   is, pass it through your Never Blue affiliate link, and

13   it will take the main key word and put it into the

14   dynamic page.  And so you can create these -- you can

15   take a spreadsheet of your Never Blue affiliate link,

16   append the key word on there, replace the spaces with

17   pluses, and have a huge spreadsheet of targeted landing

18   page URLs that you can create a massive search campaign

19   very, very quickly that's already pretty much grouped

20   according to key word.  So it's an extremely powerful

21   strategy that you can use to create a massive search

22   campaign very, very quickly and start profiting very

23   fast.

24          Tips, Tricks and Starter Kit.  Okay.  I

25   recommend you start with a limited budget to make sure

30

1    you don't -- you know, you don't burn through a ton of

2    cash without properly testing.  You always want to split

3    test ads, landing pages, banners.  Remember, split

4    testing is a key to generating a massively profitable

5    campaign.

6            Top English-speaking countries I recommend you

7    start targeting are U.S., U.K. and Australia.  And as we

8    talked about before, you want to find those networks.

9    You want to find a network that, you know, that converts

10   well.  Start with maybe one country and then get it

11   converting, and then rinse and repeat the strategy in

12   other networks, other countries.

13           The important thing is once you start having

14   success, you don't want to go ahead and, you know,

15   splurge your profits.  You want to re-invest your profits

16   for more advertising to grow -- to grow your campaign and

17   make more and more cash flow every month.

18           Peter, you want to say a few words?

19           PETER:  Yeah.  I was just going to say that one

20   strategy Amit and I do use when we start new traffic

21   sources is even though U.S. is probably the popular

22   choice to start with, is maybe allocate a small amount to

23   U.K./Australia, because some networks will convert better

24   in the other demographics -- excuse me, the other

25   geographics.

31

```
1        You might find one network that kills in the
2    U.K. and then another one that just kills in the U.S.   So
3    you might want to try to allocate a small budget to
4    U.K./Australia, you know, as well as the U.S. when you
5    test these networks.
6        AMIT META: And also with that, let's say you
7    have the U.S. that's working well and U.K. is kind of
8    breakeven, but you've only spent a little bit on it.   You
9    might want to open up the U.K. a little bit more to see
10   if you can get it to work.   So it really depends on the
11   network, how you feel about it, and, you know, making
12   sure you're at least getting a little bit in on those
13   other two countries as well, because you never know
14   what's going to work.
15       Okay, great, guys.   Well, I think that's
16   everything that we had lined up to present today.   I just
17   wanted to add one little bit in here.   The title Tips,
18   Tricks and Starter Kits.   So what we've done here in
19   Never Blue is we've gone onto Boost's fantastic affiliate
20   training site and we've gotten lots of the golden nuggets
21   from that and put it together into one simple package for
22   everyone.   I believe we sent it out to most affiliates.
23   But if you have not received that, please reach out to
24   your affiliate manager.   It's an absolutely amazing
25   resource.   It's quick and easy to work off of, as well as
```

32

1    the training site that we can provide all of you after

2    the webinar.

3              And don't forget, we've actually extended the

4    contest for all of you.  It was supposed to end at the

5    end of May, and we've got it going to June 15th.  So as

6    long as you can drive those leads, we're going to be

7    sending back cash bonuses to you guys.  So it basically

8    pays for your traffic or anything else you want to do.

9              So make sure that you reach out to your

10   affiliate manager and sign up for the contest.  It will

11   be well worth it because you'll be wrapping up the leads

12   in no time.

13             **(The recording was concluded.)**

14

15

16

17

18

19

20

21

22

23

24

25

33

1        C E R T I F I C A T I O N    O F    T Y P I S T

2

3        MATTER NUMBER: __1323283_____

4        CASE TITLE: _VAST TECH_____

5        TAPING DATE: _UNKNOWN_____

6        TRANSCRIPTION DATE: _SEPTEMBER 9, 2014_____

7

8            I HEREBY CERTIFY that the transcript contained

9        herein is a full and accurate transcript of the tapes

10       transcribed by me on the above cause before the FEDERAL

11       TRADE COMMISSION to the best of my knowledge and belief.

12

13                           DATED:  SEPTEMBER 9, 2014

14

15                           _George Quade_____

16                           GEORGE QUADE

17

18       C E R T I F I C A T I O N    O F    P R O O F R E A D E R

19

20           I HEREBY CERTIFY that I proofread the transcript for

21       accuracy in spelling, hyphenation, punctuation and

22       format.

