# Exhibit 17

## DECLARATION OF JOHN AIKEN
## PURSUANT TO 28 U.S.C. §1746

My name is John Aiken. I am over 18 years old. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1. I am an investigator with the Federal Trade Commission ("FTC" or "Commission") in the Bureau of Consumer Protection. My work address is 600 Pennsylvania Avenue, N.W., Mail Drop CC-8528, Washington, D.C. 20580. My duties include researching and investigating possible violations of the FTC Act and other laws that the Commission enforces. I have been an investigator with the FTC since February 2013.

2. In the course of my duties, I was assigned to work on the investigation of Vast Tech Support, LLC.

3. On July 25, 2014, using the FTC's Secure File Transfer Protocol (SFTP) service, I sent an audio recording of an undercover call to Vast Tech Support made on April 17, 2014 (file name WS600073.WMA) to Jeff McJunkin at jeff@counterhack.com.

4. I declare under penalty of perjury that the foregoing is true and correct.

Date: _____10/31/14_____          _____

                                                           John Aiken

EXHIBIT 17
FTC-VAST-000674

# Exhibit 18

### DECLARATION OF NEIL PACKARD

### PURSUANT TO 28 U.S.C. § 1746

1. I, Neil Packard, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness, would testify competently thereto:

2. I am a U.S. citizen over the age of eighteen years old.

3. I am a Lead Case Manager/Electronic Discovery Specialist with the Federal Trade Commission (FTC), 600 Pennsylvania Avenue, NW, Washington DC 20580. My duties include oversight of the Bureau of Consumer Protection's Litigation Support Unit.

4. I hold a Bachelor of Science in Business Administration and a designation as a Certified Information Systems Auditor (CISA).

5. I have over 28 years of experience in Information Technology including 19 years in litigation support and eDiscovery.

6. As Lead Case Manager for the FTC, my job duties include providing Information Technology support to the FTC attorneys and investigators. In the course of my duties, I was assigned to work on the Vast Tech Matter.

7. On June 23, 2014, using FTC's Secure File Transfer Protocol (SFTP) service, I sent computer screen-shots (pictures) from the April 1, 2014, April 17, 2014, and April 24, 2014 undercover calls to Jeff McJunkin at jeff@counterhack.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day, October 31, 2014, in Washington, DC.

Neil R. Packard, CISA

**EXHIBIT 18**
**FTC-VAST-000675**

# Exhibit 19

## DECLARATION OF CALVIN BROWN

## PURSUANT TO 28 U.S.C. § 1746

1.   I, Calvin Brown, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness, would testify competently thereto:

2.   I am a U.S. citizen over the age of eighteen years old.

3.   I am a Computer Forensic Examiner with the Federal Trade Commission (FTC), 600 Pennsylvania Avenue, NW, Washington DC 20580.  As part of my duties, I often do work as the Litigation Support Evidence custodian.

4.   I have completed formal classroom training in the use of the forensic software programs from Guidance Software (Encase) and the Access Data Corporation Forensic Toolkit (FTK).  Encase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I have met the requirements for the Access Data Certified Examiner (ACE) program and the Encase Certified Examiner (EnCE) program and was awarded both certifications.

5.   I have completed formal classroom training at the U.S. Department of Defense and I have met the requirements for the DOD Certified Media Collector program and was awarded a certification.

6.   As a forensic examiner for the FTC, my job duties include providing computer forensic support to the FTC attorneys and FTC investigators.  In the course of my duties, I was assigned to work on the case of FTC v Vast, et al.

**EXHIBIT 19**
**FTC-VAST-000676**

7.    As part of my duties in this case, I made forensic images of a laptop used by an FTC investigator in three undercover calls. I made pre-call images of the laptop's hard drive, memory captures of the laptop's hard drive during the call, and post-call images of the laptop's hard drive on various dates listed below (the * indicates groups of large numbers of files, each indicating several dozen files with the same naming convention):

Vast

Call 1: 4/1/14

Images

Post-Call: UCC_20140401*

Memory Capture

20140401-1234

20140401-1310

Call 2: 4/17/14

Pre-Call (2nd Image): UCC_20140416*

Post-Call: UCC_20140417*

Call 3: 4/24/14

Pre-Call (2nd Image): UCC_20140421*

Post-Call: UCC_20140424*

**EXHIBIT 19**
**FTC-VAST-000677**

Memory Capture

20140424-1415

8. Hugh Huettner, a Technical Forensic Examiner for the FTC instructed me to copy the data from the April 1, April 17, and April 24, 2014 undercover calls to an encrypted hard drive for the case team.

9. On May 7, 2014, I sent an encrypted hard drive, containing the images and memory captures as well as the audio files and pictures of the computer screen for all three calls to Ed Skoudis via FedEx.

10. On May 22, 2014, using the FTC's Secure File Transfer Protocol (SFTP) service, I sent the audio recordings from the April 1 and April 24, 2014 undercover calls to Jeff McJunkin at jeff@counterhack.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of October 2014, in Washington, DC.

Calvin Brown

**EXHIBIT 19**
**FTC-VAST-000678**

# Exhibit 20

DECLARATION OF TINA M. DEL BECCARO
PURSUANT TO 28 U.S.C. § 1746

I, Tina M. Del Beccaro, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a U.S. citizen over the age of 18.

2. I am employed by the Federal Trade Commission ("FTC") as an Information Technology Specialist for the Division of Planning & Information in the Bureau of Consumer Protection in the Washington, D.C. office.

3. I have more than 15 years of working experience in the computer field. My business address is FTC, 600 Pennsylvania Avenue, N.W., CC9306, Washington, D.C. 20580.

4. As an Information Technology Specialist at the FTC, my duties include, but are not limited to, providing computer support to FTC attorneys and FTC investigators on Internet, mobile and computer-related matters and supporting the FTC Mobile Internet Lab at the FTC's Washington, D.C. headquarters and regional offices.

5. In the course of my duties, I was assigned to work on setting up the technology for the undercover calls in the Vast Tech matter. These calls took place on 4/1/2014, 4/17/2014 and 4/24/2014

6. On or about March 20, 2014 and April 18, 2014, I completed the following duties in preparing two "clean" computer installs:

   o Set up a laptop using a hard drive--both acquired from Litigation Support staff members.

   o Installed Microsoft Windows 7 Professional on the laptop and all OS updates available

   o Installed the following programs and any updates, after the OS installation:

**EXHIBIT 20**
**FTC-VAST-000679**

QuickTime

MS Office 2010

Acrobat Reader

iTunes

Firefox

Internet Explorer

Symantec Endpoint (for computer install #1)

Avast Antivirus (for computer install #2)

Hijackthis

Malwarebytes

7. The following "tweaks" were also made to the laptop while preparing the computer installs:

Screen Saver - Off

Hibernation - Off

Auto updates - Off

Wi-Fi- Disabled in the BIOS

Camera- Disabled in the BIOS

Microphone - Disabled in hardware settings

Electrical tape placed over the laptop camera lens and microphone

8. Finally, I ran the program Malwarebytes to check each computer install with no malware found.

**EXHIBIT 20**
**FTC-VAST-000680**

9. For each computer install, once the above was complete, I gave the laptop to a Litigation Support staff member to complete a forensic image of the hard drive containing the clean computer install.

10. On the day of each call (4/1/14, 4/17/14 and 4/24/14), I assisted Mobile Internet Lab staff in the Lab by attaching a second external monitor to the laptop to allow for viewing and image captures during the phone calls. I also assisted by assembling a tripod arm for a camera that was used to take screenshots of that monitor, as the calls progressed. A newly formatted SD card was installed in the camera by Lab staff member Randy Clark.

11. I remained in the Lab throughout the calls to answer questions and provide support, if necessary. There were no issues or questions during any of the calls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, _____Oct 31_____, 2014, in Washington, DC.

Tina M. Del Beccaro

EXHIBIT 20
FTC-VAST-000681

# Exhibit 21

DECLARATION OF Randall S. Clark
PURSUANT TO 28 U.S.C. § 1746

I, Randall S. Clark, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1. I am a U.S. citizen over the age of 18.

2. I am employed by the Federal Trade Commission (FTC) as an Information Technology Specialist for the Division of Planning & Information in the Bureau of Consumer Protection in the Washington, D.C. office.

3. I have more than 20 years of working experience in the computer field. My business address is FTC, 600 Pennsylvania Avenue, N.W., CC-9305, Washington, D.C. 20580.

4. As an Information Technology Specialist at the FTC, my duties include, but are not limited to, providing computer support to FTC attorneys and FTC investigators on Internet, mobile and computer-related matters and supporting the FTC Mobile Internet Lab at the FTC's Washington, D.C. headquarters and regional offices.

5. In the course of my duties, I was assigned to work on setting up the technology for the Vast Tech calls.

6. As part of my duties in this case, I completed the following tasks:

   o On the day of each call (4/1/14, 4/17/14 and 04/24/14) received the laptop from Litigation Support staff member, Calvin Brown.

   o I set up the DSL internet connection on 4/1/14, 4/17/14, 4/24/14 and tested the connection to make sure it was active.

7. On the day of each call (4/1/14, 4/17/14 and 04/24/14), I assisted Mobile Internet Lab staff in the Lab by providing the Canon digital camera and SD memory card. I formatted and installed a new SD card in the camera each time.

8. I remained in the Lab throughout the calls to answer questions and provide support, if necessary.

**EXHIBIT 21**
**FTC-VAST-000682**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, October 30, 2014, in Washington, DC.

