UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-81397-KAM

FEDERAL TRADE COMMISSION, and
STATE OF FLORIDA,

    Plaintiffs,

v.

BOOST SOFTWARE, INC. et al.

    Defendants.

_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE/NOTICE OF STRIKING

COMES NOW Attorney Richard W. Epstein hereby withdraws his Notice of Appearance as counsel of record for Defendants Vast Tech Support, LLC, OMG Tech Help, LLC, Success Capital, LLC, Jon Paul Holdings, LLC and Jon Paul Vasta [DE 16]. The filing inadvertently reflected representation of incorrect parties. Richard Epstein will continue to represent Elliott Loewenstern only at this time. All previous notices of appearance are withdrawn and stricken for this attorney in this matter, with corrective notice of appearance to follow.

    Respectfully Submitted,

    GREENSPOON MARDER, P.A.

    *s/Richard Epstein*
    Richard W. Epstein (Florida Bar No. 229091)
    E-mail:  Richard.Epstein@gmlaw.com
    200 E. Broward Blvd, Suite 1500
    Fort Lauderdale, Florida 33301
    954.491.1120 (Telephone)
    954.343.6958 (Fax)
    *Attorney for Defendant Elliot Loewenstern*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service on this 19th day of November, 2014, which will provide copies to all counsel of record or *pro se* parties identified on the attached Service List.

*s/Richard Epstein*
RICHARD W. EPSTEIN

## SERVICE LIST

*Federal Trade Commission, et al. v. Boost Software, Inc., et al.*
**Case No. 14-cv-81397-KAM**
**United States District Court, Southern District of Florida**

J. Ronald Brooke , Jr.
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
jbrooke@ftc.gov
*Attorney for Federal Trade Commission*
*Via CM/ECF*

Russell S. Deitch
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
rdeitch@ftc.gov
*Attorney for Federal Trade Commission*
*Via CM/ECF*

Katherine Ann Kiziah
Office of the Attorney General
Consumer Protection Division
1515 N. Flagler Drive
Suite 900
West Palm Beach, FL 33401
Katherine.Kiziah@myfloridalegal.com
*Attorney for State of Florida*
*Via CM/ECF*

38403.0001-20351042