## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-81396-CIV-MARRA

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA,

       Plaintiffs,

vs.

BOOST SOFTWARE, INC., et al.,

       Defendants.

_____/

### COUNSEL'S NOTICE OF APPEARANCE FOR
### DEFENDANTS' BOOST SOFTWARE, INC. AND AMIT MEHTA

    Please take notice that Alexander Angueira of the law firm Alexander Angueira, PLLC enters

his appearance as counsel of record for Defendants Boost Software, Inc., and Amit Mehta and further

requests that all notices, orders and pleadings be served upon the blow listed counsel.

    This Notice is filed in the interests or justice and not for the purpose of delay.

Dated:  November 20, 2014        Respectfully submitted,

                  By:    s/ Alexander Angueira
                          Alexander Angueira, Esq.
                          Fla. Bar No. 0716091
                          Alexander Angueira, P.L.L.C.
                          7301 S.W. 57th Court, Suite 515
                          Miami, FL  33143
                          Telephone: 305.357.9031
                          Facsimile: 305.357.9050
                          alex@angueiralaw.com

                          *Attorney for Defendants Boost Software, Inc., and*
                          *Amit Mehta*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served this 20th day of November, 2014 in accordance with the Federal Rules of Civil Procedure via notice of filing that is automatically generated by ECF to those counsel or parties who are authorized to receive electronic Notices of Electronic Filing, to include without limitation the counsel listed on the attached Service List.

       s/ Alexander Angueira
       ALEXANDER ANGUEIRA

<u>**SERVICE LIST**</u>

<u>**FTC et al. v. BOOST SOFTWARE, INC. et al.**</u>
<u>**CASE NO.   14-81397-CIV KAM**</u>

**J. Ronald Brooke , Jr.**
**Russell S. Deitch**
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
202-326-3484
Fax: 202-326-3395
Email: jbrooke@ftc.gov & rdeitch@ftc.gov

**Katherine Ann Kiziah**
Office of the Attorney General
Consumer Protection Division
1515 N. Flagler Drive
Suite 900
West Palm Beach, FL 33401
561-837-5000
Fax: 561-588-3705
Email: Katherine.Kiziah@myfloridalegal.com

*Counsel for Plaintiffs*

3