**Exhibit A**

# MANDEL & MANDEL LLP
**1200 Alfred I. duPont Building**
**169 East Flagler Street**
**Miami, Florida 33131**
**Telephone: (305) 374-7771**
**Facsimile: (305) 374-7776**

Tax I.D. # 65-0963493

Re: Federal Trade Commission v. Boost Software, Inc. et al.

For the period ending November 30, 2014                               Invoice #   15958

|            |     |                                                                                                                                                                                                    | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/12/2014 | DSM | Telephone conferences with FTC counsel; review and analysis of memorandum in support of temporary restraining order; review of temporary restraining order; telephone conferences with consultants; telephone conferences with counsel. | 3.90  | 2,632.50 |
|            | CN  | Review TRO and preliminary order; discussion with DSM and NSM re plan for entering company with FTC and AG; review of checklist of items to complete during takeover of company.                   | 1.00  | 360.00   |
|            | NSM | Review FTC court filings; review checklist for taking over entities; revise interview forms; conference re plan of action.                                                                         | 1.50  | 900.00   |
| 11/13/2014 | NSM | Travel to and from Delray Beach; meet with counsel for FTC, Florida's AG, and police to prepare to assist Receiver in closing OMG Tech Help, Vast Tech; coordinate and interview employees, reviewing documents, and taking control of premises. | 12.00 | 7,200.00 |
|            | DSM | Travel to and from Delray Beach; execute Temporary Restraining Order; interview employees.                                                                                                         | 12.00 | 8,100.00 |

