**Exhibit C**

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
December 4, 2014

Matter #: 5528-1
Invoice #: 52931

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| November 12, 2014 | PDR | Review TRO and related pleadings re: FTC v. Boost and prepare for executing on same; TC w David Mandel re: same; | $610.00 | 2.30 | $1,403.00 |
| November 13, 2014 | PDR | Prepare for and attend meeting with receiver and law enforcement; Attend execution on TRO and related matters; | $610.00 | 10.70 | $6,527.00 |
| | LP | Detailed analysis of TRO, complaint and associated allegations to identify key personnel and information (3.1); travel to and attend pre-immediate access meeting (4.7) | $295.00 | 7.80 | $2,301.00 |
| | LT | Prepare employee questionnaire. Exchange emails and organize files. Due diligence searches and review. | $215.00 | 2.60 | $559.00 |
| | IH | Receipt and review Temporary Restraining Order; calendar all dates and deadlines accordingly re: same. | $150.00 | 0.30 | $45.00 |
| November 14, 2014 | PDR | Consider WARN Act issues; TC w David Mandel re: same and other matters; | $610.00 | 0.90 | $549.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | EWO | Attention to issues re: WARN Act. | $415.00 | 0.50 | $207.50 |
| | LT | On site assistance to the Receiver. Search through books, records, offices, file cabinets culling information about vendors, employees, customers, and creditors. Begin compiling info for global task list. Telephone conferences re insurance and exchange emails re same. | $215.00 | 8.50 | $1,827.50 |
| | PH | Online Accurint business report searches. | $205.00 | 1.20 | $246.00 |
| | MV | Research Receiver's Corporate Defendants and acquire Sunbiz searches on all; Fictitious Name Searches on all; Federal Lien Searches on all; UCC-1 Searches on all; Palm Beach County Property Appraiser website. | $190.00 | 1.50 | $285.00 |
| November 15, 2014 | EWO | Conduct legal research re: WARN Act. | $415.00 | 2.50 | $1,037.50 |
| | LT | Review notes and organize files. Attention to consumer emails and exchange emails with Receiver and staff re same. | $215.00 | 1.20 | $258.00 |
| November 16, 2014 | EWO | Conduct legal research re: WARN Act. | $415.00 | 1.20 | $498.00 |
| | LT | Continue reviewing due diligence searches. Review and exchange numerous emails. Organize files. Update global to do list and email same. Review WARN Act. Attention to calendar. Consider issues requiring immediate attention. | $215.00 | 5.10 | $1,096.50 |
| November 17, 2014 | PDR | Review to do list; Review legal memo on WARN Act and consider additional issues; Consider payroll issue; TC w David Mandel re: health insurance issues; TC w Mark Perry re: same; TC w David Mandel re: reporter; Consider issues | $610.00 | 1.90 | $1,159.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | with Bank freeze of accounts and turnover of funds; | | | |
| | EWO | Conduct legal research re: WARN Act; draft memo to D. Mandel re: WARN Act. | $415.00 | 3.70 | $1,535.50 |
| | LT | Review and email Accurint reports. Telephone conference with William Roby Fox re Suntrust debit card which he already canceled so I cut up. Email entities re USPS mail forwarding. Meet with Elliot Loewenstern re employee benefits, bank accounts, Jon Paul's leased car, Quickbook accounts, and CPA. Phone calls with Mark La Padura of Saxon re copy machine, Crystal of Travelers insurance re workers comp, and Connie King Cole re voice talent. Research for A/P info, attention to handling snail mail, emails and request for refunds and further IT service/products. Attention to payroll issues. Create list of bank accounts from info/doc located in Jordan's office and email same. Organize docs. Work on global to do list, Entities table, Creditor body table. | $215.00 | 9.60 | $2,064.00 |
| November 18, 2014 | PDR | Review memo re: payroll issues; EMail to David Mandel re: same and related issues; | $610.00 | 0.40 | $244.00 |
| | EWO | Conduct legal research re: WARN Act; draft memo re: same. | $415.00 | 2.60 | $1,079.00 |
