**Exhibit D**

Andrews International

28001 Smyth Drive
Valencia, CA 91355



# INVOICE

BILL TO
Mandel & Mandel
Susan Cavanagh
1200 Alfred I-Dupont Building
169 East Flagler Street
Miami, FL 33131

INVOICE NO. 6148
TERMS Net 30
DATE 12/12/2014
DUE DATE 01/11/2015

| CUSTOMER ID # | CASE TYPE |
|---|---|
| C000938 | Computer Forensics/OMG Receiver |

| DATE | PROJECT NAME & ACTIVITY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/13/2014 | JP: Onsite IT Related Receivership Duties -- interviews with IT personnel, coordinate efforts with FTC; Reconnaissance to identify systems (internal/external); disconnect inbound connections; Logical imag | 8.5 | 275.00 | 2,337.50 |
| 11/14/2014 | JP: Onsite IT Related Receivership Duties -- continue interviews with IT, continue recon to identify systems internal/external); domain research & start changing credentials; worked with Brian Padgett to | 11 | 275.00 | 3,025.00 |
| 11/15/2014 | JP: Onsite IT Related Receivership Duties -- accompany FTC; continue recon to identify systems (external); continue domain research & cont changing credentials. | 3.5 | 275.00 | 962.50 |
| 11/17/2014 | JP: Onsite IT Related Receivership Duties -- cont recon to identify systems (external); continue domain research & changing credentials. | 8 | 275.00 | 2,200.00 |
| 11/18/2014 | JP: Onsite & offsite IT Related Receivership Duties -- image D. Fuqua's disk; continue recon to identify systems (external); cont domain research & changing credentials. | 5 | 275.00 | 1,375.00 |
| 11/19/2014 | JP: Offsite IT Related Receivership Duties -- continue recon to identify systems (external); continue domain research & changing credentials and removing access to OMG personnel. | 6 | 275.00 | 1,650.00 |
| 11/19/2014 | Report Fee: Domains Registered to Elliot | 1 | 99.00 | 99.00 |
| 11/19/2014 | One WD 1TB SATA Hard Drive | 1 | 115.00 | 115.00 |
| 11/19/2014 | One TOSH 2TB SATA Hard Drive | 1 | 150.00 | 150.00 |
| 11/22/2014 | JP: Onsite review FTC's Vm imaging status and document; 5 disks and 1 thumb-drive from FTC imaging; Manage break-in incident w/LE and door repair co.; identify stolen equipment; communication with counsel. | 5 | 275.00 | 1,375.00 |
| 11/24/2014 | JP - Offsite IT Related Receivership Duties -- continue recon to identify systems (external); continue domain research & changing credentials and removing access to OMG personnel; case management. | 3.5 | 275.00 | 962.50 |
| 11/24/2014 | LB - Create backup copy of images and hash verified. Prepare applicable documentation. | 4 | 275.00 | 1,100.00 |
| 11/25/2014 | LB - Create backup copy of image and hash verified. (Onec500GB) Sent to FTC. Prepare applicable documentation. | 2 | 275.00 | 550.00 |
| 11/25/2014 | JP - Offsite IT Related Receivership Duties -- continue recon to identify systems (external); continue domain research & changing credentials; case management; billing update; research on OMGBackup.NEt | 4.5 | 275.00 | 1,237.50 |

Andrews International is an Equal Opportunity Employer & takes affirmative action to employ & advance in the employment of qualified individuals regardless of their: race,color,sex,religion,national origin,individuals with disabilities,covered veterans,or disabled veterans. as incorporated by: EO 11246 41 CFR 60-1.4. Section 4212 60-300-4. Section 503 60-741.4 & EO 13496 29

| DATE | PROJECT NAME & ACTIVITY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 11/25/2014 | Two WD/SS 1TB SATA Hard Drive | 1 | 230.00 | 230.00 |
| 11/25/2014 | Shipping (UPS Next Day Air to Scott Wynkoop) | 1 | 38.51 | 38.51 |
| 11/25/2014 | Shipping (UPS Return Shipment Ground from Scott Wynkoop) | 1 | 7.18 | 7.18 |
| 12/12/2014 | Administrative Fees @ 3% | 1 | 503.25 | 503.25 |

BALANCE DUE $17,917.94

Andrews International is an Equal Opportunity Employer & takes affirmative action to employ & advance in the employment of qualified individuals regardless of their: race,color,sex,religion,national origin,individuals with disabilities,covered veterans,or disabled veterans. as incorporated by: EO 11246 41 CFR 60-1.4. Section 4212 60-300-4. Section 503 60-741.4 & EO 13496 29