**KAPILAMUKAMAL**
**SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME**
**NOVEMBER 13, 2014 THROUGH NOVEMBER 30, 2014**

| Name | Year Licensed/ Experience | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Professionals | | | | |
| Soneet R. Kapila, CPA[1], CIRA, CFF, CFE, Partner | 1983 | 5.10 | 530 | $ 2,703.00 |
| Lesley J. Johnson, CPA[1], CIRA, Partner/Tax | 1984 | 0.70 | 412 | 288.40 |
| Mary M. McMickle, CPA[1], CIRA, Partner | 1986 | 20.30 | 380 | 7,714.00 |
| Kathy A. Foster, Forensic Consultant | 30 years | 2.50 | 266 | 665.00 |
| Bernadette L. Lombardo, CPA[1], CFE, Forensic Consultant | 2011 | 72.30 | 190 | 13,737.00 |
| Catherine D. Murchison, Forensic Analyst | 38 years | 1.40 | 180 | 252.00 |
| Kevin McCoy, CPA[1], CFE, Forensic Analyst | 2012 | 91.50 | 174 | 15,921.00 |
| April M. Barrios, IT Analyst | 5 years | 16.90 | 130 | 2,197.00 |
| Kelsey J. Johnson, Forensic Analyst | 2 years | 0.70 | 100 | 70.00 |
| Jason Wechter, Forensic Analyst | 1 years | 1.70 | 100 | 170.00 |
| TOTAL | | 213.10 | | $ 43,717.40 |

| | |
|---|---|
| Total Hours by Professional & Paraprofessionals | 213.10 |
| "Blended" Hourly Rate | $ 205.15 |
| Total Professional & Paraprofessional Fees | $ 43,717.40 |

CPA - Certified Public Accountant, Regulated by the State of Florida
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

(1) Regulated by the State of Florida.

**KAPILAMUKAMAL**
**SUMMARY OF REQUESTED REIMBURSEMENT OF**
**EXPENSES FOR THIS TIME PERIOD ONLY**
**NOVEMBER 13, 2014 THROUGH NOVEMBER 30, 2014**

| | | |
|---|---|---:|
| 1. | Filing Fees | $ - |
| 2. | Process Service Fees | - |
| 3. | Witness Fees | - |
| 4. | Court Report and Transcripts | - |
| 5. | Lien and Title Searches | - |
| 6. | Photocopies: | |
| | a. In-House copies | 44.40 |
| | b. Outside copies | - |
| 7. | Postage | 5.32 |
| 8. | Overnight Delivery Charges | - |
| 9. | Outside Courier/Messenger Services | - |
| 10. | Long Distance Telephone Charges | - |
| 11. | Long Distance Facsimile Charges | - |
| | a. Airfare | 506.20 |
| | b. Mileage | 184.80 |
| | c. Parking | 16.00 |
| 12. | Computerterized Research | - |
| 13. | Out of Southern District of Florida Travel | - |
| 14. | Other Permissible Expenses (must specify & justify) | - |
| | a. Computer Supplies - Hard Drives for Server Imaging | 445.16 |
| | Total Expense Reimbursement Requested: | $1,201.88 |



