# Exhibit C

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687

January 9, 2015

Matter #: 5528-1
Invoice #: 53566

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| December 1, 2014 | PDR | Review order denying PI as to Boost; Consider allegations by employee of "wage theft"; Telephone call with David Mandel, Nina Mandel and Camellia Noriega re: various issues including WARN Act, wages, health insurance etc.; Email to Nina Mandel re: information requested for drafting motion including memo on WARN Act; | $610.00 | 2.60 | $1,586.00 |
| | EWO | Attention to WARN Act issues. | $415.00 | 0.30 | $124.50 |
| | LP | Attention to WARN act and auction issues | $295.00 | 0.20 | $59.00 |
| | LT | Review pleadings. Exchange emails re wages due. | $215.00 | 0.70 | $150.50 |
| December 2, 2014 | PDR | Consider issues re: receipt of funds by receiver and handling same; Review anonymous note re: potential wrongdoer; Exchange emails with counsel for receiver re: same; Review insurance policy issues; | $610.00 | 1.10 | $671.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | LP | Discussion and analysis concerning RevenueWire | $295.00 | 0.50 | $147.50 |
| | LT | Review emails. | $215.00 | 0.20 | $43.00 |
| | IH | Receipt, review and profile correspondence from Mary M. McMickle from Kapila Mukamal to Sherry Laughlin re: requesting tax documents from J.D. Gilbert & Co. | $150.00 | 0.10 | $15.00 |
| December 3, 2014 | PDR | Review draft response to Boost demand/default letter; Consider potential payment to certain employees and TC w David Mandel re: same; Review draft motion re: same, health insurance etc.; consider legal issues re: Boost letter alleging default under license agreement and response to same; | $610.00 | 1.80 | $1,098.00 |
| | LP | Research concerning pre/post receivership existence of indemnity claim (0.5); consider TRO and Agreement (0.8); draft response letter (0.8) | $295.00 | 2.10 | $619.50 |
| December 4, 2014 | PDR | Email to David Mandel re: draft letter to Boost counsel re: termination etc.; | $610.00 | 0.40 | $244.00 |
| | LP | Analysis concerning boost (0.1); receive consumer call (0.1) | $295.00 | 0.20 | $59.00 |
| | LT | Email P. Crespo re vmail received. | $215.00 | 0.10 | $21.50 |
| December 5, 2014 | PDR | Exchange emails with David Mandel re: letter to Boost counsel; | $610.00 | 0.20 | $122.00 |
| | LP | Consider email from receiver and correspond concerning PI findings and effect thereof | $295.00 | 0.30 | $88.50 |
| | LT | Receipt, docket and review pleadings filed. | $215.00 | 0.10 | $21.50 |
| December 8, 2014 | PDR | Finalize letter to Boost counsel; | $610.00 | 0.20 | $122.00 |
| | LP | Finalize and sent letter to Boost (0.3) | $295.00 | 0.30 | $88.50 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| December 9, 2014 | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| December 11, 2014 | PDR | TC w Nina Mandel re: issues with Wells Fargo and related pay roll issues; | $610.00 | 0.30 | $183.00 |
| | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| December 12, 2014 | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| December 15, 2014 | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| December 16, 2014 | PDR | Review draft initial report of receiver from Nina Mandel; TC w Nina Mandel re: same; | $610.00 | 0.80 | $488.00 |
| | LP | Consider and comment to report of receiver | $295.00 | 0.40 | $118.00 |
| | MV | Attend to calendar re upcoming deadline. | $190.00 | 0.10 | $19.00 |
| December 17, 2014 | LT | Receipt, docket and review pleading filed. | $215.00 | 0.10 | $21.50 |
| December 26, 2014 | PH | Receipt, docket and review pleading filed. | $205.00 | 0.10 | $20.50 |
| December 30, 2014 | LP | Attention to rulings in related cases | $295.00 | 0.60 | $177.00 |
| | LT | Receipt, docket and review pleadings filed. | $215.00 | 0.10 | $21.50 |
| Totals | | | | 14.40 | $6,437.00 |

| | DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|---|
| | | | 25.50 | |
| | DUPLICATION EXPENSE | | | |
| December 1, 2014 | West Payment Center | | 459.56 | |
| | Inv.830790534 | | | |
| December 30, 2014 | LexisNexis Risk Data Management | | 285.50 | |
| | Inv.1371914-20141130 | | | |

| Totals | $770.56 | $0.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | $7,207.56 |
| Previous Balance | $34,007.62 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$41,215.18** |

> The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.

# MELAND RUSSIN & BUDWICK
## PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

January 9, 2015

Matter #: 5528-1
Invoice #: 53566

## SERVICE AND EXPENSE MAILBACK SUMMARY

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $6,437.00 |
| TOTAL DISBURSEMENTS | $770.56 |
| PREVIOUS BALANCE | $34,007.62 |
| PRIOR PAYMENTS | $0.00 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $41,215.18 |

Please return this page with your remittance

Please Charge $_____ on:
( ) Visa
( ) Mastercard
( ) Discover
( ) American Express

Client Name _____

Card Account Number _____   Expiration Date _____

Cardholder Name _____
(as it appears on the credit card)

Address _____

Cardholder Signature _____   Date _____

Amount Paid: _____

Check No.: _____

Invoice No.: 53566

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE. ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
February 6, 2015

Matter #: 5528-1
Invoice #: 53813

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
| --- | --- | --- | --- | --- | --- |
| January 13, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| January 21, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| January 22, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| January 24, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| January 29, 2015 | LT | Retrieve vmail and email Paul Crespo re same. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.50 | $110.00 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
| --- | --- | --- | --- |
| January 7, 2015 | PACER SERVICE CENTER Inv.2601644-Q42014 | 24.10 | |
| Totals | | $24.10 | $0.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | $134.10 |
| Previous Balance | $39,891.48 |
| Previous Payments | $32,683.92 |
| **Balance Due Now** | **$7,341.66** |

> The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.

# MELAND RUSSIN & BUDWICK

PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

February 6, 2015                    Matter #:    5528-1
                                    Invoice #:   53813

## SERVICE AND EXPENSE MAILBACK SUMMARY

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention:   David Mandel, Receiver

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $110.00 |
| TOTAL DISBURSEMENTS | $24.10 |
| PREVIOUS BALANCE | $39,891.48 |
| PRIOR PAYMENTS | $32,683.92 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $7,341.66 |

Please return this page with your remittance

Please Charge $_____ on:   ( ) Visa
                                ( ) Mastercard
_____        ( ) Discover           Amount Paid: _____
Client Name                     ( ) American Express
                                                       Check No.: _____
_____        _____
Card Account Number             Expiration Date        Invoice No.:  53813

_____        _____
Cardholder Name                 Address
(as it appears on the credit card)

_____        _____
Cardholder Signature            Date

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE. ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.