# Exhibit D



Andrews International
28001 Smyth Dr
Valencia, CA 91355
USA

| Bill to: | | Invoice Number: | INV05795 |
|---|---|---|---|
| Mandel & Mandel | | Date: | 1/8/2015 |
| 1200 Alfred I- Dupont Building | | Payment Terms: | NET 30 |
| 169 East Flagler Stree | | | |
| Miami, FL 33131 | | | |
| US | | | |
| Attn: Susan Cavanagh | | | |

| OMG Receiver | |
|---|---|
| Category | Net Amount |
| Fees | $18,906.25 |
| Expenses | $1,230.72 |
| Total | $20,136.97 |

Monetary values are in USD.

Remit Information Below:

**By Mail:**
Andrews International Inc
P.O. Box 417142
Boston, MA    02241-7142

**By Courier:**
Bank of America Lockbox Services
Andrews International 417142
MA5-527-02-07 - 2 Morrissey Blvd

Dorchester, MA 02125

Wire Instructions:
Bank Name:  Bank of America
Bank Address:  1455 Market St 4th Floor, San Francisco CA, 94103
Payee Name : Andrews International
Account # 1499042304
ACH ABA Number:  122000661
Wires ABA Number:  026009593
Swift Code: BOFAU53N

Andrews International is an Equal Opportunity Employer and takes affirmative action to employ and advance in the employment of qualified individuals regardless of their: race, color, sex, religion, national origin, individuals with disabilities, covered veterans, or disabled veterans; as incorporated by the following references: EO 11246 41 CFR 60-1.4, Section 4212 60-300-4, Section 503 60-741.4 and EO 13496 29 CFR Part 471 appendix A.

| Project (Resource) | | Fees for OMG Receiver | | | |
|---|---|---|---|---|---|
| Date | Project (Resource) | Hours | Rate | Amount | Description |
| 12/1/2014 | | | | | |
| | P002572-001: OMG Receiver (J) | 2.50 | $275.00 | $687.50 | JP - Offsite IT Related Receivership Duties -- Logmein Rescue download and imaging; communication with M5 and 5318studios (OMGBackup); cont OMGBackup research; comm with Sandy Blair for return of disk. |
| Subtotal (12/1/2014) | | 2.50 | | $687.50 | |
| 12/2/2014 | | | | | |
| | P002572-001: OMG Receiver (J) | 4.00 | $275.00 | $1,100.00 | JP - Offsite – OMGBackup research; comm (calls and e-mails) with counsel (Camellia/Nina/Paul), M5, Five9, 1&1, BlueHost); updating to tracking log; draft OMGBackup customer notice; Prepare mass e-mail. |
| | P002572-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | LB - Image Metadata from sales transactions from one and one server. Backup of image and hash verified. Prepare applicable documentation. Initiate export of files from images 5, 7 and 8. |
| Subtotal (12/2/2014) | | 7.00 | | $1,925.00 | |
| 12/3/2014 | | | | | |
| | P002572-001: OMG Receiver (J) | 4.25 | $275.00 | $1,168.75 | JP - Offsite -- OMGBackup final & send; Receiver site update; Transfer domain from GoDaddy 3301.. to Elliot; Changed GoDaddy products to not auto renew on acct 3301..; posted Receiver CC on GoDaddy 3301; Download and forensically image omgtechsupport.com website from GoDaddy; Found new service Novatime and research for admin control and comm with counsel; Comm with FTC regarding preserving Vasta's ESI on OMGBackup; Comm with counsel regarding disks for Perry. |
| Subtotal (12/3/2014) | | 4.25 | | $1,168.75 | |
| 12/4/2014 | | | | | |
| | P002572-001: OMG Receiver (J) | 2.50 | $275.00 | $687.50 | LB - Export of files from images 5, 7, 8 and 9. Prepare disks. Applicable documentation. |
| | P002572-001: OMG Receiver (J) | 4.50 | $275.00 | $1,237.50 | JP - Offsite -- RevenueWire multi-account identification & password reset; ConstantContact -- update acct info; Update Web; M5 research & comm; Update billing info: Google Apps and ConstantContact; Post status of all websites; Download and forensically image ConstantContact info. |
| Subtotal (12/4/2014) | | 7.00 | | $1,925.00 | |
| 12/5/2014 | | | | | |
| | P002572-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | LB - Generate and download reports from Five9.com web site. Create Logical Evidence File with the downloaded reports, create backup and hash verified. Prepare applicable documentation. |
| Subtotal (12/5/2014) | | 3.00 | | $825.00 | |
| 12/8/2014 | | | | | |
| | P002572-001: OMG Receiver (J) | 4.00 | $275.00 | $1,100.00 | JP - Offsite – Id ~10 other websites requiring imaging; 8x8 control and changed 26 ext VM passcodes and forwarded calls to Receiver; Research impact of customers maintaining OMG software and comm w/counsel; Download 8x8 call logs; updated Receiver's website; search for LogMeIn info and provide to Camellia; Take control of M5Hosting.com site and change passwords; general comm with counsel. |
| Subtotal (12/8/2014) | | 4.00 | | $1,100.00 | |
| 12/9/2014 | | | | | |

