# MANDEL & MANDEL LLP
### 1200 Alfred I. duPont Building
### 169 East Flagler Street
### Miami, Florida 33131
### Telephone: (305) 374-7771
### Facsimile: (305) 374-7776

Tax I.D. # 65-0963493

Re: Federal Trade Commission v. Boost Software, Inc. et al.

For the period ending March 31, 2015        Invoice #   15996

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2015 | SC | Review and reply when necessary to multiple email correspondence re: bank account balances; FPL invoices; W2 forms; Workers Compensation Policy: receipt, review and electronically process mail received and forward same to accountants. | 2.90 | 420.50 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; receipt and review of various e-mails from counsel, IT consultant, and accountant and respond to same; and confer with counsel prepare Subpoena for documents directed to JP Morgan Bank. | 3.90 | 565.50 |
|  | NSM | Review receivership financial information from Kapila; conference with counsel re same; review website; discussions re employee payroll info with P. Crespo; review OMG International records and confer with K. McCoy re status of document production from bank; review documents from ATT and confer with C. Noriega re termination charges; review health insurance documents. | 2.50 | 1,500.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/2/2015 | DSM | Email correspondence with counsel with counsel and accountants. | 0.40 | 270.00 |
| 2/3/2015 | NSM | Emails with defendant's counsel re tax and insurance issues; emails with Kapila/Mukamal re related issues; review file; conference with P. Crespo, C. Noriega re numerous issues. | 1.00 | 600.00 |
| | SC | Receipt, review and organize invoices received from: Waste Management and Advance Systems; forward same to accountants and reply to emails re same. | 0.40 | 58.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: updated mailing addresses and W-2s. | 3.00 | 435.00 |
| | DSM | Email correspondence with defense counsel and Email correspondence with accountants. | 0.50 | 337.50 |
| 2/4/2015 | SC | Receipt, review, organize and electronically process mail received; match unemployment benefits approvals with claims forms; emails to accountants re child support claims received; review and reply to emails regarding FPL invoice charges. | 3.00 | 435.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: updated mailing addresses and W-2s. | 2.50 | 362.50 |
| 2/5/2015 | CN | Telephone call with D. Wilson, consultant with ATT re removal of equipment; emails J. Pena re set up meeting. | 0.20 | 72.00 |
| | SC | Review and reply to emails regarding network maintenance of the OMGTECHHELP.BIZ renewal. | 0.10 | 14.50 |
| | PC | Continued via telephone and e-mails with employees re: updated mailing addresses and W-2s; scan and e-mails W2s and also resend to current addresses; and continue to update customer spreadsheet. | 3.30 | 478.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/6/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: updated mailing addresses and W-2s. | 3.50 | 507.50 |
| | CN | Review draft second status report and edit to include recent activities of Receiver. | 0.90 | 324.00 |
| | DSM | Review of file regarding insurance issues and related matters. | 0.50 | 337.50 |
| 2/9/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; and receipt and review of various e-mails from counsel and respond to same when necessary. | 4.90 | 710.50 |
| | CN | Emails with ATT & Pena re removal of ATT equipment; discussion with NSM re FPL overpayment; research previous representations with landlord re FPL bill for detailed letter re monies owed; review lease with landlord and representations re payment of utilities. | 3.60 | 1,296.00 |
| | DSM | Email correspondence with accountants; review of file. | 0.30 | 202.50 |
| 2/10/2015 | SC | Receipt, review and organize tax documents received for Success Capital LLC requiring Receivers signature; email accountants re same; receipt, review and organize mail received; reply to emails re FPL invoices; review and reply to emails regarding the OMGTOTALOPTIMIZER.COM domain. | 1.00 | 145.00 |
| | CN | Discussion with NSM and DSM re ATT business line; telephone call with E. Gruenwald re ATT business line; email ATT and cancel business line; telephone call to A. Levy re FPL overpayment; draft letter to Levy re detail of FPL overpayment; email R. Brooke re copies of employee files. | 1.80 | 648.00 |
| | DSM | Email correspondence with counsel regarding telephone line and related issues. | 0.30 | 202.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/11/2015 | SC | Receipt, review and organize tax documents received for Jon Paul Holding LLC requiring Receivers signature; email accountants re same; review emails regarding AT&T, liability insurance, health insurance and rent; receipt of and organize mail received. | 1.10 | 159.50 |
|  | CN | Prepare detailed draft letter to A. Levy re emails and representations re FPL overpayment; telephone call to R. Brooke re status and health insurance; discussion with NSM re status and health insurance. | 1.80 | 648.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: updated mailing addresses and W-2s. | 2.50 | 362.50 |
| 2/12/2015 | CN | Telephone call with ATT re cancellation of business line; discussion with NSM re health insurance; email P. Russin re health insurance; email and call R. Brooke of FTC re status and health insurance; email with Kapila re Wells Fargo claims; email with J. Pena re ATT removal of equipment; email A. Levy re payment for FPL bill. | 0.70 | 252.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; and receipt and review of various e-mails from counsel and respond to same when necessary. | 3.00 | 435.00 |
|  | DSM | Email correspondence with counsel and accountant regarding insurance issues and review of file. | 1.10 | 742.50 |
