# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
April 14, 2015

Matter #: 5528-1
Invoice #: 54350

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| March 2, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| March 5, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| March 16, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| March 19, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| March 24, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| March 27, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.60 | $132.00 |

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP  
1200 Alfred I. DuPont Building  
169 East Flager Street  
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363  
FACSIMILE (305) 358-1221  
FID# 65-0340687  
March 19, 2015

Matter #: 5528-1  
Invoice #: 54190

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| February 12, 2015 | PDR | Consider issues re: health insurance raised by Receiver; | $625.00 | 0.40 | $250.00 |
| February 20, 2015 | PH | Receipt, docket and review pleading filed. | $210.00 | 0.10 | $21.00 |
| February 23, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| February 25, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| February 26, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| February 27, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.90 | $359.00 |