

Andrews International
28001 Smyth Dr
Valencia, CA  91355
USA

| Bill to: | | Invoice Number: | INV06224 |
|---|---|---|---|
| **Mandel & Mandel** | | Date: | 4/15/2015 |
| 1200 Alfred I- Dupont Building | | Payment Terms: | NET 30 |
| 169 East Flagler Stree | | | |
| Miami, FL  33131 | | | |
| US | | | |
| Attn: Susan Cavanagh | | | |

| | OMG Receiver |
|---|---|
| **Category** | **Net Amount** |
| Fees | $7,700.00 |
| Expenses | $587.43 |
| **Total** | **$8,287.43** |

Monetary values are in USD.

Remit Information Below:

By Mail:                                              By Courier:
Andrews International Inc              Bank of America Lockbox Services
P.O. Box 417142                             Andrews International 417142
Boston, MA     02241-7142           MA5-527-02-07 - 2 Morrissey Blvd

                                                           Dorchester, MA 02125

Wire Instructions:
Bank Name:  Bank of America
Bank Address:  1455 Market St 4th Floor, San Francisco CA, 94103
Payee Name : Andrews International
Account # 1499042304
ACH ABA Number:  122000661
Wires ABA Number:  026009593
Swift Code: BOFAU53N

Andrews International is an Equal Opportunity Employer and takes affirmative action to employ and advance in the employment of qualified individuals regardless of their:  race, color, sex, religion, national origin, individuals with disabilities, covered veterans, or disabled veterans; as incorporated by the following references: EO 11246 41 CFR 60-1.4, Section 4212 60-300-4, Section 503 60-741.4 and EO 13496 29 CFR Part 471 appendix A.

| Project (Resource) | | | | | |
|---|---|---|---|---|---|
| | **Fees for OMG Receiver** | | | | |
| Date  Project (Resource) | | Hours | Rate | Amount | Description |
| **2/9/2015** | | | | | |
| | P002592-001: OMG Receiver (J) | 4.00 | $275.00 | $1,100.00 | Onsite: meet with AT&T for site survey of MIS equipment; review domain status and renew domain name; comm with counsel. |
| **Subtotal (2/9/2015)** | | **4.00** | | **$1,100.00** | |
| **2/13/2015** | | | | | |
| | P002592-001: OMG Receiver (L) | 6.00 | $275.00 | $1,650.00 | Onsite: equipment removal with AT&T. |
| **Subtotal (2/13/2015)** | | **6.00** | | **$1,650.00** | |
| **2/27/2015** | | | | | |
| | P002592-001: OMG Receiver (L) | 6.00 | $275.00 | $1,650.00 | Onsite: Equipment removal with AT&T. |
| **Subtotal (2/27/2015)** | | **6.00** | | **$1,650.00** | |
| **3/2/2015** | | | | | |
| | P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | Offsite: Replacement costs research for list of stolen items. |
| | P002592-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | Offsite: Load image and extract Novatime punch card records for Marcial and create two files |
| **Subtotal (3/2/2015)** | | **2.50** | | **$687.50** | |
| **3/17/2015** | | | | | |
| | P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | Offsite: Project Management; Train Pula Cresp - Novatime; Define Google Vault protocol. |
| **Subtotal (3/17/2015)** | | **1.50** | | **$412.50** | |
| **3/27/2015** | | | | | |
| | P002592-001: OMG Receiver (L) | 8.00 | $275.00 | $2,200.00 | Onsite: Equipment removal and return to Comcast |
| **Subtotal (3/27/2015)** | | **8.00** | | **$2,200.00** | |
| **Total of Fees** | | **28.00** | | **$7,700.00** | |

## Expenses for OMG Receiver

| Exp. Type | Date | Name | Project | Amount | Description |
|---|---|---|---|---|---|
| **Administrative Fee** | | | | | |
| | 3/31/2015 | | P002592-001: OMG Receiver | $462.00 | Administrative Fees @ 6% |
| **Subtotal (Administrative Fee)** | | | | **$462.00** | |
| **Expenses** | | | | | |
| | 2/12/2015 | | P002592-001: OMG Receiver | $35.00 | Media Return Processing & Handling Fee |
| | 2/12/2015 | | P002592-001: OMG Receiver | $7.71 | Shipping (UPS Ground Service to Nina Stillman Mandel) |
| | 3/19/2015 | | P002592-001: OMG Receiver | $40.00 | Media Return Processing & Handling Fee |
| | 3/19/2015 | | P002592-001: OMG Receiver | $19.04 | Shipping (UPS Ground Service to Nina Stillman Mandel) |
| | 4/9/2015 | | P002592-001: OMG Receiver | $23.68 | Shipping (UPS Ground Service to Communications Test Design) |
| **Subtotal (Expenses)** | | | | **$125.43** | |
| **Total of Expenses** | | | | **$587.43** | |