# KAPILAMUKAMAL
## SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME
## FEBRUARY 1, 2015 THROUGH MARCH 31, 2015

| Name | Year Licensed/ Experience | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| **Professionals** | | | | |
| Soneet R. Kapila, CPA[1], CIRA, CFF, CFE, Partner | 1983 | 2.10 | 530 | $ 1,113.00 |
| Lesley J. Johnson, CPA[1], CIRA, Partner/Tax | 1984 | 8.70 | 420 | 3,654.00 |
| Kathy A. Foster, Tax Consultant | 30 years | 4.30 | 272 | 1,169.60 |
| Paul D. Kluemper, CPA, CIRA, Tax Consultant | 26 years | 8.20 | 250 | 2,050.00 |
| Bernadette L. Lombardo, CPA[1], CFE, Forensic Consultant | 2011 | 6.30 | 206 | 1,297.80 |
| Catherine D. Murchison, Forensic Analyst | 38 years | 0.90 | 190 | 171.00 |
| Kevin McCoy, CPA[1], CFE, Forensic Analyst | 2012 | 44.10 | 190 | 8,379.00 |
| Frank Daddario, Forensic Analyst | 25 years | 2.80 | 120 | 336.00 |
| Jason Wechter, Forensic Analyst | 1 year | 0.30 | 100 | 30.00 |
| Kelsey J. Johnson, Forensic Analyst | 2 years | 4.80 | 100 | 480.00 |
| | | 82.50 | | 18,680.40 |
| **Paraprofessionals** | | | | |
| Nicole L. Pita | 13 years | 2.60 | 130 | 338.00 |
| SUBTOTAL | | 2.60 | | 338.00 |
| **TOTAL** | | 85.10 | | $ 19,018.40 |

| | |
|---|---|
| Total Hours by Professional & Paraprofessionals | 85.10 |
| "Blended" Hourly Rate | $ 223.48 |
| Total Professional & Paraprofessional Fees | $ 19,018.40 |

CPA - Certified Public Accountant, Regulated by the State of Florida
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

(1) Regulated by the State of Florida.

# KAPILAMUKAMAL
## SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES FOR THIS TIME PERIOD ONLY
## FEBRUARY 1, 2015 THROUGH MARCH 31, 2015

| | | |
|---|---|---:|
| 1. | Filing Fees | $ - |
| 2. | Process Service Fees | - |
| 3. | Witness Fees | - |
| 4. | Court Report and Transcripts | - |
| 5. | Lien and Title Searches | - |
| 6. | Photocopies: | |
| | a. In-House ( copies @ $0.15) | 277.80 |
| | b. Outside copies | - |
| 7. | Postage | 26.73 |
| 8. | Overnight Delivery Charges | 89.44 |
| 9. | Outside Courier/Messenger Services | - |
| 10. | Long Distance Telephone Charges | - |
| 11. | Long Distance Facsimile Charges | - |
| 12. | Computerterized Research | - |
| 13. | Out of Southern District of Florida Travel | 59.80 |
| 14. | Other Permissible Expenses (must specify & justify) | - |
| | Total Expense Reimbursement Requested: | $ 453.77 |



## Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

FTC VS BOOST SOFTWARE, INC. ET AL
C/O DAVID MANDEL, RECEIVER
169 EAST FLAGLER STREET

MIAMI, FL 33131

Invoice: 904
03/31/2015
Client ID: 90102

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **ASSET ANALYSIS/LIQUIDATION** | | | | |
| 02/20/2015 | SRK | REVIEW UPDATE TO THE SECOND RECEIVER'S REPORT FINANCIAL INFORMATION | 0.20 | 106.00 |
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| 02/19/2015 | KM | PREPARE DRAFT STATUS REPORT OF KM'S ACTIVITIES IN RECEIVERSHIP CASE FOR RECEIVER'S SECOND STATUS REPORT. REVIEW WITH S KAPILA. | 1.20 | 228.00 |
| 02/19/2015 | KM | REVIEW AND ANALYZE COMBINED BANK RECONSTRUCTION TO IDENTIFY ANY CHANGES TO RECEIVERSHIP ENTITY TABLES PROVIDED IN RECEIVER'S FIRST REPORT TO UPDATE IN SECOND RECEIVER STATUS REPORT. CORRESPOND WITH RECEIVER'S COUNSEL RE: SAME. | 1.30 | 247.00 |
| 02/20/2015 | KM | REVIEWED AND ANALYZED VAST TECH BANK STATEMENTS FOR TRANSFERS TO GREENSPOON MARDER PER RECEIVER'S COUNSEL REQUEST. | 0.70 | 133.00 |
| 02/20/2015 | KM | TELECONFERENCE WITH N MANDEL AND S KAPILA TO REVIEW BANK RECORDS AND POTENTIAL AVOIDANCE ACTIONS. | 0.30 | 57.00 |
| 02/20/2015 | KM | REVIEW AND PREPARE SCHEDULE OF RECEIPTS AND DISBURSEMENTS FOR RECEIVERSHIP ENTITIES. PREPARE UPDATED TABLE OF JPH QB RECORDS. REVISE AND UPDATE STATUS REPORT FOR KM ACTIVITIES FOR RECEIVER'S SECOND STATUS REPORT AND FORWARD TO RECEIVER. | 3.30 | 627.00 |
| 03/05/2015 | KM | ATTEND TO EMAILS AND CORRESPONDENCE RE: AUCTION OF VAST CORP OFFICE. | 0.30 | 57.00 |
| 03/06/2015 | KM | REVIEW AND ANALYZE QB AND AMEX TRANSACTIONS. PREPARE SCHEDULE OF DISBURSEMENTS FROM VAST TECH FOR COSTCO RE: OFFICE FURNITURE. | 0.70 | 133.00 |
| **LITIGATION SUPPORT** | | | | |
| 02/02/2015 | KM | REVIEW SCHEDULE "A" FOR SUBPOENA TO JP MORGAN CHASE AND PROVIDE DETAILS FOR OMG INT'L GROUP FOR DOCUMENT REQUEST TO P CRESPO (RECEIVER'S OFFICE). | 0.40 | 76.00 |
| 02/02/2015 | BLL | T/C WITH K MCCOY RE OMG INTL $276 TRANSFER. | 0.10 | 20.60 |
| 02/02/2015 | BLL | ACCESS TITLE VI AND CONFIRM PAYMENTS HAVE NOT BEEN | 0.70 | 144.20 |

| | | | | |
|---|---|---|---|---|
| | | MADE FROM JON-PAUL HOLDINGS ACCOUNT, SUCCESS CAPITAL ACCOUNT AND OMG TOTAL PROTECTION ACCOUNT. EVALUATE AND REVISE PAYMENT SCHEDULE THRU 1.31.15 SEPARATING PAYEE AND DESCRIPTION. FORWARD SCHEDULE TO TEAM. | | |
| 02/02/2015 | BLL | ATTEND TO JON PAUL HOLDINGS PAYROLL FILINGS MATTER. MEETINGS W P KLEUMPER RE THE SAME. | 0.20 | 41.20 |
| 02/02/2015 | BLL | READ, RESEARCH AND REPLY TO EMAIL FROM C NORIEGA RE MONTHLY EXPENSES. | 0.30 | 61.80 |
| 02/02/2015 | BLL | READ EMAILS FROM S CAVANAUGH. | 0.10 | 20.60 |
| 02/02/2015 | NLP | PREPARATION AND SENDING OF LETTERS FOR B. LOMBARDO | 0.50 | 65.00 |
| 02/02/2015 | KM | TELECONFERENCE WITH JP MORGAN CHASE TO REQUEST ACCOUNT OPENING DOCS INCLUDING AUTHORIZING SIGNERS, STATUS OF 12/10/12 ACH PAYMENT TO VAST TECH OP ACCT, AND IF ANY ADDITIONAL ACCOUNTS WERE IDENTIFIED FOR DEFENDANTS. | 0.80 | 152.00 |
| 02/02/2015 | BLL | ATTEND TO JON PAUL HOLDINGS PAYROLL FILINGS MATTER. DRAFT, READ AND REPLY TO EMAILS W C NORIEGA RE THE SAME. | 0.20 | 41.20 |
| 02/03/2015 | BLL | INTEROFFICE MEETING W K MCCOY RE SUCCESS CAPITAL PAYROLL TAX RETURNS AND W-2S. | 0.70 | 144.20 |
| 02/03/2015 | SRK | REVIEW AND RESPOND TO MULTIPLE EMAILS WITH RECEIVER, D. MANDEL AND COUNSELOR N. MANDEL RE HEALTH INSURANCE PAYMENTS, TAX COMPLIANCE MATTERS | 0.40 | 212.00 |
| 02/03/2015 | BLL | READ, RESEARCH AND REPLY TO EMAIL FROM N MANDEL RE ADVANCED SYSTEMS BY BOB AND WASTE MANAGEMENT. | 0.30 | 61.80 |
| 02/03/2015 | KM | MEETING WITH B LOMBARDO TO REVIEW CORRESPONDENCE AND ATTACHMENTS FROM S CAVANAGH (RECEIVER'S OFFICE) INCLUDING UNEMPLOYMENT NOTICES, CHILD SUPPORT NOTICES AND OTHER MISC REGULATORY AGENCY NOTICES TO IDENTIFY ANY REQUIRED RESPONSES. | 0.40 | 76.00 |
| 02/03/2015 | BLL | T/C W K MCCOY RE CHILD SUPPORT AND GARNISHMENT LETTERS. REVIEW OF THE SAME DURING CALL. | 0.40 | 82.40 |
| 02/03/2015 | KM | REVIEWED AND ANALYZED CORRESPONDENCE AND ATTACHMENTS FROM S CAVANAGH (RECEIVER'S OFFICE) INCLUDING UNEMPLOYMENT NOTICES, CHILD SUPPORT NOTICES AND OTHER MISC REGULATORY AGENCY NOTICES TO IDENTIFY ANY REQUIRED RESPONSES. | 0.60 | 114.00 |
| 02/03/2015 | BLL | INTEROFFICE MEETING W P KLEUMPER RE SUCCESS W–2S AND JPH W-2S. | 0.10 | 20.60 |
| 02/04/2015 | NLP | PREPARE AND SEND LETTER TO IRS PER K. MCCOY | 0.40 | 52.00 |
| 02/04/2015 | BLL | INTEROFFICE MEETING W K MCCOY RE VAST TECH EXPENSES. | 0.20 | 41.20 |
| 02/04/2015 | KM | TELECONFERENCE WITH KENT AT CHASE BANK RE: OMG INT'L GROUP - NO ACCOUNTS OPEN FOR DEFENDANT AT THIS TIME. | 0.30 | 57.00 |
| 02/04/2015 | KM | MEETING WITH B LOMBARDO TO REVIEW VAST TECH 2014 EXPENSES. | 0.40 | 76.00 |
| 02/05/2015 | KM | REVIEWED AND RESEARCHED AGENCY CHECKS SENT OUT BY WF PAYROLL SERVICES AND COORDINATED WITH K | 0.70 | 133.00 |