23

24                           _Sara J. Vance_____

25                           SARA J. VANCE

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment G, p. 33**                    **EXHIBIT 14**
                                           **FTC-VAST-000345**



EXHIBIT 14
FTC-VAST-000346

Attachment H - 1


**PRWeb**
Online Visibility from Vocus

## Boost Software Sends Sales Manager Pete Futchko to Ad:Tech San Francisco

*Pete Futchko, the Boost Software Sales Manager who says "We develop software our mothers would use," will attend Ad:Tech for the fifth year in a row. He looks forward to meeting up with advertisers and affiliates to get to know them as people and learn from the masters.*

Boston, MA (PRWEB) March 19, 2014 -- Pete Futchko, Boost Software's Lead Sales Manager, will attend Ad:Tech San Francisco from March 26-27, 2014. He plans to connect with new media companies.

In the process, he expects to find out what new types of advertising will work for promoting computer software. However, Futchko also says, "We like to get to know our vendors, not by the company they work for but who they are."

Furthermore, he says that Boost Software deals with hundreds of vendors and "it is always nice to put a name to a face." While learning more about one another, they will all learn current marketing tactics.

Futchko and product sellers attending Ad:Tech also plan to celebrate recent accomplishments. For instance, Boost Affiliates raised their conversion rate by 20% in the last quarter of 2013. Furthermore, they now have the highest CPA rate ever – 50 dollars.

To help marketers succeed in a fast-paced world, Ad:Tech keynote speakers will teach affiliates how to use current technology to their advantage. Many of this year's conference sessions will educate Internet marketers on using mobile devices for online promotions. In the process, they will learn more about current social media and digital marketing trends.

Ad:Tech states that just by being there, "you're surrounded by 8500 or more people." These event coordinators also say that registered attendees want to "talk about endless opportunities with digital marketing."

"This event also puts advertisers, publishers and affiliates in one room," adds Futchko. He intends to take back with him all the education he receives from this weekend workshop and teach new techniques to Boost Affiliates. As a result, they will better prepare for marketing to people on the go.

Ad:Tech provides tools for marketers who want to increase their profits. However, they also plan to have their share of fun, too. Apparently, plenty of free beer will be served throughout the weekend. This complementary beverage most likely will help repeat Ad:Tech conference guests loosen up as they catch up with one another.

Futchko himself has already attended four times, and this year will be his fifth. In addition to using the event to make relationships, he also thinks of it as a place to do business. "We close deals with handshakes and contracts to follow." In other words, all the people who attend may partner together to improve online marketing campaigns.

Boost Software is a boutique software company that popularized the PC HealthBoost registry within a few short years. In 2013, they opened their first international office in Poland that employs an entirely new development team. They also have a headquarters in Boston, Massachusetts and offices in Naples, Florida; Bentonville, Arkansas; and American Fork, Utah.

**Attachment I, p. 1**

**EXHIBIT 14**
**FTC-VAST-000347**



**Online Visibility from Vocus**

They regularly provide new advice for their affiliates. Their objective is to keep finding new ways for vendors to reach out to customers so they can increase sales. More information about the company can be found at BoostSoftware.com and BoostAffiliates.com. Feel free to contact Sales Manager Pete Futchko: pfutchko(at)boostsoftware(dot)com

Page 2/3

**Attachment I, p. 2**                    **EXHIBIT 14**
                                          **FTC-VAST-000348**



**Contact Information**
**Erin Walsh**
Boost Software
http://www.pchealthboost.com
+1 (617) 444-9381


**Online Web 2.0 Version**
You can read the online version of this press release here.

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*

**Attachment I, p. 3**          **EXHIBIT 14**
                               **FTC-VAST-000349**

# Boost® Software

- <u>About</u>
- <u>Products</u>
- <u>Awards</u>
- <u>Careers</u>
- <u>News</u>
- <u>Contact</u>
- <u>Product Support</u>

## Products

Here at Boost® Software, we pride ourselves on making high-quality PC applications that will keep your computer running fast and smooth like the day you brought it home. We are constantly innovating and improving our existing product line by adding new features and making it even more user-friendly for you.

Along with maintaining our current products, we also constantly work on adding new great products to our lineup. Check back soon to see what we have coming next!



**EXHIBIT 14**
**FTC-VAST-000350**

http://www.boostsoftware.com/products                                      11/5/2014

## PC HealthBoost®

Looking to speed up your PC or improve its' overall performance and health? Then look no further! PC HealthBoost software automatically optimizes your PC by eliminating registry corruption and other problems, and will have it running like new again with just a few clicks of the mouse!

- Eliminate errors
- Speed increase by up to 216%
- No more blue screens of death

Learn more about PC HealthBoost® at PCHealthBoost.com.