_____
Randall S. Clark

**EXHIBIT 21**
**FTC-VAST-000683**

# Exhibit 22

## DECLARATION OF AJAY PATEL

### PURSUANT TO 28 U.S.C. § 1746

I, Ajay Patel, hereby state that I have personal knowledge of the facts and matters set forth below, and if called as a witness, would testify competently thereto:

1.    I am a U.S. citizen over the age of eighteen years old.

2.    I am a Technical Computer Forensic Examiner for the U.S. Federal Trade Commission (FTC) in Washington, DC. My duties include managing the collection, preservation, examination, and analysis of evidentiary electronically stored information ("ESI"), which the FTC collects through voluntary submissions, discovery, and legal proceedings.

3.    Prior to working for the FTC, I was employed by CACI, Inc. in Arlington, VA as a Litigation Support Specialist. I was contracted to work for the Securities and Exchange Commission in Washington, DC as a Litigation Support Specialist. My duties included processing evidence and providing support and guidance to SEC case teams.

4.    I have completed formal classroom training in the use of the forensic software programs from Guidance Software (Encase) and the Access Data Corporation Forensic Toolkit (FTK). Encase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I have met the requirements for the Access Data Certified Examiner (ACE) program and the EnCase Certified Examiner (EnCE) program and was awarded both certifications.

5.    I have completed formal classroom training at the U.S. Department of Defense and I have met the requirements for the DOD Certified Media Collector program and was awarded a certification.

6.    As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and FTC investigators. In the course of my duties, I was assigned to work on the case of *FTC v. Vast Tech, et al.*

**EXHIBIT 22**
**FTC-VAST-000684**

7.     On March 20, 2014, I captured a forensic image of the laptop hard drive, which was set up by Tina Del Beccaro from the Internet Lab team.  This forensic image was used as the baseline image prior to use for investigative calls number 1 and number 2.  The forensic image was named "UCC_20140320."


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 4th day of November 2014, in Washington, DC.


_____

Ajay Patel

**EXHIBIT 22**
**FTC-VAST-000685**

# Exhibit 23

## DECLARATION OF HUGH HUETTNER
### Pursuant to 28 U.S.C. § 1746

I, Hugh Huettner, hereby state that I have personal knowledge of the facts and matters set forth below, and if called as a witness, would testify competently thereto:

1.  I am a U.S. citizen over the age of eighteen years old.

2.  I am the Lead Technical Computer Forensic Examiner for the Federal Trade Commission ("FTC") in Washington, DC. My duties include managing the collection, preservation, examination, and analysis of evidentiary electronically stored information ("ESI"), which the FTC collects through voluntary submissions, discovery, and legal proceedings.

3.  Prior to working for the FTC, I was employed as a Computer Forensic Analyst by the Department of Commerce ("DOC"), Office of Export Enforcement ("OEE"), in Washington, D.C. As a Computer Forensic Analyst, my duties included providing support, advice and investigative guidance to DOC OEE criminal investigators and managers. Additionally, my duties included preserving, collecting, and analyzing digital evidence.

4.  I have a Bachelor of Arts degree in Business Administration from the University of Maryland University College and an Associate's degree in Criminal Justice from Lassen Community College.

5.  I am a graduate of the Apprentice Special Agent's Course sponsored by the United States Army Criminal Investigation Command, and the Criminal Investigator Training Program sponsored by the United States Department of Homeland Security, Federal Law Enforcement Training Center.

6.  I am a graduate from the Department of Homeland Security's Seized Computer Evidence Recovery Specialist and Computer Network Investigations Training Program.

7.  I have completed formal classroom training in the use of forensic software programs from Guidance Software ("Encase") and the Access Data Corporation Forensic Toolkit ("FTK"). Encase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I have met the requirements for the EnCase Certified Examiner ("EnCE") and the Access Data Certified Examiner (ACE) programs, and was awarded and currently maintain both certifications.

8.  I have earned the both the CompTIA A+ and Comp TIA Network+ Information Technology certifications.

**EXHIBIT 23**
**FTC-VAST-000686**

9.     As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and FTC investigators.  In the course of my duties, I was assigned to work on the case of  FTC v. Vast Tech.

10.    I made two pre-call images of the laptop's hard drive. The image name is listed below (the * indicates groups of large numbers of files, each indicating several dozen files with the same naming convention):

Vast
Call 1: 4/1/14
Pre-Call (2nd Image): UCC_20140331\UC_Calls_2.*

Call 3: 4/24/14
Pre-Call (1st Image, Baseline): UCC_20140418\UC_Calls_001.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of October 2014, in Washington, DC.

Hugh Huettner

**EXHIBIT 23**
**FTC-VAST-000687**

# Exhibit 24

## STATE OF FLORIDA
## DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES

IN RE: Vast Tech Support, Yorkshire Bullion

_____/

### AFFIDAVIT

STATE OF FLORIDA
COUNTY OF LEON

   Before me, the undersigned authority, appeared <u>Derek Booth</u> ; who, being personally

known to me, and having first made due oath or affirmation, deposes and states:

1.   My name is <u>Derek Booth</u> and this affidavit is made on my personal knowledge.

2.   I am employed by the Department of Agriculture and Consumer Services ("Department") as

   a(n) <u>Records Analyst</u> in the Division of Consumer Services.

3.   On <u>August 12th, 2014,</u> the Department sent true copies of all records pertaining to Vast Tech

   Support and Yorkshire Bullion.

Affiant

Sworn to and subscribed before me this <u>31st</u> day of _____October 2014_____ .  Personally Known

NOTARY PUBLIC, State of Florida at Large
My Commission Expires:  3-13-17



REGENIA LEE
Notary Public - State of Florida
My Comm. Expires Mar 13, 2017
Commission # FF 009905
Bonded Through National Notary Assn.

1

**EXHIBIT 24**
**FTC-VAST-000688**



Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**CONSUMER COMPLAINT FORM**

November 18, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:    **170840**                    Case Number:  **1311- 54276**

Subject: **Telemarketer**

## Consumer Information:

| | |
|---|---|
| Name: | **CHEVALIER, RAMON E** |
| Country: | **USA** |
| Address: | ■■■■■■■■ |
| City/State/Zip: | ■■■■■■■■ |
| Email: | ■■■■■■■■ |
| I would like to subscribe to the Florida Consumer E-Newsletter: | **No** |
| Age Group: | **36- 45**    Home Phone: ■■■■■   Work/Cell Phone: |

## Business Information (Complaint Filing Against):

| | |
|---|---|
| Name: | **VAST TECH SUPPORT** |
| Address: | **2855 S. CONGRESS AVE SUITE AB** |
| City/State/Zip: | **DELAY BEACH , FL  33445** |
| Phone: | **561- 288- 8142** |
| Authorized to contact Business: | **Yes** |

## Product Information:

| | |
|---|---|
| Product or Service involved: | **REMOTE TECH SUPPORT** |
| Date of Transaction: | |
| Amount Paid: | |
| Did you sign a contract or any similar documents? | **No** |
| When: | |
| Where: | |
| Are you currently represented by a lawyer? | **No** |
| Have you filed suit in court? | **No** |
| Mode of Contact: | **OTHER** |

**Explain your complaint, describing the events in the order in which they occurred.**

I found out through working at this company that they are infecting older peoples computers with a virus called conduit in
order to get unsuspecting people to call back and obtain remote tech support.
They are doing this with no type of telemarketing license and they are not allowing the agents to even mention the conduit
virus if it is noticed on their PC. I spoke to my manager regarding whether or not this were true and he answered by
stating how else do you think we get all these calls.  They also fired me when I did not show up for two days due to the
fact that my schedule was changed with no prior notification. They also do not want to pay me my full paycheck that I
earned because they said they only pay the salary and not the commission to employees no longer working there even if
it was a wrongful termination.

**What would satisfy your complaint?**

I would like everyone to know that these people that are offering to rid your PC of viruses is also the company infecting
your computer with it in the first place so they know not to entrust them with their machine.

## Supporting Documents:

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 1 of 2

**EXHIBIT 24**
**FTC-VAST-000689**



Florida Department of Agriculture and Consumer Services

Division of Consumer Services

**CONSUMER COMPLAINT FORM**

November 18, 2013

**ADAM H. PUTNAM**
**COMMISSIONER**

Please return completed form to:

Florida Department of Agriculture and
Consumer Services
Division of Consumer Services
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

1-800-HELP-FLA-Toll-free from within FL
850-488-2221 - Calling from outside FL
www.800helpfla.com

Online Complaint Number:    **170840**                    Case Number:  **1311- 54276**

Please mail any supporting documents, such as letters written or received from the business, contracts, cancelled checks, receipts or any other proof of purchase/service.  If your complaint involves a product or service that was advertised, include a copy of the advertisement.  Please do not send originals.

Mail supporting documents to:

Florida Department of Agriculture and Consumer Services
Division of Consumer Services
Terry Lee Rhodes Building
2005 Apalachee Parkway
Tallahassee, FL 32399-6500

Report Prepared by: The Florida Department of Agriculture and Consumer Services,  Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database
Report Name: Online_Complaint

Page 2 of 2

**EXHIBIT 24**
**FTC-VAST-000690**

1-800-HELP-FLA (435-7352)
www.800helpfla.com
www.freshfromflorida.com



DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500

# FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

December 31, 2012          **Refer To:   DTN2437067 TC4298**

VAST TECH SUPPORT LLC
2855 S CONGRESS AVE STE A - B
DELRAY BEACH, FL 33445-7312

Dear  Sir or Madam:

This will acknowledge receipt of the affidavit of exemption you submitted on behalf of above-named business.  If your method of soliciting sales is exclusively of the nature described in the affidavit, it does not appear that you will be subject to the licensing requirements of the Florida Telemarketing Act.