|            |     |                                                                                                                                                                                                                                                                                                                       | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/13/2014 | CN  | Travel to and from Delray Beach offices; meet with police with FTC and AG re plan to enter premises; enter premises withe police and interview employees and escort to remove personal items; met with J. Pena re status of IT download and control of phone lines; met with Kapila's McCoy re status of location of money. | 10.80 | 3,888.00 |
|            | SC  | Communicate with counsel and paralegal re: dedicated phone line for OMG Receivership; multiple calls and emails to/from phone carrier etc re same;                                                                                                                                                                    | 2.30  | 333.50   |
| 11/14/2014 | NSM | Coordinate closing accounts, email and internet issues, accounting issues, communications with counsel for principals, draft correspondence; coordinate responses to customers and former employees.                                                                                                                 | 6.00  | 3,600.00 |
|            | PC  | Review Motion for TRO and signed TRO; confer with counsel with handling telephone calls from employees, vendors, and customers; and telephone conversations with employees re: status of paychecks and the general matter.                                                                                            | 5.40  | 783.00   |
|            | DSM | Travel to and from Delray Beach; review corporate records and draft website disclosure.                                                                                                                                                                                                                               | 8.00  | 5,400.00 |
|            | CN  | Travel to and from Delray Beach offices; interview employees and escort to remove personal items; met with J. Pena re status of IT download and return of computers and phones; met with Kapila's McCoy re payroll, insurance and quickbooks; prepare memo of items completed.                                        | 10.50 | 3,780.00 |
|            | SC  | Reach out to International Sureties regarding Receivers Bond (N/C); continue communication with vendor and carrier re dedicated line.                                                                                                                                                                                 | 0.70  | 101.50   |
| 11/17/2014 | NSM | Conferences with accountants re quick books, bank account issues; telephone calls and emails with counsel for principals, draft correspondence, review documents.                                                                                                                                                     | 4.50  | 2,700.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/17/2014 PC | Telephone conversations with employees re: payroll; telephone conversations with customers re: status of service and refund of money; receipt, review, and respond to e-mails from employees re: payroll and receivership process; receipt, review and respond to e-mails from customers re: status of service; update the Receiver Database; and receipt and review of e-mails from counsel and respond to same when necessary. | | 5.50 | 797.50 |
| DSM | Travel to and from Delray Beach; review corporate records; conferences with counsel; email correspondence with counsel. | | 8.00 | 5,400.00 |
| CN | Travel to and from Delray Beach offices; interview employees and escort to remove personal items; met with J. Pena re status of IT download and phone lines; email and calls to Kapila re status of payroll; calls with R. Brooke of FTC re requests for information from offices and accountants analysis; discussion with DSM re payroll issues. | | 10.50 | 3,780.00 |
| SC | Receipt, review and organize to electronic format Vast Tech mail received from offices at time of closure; follow up regarding Surety Bond for Receiver (N/C) | | 1.50 | 217.50 |
| 11/18/2014 PC | Preparation of letter to USPS re: forwarding mail of Receivership Defendants; perform on-line mail forwarding request for all Receivership Defendants and their affiliates; telephone conversations with employees re: payroll; telephone conversations with customers re: status of service and refund of money; receipt, review, and respond to e-mails from employees re: payroll; telephone conversations re: vendors and status of pick up of their respective merchandise; continued communication via telephone and e-mails with employees and customers re: status of matter. | | 6.30 | 913.50 |
| DSM | Travel to and from Delray Beach; review corporate records; conferences with counsel; email correspondence with counsel. | | 6.00 | 4,050.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/18/2014 | NSM | Revise omnibus email response; emails with FTC counsel re various issues; emails with landlord; conference with counsel re payroll issues; schedule meeting with appraiser; conference re status of insurance; conference with J. Pena re data storage; conferences re status of several bank accounts. | 2.50 | 1,500.00 |
|  | CN | Travel to and from Delray Beach offices; interview employees and escort to remove personal items; met with J. Pena re status of IT download and phone lines; email and calls to Kapila re status of payroll; calls with R. Brooke of FTC re requests for information from offices and accountants analysis and return of information pulled from offices and payrolls; discussion with DSM re payroll issues; telephone calls with M. Perry re client's computer; email Perry re request for IT access issues; met with FTC copy service provider for return of documents; email discussion with Kapila re payroll issues, quickbooks status and FTC requests; compile list of completed items; email paralegal re producing ex employee information to FTC. | 10.30 | 3,708.00 |
|  | SC | Receipt, review and respond to multiple email regarding procedure for incoming mail, telephone calls and incoming mail from clients, employees and vendors; several call to various health insurance companies re the multiple insurance policies for employees; telephone call re the Workers Compensation policies | 2.00 | 290.00 |
| 11/19/2014 | DSM | Review of file; conferences with counsel; email correspondence with counsel; email correspondence with FTC counsel; telephone conference with FTC counsel; research regarding attorney client privilege waiver issue. | 5.00 | 3,375.00 |
|  | PC | Continued communication via telephone and e-mails with employees and customers re: status of matter and receipt and review of e-mails from counsel and team and respond when necessary. | 5.50 | 797.50 |
|  | NSM | Review correspondence from landlord; emails from Kapila re quickbooks issues; review emails from victims and employees. | 0.80 | 480.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/19/2014 | CN | Email and phone discussions with J. Pena and FTC Rick Kaplan re status of IT download and phone lines; email and calls to Kapila re status of payroll and quickbooks and analysis requested by FTC ; calls with R. Brooke of FTC re IT download status, requests for accountants analysis and request for letter re waiver of work product; discussion with DSM re payroll issues; email Perry re request for IT access issues; met with FTC copy service provider for return of documents; ; compile list of completed items; email paralegal re producing ex employee information to FTC; research whether Receiver can waive work produce privilege and discussion with DSM re request; review letter from Boost Software; discussion with DSM re defendants' request re access to information. | 9.80 | 3,528.00 |