| | LT | Email re employee questionnaire folder and no employee information for a Carey Whitsett re cell phone. Email Susan Cavanaugh re insurance issues and bond. Create entities table. Work on FTC terminated files request. Telephone conference with | $215.00 | 4.10 | $881.50 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Mark Perry re auto lease. Work on global to do list. Review and reply to numerous emails. Organize files. | | | |
| | MV | Create Creditor Body Table with detailed information on 87 employees; and vendors. | $190.00 | 6.50 | $1,235.00 |
| November 19, 2014 | EWO | Draft memo re: WARN Act. | $415.00 | 0.80 | $332.00 |
| | LT | Exchange emails re bond. Exchange emails re website emails. Review and organize docs. Update global to do list. Continue working on entities table. Prepare for conference call with Receiver. | $215.00 | 1.20 | $258.00 |
| | MV | Update, revise and finish Creditor Body Table with detailed information on 87 employees; and vendors. | $190.00 | 5.50 | $1,045.00 |
| November 20, 2014 | PDR | Review caselaw re: potentail waiver of AC privilege; TC w David Mandel re: same; Call w David Mandel and others re: numerous issues;; Prepare for and attend Status Conference; | $610.00 | 2.80 | $1,708.00 |
| | LT | Receipt, docket and review pleadings filed. Email re NOA. Re-calendar telephonic status conference. Attention to health insurance issues. Update entities table. Review and revise creditor body table. | $215.00 | 1.90 | $408.50 |
| | IH | Draft Notice of Filing Bond; Receipt and review Order Setting Telephonic Status Conference scheduled on November 20, 2014; calendar dates accordingly re: same; Prepare and e-file Notice of Appearance. | $150.00 | 0.80 | $120.00 |
| November 21, 2014 | PDR | TC w David Mandel re: stipulation requested by FTC and related matters and review powers under TRO; TC w Scott Christenson re: Revenuewire related issues; | $610.00 | 1.80 | $1,098.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Consider terms of TRO and Revenuewire agreements and related matters; TC w David Mandel re: break in and Revenuewire issues; Review notice of filing Bond of Receiver; Consider Health Ins issues and exchange emails with David Mandel re: same; | | | |
| | LP | Preparations for injunction hearing (0.6) | $295.00 | 0.60 | $177.00 |
| | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| | IH | Finalize and E-file Notice of Filing Receiver's Bond; Receipt and review Status Conference scheduling Preliminary Injunction Hearing on November 24, 2014; calendar dates accordingly re: same. | $150.00 | 0.40 | $60.00 |
| November 24, 2014 | PDR | Review email from Larry Pecan re: matters raised by Judge Marra at Boost hearing; TC w David Mandel re: same; TC w Larry Pecan re: clarification of counsel representing Vast Corporate Defendants and issues with Receiver stipulation requested by FTC; | $610.00 | 0.60 | $366.00 |
| | LP | Prepare for and attend preliminary injunction hearing, contemporaneous correspondence with receiver and research concerning various authority issues (8.9) | $295.00 | 8.90 | $2,625.50 |
| | LT | Receipt, docket and review pleadings filed. | $215.00 | 0.10 | $21.50 |
| November 25, 2014 | LT | Receipt, docket and review pleading filed. Review and exchange emails re customer inquiries and tech support issues. | $215.00 | 0.50 | $107.50 |
| November 26, 2014 | PDR | TC w David Mandel re: potential relief needed from court and related issues; | $610.00 | 0.30 | $183.00 |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | EWO | Attention to issues re: WARN Act. | $415.00 | 0.50 | $207.50 |
| | LT | Receipt, docket and review pleadings filed. | $215.00 | 0.10 | $21.50 |
| November 29, 2014 | LP | Attention to order denying preliminary injunction | $295.00 | 0.30 | $88.50 |
| | LT | Receipt, docket and review pleadings filed. | $215.00 | 0.10 | $21.50 |
| Totals | | | | 102.40 | $33,908.50 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| November 19, 2014 | TANNENBAUM LISA | 99.12 | |
| | Gas Reimbursment | | |
| Totals | | $99.12 | $0.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | $34,007.62 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$34,007.62** |

---

**The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.**