## Kapila|Mukamal
### CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

FTC VS BOOST SOFTWARE, INC. ET AL
C/O DAVID MANDEL, RECEIVER
169 EAST FLAGLER STREET

MIAMI, FL 33131

Invoice: 603

11/30/2014

Client ID: 90102

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 11/12/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY AND B. LOMBARDO RE: UPDATE ON FIRST DAY ACTIVITIES AND NEXT STEPS. | 0.30 | 114.00 |
| 11/12/2014 | MMM | TELEPHONE CONFERENCE WITH M. DAVIS RE: APPOINTMENT AS FORENSIC ACCOUNTANTS, CASE BACKGROUND, FIRST DAY PROTOCOL. | 0.30 | 114.00 |
| 11/12/2014 | MMM | READ TRO, SET UP CLIENT, RESEARCH DEFENDANT COMPANIES. | 1.70 | 646.00 |
| 11/13/2014 | KM | MEETING AT DELRAY BEACH POLICE DEPT WITH DELRAY BEACH POLICE, FTC COUNSEL & IT TEAM, RECEIVER (D MANDEL) AND COUNSEL TO RECEIVER. PARTICIPATED IN TAKEOVER OF VAST TECH OFFICE LOCATION IN DELRAY BEACH. INTERVIEWED ACCOUNTING PERSONNEL AND PERFORM DUTIES/TASKS IN TAKING OVER BUSINESS - LOCATE, SECURE AND RESTRICT ACCESS TO ACCOUNTING RECORDS/QUICKBOOKS, BANK ACCOUNTS, MERCHANT ACCOUNTS ETC. SEVERAL MEETINGS WITH RECEIVER AND FTC TEAMS TO REVIEW PROGRESS AND ACTIONS TO BE TAKEN. SEVERAL CONFERENCE CALLS WITH KAPILAMUKAMAL PARTNERS AND ASSOCIATES TO DISCUSS STATUS, PROGRESS AND ACTIONS TO BE TAKEN. | 9.00 | 1,566.00 |
| 11/13/2014 | BLL | FTC V BOOST SOFTWARE ET AL. - PARTICIPATED IN MEETING AT DELRAY BEACH POLICE DEPT WITH DELRAY BEACH POLICE, FTC TEAM, RECEIVER MANDEL TEAM, COUNSEL TO FTC AND COUNSEL TO MANDEL TEAM. PARTICIPATED IN TAKOVER OF BOOST ET AL. AT VAST TECH OFFICE LOCATION IN DELRAY BEACH. INTERVIEWED ACCOUNTING PERSONNEL AND PERFORM DUTIES/TASKS IN TAKING OVER BUSINESS - LOCATE, SECURE AND RESTRICT ACCESS TO ACCOUNTING RECORDS/QUICKBOOKS, BANK ACCOUNTS, MERCHANT ACCOUNTS ETC. SEVERAL MEETINGS WITH TEAMS RE PROGESS OF THE SAME. | 9.00 | 1,710.00 |
| 11/13/2014 | BLL | FTC V BOOST ET AL. READ SEVERAL EMAILS RE TAKEOVER OF COMPANY. GATHER TRO ORDER AND INTERVIEW FORMS/SIGNS AND OTHER SUPPLIES NEED FOR TAKEDOWN. | 1.30 | 247.00 |
| 11/13/2014 | SRK | MONITORING CASE FOR INITIAL AFFIDAVITS AND UPDATES WITH PROFESSIONALS AND RECEIVER TEAMS | 0.80 | 424.00 |
| 11/13/2014 | BLL | FTC V BOOST SOFTWARE ET AL. - PARTICIPATED IN CALL WITH M DAVIS, M MCMICK;E, D GREENBLATT, J GILLIS AND A | 0.30 | 57.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | FELDMAN RE CASE OVERVIEW AND TAKEDOWN DUTIES. | | |
| 11/13/2014 | AMB | CONVERTING ONLINE QUICKBOOKS COMPANIES TO DESKTOP VERSION. WORKING WITH BERNADETTE, KEVIN, AND MARY. CONTACTED QUICKBOOKS SUPPORT TEAM TO ASSIST WITH TROUBLESHOOTING. | 4.00 | 520.00 |
| 11/14/2014 | MMM | TELEPHONE CONFERENCE WITH M. DAVIS RE: UPDATE ON PRIORITY TASKS. | 0.20 | 76.00 |
| 11/14/2014 | MMM | TELEPHONE CONFERENCE WITH N. MANDEL RE: STOPPED PAYROLL. | 0.20 | 76.00 |
| 11/14/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY RE: BANK ACCOUNTS AND STOPPED PAYROLL. | 0.20 | 76.00 |
| 11/14/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY RE: DISCUSS PAYROLL REPORT AND FTC REQUESTS FOR CASH ANALYSIS. | 0.20 | 76.00 |
| 11/14/2014 | KM | CONTINUED TAKEOVER OF VAST TECH OFFICE LOCATION IN DELRAY BEACH. INTERVIEWED ACCOUNTING PERSONNEL (J CHIPNICK - BOOKEEPER) AND PERFORM DUTIES/TASKS IN TAKING OVER BUSINESS - LOCATE, SECURE AND RESTRICT ACCESS TO ACCOUNTING RECORDS/QUICKBOOKS, BANK ACCOUNTS, MERCHANT ACCOUNTS ETC. SEVERAL MEETINGS WITH RECEIVER AND FTC TEAMS TO REVIEW PROGRESS AND ACTIONS TO BE TAKEN. SEVERAL CONFERENCE CALLS WITH KAPILAMUKAMAL PARTNERS AND ASSOCIATES TO DISCUSS STATUS, PROGRESS AND ACTIONS TO BE TAKEN. | 10.90 | 1,896.60 |
| 11/14/2014 | BLL | CONTINUE WITH RECEIVERSHIP TAKEOVER TASKS/DUTIES RELATED TO SECURING ASSETS ONSITE AT VAST TECH OFFICE - TASKS/DUTIES RELATED TO BANKING, PAYROLL, MERCHANT ACCOUNT, QUICKBOOKS ACCOUNTING. PARTICIPATED IN SEVERAL MEETINGS BETWEEN KM TEAM AND FTC TEAM, KM TEAM AND RECEIVER TEAM AND BETWEEN KM TEAM INCLUDING CONFERENCE CALL TO M MCMICKLE TO DISCUSS PROGRESS. ALSO, DRAFT SCHEDULE OF ACCOUNTS AND FORWARD TO M MCMICKLE. | 10.90 | 2,071.00 |
| 11/14/2014 | SRK | ATTEND TO CONTINUING TASKS FOR THE RECEIVER TO SECURE ASSETS AND INVESTIGATION | 0.40 | 212.00 |
| 11/14/2014 | MMM | FOLLOW UP WITH L. JOHNSON RE: FORM 56 FOR VARIOUS ENTITIES. | 0.10 | 38.00 |
| 11/14/2014 | MMM | DRAFT TURNOVER LETTERS TO BANKS. | 0.80 | 304.00 |
| 11/14/2014 | CDM | COORDINATE SETTING UP BANK ACCOUNTS AT RABOBANK IN TRUSTWORKS FOR ENTITIES; PREPARE FORMS W-9 FOR RECEIVER TO SIGN; FURTHER COORDINATE SENDING LETTER TO AMEX RE CREDIT CARD ACCOUNT TO BE FROZEN; FURTHER COORDINATE WITH BL RE NEW CASE; SEND AMEX LETTER VIA COURIER | 1.40 | 252.00 |
| 11/14/2014 | AMB | CONVERTING ONLINE QUICKBOOKS COMPANIES TO DESKTOP VERSION. WORKING WITH BERNADETTE, KEVIN, AND MARY. CONTACTED QUICKBOOKS SUPPORT TEAM TO ASSIST WITH TROUBLESHOOTING ALSO REACHED OUT TO JOE WEINDORFER FOR HELP. | 5.00 | 650.00 |
| 11/16/2014 | KM | REVIEWED AND UPDATED PRELIM BANK AND MERCHANT ACCOUNT LIST FOR RECEIVERSHIP ENTITIES AND AFFILIATED | 1.30 | 226.20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | ENITITES BASED ON IDENTIFICATION OF ADDITIONAL ACCOUNTS AND AFFILIATED ENTITIES FROM RECORDS REVIEWED. | | |