| | | | | |
|---|---|---|---|---|
| P002572-001: OMG Receiver (J) | 4.75 | $275.00 | $1,306.25 | JP: Offsite:<br>1) Transferred 3 unrelated domains to Elliot.<br>2) Downloaded backup of GoDaddy websites from account 83053516 on the Linux Shared webserver *.omgoptimizer.com.<br>3) Downloaded second copy of Bluehost OMG main websites with modified dates intact. Too many failed transfers, so initiated local backup for subsequent download.<br>4) Changed FTP passwords for Bluehost users.<br>5) Initiated a backup of the entire Bluehost server (*.omgtechhelp.biz).<br>6) Download backup of active GoDaddy websites from account 83053516 on the dedicated server hosting.<br>7) Changed FTP user password on GoDaddy 33019384 Webserver hostname omgtechhelp.com.<br>8) Downloaded omgtechsupport.com from GoDaddy 33019384 (50.62.248.1).<br>9) Downloaded omgtechhelp.com from GoDaddy 33019384 (50.63.96.1).<br>10) Created forensic image 12 containing aforementioned downloads.<br>11) Per Camellia, download all 8x8 open invoice statements (one per line).<br>12) Documentation to control log. |
| **Subtotal (12/9/2014)** | **4.75** | | **$1,306.25** | |
| **12/10/2014** | | | | |
| P002572-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | JP - Offsite<br>1) Work on OMG Facebook account and Novatime.<br>2) Work on identifying best source of active and non-active customer lists for mass email regarding OMG scam. 3) Downloaded listing of customers from RevenueWire and parsed and wrote a script to clean data to obtain unique email addresses and prep for email campaign.<br>4) Worked with Camellia on her Receivership summary.<br>5) Broke up customer listing (140,000 in list) into many files in order to upload to Constant Contact.<br>6) Uploaded into Constant Contact.<br>7) DNS changes to approximately 20 domain names.<br>8) Communication with counsel and FTC; followed up on FTC's download on Vasta files from OMGBackup.NET. 9) Case management and control log updates. |
| **Subtotal (12/10/2014)** | **3.00** | | **$825.00** | |
| **12/11/2014** | | | | |
| P002572-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | LB - Offsite - Image selected files from hard disk received from Five9.com. Create Logical Evidence File with the recordings, create backup and hash verified. Prepare applicable documentation |