| 2/13/2015 | NSM | Discussion with C. Noriega re FPL bill and status from landlor; review email from landlord re Vast Tech and Rear tenant's portion of FPL bill; consultations and review correspondence re Wells Fargo's claim re payroll. | 1.40 | 840.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: updated mailing addresses and W-2s. | 2.80 | 406.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 2/13/2015 CN | Emails with Wells Fargo counsel Hall re bank claims; emails with NSM and Kapila re Bank claims; discussion with NSM re FPL overpayment; emails with Levy re FPL overpayment;  review of Receivership creditor list. | 1.10 | 396.00 |
| 2/17/2015 SC | Receipt, review, organize and electronically process bulk mail received for various entities; electronically forward relevant materials to accountants and counsel. | 5.90 | 855.50 |
| NSM | Confer with C. Noriega re garnishment proceedings; review and edit draft response to wage garnishment; review various unemployment-related documents;  confer with C. Noriega and review correspondence with landlord re utilities; confer with C. Noriega re OMG trademark issue and status of preliminary injunction. | 2.00 | 1,200.00 |
| CN | Emails with Kapila re responses to garnishments and informational requests; preparation of answer to writ of garnishment against employee in Broward County; meeting with NSM re answer to writ of garnishment and overpayment for electricity issue; telephone call to FTC Brooke re trademark issue and emails re trademark issue and copies of documents; email Levy re overpayment of electricity bills; review of recent invoices; telephone call with Conaway plaintiff attorney for Capitol One in writ of garnishment case and service answer on plaintiff via email; telephone call with trademark attorney re trademark application. | 6.00 | 2,160.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: updated mailing addresses and W-2s. | 3.00 | 435.00 |
| DSM | Email correspondence with accountant and review of file regarding tax issues. | 0.50 | 337.50 |
| 2/18/2015 CN | Preparation of status report; review of previous bills from Andrews' Pena regarding work; file answer to writ of garnishment for Mason Chibnick;  emails with Kapila re updated financials for status report; emails with NSM re vendor issues and invoices; telephone call and email with Apex Vending. | 7.20 | 2,592.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/18/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; Update customer spreadsheets; and continued communication via telephone and e-mails with employees re: payroll and W-2s; provide employees with copies of W2s which were returned to the office via e-mail; and receipt and review of production from Chase Bank and forward same to accountant. | 4.30 | 623.50 |
| | SC | Review and reply to multiple emails re: Capital One versus Mason Chibnick and vast Tech Support LLC; GreenspoonMarder emails regarding invoices for their client. | 0.50 | 72.50 |
| | DSM | Email correspondence with FTC counsel and review of file. | 0.30 | 202.50 |
| 2/19/2015 | NSM | Review and edit status report | 1.00 | 600.00 |
| | CN | Review information provided by Kapila for Second Status Report, attachments and incorporate into Report; revise and edit Second Status Report; emails with Kapila re questions about information and request for additional information; emails with NSM re insurance claim, status report; emails with Apex Vending re removal of items; | 5.00 | 1,800.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; and provide employees with copies of W2s which were returned to the office via e-mail. | 3.90 | 565.50 |
| | SC | Review and reply to multiple emails re: fincial obligations of Receivership; receive, review and electronically process mail. | 0.30 | 43.50 |
| | DSM | Email correspondence with accountant; telephone conference with FTC counsel. | 0.70 | 472.50 |
| 2/20/2015 | NSM | Conference with counsel, S. Kapila and K.McCoy re financial issues; finalize status report. | 1.70 | 1,020.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/20/2015 | CN | Review Kapila's additional information and incorporate into Second Status Report; edit and finalize Second Status Report; emails with NSM re Second Status Report and Comcast; emails and telephone calls with Office Coffee Services re removal of items and confirmation of appointment time; emails with Kapila re meeting vendors to remove items; conference call with Kapila and NSM re additional analysis and follow up items;  prepare letter to Greespoon Marder re trust funds and invoices; meeting with NSM re Greenspoon invoices and Status Report; review Scheduling Report; email M. Perry re no payment of insurance for employees; email with Apex confirming appointment for pickup of items; research legal counsel for Comcast and prepare letter to Comcast re cancelation of services; email J. Pena re removal of Comcast Boxes. | 7.00 | 2,520.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; and receipt and review of various e-mails from counsel and respond to same when necessary. | 3.40 | 493.00 |
| | DSM | Email correspondence with counsel. | 0.20 | 135.00 |
| 2/23/2015 | CN | Emails and calls with  Apex and Coffee Service vendors and Kapila re set up of removal of equipment and confirmation of time and items to be removed;  email with Pena re estimations on stolen equipment for insurance claim process and ATT equipment removal process; telephone call with Fogarty, third party claimaint re payment of his bill; emails with R. Didion insruance adjuster re claim process; email Brooke at FTC re request for copies of documents; email discussion with NSM re Comcast boxes removal | 3.50 | 1,260.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; and provide employees with copies of W2s which were returned to the office via e-mail. | 3.50 | 507.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | | | |

2/23/2015 SC — Review and reply to multiple emails re: AT&T invoices; receipt, review and electronically process mail. — **0.20** — **29.00**

2/24/2015 CN — Telephone call with employee McAfee re confirming identify and request for information; review McAfee's HR file and relevant information to be produced and meet with paralegal re preparation of items for production; prepare letter to McAfee re production of requested information; emails with Santiago of Office Coffee re confirmation of items to be removed from office; emails with Kapila re status of whether all items from vendors removed; review Kapila revised summary charts; emails with ATT re removal of equipment; meeting with NSM re projects; prepare letter to FTC re status conference. — **5.80** — **2,088.00**

PC — Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mails W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. — **4.30** — **623.50**

DSM — Email correspondence with accountant; review of file. — **0.80** — **540.00**

2/25/2015 CN — Prepare letter to Blue Cross re not renewing insurance. — **0.60** — **216.00**

PC — Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. — **2.50** — **362.50**

2/26/2015 CN — Revise letters in response to various governmental requests for information about employees; email Brooke re status hearing. — **0.80** — **288.00**

PC — Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. — **1.80** — **261.00**

2/27/2015 NSM — Telephone conference with government counsel; review receivership order; drafting and editing of motion to auction property; conference with Soneet Kapila. — **2.00** — **1,200.00**