| | | | | |
|---|---|---|---|---|
| | | MURCHINSON AND N MANDEL TO HAVE RECEIVER BANK ACCOUNT COVER CHECKS PRESENTED TO VAST TECH SEGREGATED BANK ACCOUNT. | | |
| 02/06/2015 | BLL | INTEROFFICE MEETING W K MCCOY RE TAX MATTERS. | 0.30 | 61.80 |
| 02/09/2015 | KM | REVIEWED DISBURSEMENTS AND PAYABLES FOR RECEIVERSHIP ENTITIES. | 0.30 | 57.00 |
| 02/10/2015 | KM | RESEARCH PAYROLL REGISTERS FOR EMPLOYEE R QUEZADA EMPLOYMENT INFORMATION TO COMPLETE EMPLOYMENT REQUEST PROVIDED BY RECEIVER. | 0.40 | 76.00 |
| 02/12/2015 | KM | REVIEWED AND RECONCILED SCHEDULE PRODUCED BY WELLS FARGO PAYROLL (LEGAL DEPT) RE: NON RECOVERABLE PAYROLL DUE TO WF. IDENTIFIED DISCREPANCIES ARE NOTIFIED RECEIVER. | 0.50 | 95.00 |
| 02/17/2015 | KM | REVIEW AND IDENTIFY DISBURSEMENTS FOR GREENSPOON MARDER IN QUICK BOOKS FOR THE RECEIVERSHIP ENTITIES. IDENTIFIED SEVERAL DISBURSEMENTS IN VAST TECH AND OMG QUICKBOOKS LEDGERS. | 0.40 | 76.00 |
| 02/17/2015 | KM | REVIEWED AND RESPONDED TO RECEIVER'S CORRESPONDENCE RE: VARIOUS MATTERS INCLUDING MAIL RECEIVED, GARNISHMENTS, INSURANCE AND EMPLOYMENT VERIFICATION. | 1.90 | 361.00 |
| 02/18/2015 | KM | PREPARED KM SECTION OF RECEIVER'S SECOND STATUS REPORT. | 3.60 | 684.00 |
| 02/19/2015 | SRK | ATTEND TO DRAFT OF THE FINANCIAL FORENSIC SECTION FOR THE RECEIVER'S SECOND INTERIM REPORT | 0.90 | 477.00 |
| 02/20/2015 | BLL | PER K MCCOY REQUEST, EXPORT FORMV 2 IN EXCEL (FROM TITLE XI) FOR VAST, SUCCESS, OMG AND JPH. ALSO EXPORT LEDGER IN EXCEL FOR SAME COMPANIES. FORWARD ALL TO K MCCOY. | 0.40 | 82.40 |
| 02/20/2015 | BLL | INTEROFFICE MEETING W K MCCOY RE VAST TRANSFERS NOT RECONCILING. REVIEW LEDGER OF THE SAME. INTEROFFICE MEETING W K MURCHISON RE THE SAME AND RESOLUTION OF ISSUE. | 0.50 | 103.00 |
| 02/20/2015 | SRK | ADDRESS, READ AND RESPOND TO VARIOUS EMAILS WITH RECEIVER'S COUNSEL AND TELEPHONE CONFERENCE WITH N. MANDEL, C. NORIEGA, AND K. MCCOY | 0.40 | 212.00 |
| 02/23/2015 | KM | RESEARCH PAYROLL REPORTS FOR EMPLOYMENT VERIFICATION PER RECEIVER'S REQUEST. | 0.80 | 152.00 |
| 02/24/2015 | FD | FTC VAST TECH - TO / IN / FROM MEET WITH VENDING MACHINE AGENTS OF APEX AND OFFICE COFFEE TO RELEASE PROPERTY TO OWNERS FROM FACILITY IN DELRAY PER C NORIEGA | 2.80 | 336.00 |
| 02/24/2015 | KM | REVIEW AND ANALYZE COMBINED QB RECONSTRUCTION OF RECEIVERSHIP ENTITIES AND OMG INT'L BANK RECONSTRUCTION. PREPARE AND PROVIDE SCHEDULES TO RECEIVER. | 1.80 | 342.00 |
| 03/02/2015 | KM | TELEPHONE CONFERENCE WITH N MANDEL AND C NORIEGA TO REVIEW CASE STATUS AND ADDRESS ITEMS FOR AUCTION AND RETRIEVAL OF DOCUMENTS FROM VAST TECH CORP | 0.70 | 133.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | OFFICE. | | |
| 03/02/2015 | KM | REVIEW CORRESPONDENCE FROM M CLAIRE RE: COMPENSATION AND TIMEFRAME FOR AUCTION OF PROPERTY LOCATED IN VAST TECH CORP OFFICE.. | 0.40 | 76.00 |
| 03/04/2015 | KM | RESEARCH AND ANALYZE QUICK BOOKS AND AMEX TRANSACTIONS FOR PAYMENTS MADE TO COSTCO FOR OFFICE FURNITURE PER COUNSEL REQUEST. | 0.80 | 152.00 |
| 03/04/2015 | KM | ATTEND TO EMAILS AND CORRESPONDENCE FROM RECEIVER'S COUNSEL RE: OFFICE FURNITURE AND EQUIPMENT. | 0.70 | 133.00 |
| 03/10/2015 | KM | ATTEND TO RECEIVER EMAILS AND CORRESPONDENCE RE: SSA AND 941 DISCREPANCIES, EMPLOYEE PAYROLL REQUESTS, RECEIVERSHIP ENTITY TAX RETURNS, AND FTC QB REQUEST. | 1.60 | 304.00 |
| 03/12/2015 | KM | ATTEND TO RECEIVER'S EMAIL AND CORRESPONDENCE RE: AUCTIONS, IRS NOTICES AND SSA NOTICES. | 1.20 | 228.00 |
| 03/13/2015 | KM | REVIEW M CLAIRE'S AUCTION PROPOSAL. COORDINATE WITH MOECKER AUCTIONEERS TO HAVE A SITE VISIT TO PREPARE PROPOSAL FOR AUCTION OF CORPORATE ASSETS. | 1.10 | 209.00 |
| 03/13/2015 | KM | TELECONFERENCE WITH N MANDLE AND C NORIEGA RE: AUCTION OF CORPORATE ASSETS. | 0.20 | 38.00 |
| 03/16/2015 | SRK | ATTEND TO EMAIL FROM C. NORIEGA RE REVENUE WIRE FUNDS | 0.20 | 106.00 |
| 03/16/2015 | KM | MET WITH MOECKER AUCTIONEERS AT VAST TECH - DELRAY CORPORATE OFFICES FOR INVENTORY AND PROPOSAL TO AUCTION VAST TECH ASSETS. | 4.10 | 779.00 |
| 03/23/2015 | KM | ATTEND TO EMAILS AND CORRESPONDENCE FROM RECEIVER'S OFFICE RE: TAXES, IRS NOTICES, AND COPIER. | 0.80 | 152.00 |
| 03/23/2015 | KM | REVIEW AUCTION PROPOSAL FROM MOECKER AND COMPARE WITH M CLAIRE'S PROPOSAL. FORWARD TO RECEIVER. | 0.80 | 152.00 |