EXHIBIT 14
FTC-VAST-000351

http://www.boostsoftware.com/products    11/5/2014





**PC SpeedBoost™**

Speed up your PC and get rid of the files and processes that slow your computer down. PC SpeedBoost helps you prevent system crashes and blue screens of death, as well as improves your system boot up times.

- Gets rid of files that clog up your system, slowing you down
- Manage CPU Processes easily
- Improves existing systems to take full advantage of hardware

Learn more about PC SpeedBoost™ at PCSpeedBoost.com.

**EXHIBIT 14**
**FTC-VAST-000353**

http://www.boostsoftware.com/products

11/5/2014



**PC SpeedBoost** — Microsoft Partner

Screen 1 (System Boost scan in progress):

| STATUS | ERRORS | SCAN ITEMS | STATUS | ERRORS | SCAN ITEMS |
|---|---|---|---|---|---|
| ✓ | 0 | COM and ActiveX Controls | | | Application Paths |
| ✓ | 0 | Shared DLLs | | | MRU List |
| ✓ | 0 | Fonts | | | Uninstall Entries |
| ✓ | 0 | Help Files | | | Expired Cache Files |
| ⟳ | | File Associations | | | Speed Optimizations |

Current Scan

SOFTWARE\Classes\X509Enrollment.CCertPropertyKeyProvInfo.1

ScanSafe Technology                Cancel Scan

Screen 2 (172 New Errors Found):

| STATUS | ERRORS | SCAN ITEMS | STATUS | ERRORS | SCAN ITEMS |
|---|---|---|---|---|---|
| ✗ | 4 | COM and ActiveX Controls | ✗ | 3 | Application Paths |
| ✗ | 12 | Shared DLLs | ✗ | 34 | MRU List |
| ✓ | 0 | Fonts | ✓ | 0 | Uninstall Entries |
| ✓ | 9 | Help Files | ✗ | 104 | Expired Cache Files |
| ✓ | 0 | File Associations | ✗ | 15 | Speed Optimizations |

**172 New Errors Found**

Click 'Continue' to speed-up your PC to peak performance. (Recommended)

CONTINUE >>

Sidebar (both screens): System Boost · Startup Boost · Restore · Utilities · Settings · IE10WIN7 · VMware, Inc. VMware Virtual Platform · Microsoft Windows 7 Enterprise 32-bit · 64-Bit CPU 1023MB RAM · Intel(R) Core(TM) i5-3230M CPU @ 2.60GHz · Help · Register



**EXHIBIT 14**
**FTC-VAST-000355**

http://www.boostsoftware.com/products                                    11/5/2014

Case 9:14-cv-81397-KAM   Document 5-5   Entered on FLSD Docket 11/10/2014   Page 112 of
114
Boost software®                                                                              Page 7 of 9



**DriverBoost®**

Computer drivers are the heart of any system, and we here at Boost Software Inc realized that when we developed award winning DriverBoost. DriverBoost packs a massive punch by updating all your system drivers automatically, with official drivers direct from the manufacturer.

- Always keeps your PC Drivers up to date
- Uses official drivers from the manufacturer
- Uses award-winning matching technology

Learn more about DriverBoost® at DriverBoost.com.

- 
- 
- 

**EXHIBIT 14**
**FTC-VAST-000356**
11/5/2014



## Startup Boost

Are you struggling with a slow computer startup? Most people are, and that's because several programs set themselves to start, right as you start your PC! Startup Boost rids those pesky programs so your PC will fire up in mere seconds, versus minutes.

- Remove unwanted programs from Startup
- Increase boot-up speed substantially
- Safe and Easy to use

Free Download for PC or Free Download for Mac

- 
- 
- 

**Core Values**
*Constantly Improve & Innovate*
*Create a positive team environment*
*Produce exceptional quality & excellence*
*Be passionate & have fun*

**EXHIBIT 14**
**FTC-VAST-000357**

http://www.boostsoftware.com/products                                    11/5/2014

**Mission Statement**
*Boost the happiness, safety, and productivity of our users*

**Boost® Software, Inc.**
75 Arlington St., Suite 500, Boston MA 02116
Toll Free: (857) 241-3662
Email: info@boostsoftware.com
Facebook Twitter Google+ YouTube RSS
Copyright © 2011-2014 Boost® Software, Inc. All rights reserved.
Billing & Refund Policy | Privacy Policy | Terms of Use



**Click for Review**

×

**EXHIBIT 14**
**FTC-VAST-000358**

http://www.boostsoftware.com/products                                    11/3/2014