Should the nature of your business activities change, or should there be additional facts which were omitted in your representations to us, you should immediately notify the Department so that a new determination of the applicability of the Act can be made.

Should you have any questions regarding the Florida Telemarketing Act, please contact this office.

Sincerely,

*Marcus A Smith*

Marcus A Smith
Regulatory Consultant
850-410-3714
Fax: 850-410-3804
marcus.smith@freshfromflorida.com

Business Location:
2855 S CONGRESS AVE STE A - B
DELRAY BEACH, FL 33445-7312

**EXHIBIT 24**
**FTC-VAST-000691**

1-800-HELP-FLA (435-7352)
www.800helpfla.com
www.freshfromflorida.com



DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500

# FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
## COMMISSIONER ADAM H. PUTNAM

July 22, 2014                    **Refer To:  DTN2586784**

VAST TECH SUPPORT
2855 S CONGRESS AVE
DELRAY BEACH, FL 33445

RE:        Acknowledgment of Independent Agent filing
NUMBER: TI58713  EXPIRATION DATE: July 22, 2015

Dear Sir or Madam:

Based on the affidavit and registration fee filed with the Department, you are now properly filed as an Independent Agent as required by the Florida Sellers of Travel Act, sections 559.926 - 559.939, Florida Statutes.  No further information is required at this time.  Please provide a copy of your written contract if one was not included when you filed your affidavit.

If there is any change in your business structure or practices, contact the Department immediately to determine how the change might affect your status as an Independent Agent.  To retain status as an Independent Agent, you must continue to meet the following criteria;

(1) You must have a written contract with a seller of travel that is operating in compliance with the Florida
    Sellers of Travel Act.

(2) You cannot receive a fee, commission or other valuable consideration directly from a purchaser.

(3) You cannot at any time possess any non-issued ticket stock or travel documents.

(4) You cannot have the ability to issue tickets, vacation certificates, or any other travel documents.

Please remember the Act requires all Independent Agents to file an affidavit and pay the filing fee with the Department ANNUALLY, regardless of whether you represent a Seller of Travel that is exempt from registering with the Department.  In addition, this letter must be prominently displayed in your place of business.

If you have questions or require additional assistance, please contact this office.

                              Sincerely,

                              *Callie Kelley*
                              Callie Kelley
                              Ops - Services
                              850-410-3724
                              callie.kelley@freshfromflorida.com

**EXHIBIT 24**
**FTC-VAST-000692**



**Florida Department of Agriculture and Consumer Services**
**Division of Consumer Services**

**ADAM H. PUTNAM**

### SELLERS OF TRAVEL
### INDEPENDENT SALES AGENT
### STATEMENT OF EXEMPTION

s 559.927(4) and 559.928(3), Florida Statutes

*Mailing Address:*

Attn: Sellers of Travel

Florida Department of Agriculture and Consumer Services

2005 Apalachee Parkway

Tallahassee, FL 32399-6700

www.800helpfla.com

1-800-HELP-FLA (435-7352) FL Only

850-488-2221 Calling Outside Florida

Fax 850-410-3804

**As of July 1, 2008, an annual filing fee of $50 is required for each independent sales agent** (s.559.928, F.S.).
**PLEASE TYPE OR PRINT.**

## APPLICATION INFORMATION

Document Tracking No#       **2586784**       Application Date       **07/16/2014 05:10:06 PM**

I, THE UNDERSIGNED

Name of person making statement:

Elliot                                                                         Loewenstern

| First Name | M.I. | Last Name |
|---|---|---|

CEO                          of       Vast Tech Support

| Title | Name operating under, if different than above |
|---|---|

Located at:

2855 S. Congress Ave.                    in       Delray Beach, Florida 33445

| Business Address of Independent Agent | City, State, Zip Code |
|---|---|

2855 S. Congress Ave.                    in       Delray Beach, Florida 33445

| Mailing Address of Independent Agent | City, State, Zip Code |
|---|---|

accounting@vasttechsupport.com           in       561-948-5915

| Email Address | Business Telephone Number |
|---|---|

| Seller of Travel you Represent | Their Address | Their Seller of Travel or ARC# |
|---|---|---|
| PREFERRED GUEST RESORTS, LLC | 501 N WYMORE RD WINTER PARK, Florida 32789 | ST37842 |

### Uploaded Documents

| **Name** | **Seller License Number** |
|---|---|
| No documents uploaded | |

AND THEREFORE, I:

- Act for or on behalf of a seller of travel that is operating in compliance with Sections 559.926-559.939, Florida Statutes, the Sellers of Travel Act; AND
- Have a written contract with the seller(s) of travel listed above (please provide us a copy of the contract); AND
- Do not receive a fee, commission or other valuable consideration directly from the purchasers of travel or travel related services; AND

EXHIBIT 2A

FTC-VAST-000693

Case 9:14-cv-81397-KAM Document 1-3 Entered on FLSD Docket 11/10/2014 Page 29 of 57

- Do not at any time have any un-issued ticket stock in my possession; AND
- Do not have the ability to issue tickets, lodging or vacation certificates, or any other travel documents.

| Elliot Loewenstern | 7/16/2014 |
|---|---|
| **Signature of Independent Sales Agent** | **Date** |

**EXHIBIT 24**
**FTC-VAST-000694**

*2414422 /BP*

**Florida Department of Agriculture and Consumer Services**
Division of Consumer Services



**ADAM H. PUTNAM**
**COMMISSIONER**

### COMMERCIAL TELEPHONE SELLER
### AFFIDAVIT OF EXEMPTION

Florida Telemarketing Act
ss. 501.601 – 501.626, Florida Statutes
5J-6.013

1-800-HELP-FLA (435-7352) • 850-410-3800 *Calling Outside Florida*
www.800helpfla.com • 850-410-3804 Fax

| Send completed application to: |
| --- |
| **FDACS**<br>Terry Lee Rhodes Building<br>2005 Apalachee Parkway<br>Tallahassee, FL 32314-6500 |

*All documents and attachments submitted with this affidavit are subject to public review pursuant to Chapter 119, F.S.*

**PLEASE TYPE OR PRINT.** Additional pages may be attached if additional space is needed. Please ensure that all attachments reflect the organization's name and the number of the corresponding question.

## Business Information

**1.** **Legal Name of Business** *(if applicant is not an individual legal name as registered with the Florida Department of State):*
Vast Tech Support, LLC

**Fictitious** *(DBA)* **Name:**
Softwaretechsupport.com and Downloadsoftware.com
*All fictitious names must be registered with the Division of Corporations. If business is not an individual then 'Name' is the legal name of the business as listed with the Division of Corporations.*

**2.** **Principal Street Address** *(include APT or SUITE # in all address lines):*   Is this a mail-drop: ☐ Yes ☒ No
7900 Glades Rd. Suite 120

| City: | | State: | Zip Code: |
| --- | --- | --- | --- |
| Boca Raton | | Florida | 33434 |

**Mailing Address** *(if different from above):*

| City: | | State: | Zip Code: |
| --- | --- | --- | --- |
| | | | |

**3.** **Telephone Number:**   **Fax Number:**
( 561 ) 705 - 0012   ( 561 ) 431 - 6127

**Email Address:**   **Website:**
elliot@powersourcemarketing.com
*Future correspondence may be electronic, so please make sure that the provided email is accurate and valid*

**4.** **Federal Employer ID Number (FEIN):**
80 - 0812142

**5.** List all locations from which you will be doing business, that are intended to be covered under this affidavit.
**(Attach a separate sheet if necessary)**

| Legal Name of Business:<br>Vast Tech Support, LLC | | | |
| --- | --- | --- | --- |
| **Physical Street Address** *(if applicable please include suite, apartment and/or unit numbers):*<br>7900 Glades Rd. Suite 120 | | | |
| City:<br>Boca Raton | | State:<br>FL | Zip Code:<br>33434 |

DACS-10001 Rev. 07/11
Page 11 of 13

*(right margin, rotated)* 2012 SEP 27 AM 12: 56   DIVISION OF CONSUMER SERVICES

**EXHIBIT 24**
**FTC-VAST-000695**

| Legal Name of Business: |
|---|

Physical Street Address *(if applicable please include suite  apartment and/or unit numbers):*

| City: | State: | Zip Code: |
|---|---|---|

| Legal Name of Business: |
|---|

Physical Street Address *(if applicable please include suite, apartment and/or unit numbers):*

| City: | State: | Zip Code: |
|---|---|---|

Check here if no additional locations are to be covered under this affidavit.  ☐  N/A

## Basis for Exemption

**STATE OF:**   Florida

**COUNTY OF:**   Palm Beach

Personally appeared before me, the undersigned authority  Elliot Loewenstern ,
*Name of Person Making Statement*

whose title is  Managing Partner  of Vast Toch Support, LLC
*Title of Person Making Statement*            *Name of Business*

located in Boca Raton, FL 33434  located at 7900 Glades Rd. Suite 120
*City, State and Zip Code*            *Street Address*

who, having first made due oath or affirmation, says:

**This business is exempt from the licensing requirements of the Florida Telemarketing Act, Chapter 501, Part IV, Florida Statutes, because it meets the requirements of the following exemption(s): CHECK ALL THAT APPLY**