| 11/20/2014 | DSM | Attend telephonic hearing before Judge Marra; telephone conferences with counsel and forensic accountant; telephone conference and email correspondence with FTC counsel; telephone conference with Mr. Perry; edit correspondence regarding privilege issue to FTC; review of file. | 5.30 | 3,577.50 |
|  | PC | Continued communication via telephone and e-mails with employees and customers re: status of matter and receipt and review of e-mails from counsel and team and respond when necessary. | 4.90 | 710.50 |
|  | CN | Emails and calls with J. Pena and Rick Kaplan re status of IT download and ability to produce information to defendants; conference call with Kapila re status of payroll, insurance and FTC requested analysis; calls with R. Brooke of FTC re work product privilege and producing documents to defendants and accountant's analysis; discussion with DSM re payroll issues; email Perry re request for IT access issue and respond to client's request to non related GoDaddy domain information; conference call with Brookes re producing information to defendants; status conference hearing with Judge Marra re scheduling of hearing for Vast Tech Defendants; prepare and send letter GoDaddy re access to accounts; edit letter to FTC re waiver of privilege re scripts. | 9.90 | 3,564.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/20/2014 | SC | Conference and email communication regarding firms Liability Insurance policy; continue to follow up regarding health and workers compensation policies; further follow up regarding Surety Bond (N/C). | 0.40 | 58.00 |
| 11/21/2014 | DSM | Telephone conference with FTC and defense counsel; numerous telephone conferences with consultant regarding discovery and burglary at company; execute bond; review of file; conferences with counsel regarding transition to Preliminary Injunction and Receivership authority issues. | 4.80 | 3,240.00 |
|  | PC | Continued communication via telephone and e-mails with employees and customers re: status of matter and receipt and review of e-mails from counsel and team and respond when necessary. | 5.50 | 797.50 |
|  | NSM | Review correspondence re insurance, landlord, website and internet issues; conference with counsel. | 1.00 | 600.00 |
|  | CN | Emails and calls with J. Pena and Rick Kaplan re status of IT download and ability to produce information to defendants and break into Delray Beach offices; conference call with Kapila re status of payroll, insurance and FTC requested analysis; calls with R. Brooke of FTC re producing documents to defendants and accountant's analysis; discussion with DSM re payroll issues; email M. Perry re request for IT access issue and respond to client's request to non related GoDaddy domain information; conference call with Brooke re producing information to defendants; conference call with M. Perry re producing information prepare letter to Perry re copy of scanned and bates stamped documents scanned by FT; begin preparation of status report. | 5.50 | 1,980.00 |
|  | SC | Various telephone calls and emails regarding break in at Vast Tech premises; arrange for repair to door; review and reply to multiple emails regarding employees and or customers. | 1.90 | 275.50 |
| 11/24/2014 | DSM | Email correspondence with counsel regarding Boost hearing and related matters; review of file. | 1.50 | 1,012.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/24/2014 | PC | Continued communication via telephone and e-mails with employees and customers re: status of matter and receipt and review of e-mails from counsel and team and respond when necessary. | 3.80 | 551.00 |
|  | NSM | Conference re status of turnover from Revenue Wire; revise letter to Revenue Wire; review schedules and strategize re payroll and insurance issues; discuss issues regarding landlord and lease; review caselaw and documents re same. | 3.00 | 1,800.00 |
|  | CN | Emails and calls with J. Pena re status of IT and issues with access to backup information; discussion with DSM re payroll issues and insurance; email M. Perry re request for IT access issue and non related GoDaddy domain information; emails with Kapila re payroll issues, RevenuWire, insurance, and whether need Googldocs for specific employees; email with Mark Donahue re specific request for personal information in the Delray Beach offices; telephone calls with L. Pecan and Peter Russin with DSM re Receiver's position at the FTC hearing; meeting with NSM re landlord dispute and preparation for meeting with auctioneer. | 9.10 | 3,276.00 |
|  | SC | Follow up with repair glass company re the replacement of the door at Vast Tech premises; organize Form 56 filings for Receivers signature and mail same; follow up with J. Pena regarding police report from break in at premises; telephone call to Delray Police Department re same and prepare written request for copy of police report; receipt, review and organize in electronic format mail received. | 2.20 | 319.00 |
| 11/25/2014 | DSM | Telephone conference with forensic accountants and counsel; email correspondence with counsel; review of file. | 1.80 | 1,215.00 |
|  | PC | Continued communication via telephone and e-mails with employees and customers re: status of matter and receipt and review of e-mails from counsel and team and respond when necessary. | 4.50 | 652.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/25/2014 | NSM | Meeting at Vast offices with K. McCoy; with Appraiser; conference re RevenueWire, conference call with Soneet Kapila re payroll and insurance issues; renew online hosting service; conferences with J. Pena re numerous issues; confirmation re missing computers presumed stolen. | 6.50 | 3,900.00 |
| | CN | Emails and calls with J. Pena re status of IT and issues with access to backup information; discussion with DSM re payroll issues and insurance; email Perry re request for IT access issue and nonrelated GoDaddy domain information and request to know if Receiver would like to transfer customers to new IT tech company; telephone call with Matt Sullivan re invoice due and continuation of services ; emails with Kapila re payroll issues, RevenueWire, insurance, and whether need Googldocs for specific employees; call with Brooke request for photographs of Delray Beach to confirm stolen property, and information re status of IT download and additional production to defendants; prepare draft letter to RevenueWire; telephone call to Leach, CEO of RevenueWire re status of payment; prepare list of outstanding issues. | 6.00 | 2,160.00 |
| 11/26/2014 | PC | Continued communication via telephone and e-mails with employees and customers re: status of matter and receipt and review of e-mails from counsel and team and respond when necessary. | 2.40 | 348.00 |
| | NSM | Review status of internet situation from J. Pena; review declaration from Revenue Wire; conference call with M. McMickle and K. McCoy re strategy | 1.50 | 900.00 |
| | CN | Emails and calls with J. Pena re status of IT and issues with access to backup information and available information to produce to defendants; telephone calls with R. Brooke of FTC re providing defendant's IT information; email Perry re request for IT access issue and non related GoDaddy domain information; emails with Kapila re payroll issues, RevenueWire, insurance. | 4.40 | 1,584.00 |
| | SC | Review and reply to various emails regarding: health insurance and dedicated line for OMG Receivership; follow up with phone vendors re dedicated line for | 0.80 | 116.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | OMG. | | |
| 11/28/2014 | DSM | Email correspondence with counsel regarding various matters; review of file. | 0.70 | 472.50 |
| 11/29/2014 | DSM | Email correspondence with counsel regarding various matters; review of file. | 0.30 | 202.50 |
| | | For professional services rendered | 240.00 | $101,927.50 |