| 11/16/2014 | | KM | REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING IDENTIFICATION OF BANK ACCOUNTS AND ANALYSIS OF DISBURSEMENTS REQUIRED. | 0.60 | 104.40 |
| 11/17/2014 | | MMM | TELEPHONE CONFERENCE WITH K. MCCOY, B. LOMBARDO AND N. STILLMAN RE: ISSUES WITH QUICKBOOKS ACCESS AND ADMIN RIGHTS (.3); FOLLOW UP CALL TO DISCUSS CASH FLOW ANALYSIS (.3) | 0.60 | 228.00 |
| 11/17/2014 | | KM | REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING THE PRESERVATION OF ONLINE QUICKBOOKS FOR VAST TECH, OMG TECH, AND SUCCESS CAPITAL. MET WITH B LOMBARDO AND A BARRIOS TO REVIEW OPTIONS FOR PRESERVING THE QB FILES AND IDENTIFIED POTENTIAL SOLUTIONS. EXPORTED THE GENERAL LEDGER FROM JP HOLDINGS QB ONLINE ACCOUNT. | 3.60 | 626.40 |
| 11/17/2014 | | KM | PHONE CONFERENCE WITH WELLS FARGO BANK REPRESENTATIVES TO CONFIRM NOV 17 PAYROLL DISBURSEMENT WAS VOIDED AND OBTAINED CONFIRMATION CORRESPONDENCE. PHONE CONFERENCE WITH WF BANK REP TO CONFIRM MG TECH, VAST TECH, AND SUCCESS CAPITAL BANK ACCOUNTS WERE FROZEN AND OBTAINED CONFIRMATION CORRESPONDENCE. PREPARED TIMELINE OF EVENTS REGARDING VOIDED PAYROLL AND BANK ACCOUNT RESTRICTIONS PER RECEIVER REQUEST. | 3.70 | 643.80 |
| 11/17/2014 | | KM | REVIEW AND ANALYZE VAST TECH QUICK BOOK LEDGER. IDENTIFY DISBURSEMENTS TO JP HOLDINGS AND TRACE CHECKS TO WELLS FARGO ONLINE ACCOUNT TO IDENTIFY JP HOLDINGS CITI BANK ACCOUNT FOR BANK INVENTORY OF RECEIVERSHIP ENTITIES. | 0.80 | 139.20 |
| 11/17/2014 | | BLL | SEVERAL ATTEMPTS AT LOGGING INTO QUICKBOOKS AND WELLS FARGO. | 0.20 | 38.00 |
| 11/17/2014 | | SRK | REVIEW TRO | 0.70 | 371.00 |
| 11/17/2014 | | BLL | E-ARCHIVE DOCUMENTS GATHERED FROM TAKEDOWN. | 1.10 | 209.00 |
| 11/17/2014 | | BLL | T/C WITH QUICKBOOKS RE ACCESS DENIAL OF COMPANIES. | 0.60 | 114.00 |
| 11/17/2014 | | BLL | PARTICIPATED IN CALL W M MCMICKLE AND K MCCOY RE PAYROLL AND QUICKBOOKS ACCESS ISSUE. | 0.40 | 76.00 |
| 11/17/2014 | | BLL | PARTICIPATED IN CALL WITH M MCMICKLE, K MCCOY AND N MANDEL RE PAYROLL AND QUICKBOOKS DENIAL OF ACCESS. | 0.20 | 38.00 |
| 11/17/2014 | | BLL | PARTICIPATED IN CALL W J CHIPNICK AND K MCCOY RE WELLS FARGO AND QUICKBOOKS ACCESS. | 0.10 | 19.00 |
| 11/17/2014 | | BLL | INTEROFFICE MEETING W K MCCOY RE CASH ANALYSIS AND STRATEGY THEREOF. | 0.40 | 76.00 |
| 11/17/2014 | | BLL | ATTEND TO QUICKBOOKS ONLINE ISSUE. ALSO DRAFT COVER LETTER FOR TRO TO SEND TO QUICKOBBOKS. | 3.30 | 627.00 |
| 11/17/2014 | | MMM | PREPARE REVISED TURNOVER LETTERS WITH ADDITIONAL ACCOUNTS AND DEBIT CARD. | 0.50 | 190.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2014 | MMM | ADDRESS AND RESOLVE ISSUES WITH 10.31.14 PAYROLL. | 0.80 | 304.00 |
| 11/17/2014 | AMB | ASSISTING BERNADETTE, KEVIN, AND MARY WITH CONVERTING ONLINE QUICKBOOKS COMPANY TO DEKSTOP VERSION. COMMUNICATED WITH TECHNICAL SUPPORT TEAM AT QUICKBOOKS TO PLACE ORDER FOR CONVERSION PROCESS TO START, MANAGED USERS FOR JPHOLDING COMPANY. SHOWED BERNADETTE AND KEVIN HOW TO MANAGE USERS AND OBTAIN ADMIN RIGHTS TO THE COMPANY ALONG WITH DELETE/REMOVE OTHER USERS. | 4.50 | 585.00 |
| 11/18/2014 | KM | CONFERENCE CALL WITH FTC COUNSEL TO DISCUSS REQUESTS FOR UPCOMING HEARING. | 0.20 | 34.80 |
| 11/18/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY RE: REPORTS REQUESTED BY FTC. | 0.40 | 152.00 |
| 11/18/2014 | KM | PREPARE CASH ANALYSIS SCHEDULE FROM QUICKBOOKS FOR SUCCESS CAPITAL. IDENTIFY INSIDERS AND RELATED PARTIES AND PREPARE SCHEDULES FOR DISBURSEMENTS FOR 30 AND 90 DAYS PRIOR TO TRO DATE. FOR RECEIVER AND FTC REQUESTS. | 2.40 | 417.60 |
| 11/18/2014 | KM | PREPARE CASH ANALYSIS SCHEDULE FROM QUICKBOOKS FOR JP HOLDINGS. IDENTIFY INSIDERS AND RELATED PARTIES AND PREPARE SCHEDULES FOR DISBURSEMENTS FOR 30 AND 90 DAYS PRIOR TO TRO DATE. FOR RECEIVER AND FTC REQUESTS. | 2.70 | 469.80 |
| 11/18/2014 | KM | IDENTIFY ADDITIONAL BANK ACCOUNTS FOR RECEIVERSHIP AND RELATED ENTITIES. UPDATE BANK STATEMENT INVENTORY AND COMMUNICATE RESTRAINING ORDERS TO BANK TO FREEZE ACCOUNT ASSETS. | 1.70 | 295.80 |
| 11/18/2014 | KM | CONTINUE RESOLUTION OF QUICK ONLINE ISSUES RELATED TO BACKING UP AND COPYING ONLINE DATA. | 0.80 | 139.20 |
| 11/18/2014 | KM | REVIEW AND ANALYZE ACCOUNTING RECORDS AND DOCUMENTS FROM J CHIPNICK'S COMPUTER FILES. | 1.40 | 243.60 |
| 11/18/2014 | BLL | ANALYSIS OF QUICKBOOKS GENERAL LEDGER FOR OMG TOTAL PROTECTION LLC FOR THE PURPOSE OF DRAFTING RECONSTRUCTIONS FOR ALL DATES, 90 DAYS PERIOD AND 30 DAY PERIOD. DRAFT SORTS BASED ON RECONSTRUCTIONS - ALPHA DETAIL, SUMMARY DISBURSEMENTS SORTED HILO AND SUMMARY RECEIPTS SORTED HILO. | 4.40 | 836.00 |
| 11/18/2014 | BLL | ANALYSIS OF QUICKBOOKS GENERAL LEDGER CASH ACCOUNTS FOR VAST TECH SUPPORT LLC. COMBINE ALL ACCOUNTS IN STANDARD MASTER RECONSTRUCTION. ANALYSIS OF BANK STMTS ON FILE IN ORDER TO COMPLETE ACCOUNT NUMBERS IN RECONSTRUCTION. BEGIN REVIEW OF ALPHA SORTS IN ORDER TO ELIMINATE DUPLICATES. | 2.70 | 513.00 |
| 11/18/2014 | BLL | INTEROFFICE MEETING W K MCCOY RE INSIDER AND RELATED PARTIES AND ANALYSIS OF THE SAME. | 0.30 | 57.00 |
| 11/18/2014 | MMM | COORDINATE INVENTORY OF FFE WITH APPRAISER. | 0.30 | 114.00 |
| 11/18/2014 | MMM | PREPARE TURNOVER LETTER TO CITIBANK FOR JON PAUL HOLDINGS. | 0.30 | 114.00 |
| 11/18/2014 | AMB | ASSISTED BERNDETTE AND KEVIN WITH HOW TO CONVERT THE QUICKBOOKS COMPANIES AND HOW TO MANAGE USERS. | 1.00 | 130.00 |