| | | | | |
|---|---|---|---|---|
| P002572-001: OMG Receiver (J) | 2.50 | $275.00 | $687.50 | JP - Offsite<br>1) Continued work on mass e-mail related to scam, and sent it out. 2) Install OMGBackup client (Windows and Mac) and research/test. Thereafter, prepared a manual for Mac & Windows instructions on downloading and deleting online files. 3) Update Receiver site with links to OMGBackup manual.<br>4) Communication with counsel and FTC; followed up on FTC's download on Vasta files from OMGBackup.NET.<br>5) Case management and control log updates. |
| **Subtotal (12/11/2014)** | **5.50** | | **$1,512.50** | |
| **12/12/2014** | | | | |
| P002572-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | LB - Offsite - Prepare three disks with encrypted containers and copy / export files from four images to each disk. Verification of images. Prepare applicable documentation. |
| P002572-001: OMG Receiver (J) | 3.25 | $275.00 | $893.75 | JP - Offsite<br>1) During monitoring of scam alert mailout noted the account was cancelled. Worked with Constant Contact as the mailout to 96K email addresses triggered an account cancellation. Called to reinstate account and it turns out that OMG had an account with CC and when the Receiver opened a new account, they CC review team thought it was Elliot opening up the account.<br>2) Ran QC on all 129 domains and created DNS forwarders to the Receiver's site and removing redirects to 1.1.1.1, and setting up so web servers there is no need for web servers.<br>3) Cancelled 1&1 accounts; requested Constant Contact cancellation of the OMG account.<br>4) Worked with Elliot to transfer two domains back to Receiver's control.<br>5) Changed contact information on Receiver's website (wix.com) to begin management hand-off.<br>6) Download and image Novatime time clock data.<br>7) Case management and control log updates. |
| **Subtotal (12/12/2014)** | **6.25** | | **$1,718.75** | |
| **12/15/2014** | | | | |

| | | | | |
|---|---|---|---|---|
| P002572-001: OMG Receiver (J) | 3.25 | $275.00 | $893.75 | JP - Offsite<br>1) Completed 2 domain transfers back to GoDaddy account 33...<br>2) Add forwarders to Receiver site in DNS.<br>3) Complete QC on all domains and resolve-to websites.<br>4) Numerous consultations with Google regarding docs/email deletion after 30 days of disabled services. Related communication with counsel and FTC.<br>5) Call with Susan regarding CC procedures.<br>6) Researched issue raised by former OMG employee. He stated he received the scam alert e-mail email in error.<br>7) Call with FTC regarding a corrupt image and determined that it was one of the stolen computers.<br>8) Communication (call and emails) with M5Hosting regarding open credit application to the disk and shipping open invoice.<br>9) Communicate with 5381 Studios regarding upcoming OMGBackup deactivation.<br>10) Search for email account associated with FaceBook/OMGTechHelp.<br>11) Case management and control log updates. |
| **Subtotal (12/15/2014)** | **3.25** | | **$893.75** | |
| **12/16/2014** | | | | |
| P002572-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite<br>1) Completed research issue raised by former OMG employee. He stated he received the scam alert e-mail email in error.<br>2) Updated Receiver website with status report.<br>3) Communications withcounsel.<br>4) Case management and control log updates. |
| **Subtotal (12/16/2014)** | **1.00** | | **$275.00** | |
| **12/17/2014** | | | | |
| P002572-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite<br>1) Conference call with Camellia to prepare production description.<br>2) Case management and control log updates. |
| **Subtotal (12/17/2014)** | **1.00** | | **$275.00** | |
| **12/18/2014** | | | | |
| P002572-001: OMG Receiver (J) | 2.25 | $275.00 | $618.75 | JP - Offsite<br>1) Conference call with Camellia and Nina to go over pending items and control.<br>2) Train Paul on website updates. 3) Email to Bruce Cohen regarding M5Hosting disk with other company data.<br>4) Case management and control log updates. |
| P002572-001: OMG Receiver (J) | 0.75 | $275.00 | $206.25 | LB - Offsite - Chain of Custody documentation and Inventory Management. |
| **Subtotal (12/18/2014)** | **3.00** | | **$825.00** | |
| **12/19/2014** | | | | |
| P002572-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | LB - Offsite - Image QuickBooks files from QuickBooks online received on flash drive. Backup image and hash verification. Documentation. |
| **Subtotal (12/19/2014)** | **1.50** | | **$412.50** | |
| **12/22/2014** | | | | |