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/27/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone with employees re: payroll and status of matter; and receipt and review of various e-mails from counsel and respond to same when necessary. | 2.40 | 348.00 |
| | SC | Various telephone call to arrange locksmith to attend to lock change at the Vast Tech offices; review mail and organize. | 0.60 | 87.00 |
| 3/2/2015 | CN | Emails with J. Pena re novatime data for specific employee request; lists of items removed by ATT and estimated price of items stolen; emails with Kapila re list of items removed by vendors; conference call with NSM and McCoy of Kapila re auctioning of items, further anlaysis and storage of files; emails to defendants re personal property and access to documents in office; emails with A. Levy re planning for vacating premises and assertion of property rights over office property; emails with FTC and FL AG re Loewenstern's request for return of personal property; emails with Perry re client's request for return of property; review and edit draft motion re auction property; review files pulled for specific employee's request. | 4.90 | 1,764.00 |
| | PC | Telephone conference with accountants and counsel re: status of matter and strategy; continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone with employees re: payroll and status of matter; and receipt and review of various e-mails from counsel and respond to same when necessary. | 2.00 | 290.00 |
| | NSM | Conference call with K. McCoy, C. Noriega, re motion to sell property, auctioneer's appraisal, and related issues; conference re communicating with Defendants and counsel re same; review of landlord's claim to real property; emails with J. Pena re Google docs and related issues. | 2.00 | 1,200.00 |
| | DSM | Email correspondence with counsel regarding accounting issues; review of file. | 0.40 | 270.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/3/2015 | CN | Emails with J. Pena re supporting information for stolen items cost and items removed by ATT; edit stolen items list; emails with FTC and FLA AG re return of Loewenstern's personal property; begin review of representations by landlord and Perry re furniture purchases; edit draft motion to vacate premises and auction assets; emails with J. Pena re estimated cost of stolen items; email Kapila re items removed by vendors. | 5.60 | 2,016.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone with employees re: payroll and status of matter; and receipt and review of various e-mails from counsel and respond to same when necessary. | 3.50 | 507.50 |
|  | SC | Receipt, review, organize and electronically process bulk mail received for various entities; electronically forward relevant materials to accountants and counsel; review and reply to various emails regarding: GoogleDocs, Vast Tech office rent and liability insurance premium. | 0.80 | 116.00 |
| 3/4/2015 | CN | Revise Final Stolen Item list and send to Didion insurance adjuster; email discussion with Kapila re evidence of furniture purchases and items removed by vendor; review previous email and representations of Perry re Vast tech purchases of furniture and Loewenstern's personal items and supporting evidence; organize correspondence and important regarding POD, Landlord issues and personal items of Loewenstern; discussion with Levy and Ecker re overpayment of FPL and landlord's assertion of rights to furniture; discussion with NSM re FLP overpayment and landlord issues; review production information; email J. Pena to verify information re google docs and computer images. | 7.50 | 2,700.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | 4.80 | 696.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/4/2015 | SC | Receipt, review and respond to recent multiple emails regarding AT&T invoices for multiple accounts, FPL invoices; review listing regarding stolen items. | 0.20 | 29.00 |
| | NSM | Conference re several pending issues - property onsite; FPL payment and landlord's claims re overpayment and related items. | 1.50 | 900.00 |
| | DSM | Review of parties' initial disclosures. | 0.50 | 337.50 |
| 3/5/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone with employees re: payroll and status of matter; and receipt and review of various e-mails from counsel and respond to same when necessary. | 4.30 | 623.50 |
| | SC | Receipt, review, organize and electronically process bulk mail received for various entities; electronically forward relevant materials to accountants and counsel; email correspondence with forensic accountants regarding payroll tax information from the IRS and FL. Department of Revenue regarding U.C. funds due; review and reply to further emails regarding outstanding FPL invoices. | 0.80 | 116.00 |
| | NSM | Emails with J. Pena re google docs and other internet issues; emails with landlord re property and FPL issues; confer with Kapila/Mukamal re various tax issues; | 2.00 | 1,200.00 |
| | DSM | Email correspondence with accountant regarding tax issues. | 0.40 | 270.00 |
| 3/6/2015 | CN | Review filings by FTC and Defendants re initial disclosures;  email FTC and FL AG Vasta request for personal item;  discussion with NSM re overpayment of electricity and landlord's explanation and REceiver's right to furniture;  email with Perry re visit to office to identify personal items;  prepare and finalize draft response to Levy re assertion of Receiver's right to furniture. | 3.90 | 1,404.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who | 3.90 | 565.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | | |
| 3/6/2015 | SC | Receipt, review, organize and electronically process mail received for various entities; review and reply to further email communications regarding GoogleDocs and FPL. | 0.30 | 43.50 |
| | NSM | Revise letter to landlord re claims against property; review related documents. | 0.80 | 480.00 |
| | DSM | Review of Boost defendant's initial disclosures; review of file. | 0.30 | 202.50 |
| 3/9/2015 | CN | Travel to and from the VAst Tech Offices in Delray Beach; meeting with Loewenstern re review of items he asserts are personal items; document all items asserts as personal items; meeting with Vasta re return of personal item Lebron jersey and signing of declaration; review HR files for employee names whose W2s were returned; review customer files to verify whether regarding Receivership Entities information; remove certain documents for review in the office; discussion with NSM re meetings and documents. | 8.30 | 2,988.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | 2.80 | 406.00 |
| | DSM | Review of file regarding tax and other issues; email with defense counsel. | 0.40 | 270.00 |
| 3/10/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and | 4.50 | 652.50 |