RECEIVERSHIPS

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/2015 | CDM | COORDINATE WITH T.MCCOY REGARDING ITEMS BEING PRESENTED FOR PAYMENT RABOBANK FOR PAYROLL ACCOUNT WHICH WERE NOT EXPECTED; INVESTIGATE/RESEARCH AND VERIFY VALIDITY OF ITEMS; COORDINATE WITH BMS BANKING STAFF AND ARRANGE TRANSFER OF FUNDS FROM EXISTING RABOBANK ACCOUNT TO PAYROLL ACCOUNT TO COVER THREE ITEMS. | 0.40 | 76.00 |
| 02/18/2015 | BLL | DOWNLOAD FORMS 2 FOR VAST, OMG, SUCCESS AND JPH FOR RECEIVER REPORT. FORWARD TO K MCCOY. | 0.30 | 61.80 |
| 03/23/2015 | CDM | RECEIVE AND PROCESS CHECK FROM DELRAY CORPORATE CENTER TO VAST TECH SUPP | 0.20 | 38.00 |
| 03/24/2015 | CDM | COORDINATE WITH S.CAVANAUGH; PREPARE AND PROCESS CHECKS FOR PAYMENT OF PROFESSIONAL FEES PER ORDER DATED 3/23/15; SEND CHECKS TO RECEIVER FOR SIGNATURE. | 0.30 | 57.00 |

### TAX SERVICES - ADVISORY

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2015 | LJJ | REVIEW OMG PAYROLL TAX INFO., 941 AND RT6 FOR THE 3RD AND 4TH QUARTERS OF 2014 | 1.00 | 420.00 |
| 02/03/2015 | LJJ | REVIEW DOCUMENTS WITH P. KLEUMPER AND REVISE PAYROLL TAX RETURNS. | 1.30 | 546.00 |
| 02/24/2015 | JBW | UPDATED VAST TECH W-9 SCHEDULE FOR TAX PURPOSES. | 0.30 | 30.00 |
| 03/10/2015 | LJJ | ADDRESS IRS NOTICES | 0.80 | 336.00 |
| 03/23/2015 | LJJ | ADDRESS CORRESPONDENCE AND EXTENSIONS FOR RECEIVER'S OFFICE | 1.60 | 672.00 |
| 03/26/2015 | LJJ | REVIEW OMG TOTAL NOTIES AND LETTERS RESPONDING | 0.20 | 84.00 |