☐ *§501.604(2). F.S., exempts a person soliciting for religious, charitable, political, or educational purposes. A person soliciting for noncommercial purposes is exempt only if that person is soliciting for a nonprofit corporation and if that corporation is properly registered as such with the Secretary of State and is included within the exemption of s.501(c)(3) or s.501(c)(6) of the Internal Revenue Code.*

☐ *§501.604(3). F.S., exempts a person who does not make the major sales presentation during the telephone solicitation and who does not intend to, and does not actually, complete or obtain provisional acceptance of a sale during the telephone solicitation, but who makes the major sales presentation and completes the sale at a later face-to-face meeting between the seller and the prospective purchaser in accordance with the home solicitation provisions in this chapter. However, if a seller, directly following a telephone solicitation, causes an individual whose primary purpose it is to go to the prospective purchaser to collect the payment or deliver any item purchased, this exemption does not apply.*

☐ *§501.604(5). F.S., exempts a person primarily soliciting the sale of a newspaper of general circulation.*

☐ *§501.604(6). F.S., exempts a book, video, or record club or contractual plan or arrangement: (a) Under which the seller provides the consumer with a form which the consumer may use to instruct the seller not to ship the offered merchandise. (b) Which is regulated by the Federal Trade Commission trade regulation concerning "use of negative opion plans by sellers in commerce." (c) Which provides for the sale of books, records, or videos which are not covered under paragraphs (a) or (b), including continuity plans, subscription arrangements, standing order arrangements, supplements, and series arrangements under which the seller periodically ships merchandise to a consumer who has consented in advance to receive such merchandise on a periodic basis.*

☐ *§501.604(9). F.S., exempts a person soliciting the sale of services provided by a cable television system operating under authority of a franchise or permit.*

DACS-10001 Rev. 07/11
Page 12 of 13

**EXHIBIT 24**
**FTC-VAST-000696**

☐ §501.604(10), F.S., exempts a business-to-business sale where: (a) The commercial telephone seller has been operating continuously for at least 3 years under the same business name and has at least 50 percent of its dollar volume consisting of repeat sales to existing businesses. (b) The purchaser business intends to resell or offer for the purposes of advertisement or as a promotional item the property or goods purchased; or (c) The purchaser business intends to use the property or goods purchased in a recycling, reuse, remanufacturing, or manufacturing process.

☐ §501.604(11), F.S., exempts person who solicits sales by periodically publishing and delivering a catalog of the seller's merchandise to prospective purchasers. If the catalog: (a) Contains a written description or illustration of each item offered for sale, (b) Includes the business address or home office address of the seller, (c) Includes at least 20 pages of written material and illustrations and is distributed in more than one state. (d) Has an annual circulation by mailing of not less than 150,000.

☒ §501.604(12), F.S. exempts a person who solicits contracts for the maintenance or repair of goods previously purchased from the person making the solicitation or on whose behalf the solicitation is made.

☐ §501.604(17), F.S., exempts a business soliciting exclusively the sale of telephone answering services provided that the telephone answering services will be supplied by the solicitor.

☒ §501.604(21), F.S., exempts a person who has been operating, for at least 1 year, a retail business establishment under the same name as that used in connection with telemarketing, and both of the following occur on a continuing basis: (a) Either products are displayed and offered for sale or services are offered for sale and provided at the business establishment. (b) A majority of the seller's business involves the buyer obtaining such products or services at the seller's location. If applying for this exemption, please provide all documentation required in Florida Administrative Code Rule 5J-6.013(2).

☐ §501.604(24), F.S., exempts any person which has been providing telemarketing sales services continuously for at least 5 years under the same ownership and control and which derives 75 percent of its gross telemarketing sales revenues from contracts with persons exempted in this section

☐ §501.604(25), F.S., exempts a publisher, or an agent of a publisher by written agreement, who solicits the sale of the publisher's periodical or magazine of general, paid circulation. The term "paid circulation" shall not include magazines that are only circulated as part of a membership package or that are given as a free gift or prize from the publisher or agent of the publisher by written agreement.

This affidavit is made to claim an exemption from the licensing requirements of the Florida Telemarketing Act in order that the affiant's business may obtain an occupational license. I understand that §501.616(4), F.S., provides it is unlawful for any commercial telephone seller or salesperson to engage in non-exempt commercial telephone solicitation activities without a license and provides for civil penalties of up to $10,000 per violation in §501.619, F.S. In addition, §501.623(3), F.S., provides that any commercial telephone seller or salesperson who engages in non-exempt telemarketing activities without a license commits a felony of the third degree. Should the nature of these business activities change, the Department shall be notified immediately of the change so that a new determination of the applicability of the Act can be made at that time.

_____   ___9/24/12___
Affiant's Signature                  Date

Sworn to (or affirmed) and signed before me, this __24__ day of __September__, 20 _13_, by

_Elliot A. Loewenstein_, who is personally known to me or who has produced as identification.
Drivers License Number ████████

MY COMMISSION EXPIRES: _9/25/5_

SEAL/STAMP

Notary Public State of Florida
Bobbi A Swinehart
My Commission EE108630
Expires 09/25/2015

_____
(Notary Public Signature)

_Bobbi A. Swinehart._
(Notary Public Name, Please Print)

EXHIBIT 24
FTC-VAST-000697

 

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List  .  Next on List  .  Return To List

**No Events**  .  **No Name History**

Entity Name Search

Submit

# Detail by Entity Name

## Florida Limited Liability Company

VAST TECH SUPPORT LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L12000059935 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/03/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 05/03/2012 |

## Principal Address

7900 GLADES RD
SUITE120
BOCA RATON FL 33434

## Mailing Address

7900 GLADES RD
SUITE120
BOCA RATON FL 33434

## Registered Agent Name & Address

CHEPOVSKY, DONALD
7900 GLADES RD
120
BOCA RATON FL 33434 US

## Manager/Member Detail

**Name & Address**

Title MGRM

POMPILE, LISA R
18317 FRESH LAKE WAY
BOCA RATON FL 33498

Title MGRM

POWER SOURCE MARKETING
7900 GLADES RD SUITE 120
BOCA RATON FL 33434

## Annual Reports

**No Annual Reports Filed**

## Document Images

**EXHIBIT 24**

mhtml:file://J:\GLOBAL\PRR\PRR 5500\BOC DOCUMENTS\VAST TECH SUPPORT ...   8/12/2014

05/03/2012 – Florida Limited Liability [View image in PDF format]

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List

**No Events**    **No Name History**

Entity Name Search

Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

**Booth, Derek**

| | |
|---|---|
| **From:** | Smith, Marcus |
| **Sent:** | Wednesday, October 03, 2012 1:26 PM |
| **To:** | 'Elliot Loewenstern' |
| **Subject:** | RE: Vast Tech Support |
| **Attachments:** | VAST TECH SUPPORT LLC.pdf |

Mr. Loewenstern,

Please see the attached letter of acknowledgment.

Take care,

Marcus

**Marcus A. Smith**
Regulatory Consultant
Division of Consumer Services
Florida Department of Agriculture and Consumer Services

(850) 410-3714
(850) 410-3804 Fax
Marcus.Smith@FreshFromFlorida.com

The Rhodes Building
2005 Apalachee Parkway
Tallahassee, Fl. 32399

www.FreshFromFlorida.com

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).
Most written communications to or from state employees are public records obtainable
by the public upon request. Emails sent to me at this email address may be considered
public and will only be withheld from disclosure if deemed confidential pursuant to the
laws of the State of Florida.

---

**From:** Elliot Loewenstern [mailto:elliot@powersourcemarketing.com]
**Sent:** Wednesday, October 03, 2012 1:16 PM
**To:** Smith, Marcus
**Subject:** Vast Tech Support

Marcus,
            The name on our telemarketing affidavit should have read
Vast Tech Support LLC with no comma attached. Please be advised that I am a managing Partner of Power Source
Marketing who is a manager of Vast Tech Support.

Elliot Loewenstern Managing Partner
Power Source Marketing LLC
7900 Glades Rd Suite 120
Boca Raton, Florida 33496
(o) 561-705-0012
(C ) 561-251-7254
(F) 561-431-6127
elliot@powersourcemarketing.com

1

**EXHIBIT 24**
**FTC-VAST-000700**



1-800-HELP-FLA (435-7352)
www.800helpfla.com
www.freshfromflorida.com

DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500

## FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
### COMMISSIONER ADAM H. PUTNAM

October 3, 2012          **Refer To:   DTN2414422**

VAST TECH SUPPORT LLC
7900 GLADES RD STE 120
BOCA RATON, FL 33434-4104

Dear  Sir or Madam:

This will acknowledge receipt of the affidavit of exemption you submitted on behalf of above-named business.  If your method of soliciting sales is exclusively of the nature described in the affidavit, it does not appear that you will be subject to the licensing requirements of the Florida Telemarketing Act.

Should the nature of your business activities change, or should there be additional facts which were omitted in your representations to us, you should immediately notify the Department so that a new determination of the applicability of the Act can be made.

Should you have any questions regarding the Florida Telemarketing Act, please contact this office.