Additional Charges :

| | | |
|---|---|---:|
| 11/15/2014 | Janitorial service for Vast Tech offices. (Per Receivers request). | 150.00 |
| 11/20/2014 | $151.63 Receiver's Surety Bond Fee. | NO CHARGE |
| 11/21/2014 | Express Glass & Board Up invoice # 11986. Replacement of door at Suite A-B 2855 S. Congress Ave. Premises were broken into and door required replacement. | 1,563.50 |
| 11/25/2014 | BlueHost Inc. invoice # 20027286. (Web hosting company) | 149.99 |
| 11/30/2014 | Quickbook online service purchases re: OMG Total Protection LLC, Success Capital LLC and Vast Tech Support LLC. | 91.15 |
| | Computerized research expense. | 32.93 |
| | Photocopying cost @ 0.15 cents. | 261.30 |
| | Postage cost. | 7.28 |
| | Hand delivery expenses. | 78.00 |
| | November charge for GoogleDocs. | 1,925.00 |
| | Total costs | $4,259.15 |
| | Total amount of this bill | $106,186.65 |
| 11/30/2014 | One-Third Fee Discount. | ($33,636.08) |
| | Total payments and adjustments | ($33,636.08) |

|  | Amount |
|---|---|
| Balance due | $72,550.57 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| David S. Mandel | 57.30 | 675.00 |
| Nina Stillman Mandel | 39.30 | 600.00 |
| Camellia Noriega | 87.80 | 360.00 |
| Paul Crespo | 43.80 | 145.00 |
| Susan Cavanagh | 11.80 | 145.00 |