| | | | | |
|---|---|---|---|---|
| | | COMMUNICATED WITH QUICKBOOKS SUPPORT TEAM, DISCUSSED OUR OPTIONS FOR CONVERTING COMPANIES TO DESK TOP. | | |
| 11/19/2014 | KM | CONFERENCE CALL WITH M MCMICKLE (KM) AND C NORIEGA (MANDEL) TO REVIEW FTC REQUESTS FOR ANALYSIS. | 0.30 | 52.20 |
| 11/19/2014 | KM | CONFERENCE CALLS WITH E COOK (WF LEGAL), VD RICE (WF BANK REP) AND M MCMICKLE TO DISCUSS PAYOLL VOID AND BANK FREEZE ON PAYROLL ACCOUNT AS A RESULT OF RELEASE OF FUNDS. | 1.70 | 295.80 |
| 11/19/2014 | KM | TELEPHONE CONFERENCE WITH B LEACH (CEO OF REVENUWIRE) TO DISCUSS PAYMENT TRANSFER DUE NOV 18 AND CONTINUING CHARGES ON CUSTOMER ACCOUNTS. | 0.60 | 104.40 |
| 11/19/2014 | KM | TELEPHONE CONFERENCE WITH P CRESPO (MANDEL) TO DISCUSS PAYROLL RELATED ISSUES. | 0.30 | 52.20 |
| 11/19/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY AND C. NORIEGA RE: FTC REQUESTS FOR ANALYSIS. | 0.10 | 38.00 |
| 11/19/2014 | KM | RESEARCH REVENUEWIRE PAYMENT ACTIVITY AND AMOUNT DUE TO VAST TECH SUPPORT INCLUDING HOLDS FOR CHARGE BACKS. | 0.60 | 104.40 |
| 11/19/2014 | KM | CONTINUED CASH ANALYSIS SCHEDULE FROM QUICKBOOKS FOR JP HOLDINGS. IDENTIFY INSIDERS AND RELATED PARTIES AND PREPARE SCHEDULES FOR DISBURSEMENTS FOR 30 AND 90 DAYS PRIOR TO TRO DATE. FOR RECEIVER AND FTC REQUESTS. | 2.20 | 382.80 |
| 11/19/2014 | KM | CONTINUED CASH ANALYSIS SCHEDULE FROM QUICKBOOKS FOR SUCCESS CAPITAL. IDENTIFY INSIDERS AND RELATED PARTIES AND PREPARE SCHEDULES FOR DISBURSEMENTS FOR 30 AND 90 DAYS PRIOR TO TRO DATE. FOR RECEIVER AND FTC REQUESTS. | 2.10 | 365.40 |
| 11/19/2014 | KM | PREPARE INDEX AND SCHEDULE OF FINANCIAL ANALYSIS OF QB ACCOUNTS FOR VAST TECH, SUCCESS CAPITAL, JON PAUL HOLDINGS, AND OMG TOTAL PROTECTION THAT WILL BE PROVIDED TO FTC FOR HEARING ON NOV 24. | 0.60 | 104.40 |
| 11/19/2014 | KM | REVIEWED PROCESS OF QUICK BOOKS CONVERSION AND BACK UP PROCESS AND PREPARED MEMO ON STATUS FOR TTE AND COUNSEL. | 0.60 | 104.40 |
| 11/19/2014 | KM | REVIEWED AND RESPONDED TO NUMEROUS EMAIL REQUESTS AND CORRESPONDENCE RELATED TO PAYROLL, QUICKBOOKS, BANK ACCOUNTS AND AGENDA FOR UPCOMING HEARING ON MONDAY NOV 24. | 1.80 | 313.20 |
| 11/19/2014 | BLL | VAST TECH SUPPORT LLC - CONTINUE WITH ANALYZING ALPHA SORTS IN RECONSTRUCTION IN ORDER TO ELIMINATE DUPLICATE TRANSFERORS AND TRANSFEREES. ALSO, NAME AND TIE OUT TRANSFERS BETWEEN ACCOUNTS. | 4.60 | 874.00 |
| 11/19/2014 | BLL | DRAFT SCHEDULES BASED ON VAST RECON - DETAIL CHRON, DETAIL ALPHA AND SUMMARY DISBURSEMENTS HILO. | 0.70 | 133.00 |
| 11/19/2014 | BLL | READ AND REPLY TO EMAIL FROM M MCMICKLE RE PROGESS OF CASH ANALYSIS FOR FTC. | 0.10 | 19.00 |
| 11/19/2014 | BLL | READ AND REPLY TO EMAILS RE QUICKBOOKS CONVERSION | 0.40 | 76.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | AND BACKUP. | | |
| 11/19/2014 | BLL | | INTEROFFICE MEETING W A BARRIOS RE CONVERSION & DOWNLOAD OF COMPANY FILES. PREPARE EMAIL TO QUICKBOOKS AUTHORIZING CONVERSION & DOWNLOAD. ARCHIVE THE SAME. | 0.40 | 76.00 |
| 11/19/2014 | BLL | | INTEROFFICE MEETING W K MCCOY RE CALL AGENDA FOR TOMORROW. | 0.20 | 38.00 |
| 11/19/2014 | MMM | | PRELIMINARY REVIEW OF CASH FLOW ANALYSES FOR JON PAUL HOLDINGS, SUCCESS CAPITAL AND OMG. | 0.50 | 190.00 |
| 11/19/2014 | MMM | | READ AND RESPOND TO EMAILS RE: APPRAISER, LANDLORD ISSUES AND REVWIRE ACCOUNT. | 0.20 | 76.00 |
| 11/19/2014 | MMM | | TELEPHONE CONFERENCE WITH K. MCCOY RE: ISSUES WITH WELLS FARGO FREEZE ON PAYROLL ACCOUNT. | 0.20 | 76.00 |
| 11/19/2014 | MMM | | REVIEW AGENDA AND PREPARE FOR CALL WITH RECEIVER. | 0.60 | 228.00 |
| 11/19/2014 | AMB | | ASSISTED BERNADETTE WITH SENDING OUT REQUEST TO QUICKBOOKS TO CONVERT THE COMPANIES TO DESKTOP FOR US. COMMUNICATED WITH QUICKBOOKS TO FIND OUT IF THERE IS A CHARGE FOR SUCH ASSISTANCE, TRANSLATED THIS MESSAGE TO MARY AND KEVIN. | 0.80 | 104.00 |
| 11/20/2014 | KM | | CONFERENCE CALL WITH RECEIVER, RECEIVER'S COUNSEL, S KAPILA, M MCMICKLE, AND B LOMBARDO TO REVIEW PAYROLL, CASH ANALYSIS AND PREP FOR HEARING ON NOV 24. | 0.50 | 87.00 |
| 11/20/2014 | KM | | CONFERENCE CALL WITH S KAPILA, B LOMBARDO, AND M MCMICKLE TO REVIEW AND PREPARE FOR HEARING ON MONDAY NOV 24. | 0.30 | 52.20 |