| | | | | |
|---|---|---|---|---|
| P002572-001: OMG Receiver (J) | 2.00 | $275.00 | $550.00 | JP - Offsite<br>1) Export out OMG files Dan Bauer's image (AIMANOMG04) and upload to Cloud for later downloading.<br>2) Email communication with counsel regarding downloading instructions. 3) Record statistics from both Constant Contact campaigns.<br>4) Download all contacts from scam alert campaign and close out Constant Contact account.<br>5) Updated email address on two services and attempted on two more. 6) Case management and control log updates. |
| Subtotal (12/22/2014) | 2.00 | | $550.00 | |
| 12/30/2014 | | | | |
| P002572-001: OMG Receiver (J) | 4.00 | $275.00 | $1,100.00 | LB - Offsite - Filter and export files from images AIMANOMG02, 03 and 06. |
| P002572-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | JP - Onsite - Identify two timeclocks and disassemble and return to lab; prepare for shipment and case documentation. |
| P002572-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite - Case management: RevenueWire credentials follow-up and attempt to reset passwords; Control log updates. |
| Subtotal (12/30/2014) | 8.00 | | $2,200.00 | |
| 12/31/2014 | | | | |
| P002572-001: OMG Receiver (J) | 1.75 | $275.00 | $481.25 | JP - Offsite - Case management; research and comm with Paul & Camelia regarding production; Control log updates. |
| Subtotal (12/31/2014) | 1.75 | | $481.25 | |
| Total of Fees | 68.75 | | $18,906.25 | |

| \ | \ | \ | Expenses for OMG Receiver | \ | \ |
|---|---|---|---|---|---|
| Exp. Type | Date | Name | Project | Amount | Description |
| **Administrative Fee** | | | | | |
| | 12/31/2014 | | P002572-001: OMG Receiver | $567.19 | Adminsitrative Fees @ 3% |
| **Subtotal (Administrative Fee)** | | | | **$567.19** | |
| **Expenses** | | | | | |
| | 12/8/2014 | | P002572-001: OMG Receiver | $161.00 | Annual Receiver Website & Mass E-Mailing Services Fee |
| | 12/8/2014 | | P002572-001: OMG Receiver | $60.00 | One WD 500GB SATA Hard Drive |
| | 12/8/2014 | | P002572-001: OMG Receiver | $230.00 | Two WD 1TB SATA Hard Drive |
| | 12/31/2014 | | P002572-001: OMG Receiver | $22.93 | Courier Services (Delivery to Camellia Noriega) |
| | 12/31/2014 | | P002572-001: OMG Receiver | $19.60 | Shipping (UPS Ground Service to NOVAtime Technology) |
| | 12/31/2014 | | P002572-001: OMG Receiver | $170.00 | Two WD 500GB USB Hard Drive |
| **Subtotal (Expenses)** | | | | **$663.53** | |
| **Total of Expenses** | | | | **$1,230.72** | |

# Susan Cavanagh

| | |
|---|---|
| **From:** | Ruth Morales <rmorales@andrewsinternational.com> |
| **Sent:** | Thursday, January 08, 2015 3:19 PM |
| **To:** | Susan Cavanagh |
| **Subject:** | Mandel & Mandel Invoice 05795 |
| **Attachments:** | INV05795 Mandel & Mandel.pdf |

Susan:

Your invoice appears attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,



**Ruth Morales | Executive Assistant | Andrews International**
66 West Flagler Street, Suite 401, Miami, FL, 33130
T: 305-373-8488 F: 305-373-8489
rmorales@andrewsinternational.com | www.andrewsinternational.com

The information contained in this electronic email transmission is intended by Andrews International for the use of the named individual(s) or entity to which it is directed and may contain information that is confidential or privileged. If you have received this electronic mail transmission in error, please notify the sender by reply email so that sender's address records can be corrected, then delete the message from your system without copying or forwarding it.



Andrews International
28001 Smyth Dr
Valencia, CA 91355
USA

**Bill to:**
Mandel & Mandel
1200 Alfred I- Dupont Building
169 East Flagler Stree
Miami, FL 33131
US
Attn: Susan Cavanagh

| Invoice Number: | INV05896 |
| --- | --- |
| Date: | 2/9/2015 |
| Payment Terms: | NET 30 |

| OMG Receiver | |
| --- | --- |
| Category | Net Amount |
| Fees | $4,537.50 |
| Expenses | $211.13 |
| Total | $4,748.63 |

Monetary values are in USD.