| | | | Hours | Amount |
|---|---|---|---|---|

| | | review of various e-mails from counsel and respond to same when necessary. | | |
|---|---|---|---|---|
| 3/10/2015 | CN | Telephone call with Brooke with FTC re quickbooks question and status of motion to vacate and sell property; emails with Kapila re tax filings and quickbooks analysis; | 0.20 | 72.00 |
| | SC | Review and reply to multiple emails regarding payroll funds due to IRS and the U.C Funds due to FL Department of Revenue. | 0.30 | 43.50 |
| | NSM | Discussions re payroll, W2s and other tax issues. | 1.00 | 600.00 |
| 3/11/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | 2.30 | 333.50 |
| | CN | Emails with J Pena re comcast equipment; discussion with NSM re tax extension filing and status of projects; email defendants re notice that filing extension of taxes; organize photos and prepare list of items requested by Loewenstern; begin review of box of documents for relevancy to Receivership Entities. | 3.30 | 1,188.00 |
| | NSM | Confer with counsel and various emails re tax issues; | 0.50 | 300.00 |
| 3/12/2015 | CN | Telephone calls with Ms. Wimpee wife of OMG employee re insurance cancelation; call and emails with G. Rudin re insurance; review of Ceridian document re insurance; research insurance obligations; emails with Kapila re scheduling auctioner; telephone to Saxon Business re copier; review Comcast bills; email with Comcast re cancelation of service; email to Levy re furniture; draft list of items and email Perry re copier and Loewenstern's personal items; email Vasta re declaration; discussion with NSM re furniture and personal property and insurance. | 4.50 | 1,620.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

**3/12/2015 NSM**    Confer re health insurance issues, including former employee's lack of insurance, non-availability of COBRA; contact with insurance company; confer re personal items claimed by Defendant.    1.80    1,080.00

**3/13/2015 CN**    Email Landlord re status of FPL overpayment; email insurance adjuster re status of claim's process; email Pena re Novatime information; email Kapila re auctioneer scheduling and vendor removal of items; emails with Perry re Loewenstern's personal items; telephone call with Roderick Marcial re confirmation of identification and request for information; prepare letter to employee Marcial re request for information; revise motion for vacating and selling office furniture; review Claire's first auctioneer estimation and items removed by vendors; discussion with NSM re theft and auction; email Pena re google docs and data from FTC.    5.20    1,872.00