### TAX SERVICES - PREPARE FORMS

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2015 | PDK | JON-PAUL HOLDINGS LLC-REVIEW AND PRINT QUCKBOOKS 2014 WAGES REPORTS. PREPARE EXCEL SPREADSHEET CALCULATING GROSS WAGES, SOCIAL SEC W/H , MEDICARE W/H AND FEDERAL W/H. PREPARE 2014 FORMS W-2'S, W-3, 940. PREPARE 4TH QUARTER FORM 941 AND FLORIDA FORM RT-6. PREPARE DISCLOSURE STMT A & B. PREPARE TAX CONTROL WORKSHEET AND FILING INSTRUCTIONS. MEET WITH BERNADETTE LOMBARDO REGARDING FILING OF PAYROLL TAX RETURNS. | 4.60 | 1,150.00 |
| 02/03/2015 | PDK | COMPLETE JON PAUL HOLDINGS LLC 2014 PAYROLL FORMS W-2, W-3, FORM 940, FORM 941, RT-6. COMPLETE DISCLOSURE STATEMENTS A & B. | 1.10 | 275.00 |
| 02/03/2015 | KAF | ASSIST K. JOHNSON WITH PROPERLY COMPLETING 3RD AND 4TH QTR 2014 FORM RT-6 RETURNS IN TAX TASK TRACKER - OMG TECH. | 0.10 | 27.20 |
| 02/03/2015 | KJJ | ASSEMBLED AND MAILED FORM RT-6 (FOR 9.30.2014 & 12.31.2014) | 0.30 | 30.00 |
| 02/03/2015 | PDK | PREPARE SUCCESS CAPITAL LLC 2014 FORMS W-2 , W-3, AND FORM 940. PREPARE 4TH QUARTER FORMS 941 AND FLORIDA RT-6. PREPARE DISCLOSURE STATEMENTS A & B. REVIEW CLIENT QUICKBOOKS FOR 2014 PAYROLL DETAIL REPORTS. PRINT AND REVIEW REPORTS. REVIEW PRIOR QUARTER FORMS 941/RT-6. PREPARE EXCEL SPREADSHEET WITH 2014 PAYROLL INFORMATION INCLUDING GROSS WAGES, FEDERAL WITHHOLDING AND SOCIAL SECURTIY AND MEDICARE WITHHOLDING. | 2.50 | 625.00 |
| 02/03/2015 | KAF | FOLLOW UP W/K. MCCOY RE: POTENTIAL 2014 W-2'S REQUIRED - JON PAUL HOLDINGS. | 0.10 | 27.20 |
| 02/03/2015 | KM | ANALYZE SUCCESS CAPITAL QUICKBOOKS RECORDS, QUARTERLY 941S AND RT-6 FORMS TO IDENTIFY AND DETERMINE AMOUNTS PAID TO E LOEWENSTERN AND ANY OTHER EMPLOYEES PAID TO PREPARE W2S FOR 2014. | 0.80 | 152.00 |
| 02/03/2015 | KAF | EMAIL TRAFFIC RE: 2014 PAYROLL TAX RETURNS AND W-2 REQUIRED - SUCCESS CAPITAL. | 0.10 | 27.20 |
| 02/03/2015 | LJJ | REVIEW AND FINALIZE JON PAUL HOLDINGS, 940, 941, RT6, W-2 | 1.20 | 504.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | AND W-3 | | |
| 02/04/2015 | LJJ | REVIEW AD REVISE PAYROLL RETURNS, 940,941,RT6, W-2 AND W-3 | 0.80 | 336.00 |
| 02/04/2015 | KJJ | ASSEMBLED FORM 941/940, RT-6, & W-2/W-3 | 0.40 | 40.00 |
| 02/05/2015 | KJJ | MAILED FORMS 940/941, RT-6 & W-2/W-3 (JON PAUL HOLDINGS) | 0.10 | 10.00 |
| 02/05/2015 | KJJ | ASSEMBLED AND MAILED FORMS 940/941, RT-6, & W-2/W-3 (SUCCESS CAPITAL) | 0.40 | 40.00 |
| 02/06/2015 | KM | MEETING WITH B LOMBARDO TO REVIEW TAX FILINGS FOR RECEIVERSHIP ENTITIES. | 0.30 | 57.00 |
| 02/06/2015 | KAF | DISCUSSION WITH K. MCCOY RE: STATUS OF 2014 W-2 AND 4TH Q FINAL PAYROLL RETURNS - SUCCESS CAPITAL | 0.10 | 27.20 |