Sincerely,

*Marcus A Smith*

Marcus A Smith
Regulatory Consultant
850-410-3714
Fax: 850-410-3804
marcus.smith@freshfromflorida.com

Business Location:
7900 GLADES RD STE 120
BOCA RATON, FL 33434-4104

**EXHIBIT 24**
**FTC-VAST-000701**

**Booth, Derek**

| | |
|---|---|
| **From:** | Elliot Loewenstern [elliot@powersourcemarketing.com] |
| **Sent:** | Monday, December 31, 2012 10:37 AM |
| **To:** | Smith, Marcus |
| **Subject:** | RE: Moving the business |

We would have A and B

---

**From:** Smith, Marcus [mailto:Marcus.Smith@freshfromflorida.com]
**Sent:** Monday, December 31, 2012 10:25 AM
**To:** Elliot Loewenstern
**Subject:** RE: Moving the business

Elliot,

What suite are you in? A B C

Thanks,

Marcus


**Marcus A. Smith**
Regulatory Consultant
Division of Consumer Services
Florida Department of Agriculture and Consumer Services

(850) 410-3714
(850) 410-3804 Fax
Marcus.Smith@FreshFromFlorida.com

The Rhodes Building
2005 Apalachee Parkway
Tallahassee, Fl. 32399

www.FreshFromFlorida.com

Please note that Florida has a broad public records law (Chapter 119, Florida Statutes).
Most written communications to or from state employees are public records obtainable
by the public upon request. Emails sent to me at this email address may be considered
public and will only be withheld from disclosure if deemed confidential pursuant to the
laws of the State of Florida.

---

**From:** Elliot Loewenstern [mailto:elliot@powersourcemarketing.com]
**Sent:** Monday, December 31, 2012 10:17 AM
**To:** Smith, Marcus
**Subject:** Moving the business


Marcus,
        Per discussion Vast Tech Support LLC (reference number DTN2414422) are moving to a new location at 2855
South Congress Ave , Delray Beach, Florida 33445. Thank you for your help its most appreciated.

1

**EXHIBIT 24**
**FTC-VAST-000702**

1-800-HELP-FLA (435-7352)
www.800helpfla.com
www.freshfromflorida.com



DIVISION OF CONSUMER SERVICES
2005 APALACHEE PKWY
TALLAHASSEE FL 32399-6500

## FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
## COMMISSIONER CHARLES H. BRONSON

March 9, 2010      Refer To:   DTN2045224

YORKSHIRE BULLION
1001 NW 51ST ST STE 305
BOCA RATON, FL 33431-4403

Dear Sir or Madam:

This will acknowledge receipt of the affidavit of exemption you submitted on behalf of above-named business. If your method of soliciting sales is exclusively of the nature described in the affidavit, it does not appear that you will be subject to the licensing requirements of the Florida Telemarketing Act.

Should the nature of your business activities change, or should there be additional facts which were omitted in your representations to us, you should immediately notify the Department so that a new determination of the applicability of the Act can be made.

Should you have any questions regarding the Florida Telemarketing Act, please contact this office.

Sincerely,

CHARLES H. BRONSON
COMMISSIONER OF AGRICULTURE

*Sherni Neal*

Sherni Neal
Senior Analyst
1-800-HELP-FLA, (850) 488-2221
Fax: 850-410-3804
neals@doacs.state.fl.us

**EXHIBIT 24**
**FTC-VAST-000703**

2045224/SH



Florida Department of Agriculture and Consumer Services
Division of Consumer Services

**COMMERCIAL TELEPHONE SELLER**
**AFFIDAVIT OF EXEMPTION**

s.501.608, Florida Statutes

**CHARLES H. BRONSON**
**COMMISSIONER**

Please Remit To:

Florida Department of Agriculture and
Consumer Services
2005 Apalachee Parkway
Terry Lee Rhodes Building
Tallahassee, FL 32301

www.800helpfla.com
1-800-HELP-FLA (435-7352) FL Only
850-488-2221 Calling Outside Florida
Fax 850-410-3804

*Note: All documents and attachments submitted with this affidavit are subject to public review pursuant to Chapter 119, F.S.*

**PLEASE TYPE OR PRINT. Additional pages may be attached if additional space is needed.** Please ensure that all
attachments reflect the organization's name and the number of the corresponding question.

**BUSINESS INFORMATION**

**1. Business Name\*\*:**

| Y | O | R | K | S | H | I | R | E | | B | U | L | L | I | O | N | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | |

**Fictitious (DBA) Name(s)\*\*:**

| | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | |

*\*\*All fictitious names must be registered with the Division of Corporations. If business is a corporation then 'Name' is the legal
name of the business as listed with the Division of Corporations. You must list all names under which you intend to do business.*

**2. Principle Street Address (if applicable please include suite, apartment and/or unit numbers):**

| 1 | 0 | 0 | 1 | | Y | A | M | A | T | O | | R | D | | S | U | I | T | E | | 3 | 0 | 5 | |

City:
| B | O | C | A | | R | A | T | O | N | | | | | | |   State: | F | L |   Zip Code: | 3 | 3 | 4 | 3 | 1 | - | | | | |

**Is this a mail-drop?** ☒ Yes   ☐ No

**Mailing Address (if different from above, also please include suite, apartment and/or unit numbers):**

| | | | | | | | | | | | | | | | |

City:
| | | | | | | | | | | | | | | | |   State: | | |   Zip Code: | | | | | | - | | | | |

**3. Telephone Number:**
( 5 6 1 ) 6 9 3 - 4 5 2 5     **Fax Number:** ( 5 6 1 ) 4 3 1 - 2 2 7 5

**Email Address:**

| | | | | | | | | | | | | | | | | | | | | | | | | |

**Website:**
| Y | O | R | K | S | H | I | R | E | B | U | L | L | I | O | N | . | C | O | M | | | | | |

**4. Federal Employer ID Number (FEIN):** s.119.092, F.S.
| 2 | 7 | - | 0 | 9 | 2 | 4 | 9 | 1 | 2 |

**5. List all locations from which you will be doing business, that are intended to be covered under this affidavit. (Attach a
separate sheet if necessary)**
**a. Name:**
| Y | O | R | K | S | H | I | R | E | | B | U | L | L | I | O | N | | | | | | | | |

DACS-10001 Rev. 04/08
Page 10 of 12


EXHIBIT 24
FTC-VAST-000704

**Street Address** (if applicable please include suite, apartment and/or unit numbers):

| 7 | 5 | 0 |   | 3 | r | d |   | A | V | e |   | S | U | I | T | E |   | 1 | 0 | 0 | 8 |   |   |   |   |   |

**City:**

| N | E | U |   | Y | O | R | K |   |   |   |   |   |   |   |   |   |   |

**State:** N Y   **Zip Code:** 1 0 0 1 7 -

**b. Name:**

**Street Address** (if applicable please include suite, apartment and/or unit numbers):

**City:**   **State:**   **Zip Code:** -

**c. Name:**

**Street Address** (if applicable please include suite, apartment and/or unit numbers):

**City:**   **State:**   **Zip Code:** -

Check here if no additional locations are to be covered under this affidavit.  ☑ N/A

## BASIS FOR EXEMPTION

**STATE OF:** FLORIDA

**COUNTY OF:** PALM BEACH

Personally appeared before me, the undersigned authority  JON VASTA
_Name of Person Making Statement_

whose title is  PRESIDENT  of  YORKSHIRE BULLION
_Title of Person Making Statement_    _Name of Business_

located in  BOCA RATON , FL 33431  located at  1001 YAMATO
_City, State and Zip Code_    _Street Address_

who being duly sworn, says:

**This business is exempt from the licensing requirements of the Florida Telemarketing Act, Chapter 501, Part IV, Florida Statutes, because it meets the requirements of the following exemption(s): CHECK ALL THAT APPLY**

☐ §501.604(2), F.S., exempts a person soliciting for religious, charitable, political, or educational purposes. A person soliciting for noncommercial purposes is exempt only if that person is soliciting for a nonprofit corporation and if that corporation is properly registered as such with the Secretary of State and is included within the exemption of s.501(c)(3) or s.501(c)(6) of the Internal Revenue Code.

☐ §501.604(3), F.S., exempts a person who does not make the major sales presentation during the telephone solicitation and who does not intend to, and does not actually, complete or obtain provisional acceptance of a sale during the telephone solicitation, but who makes the major sales presentation and completes the sale at a later face-to-face meeting between the seller and the prospective purchaser in accordance with the home solicitation provisions in this chapter. However, if a seller, directly following a telephone solicitation, causes an individual whose primary purpose it is to go to the prospective purchaser to collect the payment or deliver any item purchased, this exemption does not apply.

☐ §501.604(5), F.S., exempts a person primarily soliciting the sale of a newspaper.

☐ §501.604(6), F.S., exempts a book, video, or record club or contractual plan or arrangement: (a) Under which the seller provides the consumer with a form which the consumer may use to instruct the seller not to ship the offered merchandise. (b) Which is regulated by the Federal Trade Commission trade regulation concerning "use of negative option plans by sellers in commerce." (c) Which provides for the sale of books, records, or videos which are not covered under paragraphs (a) or (b), including continuity plans, subscription arrangements, standing order arrangements, supplements, and series arrangements under which the seller periodically ships merchandise to a consumer who has consented in advance to receive such merchandise on a periodic basis.

DACS-10001 Rev. 04/08
Page 11 of 12

BRANDON T. SARGENT
Comm# DD0846392
Expires 12/17/2012
Florida Notary Assn., Inc

EXHIBIT 24
FTC-VAST-000705

☐ §501.604(9), F.S., exempts a person soliciting the sale of services provided by a cable television system operating under authority of a franchise or permit.

☐ §501.604(10), F.S., exempts a business-to-business sale where: (a) The commercial telephone seller has been operating continuously for at least 3 years under the same business name and has at least 50 percent of its dollar volume consisting of repeat sales to existing businesses. (b) The purchaser business intends to resell or offer for the purposes of advertisement or as a promotional item the property or goods purchased; or (c) The purchaser business intends to use the property or goods purchased in a recycling, reuse, remanufacturing, or manufacturing process.