| 11/20/2014 | MMM | | TELEPHONE CONFERENCE WITH K. MCCOY RE: PAYROLL UPDATE AND EXPLANATION OF VARIOUS FORMS OF PAYMENT. | 0.20 | 76.00 |
| 11/20/2014 | MMM | | TELEPHONE CALL WITH K. MCCOY, B. LOMBARDO AND S. KAPILA RE: PREP FOR CALL WITH RECEIVER. | 0.30 | 114.00 |
| 11/20/2014 | MMM | | TELEPHONE CONFERENCE WTH D. MANDEL, COUNSEL TEAM AND KAPILA TEAM RE: DISCUSS VARIOUS AGENDA POINTS IN PREPARATION FOR HEARNG. | 0.50 | 190.00 |
| 11/20/2014 | MMM | | TELEPHONE CONFERENCE WITH B. LOMBARDO AND K. MCCOY RE: DISCUS PREPARATION OF BINDER CONTENTS FOR FTC. | 0.20 | 76.00 |
| 11/20/2014 | MMM | | TELEPHONE CONFERENCE WTH C. NORIEGA RE: DISCUSS PAYROLL PROCESS. | 0.20 | 76.00 |
| 11/20/2014 | MMM | | TELEPHONE CONFERENCE WITH C. NORIEGA RE: DISCUSS STATUS CONFERENCE AND NEED FOR TESTIFYING EXPERT FOR HEARING ON BOOST. | 0.20 | 76.00 |
| 11/20/2014 | MMM | | TELEPHONE CONFERENCE WITH S. KAPILA ,K.MCCOY AND B. LOMBARDO RE: DISCUSS REQUESTS FROM FTC FOR HEARING. | 0.20 | 76.00 |
| 11/20/2014 | KM | | CONFERENCE WITH S KAPILA, B LOMBARDO M MCMICKLE TO REVIEW AGENDA FOR CONFERENCE CALL WITH RECEIVER AND PREPARE FOR HEARING ON NOV 24. | 0.30 | 52.20 |
| 11/20/2014 | KM | | SEVERAL CONFERENCE CALLS AND CORRESPONDENCE WITH WELLS FARGO PAYROLL SERVICES AND BANKING REPRESENTATIVES TO RESOLVE ISSUE RELATED TO RELEASE OF PAYROLL FUNDS AFTER THE VOID AND FREEZE ON | 3.60 | 626.40 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ACCOUNTS. PREPARED MEMO OF TIME LINE OF EVENTS. | | |
| 11/20/2014 | KM | CONTINUED CASH ANALYSIS FOR RECEIVERSHIP ENTITIES VAST TECH, OMG, SUCCESS AND JP HOLDINGS. PREPARED SCHEDULES FOR FTC REQUEST RELATED TO HEARING ON NOV 24. | 3.10 | 539.40 |
| 11/20/2014 | BLL | REVIEW ALPHA SORTS FOR ACCURACY. | 1.20 | 228.00 |
| 11/20/2014 | BLL | BASED ON DETAIL CHRON FOR VAST ACCOUNTS IN QUICKBOOKS, DRAFT THE FOLLOWING SCHEDULES: DETAIL CHRON - ALL DATES, DETAIL CHRON - INSIDERS - 30 DAYS, DETAIL CHRON INSIDERS - ALL DATES, DETAIL CHRON - RELATED PARTIES - 30 DAYS, DETAIL CHRON - RELATED PARTIES - ALL DATES, SUMMARY DISBURSEMENTS - HILO - ALL DATES, SUMMARY RECEIPTS - HILO - ALL DATES | 4.10 | 779.00 |
| 11/20/2014 | BLL | OMG TOTAL PROTECTION - FORMAT, REVIEW AND PDF THE FOLLOWING SCHEDULES: DETAIL CHRON - ALL DATES, DETAIL CHRON - INSIDERS - ALL DATES, DETAIL CHRON - RELATED PARTIES - ALL DATES, SUMMARY DISBURSEMENTS - HILO - ALL DATES, & SUMMARY RECEIPTS - HILO - ALL DATES. | 0.60 | 114.00 |
| 11/20/2014 | BLL | ANALYSIS OF VAST GL IN ORDER TO EXTRACT TRANSFERS DIRECTLY TO BOOST. REVIEW AND FORWARD TO M MCMICKLE. | 0.40 | 76.00 |
| 11/20/2014 | SRK | FOLLOW UP TELEPHONE CALL WITH M. MCMICKLE AND MEETING WITH K. MCCOY AND B. LOMBARDO REGARDING PREPARATION FOR HEARING ON MONDAY AND REQUIRED TESTIMONY | 0.20 | 106.00 |
| 11/20/2014 | SRK | PREPARE FOR TELEPHONE CALL WITH RECEIVER AND HIS COUNSEL, P. RUSSIN AND REVIEW INFORMATION REGARDING INVESTIGATION CONDUCTED BY FINANCIAL TEAM AND ISSUES REGARDING EMPLOYEE PAYROLL WITH WELLS FARGO (0.8); TELEPHONE CALL WITH RECEIVER, D, MANDELL, COUNSEL, P. RUSSIN, M. MCMICKLE, B. LOMBARDO, K. MCCOY TO DISCUSS STATUS OF RECEIVERSHIP AND FINANCIAL INVESTIGATION | 0.50 | 265.00 |
| 11/20/2014 | BLL | INTEROFFICE MEETING W K MCCOY RE REVIEW OF TRANSMITTAL COVER LETTER AND ANALYSES TO BE PROVIDED TO FTC AND RECEIVER. REVIEW PAYROLL REPORTS. DISCUSSION RE PAYROLL. REVIEW VAST RECONSTRUCTION AND DISCUSS TRANSFERS WITHIN. | 0.50 | 95.00 |
| 11/20/2014 | BLL | PARTICIPATED IN CALL WITH M MCMICKLE AND K MCCOY RE SCHEDULES TO INCLUDE IN BINDER FOR FTC. | 0.20 | 38.00 |
| 11/20/2014 | BLL | INTEROFFICE MEETING W K MCCOY RE SCHEDULES TO INCLUDE IM BINDER FOR FTC. | 0.30 | 57.00 |
| 11/20/2014 | BLL | PARTICIPATED IN T/CONFERENCE WITH KM TEAM (S KAPILA, M MCMICKLE, AND K MCCOY) AND RECEIVER TEAM (D MANDEL, C NORIGA, P RUSSIN AND L TANNENBAUM) RE: PAYROLL, DELIVERABLE FOR THE FTC, HEALTH INSURANCE AND WARN ACT. | 0.50 | 95.00 |
| 11/20/2014 | BLL | PARTICIPATED IN TELECONFERENCE W S KAPILA, M MCMCICKLE AND K MCCOY RE DELIVERSBLES FOR HEARING ON MONDAY. | 0.30 | 57.00 |
| 11/20/2014 | MMM | READ REVISED PAYROLL MEMO AND EDIT. | 0.40 | 152.00 |