Remit Information Below:

**By Mail:**
Andrews International Inc
P.O. Box 417142
Boston, MA   02241-7142

**By Courier:**
Bank of America Lockbox Services
Andrews International 417142
MA5-527-02-07 - 2 Morrissey Blvd

Dorchester, MA 02125

**Wire Instructions:**
Bank Name: Bank of America
Bank Address: 1455 Market St 4th Floor, San Francisco CA, 94103
Payee Name : Andrews International
Account # 1499042304
ACH ABA Number: 122000661
Wires ABA Number: 026009593
Swift Code: BOFAU53N

Andrews International is an Equal Opportunity Employer and takes affirmative action to employ and advance in the employment of qualified individuals regardless of their: race, color, sex, religion, national origin, individuals with disabilities, covered veterans, or disabled veterans; as incorporated by the following references: EO 11246 41 CFR 60-1.4, Section 4212 60-300-4, Section 503 60-741.4 and EO 13496 29 CFR Part 471 appendix A.

| Project (Resource) | | Fees for OMG Receiver | | | |
|---|---|---|---|---|---|
| Date | Project (Resource) | Hours | Rate | Amount | Description |
| 1/2/2015 | | | | | |
| | P002592-001: OMG Receiver (L) | 2.00 | $275.00 | $550.00 | LB - Offsite - Prepare three disks with encrypted containers and copy AD1 images with files extracted from three images to each disk. Verification of images. Prepare applicable documentation. |
| Subtotal (1/2/2015) | | 2.00 | | $550.00 | |
| 1/5/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | JP - Offsite - Case management; work with Camellia to draft detailed decryption and review instructions for production to Defendant; control log updates; reconcile all production types; search OMG email for Bauer. |
| Subtotal (1/5/2015) | | 1.50 | | $412.50 | |
| 1/6/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite - Case management; Provide technical support to Jalia Farkas; Communications with Camellia. |
| Subtotal (1/6/2015) | | 1.00 | | $275.00 | |
| 1/7/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 4.00 | $275.00 | $1,100.00 | JP - Onsite - Walkthrough to identify and shutdown unnecessarily powered devices. |
| Subtotal (1/7/2015) | | 4.00 | | $1,100.00 | |
| 1/8/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | JP - Offsite - Tech support for Julia Farkas; comm w/ Camellia and support on RevenueWire; Changed all passwords on RevenueWire; updates to control log/management; call with Susan & Paul regarding account management. |
| Subtotal (1/8/2015) | | 1.50 | | $412.50 | |
| 1/12/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 2.50 | $275.00 | $687.50 | JP - Offsite - Tech support JFarkas; renewed domain & web hosting; highlighted key domains to maintain; updates to control log/management; updated billing contact info on GoDaddy 33..; parse McAfee payroll. |
| Subtotal (1/12/2015) | | 2.50 | | $687.50 | |
| 1/13/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 2.00 | $275.00 | $550.00 | JP - Offsite - Forensic image Revenuewire & doc; research ATT MIS disconnect & process; comm w/counsel; control log updates. |
| | P002592-001: OMG Receiver (J) | 0.50 | $275.00 | $137.50 | LB - Offsite - Stage two disks with encrypted containers and make backup copies of image 15 (AD1). Verification of images. |
| Subtotal (1/13/2015) | | 2.50 | | $687.50 | |
| 1/21/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | Offsite: forensically image RevenueWire sales information; associated documentation; make available for download on cloud storage and control log updates. |
| Subtotal (1/21/2015) | | 1.50 | | $412.50 | |
| **Total of Fees** | | **16.50** | | **$4,537.50** | |

| Exp. Type | Date | Name | Project | Amount | Description |
|---|---|---|---|---|---|
| **Expenses for OMG Receiver** ||||||
| Administrative Fee ||||||
| | 1/30/2015 | | P002592-001: OMG Receiver | $136.13 | Administrative Fees @ 3% |
| Subtotal (Administrative Fee) | | | | $136.13 | |
| Expenses ||||||
| | 1/13/2015 | | P002592-001: OMG Receiver | $75.00 | Three KING 32GB Flash Drive |
| Subtotal (Expenses) | | | | $75.00 | |
| **Total of Expenses** | | | | **$211.13** | |