**NSM**    Review emails and documents in the file re various issues insurance, defendant's personal property onsite, GoogleDocs accounts, and related matters.    1.80    1,080.00

**3/14/2015 DSM**    Email correspondence from customer; review of file.    1.00    675.00

**3/16/2015 PC**    Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via telephone and e-mails with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary.    5.50    797.50

**CN**    Edit motion to vacate property; discussion with NSM re edits to motion to vacate property and meet and confer obligations, employee requests for information, Boost Revenuewire money issue; update list of Loewenstern's personal items requests; emails with McCoy of Kapila re list and photos of items Loewenstern requested; finalize Marcial letter re document request; telephone call to employee Marcial re request for information; email FTC and Florida AG re meet and confer for motion to vacate premises; telephone call with Brooke re request for Receiver to hold money from Revenuewire in Boost's name; discussion with Kapila re recommendation for    4.80    1,728.00

|  |  | Hours | Amount |
|---|---|---|---|

Boost money; email Brooke re Receiver's agreement to hold Revenuewire money; research law for Receiver's motion to vacate premises; emails with Jenkins re Comcast equipment; emails with Pena re Comcast equipment return.

| 3/16/2015 SC | Review and reply to multiple emails regarding FPL invoices, health insurance information regarding former employees, Comcast information and AT&T invoices. | 0.40 | 58.00 |
|---|---|---|---|
| NSM | Revise motion to sell receivership property; confer with C. Noriega re same; telephone conference with government regarding Boost Software and Revenue Wire; conference with Receiver re same; discussion re OMG employees seeking payroll and related information. | 1.30 | 780.00 |
| DSM | Email correspondence with counsel; conference with counsel regarding Revenuewire; review of file. | 0.90 | 607.50 |
| 3/17/2015 CN | Discussion with NSM and DSM re FTC's request re funds from Revenuewire in Boost name; conference call with Brooke of FTC re funds from Revenuewire in Boost name and request re documents/data in Receiver's motion to vacate premises; discussion with NSM re data/documents backup request of the FTC; email discussion with Pena re return of Comcast equipment; telephone call with employee Marcial re confirm identify and information request; emails with Jenkins of Comcast re return of equipment; review Boost letter claim breach by Vast Tech and Receiver's position re possible claims against Boost. | 2.80 | 1,008.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via e-mail with employees re: payroll and W-2s; receipt and review of various e-mails from counsel and respond to same when necessary; prepare electronic employee files and compile requested information, and telephone conversation with IT consultant re: training for Novatime program. | 4.90 | 710.50 |
| NSM | Discussion re funds held by Revenue Wire; review correspondence; emails with A. Anguiera re draft motion to auction property. | 1.00 | 600.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/17/2015 | DSM | Email correspondence with Boost counsel regarding property auction; conference with counsel. | 0.40 | 270.00 |
| 3/18/2015 | CN | Discussion with NSM re document retention; email FTC and FLA Ag re document retention plan and motion with court to vacate premises; emails with Pena re return of comcast equipment and estimates for imaging/backup of computers, and wiping computers; emails with Jenkins of Comcas re return of equipment; edit letter to employee Marcial re document request; telephone call to Mays re Comcast account number connected to equipment; finalize list of items Loewenstern requsested and recommendations; review of Perry's proposed affidavit re return of Loewenstern documents; | 3.00 | 1,080.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via e-mail with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | 3.50 | 507.50 |
| | NSM | Conference with C. Noriega re auction and computer-related issues; review correspondence re defendant's property; motion re auction, and other issues; review file.. | 1.00 | 600.00 |
| | DSM | Receipt and review of proposed Loewenstern affidavit and conference with counsel. | 0.40 | 270.00 |
| 3/19/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. | 1.30 | 188.50 |
| | NSM | Review various outstanding invoices for OMG. | 0.30 | 180.00 |
| | SC | Review and reply to recent multiple emails regarding Comcast invoices, W9 request and other tax related issues. | 0.30 | 43.50 |
| 3/20/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. | 1.70 | 246.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/20/2015 | NSM | Review liability insurance policy and related info; review unemployment claims and related documents; conference re same.. | 0.70 | 420.00 |
|  | SC | Receipt, review and organize mail; review and reply to multiple emails regarding insurance policy for contents and liability; reply to emails regarding W9 request. | 0.20 | 29.00 |
| 3/23/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. | 1.80 | 261.00 |
|  | SC | Telephone conference with GE rep, Barbi, regarding photocopier leased by Vast Tech and return of same; multiple emails regarding same; review and reply to emails regarding OMG quick book files. | 0.50 | 72.50 |
|  | NSM | Review correspondence re OMG office equipment and related payments; confer with Kapila/Mukamal re same; discussion re taxes, insurance issues. | 1.00 | 600.00 |
| 3/24/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. | 2.30 | 333.50 |
|  | NSM | Emails with government re receivership computers; confer with Receiver. | 0.30 | 180.00 |
|  | DSM | Email correspondence with counsel regarding computer imaging issues. | 0.60 | 405.00 |
| 3/25/2015 | NSM | Email with FTC; confer with C. Noriega. | 0.50 | 300.00 |
| 3/26/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt, review, and respond to e-mails from employees re: payroll and status of matter. | 2.80 | 406.00 |
|  | NSM | Emails with J. Pena re computer issues; review file; review tax correspondence. | 0.80 | 480.00 |
| 3/27/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt, review, and respond | 2.00 | 290.00 |