| 02/06/2015 | KAF | DISCUSSION WITH K. MCCOY RE: 2014 1099S ISSUED BY OMG AND VAST TO ACC VENTURES LLC | 0.10 | 27.20 |
| 02/06/2015 | KM | RESEARCH PAYMENTS TO ACC VENTURES AND SUNBIZ FILINGS FOR QUESTIONS RELATED TO 1099 FILING. | 0.60 | 114.00 |
| 02/09/2015 | LJJ | FINAL AND SIGN SUCCESS CAPITAL PAYRLL TAX RETURNS | 0.20 | 84.00 |
| 02/12/2015 | KAF | REVIEW EMAIL FROM K.MCCOY RE: AMENDED 2014 1096/1099 FORMS NEEDED (OMG) AND CORRECTED 1099 FORM NEEDED (VAST) RE: ACC VENTURES (VENDOR), FOLLOW UP WITH K. MCCOY FOR PROPER EIN AND ADDRESS OF ACC VENTURES | 0.20 | 54.40 |
| 02/17/2015 | KM | RESEARCH AND ANALYZE TAX RETURNS AND CORPORATE RECORDS FOR RECEIVERSHIP ENTITIES AND REQUIRED FILING FOR EXTENSIONS OF RECEIVERSHIP ENTITIES FOR 2014. | 1.60 | 304.00 |
| 02/18/2015 | KAF | EMAIL FROM K. MCCOY RE: 2014 EXTENSIONS NEEDED, COMPARE WITH/REVIEW/ADJUST TAX CONTROL, RESPOND WITH ADVICE THAT SUCCESS ENTITY S/B S-CORP EFFECTIVE 1/1/14, NOT PARTNERSHIP | 0.40 | 108.80 |
| 02/18/2015 | KAF | REMINDER TO B. LOMBARDO RE: INFO NEEDED FOR 2014 1099'S. DISCUSS WITH B. LOMBARDO. | 0.10 | 27.20 |
| 02/18/2015 | KAF | LOOKUP RULES RE: CORRECTED 1099'S AND 1096, SEND INSTRUCTIONS TO K. JOHNSON RE: HOW TO CORRECT ACC 2014 1099 AND 1096 (OMG TOTAL) AND REVISE ACC 2014 (VAST) | 0.80 | 217.60 |
| 02/19/2015 | KJJ | CORRECTED & PREPARED FORMS 1099/1096 | 0.60 | 60.00 |
| 02/20/2015 | KAF | REVIEW STATUS OF 1099 INFO, FOLLOW UP W/B.LOMBARDO AND REMIND RE: 3/2/15 DEADLINE | 0.20 | 54.40 |
| 02/23/2015 | KJJ | ASSEMBLED & MAILED CORRECTED FORMS 1099/1096 FOR OMG TOTAL PROTECTION & VAST TECH | 0.60 | 60.00 |
| 02/24/2015 | KAF | REVISE 2014 1099 SCHEDULE RECEIVED FROM B. LOMBARDO TO NOTE VARIOUS CHANGES AND COPIES B&C ALREADY MAILED, AND EXPLAIN TO K. JOHNSON FOR FORM PREPARATION (VAST TECH) | 0.30 | 81.60 |
| 02/24/2015 | KAF | PREPARE FORM 8275 AND STATEMENTS A&B TO ADVISE IRS RE: MISSING EINS, GIVE TO K. JOHNSON TO ATTACH TO FORMS 1096/1099 (VAST TECH). | 0.70 | 190.40 |
| 02/24/2015 | KAF | FOLLOW UP RE: 2014 1099 INFO/STATUS (VAST TECH) | 0.10 | 27.20 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/24/2015 | KAF | FOLLOW UP RE: 2014 1099 INFO/STATUS (OMG TOTAL) | 0.10 | 27.20 |
| 02/25/2015 | KJJ | PREPARED AND ASSEMBLED FORMS 1099/1096 | 2.40 | 240.00 |
| 02/25/2015 | LJJ | REVIEW 1099 DOCUMNTS AND FORMS WITH KJ | 1.60 | 672.00 |
| 03/02/2015 | KAF | REVIEW TAX FILE FOR EXTENSION PREPARATION AND PREPARE EXTENSION (IF NEEDED)-OMG TOTAL | 0.20 | 54.40 |
| 03/02/2015 | KAF | REVIEW TAX FILE FOR EXTENSION PREPARATION AND PREPARE EXTENSION (IF NEEDED)-JON PAUL | 0.20 | 54.40 |