☐ §501.604(11), F.S., exempts person who solicits sales by periodically publishing and delivering a catalog of the seller's merchandise to prospective purchasers, if the catalog: (a) Contains a written description or illustration of each item offered for sale. (b) Includes the business address or home office address of the seller. (c) Includes at least 20 pages of written material and illustrations and is distributed in more than one state. (d) Has an annual circulation by mailing of not less than 150,000.

☐ §501.604(12), F.S. exempts a person who solicits contracts for the maintenance or repair of goods previously purchased from the person making the solicitation or on whose behalf the solicitation is.

☐ §501.604(17), F.S., exempts a business soliciting exclusively the sale of telephone answering services provided that the telephone answering services will be supplied by the solicitor.

☑ §501.604(21), F.S., exempts a person soliciting business from prospective consumers who have an existing business relationship with or who have previously purchased from the business enterprise for which the solicitor is calling, if the solicitor is operating under the same exact business name.

☐ §501.604(22), F.S., exempts a person who has been operating, for at least 1 year, a retail business establishment under the same name as that used in connection with telemarketing, and both of the following occur on a continuing basis: (a) Either products are displayed and offered for sale or services are offered for sale and provided at the business establishment. (b) A majority of the seller's business involves the buyer obtaining such products or services at the seller's location.

☐ §501.604(24), F.S., exempts any person which has been providing telemarketing sales services continuously for at least 5 years under the same ownership and control and which derives 75 percent of its gross telemarketing sales revenues from contracts with persons exempted in this section.

☐ §501.604(26), F.S., exempts a publisher, or an agent of a publisher by written agreement, who solicits the sale of his periodical or magazine of general paid circulation. The term "paid circulation" shall not include magazines that are only circulated as part of a membership package or that are given as a free gift or prize from the publisher or agent of the publisher by written agreement.

This affidavit is made to claim an exemption from the licensing requirements of the Florida Telemarketing Act in order that the affiant's business may obtain an occupational license. I understand that §501.616(4), F.S., provides it is unlawful for any commercial telephone seller or salesperson to engage in non-exempt commercial telephone solicitation activities without a license and provides for civil penalties of up to $10,000 per violation in §501.619, F.S. In addition, §501.623(3), F.S., provides that any commercial telephone seller or salesperson who engages in non-exempt telemarketing activities without a license commits a felony of the third degree. Should the nature of these business activities change, the Department will be notified immediately of the change so that a new determination of the applicability of the Act can be made at that time.

_____   _____
Affiant's Signature      Date (3/2/10)

Sworn to and signed before me, this __2__ day of __MARCH__, 20 _10_, by

__Jon VASTA__, who is personally known to me or who has produced as identification

and who did take an oath.

MY COMMISSION EXPIRES: __12/17/12__

SEAL/STAMP

BRANDON T. SARGENT
Comm# DD0846392
Expires 12/17/2012
Florida Notary Assn., Inc

_____
(Notary Public Signature)

__Brandon Sargent__
(Notary Public Name, Please Print)

DACS-10001 Rev. 04/08
Page 12 of 12

FTC-VAST-000706   EXHIBIT 24

Report Name: Case_Summary
Report Date: 08/04/2014  08:40:35
Report Generated by: CAROL ALLEN

# Case Summary Report

Page 1 of 2

**Case Number: 1007- 23331**     Case Status: **Closed**     Recv Date:**07/07/2010**

| | |
|---|---|
| Name: | **YORKSHIRE BULLION** |
| Business Address: | **1001 NW 51ST ST STE 305, BOCA RATON, FL 33431- 4403** |
| Region/County | **South / PALM BEACH** |
| Phone(Business): | **561- 693- 4525** |
| Phone(Fax): | **561- 431- 2275** |
| Subject: | **700 - Telemarketer** |
| Commercial Telephone Seller: | **TC3618**   Expiration Date:   Status: **Closed - out of business** |

**Investigator:**     **MIRISASHA A VELEZ**     Phone Number  **850- 410- 3724**

Phone Shop:     Completed: **07/13/2010**     **Phone call/fax/email  (MARCUS A SMITH)**
Bus called asking about adding a relative to the license.

Company Comments:

Case Summary:     **The business, Yorkshire Bullion, was scheduled to be visited and have a compliance inspection conducted.**

**A regulatory onsite conducted on 07/13/10 between FDACS and OALE found that the business had vacated the premises and was no longer operating at the location.  No further information could be gathered regarding possible whereabouts.**

**No further action necessary.  Case closed.**

| Start Date | Case Activities |
|---|---|
| 07/07/2010 | **Case assigned to Investigator  (MIRISASHA A VELEZ)**<br>Case assigned to SFI Velez. |
| 07/07/2010 | **Case initially reviewed  (MIRISASHA A VELEZ)**<br>Precious Metals sweep |
| 07/07/2010 | **DOS Search  (MIRISASHA A VELEZ)**<br>Found active FL corporate filing for: YORKSHIRE BULLION, LLC;  Date Filed 09/15/2009;  Principal Address listed: 1001 YAMATO RD, STE 305, BOCA RATON FL 33431;  Manager/Member Detail: JON-PAUL VASTA |
| 07/07/2010 | **Internet search  (MIRISASHA A VELEZ)**<br>Found active website:  www.yorkshirebullion.com |
| 07/07/2010 | **Evidence uploaded  (MIRISASHA A VELEZ)**<br>* FL Div of Corps page |
| 07/13/2010 | **On- Site conducted (Physical)  (MIRISASHA A VELEZ)**<br>Attempted regulatory onsite.  Location was vacated.  Suite 305 was empty/locked and had an eviction notice taped to the door and suite 302 was also locked/vacant.  Spoke to the property manager, Sean Beers, who confirmed the tenants in those suites (Yorkshire Bullion and Madison Metals) had vacated in the middle of the night about a week/week and a half prior. |
| 07/13/2010 | **On- Site conducted (Physical)  (RICHARD STRONG)**<br>Location was vacated.  Suite 305 was empty/locked and had an eviction notice taped to the door and suite 302 was also locked/vacant. |
| 07/13/2010 | **On- Site conducted (Physical)  (RODERICK PAYNE)**<br>Business visited by w/ Investigator Velez, Supervisor Rick Strong, and Ag. Law; Business was vacaeted an eviction notice was taped to the door confirming the business was no longer at this location. |
| 07/15/2010 | **Phone Call  (MIRISASHA A VELEZ)**<br>RECEIVED CALL from Geaneen Arends, General Counsel for Portfolio Property Management Global (the property manager).  She wanted to let me know they had a list of all the employees and their cars w/tag #s and did I want it.  Asked her to please fax to my attention. |
| 07/15/2010 | **Documents received  (MIRISASHA A VELEZ)**<br>RECEIVED FAX from Geaneen Arends of the tag/auto/contact info for the employees of Yorkshire Bullion. |

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

**EXHIBIT 24**
**FTC-VAST-000707**

Report Name: Case_Summary
Report Date: 08/04/2014 08:40:35
Report Generated by: CAROL ALLEN

# Case Summary Report

Page 2 of 2

Case Number: **1007- 23331**      Case Status: **Closed**                    Recv Date: **07/07/2010**

| Start Date | Case Activities |
|---|---|
| 07/16/2010 | **Evidence uploaded  (MIRISASHA A VELEZ)**<br>  * fax with contact/auto/tag information on the employees |
| 07/23/2010 | **Closing comments  (MIRISASHA A VELEZ)**<br>  NSBO |
| 07/23/2010 | **Case report sent to supervisor for review  (MIRISASHA A VELEZ)**<br>  Please review for closure... |
| 08/13/2010 | **Case reviewed by supervisor  (RICHARD STRONG)**<br>  closed NSBO |

Prepared by: The Florida Department of Agriculture and Consumer Services, Division of Consumer Services
Data Source: Division of Consumer Services (DOCS) Oracle Database

**EXHIBIT 24**
**FTC-VAST-000708**



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List          Entity Name Search

No Events        No Name History                              | Submit |

## Detail by Entity Name

### Florida Limited Liability Company

YORKSHIRE BULLION, LLC

### Filing Information

**Document Number** L09000088720
**FEI/EIN Number** 270924912
**Date Filed** 09/15/2009
**State** FL
**Status** ACTIVE
**Effective Date** 09/15/2009

### Principal Address

1001 YAMATO ROAD
SUITE 305
BOCA RATON FL 33431

### Mailing Address

1001 YAMATO ROAD
SUITE 305
BOCA RATON FL 33431

### Registered Agent Name & Address

VASTA, JON-PAUL
1001 YAMATO ROAD
SUITE 305
BOCA RATON FL 33431 US

### Manager/Member Detail

**Name & Address**

Title MGRM

VASTA, JON-PAUL
1001 YAMATO ROAD SUITE 305
BOCA RATON FL 33431

### Annual Reports

**Report Year    Filed Date**
2010          01/05/2010

### Document Images

01/05/2010 -- ANNUAL REPORT    |    View image in PDF format    |
09/15/2009 -- Florida Limited Liability    |    View image in PDF format    |

| Note: This is not official record. See documents if question or conflict. |

Previous on List    Next on List    Return To List          Entity Name Search

No Events        No Name History                              | Submit |

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

**EXHIBIT 24**
**FTC-VAST-000709**
8/4/2014







PORTFOLIO PROPERTY
MANAGEMENT
GLOBAL, LLC

---

### FACSIMILE TRANSMITTAL SHEET

---

TO: SASHA VELEZ, SENIOR FINANCIAL INVESTIGATOR        Fax: (407) 251-2341
   Division of Consumer Service
   State of Florida Dept. of Agriculture and
   Consumer Services

---

TO: ANDREA APPELMAN, AREA FINANCIAL MGR.        Fax: (561) 837-5032
   Office of Financial Regulation
   State of Florida Bureau of Financial Investigations

---

FROM : GEANEEN ARENDS, GENERAL COUNSEL        DATE: 7/15/2010

---

TOTAL NO. OF PAGES INCLUDING COVER: 7

---

RE:

---

☐ URGENT        ☐ FOR REVIEW        ☐ PLEASE COMMENT        ☐ PLEASE REPLY        ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Ms. Velez and Ms. Appelman:

Attached is the contact list and employee car information that we have for Madison Metals and Yorkshire Bullion.