| | | | | |
|---|---|---|---|---|
| 11/20/2014 | MMM | OBTAIN DOCUMENTS RELEVANT TO FTC REQUEST FOR TESTIMONY AND BEGIN REVIEWING. | 0.50 | 190.00 |
| 11/20/2014 | AMB | COMMUNICATED VIA PHONE WITH QUICKBOOKS SUPPORT TEAM ERIKA CADE.  ERIKA IS HELPING US RESOLVE THE ADMIN RIGHTS ISSUES WE ARE EXPERIENCING WITH THE ONLINE COMPANIES.  ELLIOT AND LISA ARE STILL BEING GRANTED ACCESS TO THE ACCOUNT AND THEY SHOULD NOT.  QUICKBOOKS CONCLUDED THAT A REQUEST FORM ALONG WITH PROOF OF IDENTITY NEEDS TO BE SENT TO THEM, WHICH CAN TAKE UP TO 48 HOURS TO PROCESS. | 1.60 | 208.00 |
| 11/21/2014 | SRK | TELEPHONE CONFERENCE WITH RECEIVER MANDELL REGARDING BURGLARY AT FACILITY AND POSSIBLE THEFT OF PERSONAL PROPERTY, AND FUNDING OF HEALTH INSURANCE FOR EMPLOYEES AND EXPECTATIONS OF THAT  - DISCUSSED POLICE REPORT, WHETHER NEED TO READ INVENTORY AFTERWARDS AT THE FACILITY, APPROACH TO THE FUNDING BY SEGMENTATION OF EMPLOYEES AT DIFFERENT LEVELS FOR HEALTH INSURANCE; FOLLOW UP ON SAME WITH KAPILA TEAM - K. MCCOY AND M. MCMICKLE | 0.40 | 212.00 |
| 11/21/2014 | KM | CONFERENCE CALL WITH J CHIPNICK (VAST TECH BOOKKEEPER) TO REVIEW PAYROLL REGISTER FOR 10/16-10/31/14 INCLUDING DESCRIPTION OF DIVISIONS AND PERSONNEL AND HEALTH INSURANCE PREMIUMS DUE FOR NOVEMBER 2014. | 0.90 | 156.60 |
| 11/21/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY RE: PAYROLL ISSUES, TURNOVER OF FUNDS. | 0.20 | 76.00 |
| 11/21/2014 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA AND K. MCCOY RE: ADDRESS ISSUES RAISED BY RECEIVER RELATING TO COMPUTER THEFT, HEALTH INSURANCE,  PAYROLL (.2) AND FOLLOW UP RESEARCH OF SAME (.2). | 0.40 | 152.00 |
| 11/21/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY RE: DEVELOPE ANALYSIS OF PAYROLL TO ASSIST RECEVER, DISCUSS AMOUNT OF HEALTH INSURANCE PAYMENT DUE. | 0.30 | 114.00 |
| 11/21/2014 | KM | CONFERENCE WITH S KAPILA AND M MCMICKLE TO REVIEW PAYROLL AND HEALTH INSURANCE PREMIUMS DUE FOR EMPLOYEES OF VAST TECH. | 0.30 | 52.20 |
| 11/21/2014 | KM | REVIEW AND PREPARE SCHEDULES INCLUDING SUMMARY OF FINDINGS FOR JON PAUL HOLDINGS, AND SUCCESS CAPITAL PER FTC AND RECEIVER'S REQUEST. | 2.60 | 452.40 |
| 11/21/2014 | KM | RESEARCH TRANSACTIONS RELATED TO FURNITURE AND EQUIPMENT PURCHASES ON VAST TECH SUPPORT'S QUICK BOOK RECORDS RELATED TO OWNERSHIP ISSUE WITH LANDLORD. | 0.80 | 139.20 |
| 11/21/2014 | KM | CONFERENCE CALL AND CORRESPONDENCE WITH CITBANK RELATED TO TURNOVER OF FUNDS AND ACCOUNT BALANCE FOR JON PAUL HOLDINGS ACCOUNT. | 0.80 | 139.20 |
| 11/21/2014 | KM | REVIEW AND ANALYZE AGREEMENTS BETWEEN BOOST AND VAST FOR HEARING ON NOV. 24. RESEARCH RECORDS TO IDENTIFY ANY REVENUE SHARING AGREEMENTS OR EVIDENCE OF TRANSACTIONS BETWEEN VAST AND BOOST. RESEARCH AND REVIEW AGREEMENT BETWEEN VAST AND | 2.90 | 504.60 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | REVENUEWIRE. | | |
| 11/21/2014 | KM | REVIEW CORRESPONDENCE FROM WELLS FARGO PAYROLL AND BANK REPRESENTATIVE REGARDING VOIDED PAYROLL AND TURNOVER OF FUNDS TO RECEIVER'S BANK ACCOUNTS. | 0.60 | 104.40 |
| 11/21/2014 | KM | REVIEWED VAST TECH AMEX TRANSACTIONS TO IDENTIFY ANY PAYMENTS TO BOOST. | 0.40 | 69.60 |
| 11/21/2014 | KM | REVIEW AND ANALYZE PAYROLL REGISTER FOR THE PERIOD 10-16-10/31/14 TO IDENTIFY PRINCIPALS, MANAGEMENT, AND DIVISIONS. ANALYZE HEALTH INSURANCE PREMIUMS PAID TO BLUECROSS BLUESHIELD FROM VAST TECH QUICK BOOKS REGISTER TO PROVIDE ANALYSIS TO RECEIVER FOR BOTH PAYROLL AND HEALTH INSURANCE TO MAKE AN INFORMED DECISION ON DISBURSING FUNDS FROM RECEIVER'S ESTATE FOR PAYROLL AND HEALTH INSURANCE. | 1.30 | 226.20 |
| 11/21/2014 | BLL | OMG - EVALUATE, REVISE, REFORMAT AND PDF SCHEDULES FOR HEARING BINDER - SUMMARY, ALPHA SUMMARY, SUMMARY RECEIPTS HILO, SUMMARY DISBURSEMENTS HILI, DETAIL CHRON INSIDERS, DETAIL CHRON RELATED PARTIES AND DETAIL CHRON 30 DAYS PRIOR TO TRO. | 2.40 | 456.00 |
| 11/21/2014 | BLL | VAST - EVALUATE, REVISE, REFORMAT AND PDF SCHEDULES FOR HEARING BINDER - SUMMARY, ALPHA SUMMARY, SUMMARY RECEIPTS HILO, SUMMARY DISBURSEMENTS HIL0, DETAIL CHRON INSIDERS, DETAIL CHRON RELATED PARTIES, DETAIL CHRON 30 DAYS PRIOR TO TRO, DETAIL INSIDERS 30 DAYS AND DETAIL RELATED PARTIES 30 DAYS. | 3.70 | 703.00 |
| 11/21/2014 | BLL | PRINT OMG AND VAST SCHEDULES AND ASSEMBLE IN BINDERS. | 0.40 | 76.00 |
| 11/21/2014 | BLL | DRAFT BOOST QUICKBOOKS ENTRIES SCHEDULE. PDF AND FORWARD TO M MCMICKLE. | 0.30 | 57.00 |
| 11/21/2014 | BLL | INTEROFFICE MEETING W K MCCOY RE BINDER CREATION, INDEX AND DOCUMENTS. INTEROFFICE MEETING E K MCCOY RE CALL FROM FTC WRT REVENUE SHARING BETWEEN BOOST AND VAST. | 0.30 | 57.00 |
| 11/21/2014 | BLL | T/C W M MCMICKLE RE CALL FROM FTC AND REVENUE SHARING BETWEEN BOOST AND VAST. | 0.10 | 19.00 |
| 11/21/2014 | MMM | READ PROFESSIONAL SERVICES AGREEMENT AND STATEMENT OF WORK BETWEEN BOOST AND VAST. | 0.70 | 266.00 |
| 11/21/2014 | MMM | RESEARCH ACCOUNT LABELED "INVESTMENT" IN GENERAL LEDGER FOR POTENTAL ADDITIONAL BANK ACCOUNT. | 0.40 | 152.00 |
| 11/21/2014 | MMM | FOLLOW-UP ON SEVERAL EMAILS FROM RECEIVER'S COUNSEL AND RESPOND. | 0.30 | 114.00 |
| 11/23/2014 | KM | REVIEW AND ANALYZE DISBURSEMENTS MADE TO FIGOO, LLC FROM RECEIVERSHIP ENTITIES AND PREPARE SCHEDULE FOR HEARING ON NOV 24, 2014. | 0.60 | 104.40 |
| 11/23/2014 | KM | REVIEW AND RESEARCH RECORDS AND INVOICES FOR PAYROLL AND HEALTH INSURANCE PREMIUMS IN VAST TECH CORPORATE OFFICES IN DELRAY BEACH. | 3.30 | 574.20 |
| 11/23/2014 | BLL | T/C WITH K MCCOY RE FJIOO SCHEDULE. EVALUATE AND REVISE SCHEDULE. ARCHIVE AND PREPARE FOR BINDER. | 0.90 | 171.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | ADD TO BINDER. READ AND REPLY TO EMAILS RE BINDERS & SCHEDULES. ANALYSIS OF FJIOO TRANSACTIONS IN QUICKBOOKS. DRAFT SCHEDULE OF QUICKBOOKS TRANSACTIONS RELATED TO FJIOO. | | |
| 11/24/2014 | KM | CONFERENCE CALL WITH M MCMICKLE TO REVIEW HELATH ISURANCE, PAYROLL AND HEARING. | 0.40 | 69.60 |
| 11/24/2014 | MMM | TELEPHONE CONFERENCE WITH K. MCCOY RE: STTUS UPDATE ON PAYROLL AND INSURANCE ISSUES. | 0.30 | 114.00 |
| 11/24/2014 | KM | CONFERENCE WITH S KAPILA AND B LOMBARDO TO REVIEW HEALTH INSURANCE AND PAYROLL ISSUES. | 0.40 | 69.60 |
| 11/24/2014 | JBW | RECONCILED PAYROLL DISBURSEMENTS AGAINST VOIDED PAYROLL SCHEDULE DUE NOVEMBER 17, 2014. | 1.70 | 170.00 |