| | | | Hours | Amount |
|---|---|---|---|---|

to e-mails from employees re: payroll and status of matter.

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/27/2015 | DSM | Email correspondence with accountant regarding tax matters; review of file. | 0.30 | 202.50 |
| 3/30/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. | 1.90 | 275.50 |
| | CN | Review auctioneers' proposals; email discussion with office manager re insurance; review prior correspondence with Def. Loewenstern's counsel re receipts and proof of purchase of certain items with non-Receivership monies; complete review of items pulled from office for separation of Receivership and non-Receivership items; review proposed affidavit re Def. Loewenstern's personal furniture-art-electronics and prepare detailed email response to counsel re issues with affidavit; email discussion with NSM re status of proposed motion to vacate space; email A. Levy re status of landlord on furniture in office; emails with K. McCoy re auctioneers' proposals; email discussion with J. Pena re work log request from FTC. | 4.70 | 1,692.00 |
| | NSM | Conference with C. Noriega re landlord's claim to personal property onsite and Defendants' claims to property. | 1.30 | 780.00 |
| 3/31/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and update customer spreadsheets. | 2.30 | 333.50 |
| | CN | Review last version of motion to vacate office space; telephone call with J. Pena re work log issue and Comcast return of equipment; review Log of data compiled; prepare email to Defendants re revised relief regarding computers in motion to vacate space and whether they object; discussion with NSM re meet and confer with Defendants and motion to vacate office space revisions. | 2.50 | 900.00 |
| | NSM | Confer and review correspondence re computer issues, Defendants' personal property, and related matters. | 1.00 | 600.00 |

|  | Amount |
|---|---|
| Previous balance | $131,496.97 |
| 3/25/2015 Payment - thank you.Check No. 1028 | ($20,532.15) |
| 3/25/2015 Payment - thank you.Check No. 1029 | ($99,011.25) |
| 3/25/2015 Payment - thank you.Check No. 1030 | ($11,953.57) |
| 5/7/2015 Fee discount. | ($28,199.33) |
| Total payments and adjustments | ($159,696.30) |
| Balance due | $62,280.42 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| David S. Mandel | 11.50 | 675.00 |
| Nina Stillman Mandel | 32.20 | 600.00 |
| Camellia Noriega | 107.20 | 360.00 |
| Paul Crespo | 116.60 | 145.00 |
| Susan Cavanagh | 19.80 | 145.00 |