| 03/02/2015 | KAF | REVIEW TAX FILE FOR EXTENSION PREPARATION AND PREPARE EXTENSION (IF NEEDED)-VAST TECH | 0.20 | 54.40 |
| 03/02/2015 | KAF | REVIEW TAX FILE FOR EXTENSION PREPARATION AND PREPARE EXTENSION (IF NEEDED)-OMG INT'L | 0.20 | 54.40 |
| 03/10/2015 | NLP | PREPARE AND FAX CORRESPONDENCE TO IRS PER L. JOHNSON | 0.50 | 65.00 |
| 03/10/2015 | KM | OMG INTERNATIONAL GROUP - COMPILED FINANCIAL DATA FOR 2014 TO COMPLETE PARTNERSHIP TAX RETURN. REVIEWED INCOME AND EXPENSES FROM RECONSTRUCTION OF CHASE BANK ACCOUNTS. | 0.80 | 152.00 |
| 03/10/2015 | NLP | PREPARE CORRESPONDENCE TO FL DEPT OF REVENUE PER L. JOHNSON | 0.40 | 52.00 |
| 03/10/2015 | KM | OMG TOTAL PROTECTION - COMPILED FINANCIAL DATA FOR 2014 TO COMPLETE PARTNERSHIP TAX RETURN. EXPORTED FROM QUICK BOOKS GENERAL LEDGER AND TRIAL BALANCE FOR 2014 AND REVIEWED INCOME AND EXPENSES. RETRIEVED AND REVIEWED BANKING TRANSACTIONS FROM RECEIVERSHIP BANK ACCOUNTS AFTER TURNOVER OF FUNDS. | 1.10 | 209.00 |
| 03/10/2015 | KM | JOHN PAUL HOLDINGS - COMPILED FINANCIAL DATA FOR 2014 TO COMPLETE PARTNERSHIP TAX RETURN. EXPORTED FROM QUICK BOOKS GENERAL LEDGER AND TRIAL BALANCE FOR 2014 AND REVIEWED INCOME AND EXPENSES. RETRIEVED AND REVIEWED BANKING TRANSACTIONS FROM RECEIVERSHIP BANK ACCOUNTS AFTER TURNOVER OF FUNDS. | 1.10 | 209.00 |
| 03/10/2015 | KM | SUCCESS CAPITAL - COMPILED FINANCIAL DATA FOR 2014 TO COMPLETE PARTNERSHIP TAX RETURN. EXPORTED FROM QUICK BOOKS GENERAL LEDGER AND TRIAL BALANCE FOR 2014 AND REVIEWED INCOME AND EXPENSES. RETRIEVED AND REVIEWED BANKING TRANSACTIONS FROM RECEIVERSHIP BANK ACCOUNTS AFTER TURNOVER OF FUNDS. | 1.20 | 228.00 |
| 03/10/2015 | KM | VAST TECH - COMPILED FINANCIAL DATA FOR 2014 TO COMPLETE PARTNERSHIP TAX RETURN. EXPORTED FROM QUICK BOOKS GENERAL LEDGER AND TRIAL BALANCE FOR 2014 AND REVIEWED INCOME AND EXPENSES. RETRIEVED AND REVIEWED BANKING TRANSACTIONS FROM RECEIVERSHIP BANK ACCOUNTS AFTER TURNOVER OF FUNDS. | 1.20 | 228.00 |
| 03/12/2015 | KAF | REVIEW TAX FILES AND VERIFY WITH K. MCCOY THAT KAPILAMUKAMAL HAS NO TAX FILING RESPONSIBILITIES IN CONNECTION WITH BOOST SOFTWARE, INC. (D. MANDEL IS NOT RECEIVER OF THIS ENTITY) | 0.10 | 27.20 |
| 03/26/2015 | KM | REVIEWED AND PREPARED RESPONSE TO FLORIDA DEPT OF | 1.20 | 228.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | REVENUE FOR OMG TP 3RD AND 4TH QUARTER 2013 PENALTY NOTICES. | | |
| 03/27/2015 | KM | REVIEWED AVAILABLE RECORDS FOR VAST TECH EMPLOYEE R ALTIDOR PER IRS REQUEST OF 2013 W2 INFO. PREPARED IRS RESPONSE LETTER FOR REQUEST. | 0.70 | 133.00 |
| 03/27/2015 | NLP | PREPARATION OF CORRESPONDENCE TO FL DEPT OF REVENUE, IRS, AND VARIOUS ELECTRONIC RECIPIENTS PER L. JOHNSON | 0.80 | 104.00 |