The information in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the number below and return the original message to us at the address below. Thank you.

---

100 RIVER PLACE DRIVE, SUITE 300
DETROIT, MICHIGAN 48207
TELEPHONE 313.221.1270 ♦ FACSIMILE 313.221.1271

**EXHIBIT 24**

07/15/2010 THU 16:05  FAX                                                @009/005



### Tenant Contact Information Form
#### (Please print or type)

PORTFOLIO PROPERTY
MANAGEMENT
GLOBAL, LLC

Tenant Name: Yorkshire bullion

Building Address: 1001 Yamato Rd #'s 302 + 305

Main Office and Fax Numbers: (561)693-4525   fax (561) 431-2275

**Primary Contact**
Name: Jon Paul Vaster

Direct Dial: (561) 693-4525                              ~~send to~~
                                                         Both contacts.
Direct Fax (if different from above):  561 431-2275

Cellular Number: █████████████

E-mail Address: ██████████████

**Secondary Contact**
Name: Lisa Pomgile

Direct Dial: (561) 693-4525

Direct Fax (if different from above):

Cellular Number: ████████████

E-mail Address: ████████████████

**Emergency Contact**
Name: Jordan Chibnick

Home:

Cellular Number: ████████████

**Accounts Payable Contact**
Name: Ari Schachter

Direct Dial: (786) 426-6462

Direct Fax (if different from above):

E-mail Address: ████████████████

Mailing Address (if different from above):

Rachel Lentz
RLentz@Yorkshirebullion.com

**EXHIBIT 24**
**FTC-VAST-000711**

07/15/2010 THU 16:05 FAX



**Tenant Contact Information Form**
(Please print or type)

PORTFOLIO PROPERTY
MANAGEMENT
GLOBAL LL C

Tenant Name: Madison Metals LLC

Building Address: 1001 Yamato Rd. Suite 302

Main Office and Fax Numbers: 866-403-2750 / 561-431-4641

**Primary Contact**
Name: Ari Schachter
Direct Dial: 866-403-2750 ext. 102
Direct Fax (if different from above): 561-431-4641
Cellular Number: ███████████
E-mail Address: ███████████

**Secondary Contact**
Name: Jon-Paul Vasta
Direct Dial: 866-403-2750 ext. 324
Direct Fax (if different from above):
Cellular Number: ███████████
E-mail Address: ███████████

**Emergency Contact**
Name: Steven Dapizzo
Home: ███████████
Cellular Number: ███████████

**Accounts Payable Contact**
Name: Ari Schachter
Direct Dial: ███████████
Direct Fax (if different from above):
E-mail Address: ███████████

Mailing Address (if different from above):

**EXHIBIT 24**
**FTC-VAST-000712**

Suite 302/305 Parking info – We currently pay for 3 spaces but only occupy 2. We would
like to know how to cancel the 3rd parking space.

Jon-Paul Vasta parks in space ▮▮▮▮
Car is ▮▮▮▮
License Plate # is ▮▮▮▮▮
Contact #'s are office 866-924-2279 ext. 324 cell ▮▮▮▮▮▮▮

Steven Dapuzzo parks in space ▮▮▮▮▮
Car is ▮▮▮▮▮
License plate # is ▮▮▮▮▮
Contact # is ▮▮▮▮▮

**EXHIBIT 24**
**FTC-VAST-000713**

# Exhibit 25

## DECLARATION OF MICHAEL OLD
## PURSUANT TO 28 U.S.C. § 1746

I, Michael Old, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1.  I am over 21 years old and live in Chesapeake Beach, VA.

2.  I am disabled and my income comes mainly from disability payments.

3.  On or around summer 2009, I invested money in a company called Madison Metals.  Jon-Paul Vasta was the Madison Metals representative I worked with.

4.  A few months after that investment, I received some funds back from Madison Metals and a call from Mr. Vasta.  Mr. Vasta told me that he was forming his own company, Yorkshire Bullion, LLC.  Mr. Vasta told me that I should invest my money with his new company.

5.  According to Mr. Vasta, I was investing in "Leveraged Bullion."  This meant, in theory most of the precious metals Yorkshire Bullion bought for me would be financed by a loan, with my cash investment and the precious metals as the collateral.  Each month I would have to pay interest on the outstanding loan, but my investment portfolio would grow as the per ounce price of the precious metals I purchased increased.  Mr. Vasta noted in communications with me that the dollar was down and the price of gold was going up.

6.  Mr. Vasta made it clear to me that the metals purchased pursuant to my investment and loan would be mine, and that I could take physical possession of them if I wished.  However, for reasons of security and ease for trading, Mr. Vasta suggested that I store the precious metals with Yorkshire Bullion.  This made sense to me, and Mr. Vasta told me that I could visit or take possession of the precious metals whenever I wanted.

Declaration of Michael Old

**EXHIBIT 25**
**FTC-VAST-000714**

7. Mr. Vasta's pitch sounded very promising. On or about September 29, 2009, I executed several Yorkshire Bullion application forms. I recall that Mr. Vasta had a younger associate, Mr. Jordan Chibnick. All of my interactions with Yorkshire Bullion were with either Mr. Vasta or Mr. Chibnick.

8. Following Mr. Vasta and Chibnick's directions, on or about October 9, 2009, I transferred $35,000 to Yorkshire Bullion pursuant to Mr. Vasta's instructions, and on or about November 30, 2009, I transferred another $15,000 to Yorkshire Bullion for a total of $50,000. That $50,000 was almost all of my savings.

9. My monthly account statements showed that after my November 2009 investment, I had purchased more than $130,000 in gold. The monthly accountant statements also showed me the interest payments, commissions and other fees Yorkshire Bullion debited from my investment account.

10. The price of gold fluctuated, but my investment seemed stable. Then, around April 2010, I stopped receiving my monthly account statements from Yorkshire Bullion. I called Mr. Vasta many times and left many messages, but none were returned.

11. Finally, in September 2010, I was able to reach Mr. Chibnick by email. He mailed me copies of my April – August 2010 account statements on or about September 13, 2010. A copy of my September 10-13 email communications is attached as Attachment A to my declaration. My personal information has been redacted.

12. When I received my statements, I was puzzled. While the price of gold had been going up, my Yorkshire Bullion account was now only worth $8,000.

13. On or about September 23, 2010, I emailed Mr. Chibnick again to find out what had happened to my money. Mr. Chibnick replied in an email that on April 1 2010, my gold

**EXHIBIT 25**
**FTC-VAST-000715**

position had been sold for a position in palladium.  Then on May 20, 2010, my entire palladium holdings were liquidated to prevent a total loss.  A redacted copy of my September 23 email communications is attached as Attachment B to my declaration. My personal information has been redacted.

14. I was shocked.  I had never given anyone permission to change my gold holdings for palladium, and no one had ever told me of such a trade.  Soon after finding out what had happened I closed my Yorkshire Bullion account and asked them to forward all of the cash still in my account.  I received around $5,000.  I lost about $45,000.

15. Upon reviewing my statements, I realized that even while no one was returning my calls, Yorkshire Bullion continued to debit commissions, interest and other fees from my account.  I did not like that way Yorkshire Bullion had handled my account and filed a complaint with the Federal Trade Commission.

16. I am suspicious about whether I ever really had any precious metals purchased in my name.  I lost about $45,000 investing with Yorkshire Bullion and Mr. Vasta, and the precious metal I ever received was a silver dollar Mr. Vasta told me he had taken from his own pocket.

17. A true and correct copy of my Yorkshire Portfolio showing my investments as well as Yorkshire Bullion's debits is attached as Attachment C.   My phone number and Social Security number have been redacted.

I state under penalty of perjury that the foregoing statement is true and correct.


Executed on 10-31-14 , 2014, in Chesapeake Beach, VA.

Michael Old

Michael Old

Declaration of Michael Old

EXHIBIT 25
FTC-VAST-000716

Mike Old

| | |
|---|---|
| From: | Jordan Chibnick [jchibnick@yorkshirebullion.com] |
| Sent: | Monday, September 13, 2010 9:59 AM |
| To: | 'mike' |
| Subject: | RE: From the Desk of Jordan Chibnick - Yorkshire Bullion |
| Attachments: | image001.jpg |

I just personally dropped statements from April-August in the mail. I apologize for any inconvenience.
-Jordan

**From:** mike [mailto: ████████ ]
**Sent:** Friday, September 10, 2010 10:56 AM
**To:** 'Jordan Chibnick'
**Subject:** RE: From the Desk of Jordan Chibnick - Yorkshire Bullion

Thank you for the response. Yes that is my correct address and the last statement I received was on March 2010

**From:** Jordan Chibnick [mailto:jchibnick@yorkshirebullion.com]
**Sent:** Friday, September 10, 2010 10:30 AM
**To:** ████████
**Subject:** From the Desk of Jordan Chibnick - Yorkshire Bullion



Mr. Old,

     I have received your voicemail and have notified Mr. Vasta of the situation. What account statements are you missing so that I can have them re-mailed to you as soon as possible? The address I have on file is ████████████████████████ ████████████████ Is this correct?