| 11/24/2014 | KM | REVIEW AND RESPOND TO NUMEROUS EMAILS AND CORRESPONDENCE REGARDING PAYROLL, HEALTH INSURANCE, QUICK BOOKS AND BANK RECORDS. | 1.60 | 278.40 |
| 11/24/2014 | KM | REVIEW ANALYZE AND PREPARE SCHEDULE OF HEALTH INSURANCE PREMIUMS FOR VAST TECH SUPPORT TO CONTINUE COVERAGE FOR THE MONTH OF NOVEMBER 2014. | 2.20 | 382.80 |
| 11/24/2014 | KM | REVIEW AND ANALYZE PAYROLL FOR PAY PERIOD 10/16-10/31/14. PREPARE SUMMARY SCHEDULE BY DIVISION FOR ANALYSIS OF PAYROLL BY DEPARTMENTS. REVIEWED PAYROLL RECONCILIATION OF PAYROLL PAID THAT WAS NOT AFFECTED BY THE VOID. REVISED AND UPDATED BY DIVISION. TELECONFERENCE AND EMAIL EXCHANGE WITH J BEHAR, (WF PAYROLL) TO CLARIFY PAYROLL ISSUES AND DETERMINE IF ANY ADDITIONAL PAYROLL WAS NOT RECOVERABLE. | 4.60 | 800.40 |
| 11/24/2014 | MMM | ATTEND HEARING ON PRELIMINARY INJUNCTION FOR BOOST SOFTWARE AS POTENTIAL VAST WITNESS. | 3.30 | 1,254.00 |
| 11/24/2014 | SRK | ATTEND TO MULTIPLE EMAILS REGARDING PENDING PAYROLL AND HEALTH INSURANCE PREMIUMS; DISCUSS SAME WITH ANALYSIS BY KEVIN MCCOY AND BERNADETTE LOMBARDO | 0.60 | 318.00 |
| 11/24/2014 | BLL | INTEROFFICE MEETING W S KAPILA AND KEVIN MCCOY RE PAYROLL AND INSURANCE. | 0.60 | 114.00 |
| 11/24/2014 | BLL | INTEROFFICE MEETINGS W K MCCOY RE PAYROLL AND INSURANCE. | 0.30 | 57.00 |
| 11/24/2014 | BLL | READ EMAILS RE COMPANY NAME AT REVENUE WIRE. RESEARCH SOURCE OF INFO ON PRELIMENARY ACCOUNT LIST. ATTEMPT TO LOGIN AT REVENUE WIRE. REPLY TO EMAIL FROM M MCMICKLE RE SOURCE OF INFORMATION IN PRELIMENARY ACCOUNT LIST. | 0.30 | 57.00 |
| 11/24/2014 | MMM | REVIEW VARIOUS CASH ANALYSES IN PREPARATION FOR POTENTIAL TESTIMONY IN THE BOOST HEARING. | 1.20 | 456.00 |
| 11/25/2014 | KM | CONFERENCE CALL WITH S KAPILA, M MCMICKLE, D MANDEL, N MANDEL, C NORIEGA TO REVIEW PAYROLL AND HEALTH INSURANCE ISSUES. | 0.40 | 69.60 |
| 11/25/2014 | MMM | TELEPHONE CONFERENCE WITH D. MANDEL AND TEAM AND S. KAPILA AND KM TEAM RE: PAYROLL AND HEALTH INSURANCE UPDATE. | 0.40 | 152.00 |
| 11/25/2014 | KM | INVENTORY AND REVIEW RECORDS AT VAST CORPORATE | 5.50 | 957.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | OFFICES. CONFERENCE WITH N MANDEL (RECEIVER) TO REVIEW CASE STATUS. IDENTIFIED PROPERTY LIABILITY INSURANCE AND CONTACTED AGENT FOR COPY OF POLICY. | | |
| 11/25/2014 | KM | IDENTIFIED ADDITIONAL PAYROLL NOT RECOVERABLE BY WELLS FARGO PAYROLL SERVICES. CONFERENCE CALL WITH J BEHAR (WF PAYROLL) TO REVIEW AND DISCUSS REASONS FOR CONTINUED RETURNS AND ISSUES RELATED TO YEAR END REPORTING. | 1.30 | 226.20 |
| 11/25/2014 | BLL | READ EMAILS RE REVENUE WIRE ACCOUNT FREEZE AND LOGIN. ARCHIVE LOGIN. LOG IN TO ACCOUNT TO VERIFY THAT CREDENTIALS WORK. DOWNLOAD SNAPSHOT OF WEBPAGE THAT SHOWS COMPANY NAME AS VAST ETCH SOFTWARE LLC. | 0.40 | 76.00 |
| 11/25/2014 | BLL | ANALYSIS OF COMPANY RECONSTRUCTIONS FOR THE PURPOSE OF DRAFTING SUMMARY DISBURSEMENT SCHEDULES FORTHE 90-DAY PERIOD PRIOR TO THE TRO DATE. REVIEW AND FORWARD TO KM TEAM. | 2.20 | 418.00 |
| 11/25/2014 | SRK | TELEPHONE CONFERENCE WITH DAVID MANDELL, MARY MCMICKLE REGARDING FUNDINGS ISSUES OF INSURANCE AND PAYROLL EMPLOYEES AND IMPLACTIONS OF THE WARREN ACT; SCOPE OF DUTIES OF RECEIVER RELATIVE TO CONTINUATION OF EMPLOYMENT OR DISMISSAL OF EMPLOYEES | 0.40 | 212.00 |
| 11/25/2014 | BLL | T/C W K MCCOY RE EMAIL REQUEST FOR PAID EMPLOYEES. REVIEW SCHEDULES AND PAYROLL REGISTER. FORWARD TO C NOREIGA AND TEAM. | 0.40 | 76.00 |
| 11/25/2014 | BLL | READ AND ARCHIVE SEVERAL EMAILS. | 0.30 | 57.00 |
| 11/26/2014 | KM | CONFERENCE CALL WITH M MCMICKLE AND N MANDEL TO REVIEW REVENUEWIRE AGREEMENT, DECLARATION, AND EXHIBIT FOR PAYMENTS DUE TO VAST TECH. | 0.40 | 69.60 |
| 11/26/2014 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA, K. MCCAY AND B. LOMBARDO RE: 90 DAY CASH ANALYSIS AND POTENTIAL RECOVERIES. | 0.50 | 190.00 |
| 11/26/2014 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA AND K. MCCOY RE: STUDY DECLARATION FROM REVENUE WIRE AND PAYMENT AND HOLDBACK REPORTS. | 0.40 | 152.00 |
| 11/26/2014 | KM | CONFERENCE WITH S KAPILA, B LOMBARDO, AND M MCMICKLE TO REVIEW VAST TECH DISBURSEMENTS AND 90 DAY ANALYSIS. | 0.50 | 87.00 |
| 11/26/2014 | KM | REVIEWED AND ANALYZED DECLARATION AND EXHIBIT PROVIDED BY W NG (REVENUEWIRE) AND COMPARED TO PAYMENT SUMMARY REPORT TO DETERMINE AMOUNT DUE AND HOLDBACKS. | 0.40 | 69.60 |
| 11/26/2014 | KM | REVIEW AND ANALYZE DISBURSEMENT SCHEDULES AND 90 DAY ANALYSIS FOR VAST TECH SUPPORT AND AMEX TRANSACTIONS. | 1.60 | 278.40 |
| 11/26/2014 | BLL | ANALYSIS OF VAST AMERICAN EXPRESS TRANSACTIONS FOR THE 90 DAY PERIOD. RECONSTRUCT TRANSACTIONS AND DRAFT SCHEDULE OF THE SAME. DRAFT ALPHA SUMMARY SCHEDULE OF CHARGES AND PAYMENTS/CREDITS BY | 3.10 | 589.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | DESCRIPTION. DRAFT SUMMARY SCHEDULE OF CHARGES AND PAYMENTS/CREDITS BY CARD MEMBER. REVIEW SCHEDULES. FORWARD SCHEDULES TO KM TEAM FOR DISCUSSION. | | |
| 11/26/2014 | BLL | ANALYSIS OF VAST AMERICAN EXPRESS TRANSACTIONS FOR ALL DATES DOWNLOADED FROM AMEX WEBSITE. RECONSTRUCT TRANSACTIONS AND DRAFT SCHEDULE OF THE SAME. DRAFT ALPHA SUMMARY SCHEDULE OF CHARGES AND PAYMENTS/CREDITS BY DESCRIPTION. DRAFT SUMMARY SCHEDULE OF CHARGES AND PAYMENTS/CREDITS BY CARD MEMBER. REVIEW SCHEDULES. FORWARD SCHEDULES TO KM TEAM FOR DISCUSSION. | 4.10 | 779.00 |
| 11/26/2014 | SRK | ANALYSIS OF POTENTIAL RECOVERY OF TARGETS (0.4); TELEPHONE CONFERENCE WITH TEAM MARY MCMICKLE, BERNADETTE LOMBARDO, AND KEVIN MCCOY TO DISCUSS HEALTHCARE FUNDING, PAYROLL ISSUES, AND POTENTIAL TARGETS (0.4); REVIEW DECLARATION OF WILLIAM G. AND DISCUSS WITH MARY MCMICKLE (0.3) | 1.10 | 583.00 |
| 11/26/2014 | BLL | READ EMAILS RE REVENUE WIRE AND PAYROLL. ARCHIVE THE SAME AND ATTACHMENTS TO THE EMAILS. | 0.30 | 57.00 |
| 11/26/2014 | BLL | INTEROFFICE MEETING W K MCCOY RE DISBURSEMENT SCHEDULES AND AMEX SCHEDULES. | 0.20 | 38.00 |
| 11/26/2014 | MMM | READ EMAILS AND RESPOND RE: APPRAISAL OF EQUIPMENT, REVENUE WIRE DECLARATION. | 0.70 | 266.00 |
| 11/30/2014 | BLL | ACCESS REVENUE WIRE WEBSITE AND ANALYZE PAYMENTS AND REFUNDS BY CUSTOMERS. COMPARE TO SALES REPORTS AND PAYMENT REPORTS. BEGIN DRAFTING SCHEULE OF GROSS USD AND NET USD PER SALES REPORT VERSUS PAYMENT RECD BY VAST PER PAYMENT REPORT. | 2.30 | 437.00 |