TIME ANALYSIS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2015 | BLL | CONTINUED EVALUATION OF TIME ENTRIES. UPDATE ACCORDINGLY. | 1.00 | 206.00 |
| 02/03/2015 | BLL | COMPLETE EVALATION OF TIME ENTRIES. INTEROFFICE MEETING W J ZEILER RE THE SAME. | 0.50 | 103.00 |

|  |  |
|---|---|
|  | 19,018.40 |

EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/30/2015 | EXP | OVERNIGHT DELIVERY 01.30.15 - N. MANDEL | 14.14 |
| 02/01/2015 | EXP | OVERNIGHT DELIVERY 01.28.15 - D. MANDEL | 14.14 |
| 02/02/2015 | EXP | POSTAGE | 2.40 |
| 02/03/2015 | EXP | POSTAGE | 2.24 |
| 02/04/2015 | EXP | POSTAGE | 2.24 |
| 02/05/2015 | EXP | POSTAGE | 2.66 |
| 02/05/2015 | EXP | POSTAGE | 3.58 |
| 02/09/2015 | EXP | OVERNIGHT DELIVERY - D. MANDEL | 16.85 |
| 02/11/2015 | EXP | OVERNIGHT DELIVERY - D. MANDEL | 16.85 |
| 02/23/2015 | EXP | POSTAGE | 1.82 |
| 02/27/2015 | EXP | PRINTED COPY CHARGE | 202.50 |
| 03/02/2015 | EXP | OVERNIGHT DELIVERY - N. MANDEL | 13.73 |
| 03/06/2015 | EXP | POSTAGE | 0.32 |
| 03/10/2015 | EXP | POSTAGE | 2.03 |
| 03/10/2015 | EXP | POSTAGE | 2.45 |
| 03/10/2015 | EXP | POSTAGE | 2.03 |
| 03/16/2015 | EXP | MILEAGE - KM - TO VAST TECH TO MEET WITH AUCTIONEERS | 29.90 |
| 03/16/2015 | EXP | MILEAGE - KM - TRAVEL TO VAST TECH CORP OFFICE TO MEET WITH AUCTIONEERS | 29.90 |
| 03/24/2015 | EXP | OVERNIGHT DELIVERY - N. MANDEL | 13.73 |
| 03/27/2015 | EXP | POSTAGE | 0.48 |
| 03/27/2015 | EXP | POSTAGE | 4.48 |

| | | | |
|---|---|---|---|
| 03/31/2015 | EXP | PRINTED COPY CHARGE | 75.30 |

453.77

Total amount of this invoice    $19,472.17

**Invoice payable upon receipt. Thank you for this opportunity to be of service.**