Jordan Chibnick
Yorkshire Bullion, LLC
1001 Yamato Rd. Suite 305
Boca Raton, Fl 33431
Toll Free: 866-924-2279 ext. 330
Fax: 561-431-2275

1

Mike Old

| | |
|---|---|
| **From:** | Jordan Chibnick [jchibnick@yorkshirebullion.com] |
| **Sent:** | Friday, September 24, 2010 9:09 AM |
| **To:** | 'Mike Old' |
| **Subject:** | RE: Michael Old |

Looking over your account, it seems that on April 1, 2010, your gold position was sold out and 185oz. of palladium was purchased at $505.53. Then on May 20th, that entire palladium position was forcibly liquidated at $406.65 by the clearing firm Yorkshire Assets to prevent total loss. This is the reason that your account value has taken such a drastic turn to the downside. Your current position is entirely in silver.

I wish I had better news for you but as a customer service representative, I only look at the facts of what has happened in your account. I can be reached on my direct line 866-924-2279 ext. 330 for any further clarification.

Jordan Chibnick

-----Original Message-----
From: Mike Old [mailto:███████]
Sent: Thursday, September 23, 2010 6:33 PM
To: jchibnick@yorkshirebullion.com
Subject: Michael Old


I have left serval messages for somebody to contact me in regard to my account, I'm unclear on why there is only a account value of $8000.00 when the price of gold is going up. I can be reached at ████████
Sent from my iPhone=

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.856 / Virus Database: 271.1.1/3162 - Release Date: 09/27/10 02:34:00

1

Attachment B
**EXHIBIT 25**
**FTC-VAST-000718**

# Customer Portfolio

**Customer: 10007  Michael Old**

Accnt Exec: Jon-Paul Vasta
Client Phone

Dealer: Yorkshire Bullion, LLC
Status: Active
First Trade Date: 10/9/2009

10007-01

## Current Position

| Open Dt | Position ID | Type | Position | Initial Price | Current Price | Product Balance | Profit(Loss) | BE Price | Cash/Loan Balance | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Int/FEES | | | | | | (109.58) | |
| | | | CASH | | | | | | (307.58) | |
| 06/18/10 | 2263 | LN | SILVER | 19.08 | 21.10 | 600 | (545.02) | 22.01 | (8,654.86) | 12,650.00 |

| Equity | IJA Funds | Total Equity | Excess Equity | Equity % | Margin Cushion | | Force Position | | | Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|
| $3,587.98 | $0.00 | $3,587.98 | $422.95 | 28.34% | $2,105.39 | | $2,448.58 | | $9,072.02) | $12,650.00 |
| | | | | | | | | | | 9/24/2010  7:01:29 AM |

## Detail on Closed Positions

| Close Date | Trade # | Type | Position | Quantity | Close Price | Extented Price | Commission | Interest | Service Fee | Profit (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/10 | 10245 | Closing Sell | GOLD | -115 | 1,113.70 | 15,011.02 | 10,065.40 | 4,022.82 | 1,724.97 | (20,575.21) |
| 5/20/10 | 10430 | Closing Sell | PALLAD | -185 | 405.65 | 5,011.38 | 4,325.62 | 906.08 | 938.24 | (25,746.40) |
| 6/15/10 | 10493 | Closing Sell | GOLD | -15 | 1,220.37 | 0.00 | 5,611.38 | 65.33 | 83.35 | -112.87 |

## Trading History

10007-01

| Trade Date | Trade # | Trade Type | Product | Quantity | Price | Extented Price | Commission | Interest | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 10/09/09 | 10013 | Opening Buy | GOLD | 85.00 | 1,077.00 | 91,545.00 | 10,985.40 | | 102,530.40 |
| 11/20/09 | 10109 | Opening Buy | GOLD | 30.00 | 1,201.56 | 36,046.80 | 4,325.62 | | 40,372.42 |
| 04/01/10 | 10245 | Closing Sell | GOLD | 115.00 | 1,113.70 | 128,075.50 | 0.00 | | 128,075.50 |
| 04/01/10 | 10248 | Opening Buy | PALLAD | 185.00 | 505.53 | 93,523.05 | 5,611.38 | | 99,134.43 |
| 05/20/10 | 10430 | Closing Sell | PALLAD | 185.00 | 405.65 | 75,230.25 | 0.00 | | 75,230.25 |
| 05/24/10 | 10450 | Opening Buy | GOLD | 15.00 | 1,201.60 | 18,024.00 | 0.00 | | 18,024.00 |
| 06/16/10 | 10493 | Closing Sell | GOLD | 15.00 | 1,220.37 | 18,305.55 | 0.00 | | 18,305.55 |
| 06/18/10 | 10495 | Opening Buy | SILVER | 600.00 | 18.98 | 11,388.00 | 1,366.56 | | 12,754.56 |

Attachment C
**EXHIBIT 25**
**FTC-VAST-000719**

Page 1 of 3

# Customer Portfolio

Customer: 10007  Michael Old

Accnt Exec:  Jon-Paul Vasta
Client Phone

Dealer:  Yorkshire Bullion, LLC
Status:  Active
First Trade Date:  10/9/2009

## Account Activity Detail

10007-01

### Manual Cash Adjustment

| Tran Date | Cash Amount | Description | Position Name | Position ID |
|---|---|---|---|---|
| 10/9/09 | -200.00 | Account Opening Fee | UAFUNDS | 1310 |
| 11/12/09 | 609.02 | Rebate Service Fee | CASH | 1313 |
| | 409.02 | | | |

### Cash Receipt

| Tran Date | Cash Amount | Description | Position Name | Position ID |
|---|---|---|---|---|
| 10/9/09 | 35,000.00 | Cash receipt | UAFUNDS | 1310 |
| 11/3/2009 | 15,000.00 | Cash receipt | UAFUNDS | 1310 |
| | 50,000.00 | | | |

### Commission

| Tran Date | Cash Amount | Description | Position Name | Position ID |
|---|---|---|---|---|
| 10/9/09 | -10,605.40 | Commission for trade 10013 | UAFUNDS | 1310 |
| 11/3/09 | -4,325.62 | Commission for trade 10169 | UAFUNDS | 1310 |
| 04/01/10 | -5,611.36 | Commission for trade 10248 | UAFUNDS | 1310 |
| 06/18/10 | -1,365.58 | Commission for trade 10495 | UAFUNDS | 1310 |
| | -22,286.96 | | | |

Page 2 of 3

Attachment C
**EXHIBIT 25**
**FTC-VAST-000720**

# Customer Portfolio

**Customer:  10007  Michael Old**

Accnt Exec:  Jon-Paul Vasta
Client Phone: [redacted]

Dealer:  Yorkshire Bullion, LLC
Status:  Active
First Trade Date:  10/9/2009

*Cash adjustment*

| Tran Date | Cash Amount | Description | Position Name | Position ID |
|---|---|---|---|---|
| 10/3/09 | 0.89 | Interest received | CASH | 1313 |
| 10/3/09 | -418.72 | Interest paid | CASH | 1313 |
| 10/3/09 | -407.41 | Service Fees | CASH | 1313 |
| 11/30/09 | -547.01 | Interest paid | CASH | 1313 |
| 11/30/09 | 1.23 | Interest received | CASH | 1313 |
| 11/30/09 | -201.81 | Service Fees | CASH | 1313 |
| 12/3/09 | -797.83 | Interest paid | CASH | 1313 |
| 12/3/09 | 3.35 | Interest received | CASH | 1313 |
| 01/31/10 | -797.20 | Interest paid | CASH | 1313 |
| 01/31/10 | 3.35 | Interest received | CASH | 1313 |
| 02/28/10 | -725.91 | Interest paid | CASH | 1313 |
| 02/28/10 | 3.02 | Interest received | CASH | 1313 |
| 02/28/10 | -329.89 | Service Fees | CASH | 1313 |
| 03/31/10 | -512.31 | Interest paid | CASH | 1313 |
| 03/31/10 | 3.35 | Interest received | CASH | 1313 |
| 03/31/10 | -786.08 | Service Fees | CASH | 1313 |
| 04/30/10 | -555.29 | Interest paid | CASH | 1313 |
| 04/30/10 | 0.98 | Interest received | CASH | 1313 |
| 04/30/10 | -578.95 | Service Fees | CASH | 1313 |
| 05/31/10 | -385.71 | Interest paid | CASH | 1313 |
| 05/31/10 | 1.46 | Interest received | CASH | 1313 |
| 05/31/10 | -388.11 | Service Fees | CASH | 1313 |
| 06/30/10 | -59.66 | Interest paid | CASH | 1313 |
| 06/30/10 | 0.06 | Interest received | CASH | 1313 |
| 06/30/10 | -88.16 | Service Fees | CASH | 1313 |
| 07/31/10 | -71.06 | Interest paid | CASH | 1313 |
| 07/31/10 | -65.88 | Service Fees | CASH | 1313 |
| 08/31/10 | -72.17 | Interest paid | CASH | 1313 |
| 08/31/10 | -67.70 | Service Fees | CASH | 1313 |
| | **-6,466.95** | | | |

Attachment C
**EXHIBIT 25**
FTC-VAST-000721