TAX SERVICES - ADVISORY

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2014 | LJJ | REVIEW INFORMATION, LOOK-UP TAX ID FOR AVAILABILITY FORWARD TO KF FOR FORMS 56 PREPARATION | 0.20 | 82.40 |
| 11/17/2014 | LJJ | REVIEW DOCUMENTS, LOOK-UP TAX ID NUMBERS DISC WITH KF | 0.50 | 206.00 |

TAX SERVICES - PREPARE FORMS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2014 | KAF | PULL SUNBIZ DATA AND PREPARE (5) FORMS 56; TO L. JOHNSON FOR REVIEW | 2.40 | 638.40 |
| 11/17/2014 | KJJ | ASSEMBLED FORMS 56 | 0.60 | 60.00 |
| 11/18/2014 | KJJ | MAILED FORM 56 | 0.10 | 10.00 |
| 11/19/2014 | KAF | TELEPHONE CALL WITH SUSAN AT D. MANDEL'S OFFICE TO CONFIRM THAT FORM 56 IS NOT NEEDED FOR BOOST SOFTWARE ENTITY AS D. MANDEL IS NOT ITS RECEIVER; CORRECT CLIENT FILE/RECORDS. | 0.10 | 26.60 |

43,717.40

EXPENSES

| Date | Type | Description | Amount |
|---|---|---|---|
| 11/13/2014 | EXP | MILEAGE - KM - TO/ FROM VAST TECH CORPORATE OFFICE IN DELRAY BEACH | 29.12 |
| 11/13/2014 | EXP | MILEAGE - BLL - ONSITE IN VAST OFFICES TO PARTICIPATE IN SECURING SITE, ASSETS AND INTERVIEWING | 18.48 |
| 11/14/2014 | EXP | MILEAGE - KM - TO/ FROM VAST TECH CORPORATE OFFICE IN DELRAY BEACH | 29.12 |
| 11/14/2014 | EXP | MILEAGE - BLL - ONSITE IN VAST OFFICES TO PARTICIPATE IN SECURING SITE, ASSETS AND INTERVIEWING | 18.48 |
| 11/18/2014 | EXP | POSTAGE | 5.32 |
| 11/20/2014 | EXP | MILEAGE - JEW - TO LOCATION FOR FTC MEETING | 31.36 |
| 11/20/2014 | EXP | TIGERDIRECT - JEW - HARD DRIVES FOR SERVER IMAGING | 445.16 |
| 11/21/2014 | EXP | MILEAGE - KM - TO/ FROM VAST TECH CORPORATE OFFICE IN DELRAY BEACH | 29.12 |
| 11/22/2014 | EXP | PRINTED COPY CHARGE | 44.40 |
| 11/24/2014 | EXP | PARKING - AIRPORT - MMM - PRELIMINARY HEARING IN FORT LAUDERDALE | 16.00 |
| 11/24/2014 | EXP | AIRFARE - DELTA - MMM - PRELIMINARY HEARING IN FORT LAUDERDALE | 506.20 |
| 11/25/2014 | EXP | MILEAGE - KM - TO/ FROM VAST TECH CORPORATE OFFICE IN DELRAY BEACH | 29.12 |

1,201.88

Total amount of this invoice $44,919.28

Invoice payable upon receipt.  Thank you for this opportunity to be of service.