# MANDEL & MANDEL LLP
**1200 Alfred I. duPont Building**
**169 East Flagler Street**
**Miami, Florida 33131**
**Telephone: (305) 374-7771**
**Facsimile: (305) 374-7776**

Tax I.D. # 65-0963493

Re: Federal Trade Commission v. Boost Software, Inc. et al.

For the period ending July 31, 2015                                    Invoice #   16033

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2015 | CN | Review correspondence with AT&T re request for additional equipment; review previous list of equipment removed by AT&T; telephone call to Altuve re AT&T request for more equipment; prepare detailed email and email various AT&T people re equipment request and final list of inventory AT&T; email discussion with J. Pena re AT&T equipment removal;  email defendants re Receiver's revised relief re computers; discussion with NSM re GoogleDocs issue and FTC requests re computers; email Government re proposed plan to download google accounts; emails with J. Pena re FTC discussion and work log data; telephone call with FTC re computer issues and worklog; email FTC re worklog questions;  review FTC computer log list and Receiver's log; prepared detailed responses to M. Perry's questions about computers; work on revisions of motion to vacate and auction items. | 7.00 | 2,520.00 |
| | NSM | Revise email re computers; email correspondence re various issues; review file. | 0.70 | 420.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via e-mail with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees | 3.00 | 435.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. |  |  |
| 4/1/2015 | DSM | Email correspondence with counsel and FTC regarding Revenuewire and other issues; review of file. | 0.40 | 270.00 |
|  | SC | Receipt, review and organize mail; review and reply to multiple email re: GoogleDocs, invoices for PODS Storage and emails to-from AT&T regarding removal of equipment. | 0.30 | 43.50 |
| 4/2/2015 | CN | Emails with M. Perry and Defendants re computers up for auction and how many have not been imaged; review motion to vacate office and auction items; discussion with Pena and NSM re google account download; email communication with AT &T re request for additional equipment; emails with K. McCoy from Kapila re question about auctioneer's proposal; email discussion with J. Pena re imaging and backing up computers; review AT&T collections letter; review log of computers imaged by FTC; | 5.00 | 1,800.00 |
|  | NSM | Conferences and emails re personal property, insurance, google docs, and related issues. | 1.00 | 600.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.50 | 507.50 |
|  | DSM | Email correspondence with counsel concerning communications with landlord; review of file. | 0.30 | 202.50 |
|  | SC | Email correspondence to-from accountants re Florida Department of Revenue correspondence regarding waiver of penalty fees for Success Capital LLC; email correspondence to-from landlord re contents of Vast Tech offices. | 0.30 | 43.50 |
| 4/3/2015 | CN | Emails with FTC re motion to vacate and auction items and computers; emails with office manager and Pena re sending information to Pena for review; email M. Perry - revised number of computers that have not been | 0.80 | 288.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| | imaged; discussion with J. Pena re imaging and back up computers. | | |
| 4/6/2015 CN | Email Defendant M. Donahue re meet and confer on Receiver's position regarding computers; email M. Perry re confirmation of meeting with Defendant Loewenstern for removal of certain items;  email R. Brooke re Government's request for conference call and work activity log data; meeting with NSM re status on computers and plan for visit to office and motion; conference call  with Brooke, Kiziah, Deitch, Pena and NSM re computers and visit to office; emails and call with J. Pena re work activity log data and estimation of cost for moving and storing computers forensically; call with K. McCoy of Kapila re cost storage and moving computers;  email B. Martin of GE re scheduling pickup of copier;  review of inventory log; review of prior communications with Logmein; review motion to auction items with updated information; review correspondence with Government and Defendants for meet and conferral requirements. | 7.90 | 2,844.00 |
| NSM | Conference call with government re computers and related issues; email correspondence with J. Pena; confer with C. Noriega, D. Mandel re various issues. | 2.00 | 1,200.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via e-mail with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | 2.80 | 406.00 |
| DSM | Email correspondence with counsel regarding OMG trademark issue; review of file. | 0.30 | 202.50 |
| SC | Receipt, review and organize mail received; review-reply further email communications re work log data from computer expert; email to-from accountants re Florida Department of Revenue correspondence re OMG and Success Capital; email review regarding office contents and Elliot Loewenstern. | 0.40 | 58.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/7/2015 CN | | Review of Defendant and Government's initial disclosures re employees whom would have discoverable information; email R. Brooke re plan for visit to office to preview computers and identification of specific individuals whom Government would like to preview and whether IT person available; telephone call with J. Pena re plan for visit to office with Government, discussion with Wyncoop, status of GoogleDocs and other location of work activity in data; telephone call with R. Brooke re location of additional work activity in data; finalize draft declaration for Loewenstern re pickup of personal items from office; telephone call with B. Smith of GE re pickup of copier; telephone call with M. Cohn of Copier Network re pickup of copier; telephone call with United Van Lines re pickup of copier; meeting with NSM re plan for visit to office and projects; prepare documents for visit to office. | 7.30 | 2,628.00 |
| | NSM | Conferences re computers; review file. | 0.80 | 480.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets;  and receipt and review of e-mails from counsel and respond to same when necessary. | 2.90 | 420.50 |
| 4/8/2015 CN | | Travel to and from Delray Beach office of Vast Tech; return documents removed from the office; met with Defendant Elliot Loewenstern re removal of personal items and non-Receivership documents, and signing of affidavit confirming removal of items; met with United Vanes re pickup of GE copier; pull employee records who requested access to their information; met with J. Pena and K. Kiziah re computers to preview and computers Government does not want to image at this time and identification of manager computers and other important individuals;  inventory computers Government does not want to image; discussion with K. Kiziah re plan for motion and need for Government's position; removal of postage machine for return to leasing company; telephone call with NSM re plan for previewing computers and inventory. | 10.00 | 3,600.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/8/2015 | NSM | Emails re tax issues. | 0.50 | 300.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; continued communication via e-mail with employees re: payroll and W-2s; e-mail and mail returned W-2s to employees who had them returned due to address issues; and receipt and review of various e-mails from counsel and respond to same when necessary. | 3.20 | 464.00 |
| | DSM | Review of stipulation and proposed order; review of file. | 0.50 | 337.50 |
| | SC | Review and reply to multiple emails re: GoogleDocs order regarding various domain names, accountants emails regarding Vast Tech Sales Tax returns for December 2014 period. | 0.10 | 14.50 |
| 4/9/2015 | CN | Travel to and from the Delray Beach office of Vast Tech; met with J. Pena re computers, inventory and previewing of computers; telephone call to Logmein counsel P. Murphy re technician reports with customer; conference call with NSM re computers and inventory; identify computers that government does not want to image at this time; review auctioner's inventory; review TRO re Receiver's obligation to pay for copying of company data and obligations to government; telephone call to FTC's R. Brooke re servers to preview. | 8.00 | 2,880.00 |
| | NSM | Review IRS correspondence and confer with Kapila/Mukamal; conference re inventory. | 0.80 | 480.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.50 | 362.50 |
| | SC | Multiple emails correspondence to-from accountants regarding IRS tax returns for Vast Tech and penalty fees; follow up re status of check that had been sent for same and IRS failure to deposit. | 0.30 | 43.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/10/2015 | CN | Revise motion to sell property; email M. Perry Defendant's affidavit re pickup of personal property; email GE re confirmation of pickup of copier from offices; email J. Pena re status of GoogleDocs and timeline for inventory; emails with K. McCoy of Kapila re pictures from audit inventory; telephone call to employee Will Gauss re returning call to Receiver; discussion with NSM re projects. | 7.40 | 2,664.00 |
|  | NSM | Revise memo re Elite Tech Help and forward to FTC; review correspondence from OMG victim/customer; confer re various property, insurance and related issues. | 1.80 | 1,080.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.80 | 551.00 |
|  | DSM | Review of correspondence regarding WARN Act issue. | 0.40 | 270.00 |
|  | SC | Email communication with landlord regarding April rent invoice; emails to-from accountants regarding OMG U.C. funds due for 3rd and 4th quarter of 2014 also re Success Capital U.C funds due. | 0.50 | 72.50 |
| 4/13/2015 | CN | Email J. Pena re scheduling inventory and status of GoogleDocs download; email R. Didion re insurance claim; email R. Brooke re Government's position on motion to auction property and computers; emails with K. McCoy and M. Claire re pictures from auctioneer's inventory. | 1.00 | 360.00 |
|  | NSM | Review J. Pena's updated control log regarding computer inteventory; confer with C. Noriega re status of imaging computers; review file. | 1.00 | 600.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.40 | 348.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 4/13/2015 SC | Receipt, review and organize mail; various emails to-from insurance agent regarding the renewal of Liability and Contents policy; arrange for payment of FPL invoice and correspond with landlord re pro rata due from tenants; forward customer correspondence to counsel for response. | 0.40 | 58.00 |
| 4/14/2015 NSM | Conference with team re computer issues; emails with counsel for Boost re motion for court approval of auction. | 1.30 | 780.00 |
| CN | Discussion with NSM and DSM via email of revised relief in motion to sell property; review TRO re Defendant Boost access to data/documents in Receiver's control and discussion with NSM; email FTC and Florida AG re revised relief; emails with J. Pena re email download and inventory; edit motion based on revisions to relief and updates on meet and conferral with government and defendants;  telephone calls with L. Johnson of Kapila re question about Florida Dept. Revenue letter; conference call with FTC Brooke and Deitch and NSM re government's response to Receiver's revised relief in motion to sell property; review emails regarding important email accounts identified by FTC, Kapila and IT consultant. | 7.00 | 2,520.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets;  receipt and review of correspondence from customers re: complaints; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.30 | 478.50 |
| DSM | Email correspondence with counsel regarding communication with the FTC. | 0.50 | 337.50 |
| 4/15/2015 CN | Telephone call with Leslie Johnson of Kapila re Florida Dept of Revenue taxes; telephone call with Clara Gonzalez of Florida Dept. Of Revenue re sales tax; telephone call with W. Gauss and R. Marcial, former employees of Vast Tech re request for meeting with Receiver and letter to Receiver; email with R. Didion insurance adjuster re claim; emails with J. Pena re email data download and preservation and inventory; discussion with NSM re projects; emails with McCoy | 7.40 | 2,664.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | and Lombardo of Kapila re status report and insurance claim; emails to FTC and Florida AG re meet and confer for motion to sell property; edit motion to sell property to reflect revised relief. | | |
| 4/15/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 4.00 | 580.00 |
| | DSM | Email correspondence with counsel regarding various matters. | 0.60 | 405.00 |
| | SC | Review and reply to multiple emails re insurance claim further to theft from vast Tech offices. | 0.10 | 14.50 |
| | NSM | Emails with Kapila re status of report; | 0.30 | 180.00 |
| 4/16/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.50 | 362.50 |
| | DSM | Email correspondence with counsel and accountants concerning insurance matters; review of file. | 0.40 | 270.00 |
| | SC | Review and reply to multiple emails from insurance agent regarding quotes for policy renewal; emails to-from insurance adjuster regarding theft claim. | 0.30 | 43.50 |
| | NSM | Conference re property insurance issues; | 0.30 | 180.00 |
| 4/17/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.30 | 333.50 |
| | NSM | Emails and conference with counsel re scheduling issues. | 0.40 | 240.00 |
| 4/20/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review | 3.90 | 565.50 |

|  | Hours | Amount |
|---|---|---|

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
|  |  | of e-mails from counsel and respond to same when necessary. |  |  |  |
| 4/20/2015 | CN | Emails and with Brooke of FTC re finalizing dates and negotiations for motion to sell property and discussion of Receiver's discovery; emails with J. Pena re imaging of computers, production questions and dates and inventory of computers; work on status report; discussion with NSM re update on FTC's requested dates for imaging of computers and Cobra insurance issue; email P. Murphy of Logmein re request for additional information; email Kapila re request for information for status report; work with legal assistant on discovery production dates and confirmation of delivery to FTC and Def. Loewenstern |  | 6.90 | 2,484.00 |
|  | DSM | Email correspondence with counsel. |  | 0.20 | 135.00 |
|  | SC | Receipt, review and organize bulk mail received from post office that had been held for several months; emails to-from counsel regarding Cobra coverage; emails to forensic data experts confirming receipt of evidence drives. |  | 2.10 | 304.50 |
|  | NSM | Continued discussion re scheduling. |  | 0.30 | 180.00 |
| 4/21/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. |  | 2.30 | 333.50 |
|  | CN | Emails with R. Brookes of FTC re confirmation dates for imaging and productions and meet and confer for motion to sell property; emails with P. Murphy of Logmein re requests for additional information; emails to Defendants J.P Vasta and M. Donahue and counsel for Loewenstern re meet and confer for motion to sell property; emails with J. Pena re production confirmation; discussion with Paul re productions. |  | 4.40 | 1,584.00 |
|  | SC | Email landlord re status of payments for pro rata share of FPL invoices; email to-from counsel re Vast Tech Sales tax for period ending December 31, 2014; review |  | 0.20 | 29.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| | and reply to emails regarding Comcast account. | | |
| 4/21/2015 NSM | Review file re tax matters. | 0.30 | 180.00 |
| 4/22/2015 PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.30 | 478.50 |
| CN | Discussion with NSM and DSM re meet and confer with Def. Loewenstern's counsel, Def. Loewenstern's affidavit, and edits to motion to sell property; emails and phone call with M. Perry re client's objection to relief in motion to sell property and necessary edits to client's proposed affidavit for his property; emails with M. Donahue re meet and confer for motion to sell property; finalize draft for motion to sell property and incorporate various edits; review the 2nd draft affidavit from Def. Loewenstern for his property. | 6.40 | 2,304.00 |
| DSM | Review motion to sell property; email correspondence with counsel regarding same and review of file. | 0.70 | 472.50 |
| NSM | Conferences with C. Noriega re defendants' access to property for personal items; discussion re Cobra payments; review and edit motion to sell property. | 1.00 | 600.00 |
| 4/23/2015 PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.50 | 217.50 |
| CN | Finalize draft motion to sell property and incorporate edits of NSM and DSM; prepare draft order for motion to sell property; emails with Pena re production of data and discussion of computer inventory; review of Pena's computer inventory and prior list of stolen items; prepare letters re government inquires for child support from former employees. | 7.00 | 2,520.00 |
| DSM | Review of motion for approval to sell property. | 0.50 | 337.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/23/2015 | NSM | Review correspondence re child support withholdings; confer with counsel. | 0.50 | 300.00 |
| 4/24/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.80 | 406.00 |
| | CN | Email and phone discussion with J. Pena re production of information and GoogleDocs and computer inventory compared to stolen items list; review GoogleDocs information; discussion with paralegal re copies of Receiver's productions; prepare draft letter's for production of information; discussion with NSM re productions to Def. Loewenstern and FTC; review stolen items list; emails with R. Brookes of FTC re imaging copies. | 6.20 | 2,232.00 |
| 4/27/2015 | CN | Finalize third status report; emails with B. Lombardo of Kapila re edits to Kapila's submission to third status report; email Judge Marra re proposed order granting motion to sell property; emails with Kapila re motion to sell property and starting process for auction; emails with M. Claire, auctioneer re details of auction needs and signing of contract; emails with J. Pena re status of productions and list of items removed from office by tech vendors; email FTC/AG copy of updated list of items imaged by Receiver and intent to product GoogleDocs and Revenuewire information this week; telephone call to Laura Cohen re status of claims process regarding Chepovsky intent to seek alleged 100k debt against Estate; telephone call to Futchko re interest in purchasing tech equipment for sale; discussion with NSM re auction and Chepobcky claim; email M. Perry re whether will want to image any computers by May 8th. | 5.00 | 1,800.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.80 | 551.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/27/2015 | DSM | Receipt and review of court order approving sale. | 0.30 | 202.50 |
|  | NSM | Confer with counsel re computer imaging issues; review status report; review court order approving auction. | 1.00 | 600.00 |
| 4/28/2015 | CN | Various telephone calls with C. Gonzalez, Jennifer of Help Desk, Linda and Leslie of Records and Management, of Florida Dept. Revenue re access to prior tax returns; review of various taxes requested by Florida Department of Revenue; edits to Third Status Report; emails with M. Claire, auctioneer and K.McCoy re visiting storage unit and office to prepare for auction; review of prior memos regarding take over of company; research Fla. Stat. 448 re threat of suit by former employee; prepare memo regarding burglary and stolen items; emails with M. Perry re Loewenstern's affidavit for personal items; discussion with NSM re status of projects. | 7.10 | 2,556.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; receipt and review of e-mails from counsel and respond to same when necessary; and preparation of employee file for production of same. | 2.90 | 420.50 |
|  | DSM | Review and edit status report; review auction issues. | 0.80 | 540.00 |
|  | SC | Email correspondence to landlord re May rent invoice; multiple emails to-from counsel re contract for Auctioneers; review emails to-from counsel re insurance policy and theft claim. | 0.30 | 43.50 |
| 4/29/2015 | PC | Continued communication via e-mail with customers re: status of matter and claims process; update customer spreadsheets; receipt and review of e-mails from counsel and IT consultant and respond to same; and prepare production to be served on FTC and Lowenstern. | 2.80 | 406.00 |
|  | CN | Review of contract with auctioneer M. Claire; continue gathering information for memo re stolen items; discussion with NSM re terms of contract; review of prior correspondence with Kapila re terms of Claire contract; emails with Kapila re information needed to sign contract; emails and telephone call with J. Pena re | 7.20 | 2,592.00 |

| | | | Hours | Amount |
|---|---|---|---|---|

items removed from Vast Office and questions regarding production and revisions to prepared list of information to parties; review of information provided by J. Pena; revise letters to FTC and Def. Loewenstern re production of information.

4/29/2015 DSM    Review of email correspondence with counsel regarding status report and discussion of same.    0.40    270.00

NSM    Review file; conference with C. Noriega re auction issues.    0.50    300.00

4/30/2015 SC    Review and reply to multiple emails regarding PODS Storage and missing invoices; receipt, review and organize mail; forward to forensic accountants relevant information received.    0.50    72.50

PC    Continued communication via e-mail with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and IT consultant and respond to same.    3.20    464.00

CN    Emails and phone calls to Kapila re Florida state tax question and request for information to sign auctioner contract and confirming production of quickbooks to FTC; discussion with NSM and DSM re P. Russion's suggestions to status report and notice to Landlord re vacating premises; finalize status report and filed it; email discussion and phone call with J. Pena re edits to lists for production to parties re GoogleDocs; working on gathering details for stolen items and continuation of preparation of memo; email FTC updated GoogleDocs list; sign letters for production of Receiver's data to Def. Loewenstern and FTC and detail necessary information for each production; prepare draft letter in response to intent to sue letter; email M. Claire signed auction contract.    8.00    2,880.00

DSM    Email with counsel re: WARN Act issue.    0.20    135.00

NSM    Conference with C. Noriega re WARN issues; review tax related correspondence; review file.    0.80    480.00

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2015 | CN | Emails with Kapila re setting date for appointment with M. Claire to visit PODS and office; continue preparation of stolen items memo; prepare documents for visit with M. Claire in the Vast Tech office; review NSM edits to draft letter in response to employee intent to sue letter and discussion with NSM; review ICE litigation motion and Receiver's order re response to letter. | 6.60 | 2,376.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.80 | 551.00 |
| | SC | Review and reply to multiple emails regarding Vast Tech 4th quarterly tax filing; emails communications regarding website; email communications regarding Jon Paul Vasta and Receivers Status Report. | 0.50 | 72.50 |
| | NSM | Review response to employee intending to sue receivership; conference with C. Noriega. | 0.50 | 300.00 |
| 5/4/2015 | PC | Travel to and from POD storage site; meeting with auctioneer; continued communication via e-mail with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same. | 5.90 | 855.50 |
| | CN | Travel to and from Vast Tech office; meet with M. Claire and A. Feldman of Kapila re identification of items that cannot be auctioned and related questions regarding setting up auction; emails and phone calls with K. McCoy re auction, moving and PODS contents; telephone call with junk pickup to determine price options; telephone call with S. Cavanagh re PODS contract, termination options and pricing for delivery and abandonment; emails with Kapila and J. Pena re setting up space for moving and storage needs; review of other docket items in ICE re motion to pay employees for response to employee letters. | 7.00 | 2,520.00 |
| | SC | Review and reply to emails regarding Success Capital LLC correspondence from Florida Department of Revenue; receipt, review and organize mail. | 0.20 | 29.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/4/2015 | NSM | Conference with team re auction issues. | 0.50 | 300.00 |
| 5/5/2015 | PC | Continued communication via e-mail with customers re: status of matter and claims process; and update customer spreadsheets. | 1.30 | 188.50 |
| | CN | Review contents disposal agreement and lease agreement with PODS; telephone call with T. Ritchie of PODS re confirming terms of disposal; review TRO re Receiver's ability to sign contents disposal agreement email discussion with NSM and DSM re recommendation signing disposal agreement; prepare letter to PODS re signed agreement; emails with Kapila and J. Pena re moving and computer storage; review of legal invoices for determination if any go to claims process; research the Receiver's immunity from suits; discussion with NSM re legal research. | 7.90 | 2,844.00 |
| | SC | Review and reply to further emails regarding PODS Storage; review and reply to emails regarding GoogleDocs charges; review outstanding invoice regarding Trademark and arrange payment of same. | 0.30 | 43.50 |
| | NSM | Conference with C. Noriega re auction issues. | 0.50 | 300.00 |
| 5/6/2015 | CN | Telephone call with T. Ritchie of PODS confirming receipted of disposal agreement and account closed; email to M. Claire re update on removal of items not up for auction; email P. Murphy of Logmein re status on data request; email Brookes at FTC re any scope limitations on Logmein request; discussion with NSM re moving HR files; continue research on Receiver's immunity from suit. | 5.50 | 1,980.00 |
| | SC | Review and reply to correspondence re: Vast Tech AT&T accounts, FPL invoice and April rent for Vast Tech offices; review emails for former employees HR files. | 0.30 | 43.50 |
| | NSM | Conference re dealing with remaining property and files. | 0.30 | 180.00 |
| 5/7/2015 | DSM | Review of memorandum regarding former employee pay issues and review of research regarding same. | 1.20 | 810.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/7/2015 CN | Review details of employee's allegations against the Receiver; continue legal research on receiver's immunity from suit; update draft responses to former employees threatening suite; prepare detailed memo to NSM and DSM summarizing legal research regarding the receiver's immunity from suit and draft responses to employees threatening to sue; emails with J. Pena and K. McCoy re logistics of moving computers and paper documents to storage; review of signed affidavit of Elliot Loewenstern; discussion with NSM re signed affidavit and legal research re immunity. | | 5.50 | 1,980.00 |
| SC | Review, prepare and email correspondence from former employees that require response due to threat of legal action; arrange for various checks to be prepared for outstanding invoices. | | 0.40 | 58.00 |
| NSM | Review memo of law; conference with C. Noriega. | | 0.50 | 300.00 |
| 5/8/2015 DSM | Receipt and review notice of mediator selection. | | 0.20 | 135.00 |
| 5/11/2015 CN | Prepare detailed summary of list of items to be completed in preparation for moving items to storage; emails with J. Pena re items for moving of computers; discussion with J. Pena re specific needs for moving, organizing estimation for packing and moving computers; issues with his forensic log of computers and necessary changes and request for updated inventory; email K. McCoy re status of moving of computers; discussion with NSM re corrections with Pena's inventory of computers and request for movers to package computers; work on stolen properties memo. | | 7.20 | 2,592.00 |
| SC | Email correspondence to -from accountants and Landlord re: outstanding FPL invoice ; multiple emails to-from insurance agent re: Commercial and Liability policy renewal; email to-from accountants re : status of all accounts as of March 31, 2015. | | 0.80 | 116.00 |
| NSM | Review and discuss computer inventory and related matters. | | 0.50 | 300.00 |
| 5/12/2015 CN | Email and phone discussion with J. Pena and K. McCoy re coordination of move and logistics needs re computers, paper documents to storage, move of HR | | 2.60 | 936.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | documents and scheduling auctioneer to visit office; emails with M. Claire re scheduling additional day for itemization of items in office for auction; email with P. Murphy re confirmation of receipt of additional logmein data; continue work on stolen items memo. | | |
| 5/13/2015 | CN | Emails and telephone calls with K. McCoy and J. Pena re status of paper documents, computer inventory and moving quote for packing computers; email with M. Claire re appointment to complete itemization for auction; discussion with NSM re moving quote and finalization of moving logistics; emails and calls with J. Pena re download of logmein data and revisions to inventory of data collection and detail of logmein data; working with administrative staff re data storage; email to P. Murphy re confirmation of time period of newest logmein data; telephone call with M. Cavalante of moving company re confirming quote and request for contract information; emial R. Brookes re access to production of additional logmein data; email M. Perry re access to production of additional logmein data; review of revised inventory of data collection and logmein detail from J. Pena. | 6.20 | 2,232.00 |
| | SC | Review and reply to further emails to-from insurance agent re policy renewal; review emails between counsel and computer forensic expert and arrange for delivery of evidence to same. | 0.30 | 43.50 |
| | NSM | Discuss computer logistics, inventory, and related costs. | 0.40 | 240.00 |
| 5/14/2015 | CN | Emails with Brookes of FTC re download of logmein data; emails and call with J. Pena re solving FTC's issue with downloading data; email with L. Ecker of Levy associate re access to office; emails with K. McCoy re storage space reservation and confirmation of move items; discussion with NSM and DSM re threats of suits by former employees; edit draft letters responding to employees threats of suits. | 2.40 | 864.00 |
| | SC | Review and reply to emails re arrangements for Storage Plus unit and arrangements regarding removal of files from Vast Tech offices and storing at same. | 0.20 | 29.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/14/2015 NSM | | Review draft letters responding to potential lawsuits and discuss with counsel. | 0.70 | 420.00 |
| 5/15/2015 CN | | Emails and telephone calls with Pena and McCoy re moving contract terms and whether meets their needs; review of documents requested by employees and working with administrative staff to locate all responsive documents; prepare draft letters in response to employees request for information; discussion with NSM and DSM re problem with door key for Vast Tech office and moving; emails with L. Ecker of Levy Associates re problem with door of office; telephone call and email with McCoy of Kapila re problem with key and need for Kapila to meet locksmith; finalize letters to employees threatening suit against the Receiver. | 3.90 | 1,404.00 |
| | SC | Review and reply to multiple emails to-from landlord re access to Vast Tech offices and issue with lock. | 0.10 | 14.50 |
| 5/18/2015 PC | | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; receipt and review of e-mails from counsel and respond to same when necessary; and prepare selected personnel files for production. | 4.50 | 652.50 |
| | CN | Emails with Kapila re arranging for locksmith to address Vast Tech office door issue and moving coordination; review moving contract; discussion with DSM and NSM re moving contract and Def. Loewenstern's signed affidavit; emails with K. McCoy and J. Wechter re list of items Mr. Loewensern asserts ownership to and photos and assisting auctioneer; review items and photos that Def. Loewensterm claims ownership to; emails with M. Claire re confirming meeting with Kapila for auction itemization and exclusion of certain items; email Brooke of FTC re downloading of additional logmein data; email J. Pena re logmein data downloading issues; continue preparation of stolen items memo; telephone call with M. Cavalvante re confirming receipt of moving contract and appointment for move. | 3.90 | 1,404.00 |
| | SC | Receipt, review and organize mail received; review multiple email correspondence regarding move of files from Vast Tech offices to Storage Plus; review, prepare | 0.90 | 130.50 |

| | | Hours | Amount |
|---|---|---|---|

for Receivers signature and forward contract from All My Sons Moving re move; organize payments for All My Sons and monthly storage fees; review emails regarding PODS Storage unit and contents of same.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/18/2015 | NSM | Meeting with C. Noriega re moving issues. | 0.30 | 180.00 |
| 5/19/2015 | CN | Telephone calls and emails with J. Wechter of Kapila re confirming items not for sale with auctioneer M. Claire and notice to M. Claire of edits to photos on website; review of M. Claire's website of items for sale at auction; telephone call with C. Presnell potential leasor of Vast Tech office re ability to purchase all items inside office outside public auction; discussion of Presnell's offer with DSM and NSM; emails with K. McCoy re arranging for new keys to be delivered to landlord and Receiver; emails with Loretta Ecker of Levy Properties re potential view office for viewing by new tenant; emails with J. Pena re status of downloading of additional logmein data and need to take it off pubic cloud; emails M. Perry re deadline to download additional logmein;  draft additional language for Receiver's website re public auction; telephone call to and with Raphael Lucena re request for information and finalize letter with requested information; telephone call Dane Loverich re request for information and finalize letter with requested information; telephone call to Nicolas Jarvas re request for information; working with P. Crespo re employee informational requests and corrections to documents. | 7.90 | 2,844.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets;  and receipt and review of e-mails from counsel and respond to same when necessary. | 4.80 | 696.00 |
| | SC | Review and reply to multiple emails regarding auction of contents at Vast Tech offices. | 0.20 | 29.00 |
| | DSM | Email correspondence with counsel re: leasing issue. | 0.30 | 202.50 |
| | NSM | Confer with counsel re lease issues and potential sale of assets; review file. | 0.50 | 300.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/20/2015 CN | Telephone to All my sons moving and confirmed move for 5/21 with Marcus Cavalcante; emails and telephone calls with J. Pena and K. McCoy re confirmation of details for move and requesting indexes of paper box documents and computers to be boxed and moved to storage; prepared list of items to complete on move day and emailed to Kapila, J. Pena and L. Britton; discussion with DSM re necessary updates to public website; draft letter to attorney Parrish re invoice for legal work prior to appointment of Receiver; review of inventories of boxes and computers; review of the TRO and Court's last scheduling order. | | 7.40 | 2,664.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | | 2.80 | 406.00 |
| SC | Review and reply to multiple emails re: All My Sons Moving move from Vast Tech offices to Storage Plus and inventory of documents-boxes being moved. | | 0.30 | 43.50 |
| DSM | Revise letter to customer; conference with counsel regarding moving and storage issues; review of file. | | 1.00 | 675.00 |
| 5/21/2015 CN | Travel to and from the Vast Tech office re move of computers and documents into storage; meet with movers and L. Britton and J. Wechler re organizing move and prepare of items for moving and checking that all items are moved into storage; review all drawers and shelves to assure all paper items re removed and all items for auction properly marked; prepare office for auction; meet with J. Wechler and Busy Brooms for estimation of cleaning office; emails with M. Perry and J. Farkas re confirmation of downloading additional Logmein data; emails and call with J. Pena re establishing how computers should be boxed and assisting J. Farkus in downloading information; emails with Kapila re confirmation of how storage to be paid and cleaning service payment; email M. Claire re status of office in preparation for auction. | | 8.10 | 2,916.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/21/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; receipt and review of e-mails from counsel and respond to same when necessary; and preparation of chart re: productions to opposing parties and the FTC. | 3.50 | 507.50 |
| | SC | Review and reply to emails regarding payments for move. | 0.10 | 14.50 |
| | DSM | Email correspondence with counsel; review of file. | 1.00 | 675.00 |
| 5/22/2015 | CN | Discussion with DSM re Loewenstern's assertion of ownership to items in office and move; email M. Perry re set up appointment with client to remove items from office; finalize and file Receiver's Third Fee application and accompanying documents. | 1.00 | 360.00 |
| | PC | Receipt and review of e-mails from counsel and respond to same when necessary. | 1.30 | 188.50 |
| | SC | Review and reply to multiple emails from counsel regarding Loewenstern affidavit; email communication regarding fee application; arrange for payment to Busy Brooms for cleaning of Vast Tech offices prior to auction. | 0.30 | 43.50 |
| | DSM | Conference with counsel concerning offices; Email correspondence with FTC counsel regarding funds issue. | 0.80 | 540.00 |
| 5/25/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.80 | 406.00 |
| 5/26/2015 | CN | Emails with Kapila re FTC's request for analyses, move of HR paper documents boxes, and confirming cleaning service in preparation for auction; emails with M. Perry to confirm appointment with client to remove items from Vast Tech office; emails with J. Pena re revised inventory of computers and questions about the | 2.90 | 1,044.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | inventory; email R. Brooke re confirmation of moving computers and paper documents to storage and public auction date; review TRO and prepare summary of applicable sections re effecting the ability former employees of Defendants to purchase at auction for DSM and NSM; email M. Claire re potential bidders. |  |  |
| 5/26/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; receipt and review of e-mails from counsel and respond to same when necessary; and continued preparation of chart re: productions to opposing parties and the FTC. | 3.30 | 478.50 |
|  | SC | Receipt, review and organize mail; review and reply to emails regarding the move of items from Vast Tech offices to storage unit; multiple emails to-from accountants regarding mail received from the Florida Department of Revenue regarding Jon Paul Holding and OMG; follow up regarding status of check sent to IRS previously not represented for payment. | 0.90 | 130.50 |
| 5/27/2015 | CN | Telephone call with J. Wechler of Kapila re cleaning service; email with DSM re former employees and public auction. | 0.10 | 36.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.50 | 362.50 |
| 5/28/2015 | CN | Email DSM re cleaning service of Vast Tech Office update; confirm with J. Wechter of Kapila that cleaning service had prepared office for auction; review items Def. Loewenstern asserted ownership to in signed affidavit; review subpoena to Jerome Segura; review auction website of M. Claire | 0.60 | 216.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and receipt and review of e-mails from counsel and respond to same when necessary. | 3.40 | 493.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/28/2015 | SC | Review and reply to emails to-from counsel regarding Elliot Loewenstern affidavit; prepare and email same; send-reply to multiple emails from-to insurance agent regarding renewal of the Commercial policy for Vast Tech. | 0.40 | 58.00 |
| | DSM | Email correspondence with counsel; review of file. | 0.90 | 607.50 |
| 5/29/2015 | CN | Travel to and from Vast Tech office and meet with Def. Loewenstern to remove items that he asserted in signed affidavit were not purchased with Receivership monies; telephone call with R. Brooke and email re representatives of Defendants bidding at public auction; email to M. Perry confirming pickup by client of items in office; meeting with M. Bonner, loss and risk agent for insurance to inspect the Vast Tech office; telephone calls with J. Wechter re delivery of boxes to office; emails with DSM re approval of letter,insurance inspection and Kapila's recent analyses; emails with M. Claire re status of office and needs for auction; email with K. McCoy of Kapila re analyses in response to FTC inquiry; review Kapila's recent analyses. | 7.00 | 2,520.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.90 | 130.50 |
| | SC | Reply to further email from insurance agent regarding policy renewal; review and email accounts correspondence received from IRS re Jon Paul Holding filings. | 0.20 | 29.00 |
| | DSM | Email correspondence with counsel.; review of file. | 1.10 | 742.50 |
| 6/1/2015 | CN | Telephone call with R. Brookes re request for Kapila updated analyses; review of Kapila's last invoices and latest Kapila analyses; email and telephone call with K. McCoy re analyses completed in February 2014 and newest analyses completed; telephone call with former | 3.20 | 1,152.00 |

| | | | Hours | Amount |
|---|---|---|---|---|

| | | employee N. Jarvis re request for information and finalize letter re information production; telephone call to former employee M. Bock re request for paycheck; email M. Bock copy of TRO and website link; finalize letter to Parrish re outstanding legal bill. | | |
| 6/1/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.80 | 261.00 |
| | SC | Review and reply to multiple emails regarding OMG Florida Department of Revenue tax filing for the period ending 12/31/2014; receipt, review and organize mail; review and reply to multiple emails regarding organization and preparetion for vacating former Vast Tech offices as of June 30, 2015. | 0.30 | 43.50 |
| 6/2/2015 | CN | Review Kapila's analyses from February; email Kapila re follow up questions; telephone calls with M. Bonner, insurance agency risk and loss agent re follow up questions; emails to R. Brooke re follow up on former employee purchasing at auction and details of Kapila analyses requested; emails with K. McCoy re analyses questions; discussion with DSM re Kapila analyses; draft detail explanation of Kapila analyses for government. | 3.30 | 1,188.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 2.30 | 333.50 |
| | DSM | Conference with counsel. | 0.30 | 202.50 |
| 6/3/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.90 | 275.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/3/2015 | CN | Email discussion with Mark Perry re identification of whether air conditioning units were purchased by receivership entity; review of auction list of items; email discussion with M. Claire re auction list and items for removal; email discussion with A. Levy re landlord's dispute of ownership of air conditioning units; review of Loewenstern's responses to Admissions and document requests; discussion with NSM and DSM re disputed items. | 2.60 | 936.00 |
|  | SC | Review and reply to multiple emails regarding vacating former Vast Tech offices as of June 30, 2015. | 0.20 | 29.00 |
|  | DSM | Email correspondence with counsel. | 0.30 | 202.50 |
| 6/4/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process. | 0.80 | 116.00 |
|  | CN | Email discussion with R. Brooke of FTC re former employees of defendants bidding at auction; email with M. Perry re air conditioning units issue. | 0.20 | 72.00 |
| 6/5/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process. | 0.60 | 87.00 |
|  | SC | Review and reply to multiple emails from-to counsel regarding move and also the cancellation of the property insurance policy effective June 30, 2015. | 0.10 | 14.50 |
|  | NSM | Review file re upcoming auction and related issues. | 0.50 | 300.00 |
| 6/8/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.90 | 130.50 |
|  | CN | Emails with auctioneer M. Claire re finalization of items for sale at auction; emails with K. McCoy re auction setup; telephone calls with All My Sons Moving re final invoice; review of auction list and rules. | 0.80 | 288.00 |
|  | NSM | Review draft correspondence to insurance company; review file. | 0.40 | 240.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 6/9/2015 PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.70 | 101.50 |
| CN | Travel to and from Vast Tech office in Delray Beach; oversee and assist in public auction of Vast Tech office assets on behalf of Receivership; telephone calls and M. Perry re purchase of item in IT room; telephone calls to individuals interested in items from public auction; discussion with M. Claire re items not sold in auction; emails with J. Pena re additional hard drives found in the office; telephone calls and emails with NSM re auction updates, issues and results. | 8.00 | 2,880.00 |
| SC | Emails to-from insurance agent, carrier and accountants regarding theft claim and processing of claims check; further communications regarding organization for vacating office premises. | 0.30 | 43.50 |
| DSM | Email correspondence with counsel. | 0.10 | 67.50 |
| NSM | Carious emails and discussions with C. Noriega during auction. | 0.70 | 420.00 |
| 6/10/2015 PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.30 | 188.50 |
| CN | Emails with M. Perry re Lieberman system and whether Vast Tech purchased it; emails with K. McCoy of Kapila re any tax benefits for a donation of unsold items; emails with M. Claire re final sales from auction and list of unsold items and follow up questions; analyses of list of sold and unsold items; emails with J. Wechter re status of pickup of purchased items; review of Receiver's order re obligations after sale and limitations on abandonment or donation; emails with J. Pena re hard drives found in the office; research charities that will accept office furniture. | 2.50 | 900.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/10/2015 | SC | Emails to-from landlord and accountants regarding FPL invoice payment; emails to - from counsel, accountants and computer experts regarding recently discovered evidence drives. | 0.20 | 29.00 |
| | NSM | Review emails with landlord, auctioneer, and others regarding premises; conferences with team re same. | 0.50 | 300.00 |
| 6/11/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.50 | 217.50 |
| | CN | Emails with M. Perry re discussion of whether Vast Tech purchase certain item in IT room; emails with K. McCoy at Kapila re company purchase history for item; emails and telephone call with J. Pena re use of item in question and discussion of hard drives found in office; emails with J. Wechter re status of pickup of sold items from auction and whether any additional items sold; email with M. Claire re important information from auction requested. | 3.30 | 1,188.00 |
| | SC | Further emails to - from counsel, accountants and computer experts regarding recently discovered evidence drives; emails to -from counsel regarding storage unit. | 0.20 | 29.00 |
| | NSM | Confer with counsel re remaining property. | 0.40 | 240.00 |
| 6/12/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.30 | 188.50 |
| | SC | Emails to-from accountants and arrange for locksmith invoice payment. | 0.10 | 14.50 |
| 6/15/2015 | NSM | Discussions and emails re disposing property remaining after auction. | 0.80 | 480.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/15/2015 | CN | Emails with auctioneer M. Claire re final items sold and unsold from auction; discussion with NSM and DSM re auction and motion to abandon unsold property; emails to FTC/ DOJ re Receiver's accountants' analyses; emails with J. Pena re hard drives found in office; emails with J. Wechter re identifying unsold items and storage space; telephone call with Faith Farm Ministries re possible donation of items; emails with S. Kapila re abandonment of items; research case law to support abandonment of property; review and identification of issues with sold and unsold lists; emails with A. Levy and associates re interest in purchasing any furniture items. | 8.00 | 2,880.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.50 | 217.50 |
| | SC | Review and reply to emails to - from counsel, accountants and computer experts regarding evidence drives; receipt, review and organize mail; emails to -from counsel and accountants regarding items sold at auction and arrangements for left over items that need to be removed prior to vacating office. | 0.40 | 58.00 |
| | DSM | Email correspondence with counsel; review of file. | 0.70 | 472.50 |
| 6/16/2015 | NSM | Confer with C. Noriega re unsold items from auction; edit motion to abandon property; discussions with C. Noriega re auction, remaining property, other issues. | 1.30 | 780.00 |
| | CN | Email R. Baker, landlord's agent re landlord's response to offer to purchase furniture; emails with J. Wechter of Kapila re unsold and sold items and need for visit to office to make determination; review of sold and unsold lists from auctioneer; emails with M. Claire re sold and unsold items lists and questions and revision to the lists; prepare, edit and finalize receiver's motion to abandon property; emails and phone calls with FTC and FLA AG re meet and confer re motion to abandon property; emails with Defendants counsel for M. Perry, J.P. Vasta and M. Donahue re meet and confer re the motion; telephone call with Faith Farm Ministries re type of | 7.60 | 2,736.00 |

| | | Hours | Amount |
|---|---|---|---|

furniture they will accept; review lease for obligations upon vacating space; discussion with NSM re how to deal with leftover furniture in the space, FL AG offer to possible accept some items, and customer issues.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/16/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.90 | 130.50 |
| 6/17/2015 | CN | Email Judge Marra draft of order re donation of leftover furniture; attend deposition via telephone of Jerome Segura; telephone calls with 1800-GOT-JUNK re setting up appointment for estimate; telephone call and emails with Kapila J. Wechter re visit to office, identification of sold and unsold items and meeting with junk service; discussion with NSM re deposition. | 3.50 | 1,260.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.80 | 261.00 |
| 6/18/2015 | CN | Review updated list of donatable items; telephone calls with Faith Farm Ministries to organize pickup of furniture; email to Kapila re setup of cleaning service; emails with purchaser Einhorn re items purchased from auction; emails with FLA AG, Kiziah re possible government receipt of furniture in office; discussion with NSM and DSM re finalization of vacating the property; telephone call with K. McCoy of Kapila re cleaning service question; email Busy Brooms re confirmation of cleaning service date; review of lease regarding obligations upon vacating space. | 1.80 | 648.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.80 | 116.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/18/2015 | DSM | Conference with counsel. | 0.30 | 202.50 |
| | NSM | Discussion with counsel and Receiver re final disposition of remaining property; | 0.30 | 180.00 |
| 6/19/2015 | CN | Discussion with DSM and NSM re decision on items not donatable to charity; telephone calls with 1-800-GOT-JUNK to schedule pickup of items; email discussion with Kapila re organization of junk removal service pickup and payment of removal. | 0.60 | 216.00 |
| | DSM | Conference with counsel. | 0.30 | 202.50 |
| | NSM | Review correspondence from American Express re potential claim against receivership; review file. | 0.50 | 300.00 |
| 6/22/2015 | CN | Review Kapila chart of Amex credit cards; prepare draft letter in response to Amex inquiry about claim's process; email Kapila re follow up questions to chart; research any other charities that may need office furniture that will pickup furniture; review lease and verify obligations upon vacating the space. | 0.80 | 288.00 |
| 6/23/2015 | CN | Review list of unsold items and compare to sold items to verify any missing items to be donated to charity. | 0.30 | 108.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and claims process; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.50 | 217.50 |
| | SC | Receipt, review organize mail; emails to - from counsel and accountants regarding post auction removal of workstations and various items. | 0.30 | 43.50 |
| 6/24/2015 | CN | Email with JP Maritz of Busy Brooms re confirmation of cleaning service prior to vacating Vast Tech office; emails with Kapila re cleaning service and removal of workstations from Vast Tech Office; telephone call with 1-800- GOT- Junk re confirming time for junk removal at office; prepare documents for meeting with junk removal people and identification of items that are not for sale. | 0.30 | 108.00 |

| | | Hours | Amount |
|---|---|---|---|
| 6/24/2015 SC | Email to-from accountants regarding May and June rent payments. | 0.10 | 14.50 |
| 6/25/2015 CN | Travel to and from Delray Beach to Vast Tech office to meet with junk removal service for removal of undonatable furniture and workstations with J. Wechter of Kapila; identify and gather all items and supervise removal of undonatable items; telephone call with Faith Farms re additional donation items; email to A. Levy, landlord's agent re electrician issue; telephone conferences with NSM re issues to address prior to vacating space. | 8.00 | 2,880.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.50 | 72.50 |
| SC | Telephone conference with insurance carrier regarding cancellation of policy as of June 30, 2015 and procedures; email insurance agent re same and confirm policy will be canceled. | 0.20 | 29.00 |
| 6/26/2015 CN | Emails with J. Balsamo, landlords electrician re status of space; emails with K. McCoy re amex account balance and busy brooms; review of Amex transaction spreadsheets; discussion with NSM re status of items in office space and charity pickup and final checklist to turnover space; emails with A. Levy re turnover of keys to space on due date; emails with E. Einhort re appointment to identify his items still in office space; telephone call with Faith Farms re pickup time for donation; review of lease re final obligations to surrender space. | 2.80 | 1,008.00 |
| PC | Receipt, review, and respond to e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.30 | 188.50 |
| NSM | Review letter to American Express re claims process; discussion with C. Noriega re exiting premises. | 0.50 | 300.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/29/2015 | NSM | Confer with C. Noriega re remaining items and exiting premises. | 0.50 | 300.00 |
| 6/30/2015 | CN | Travel to and from Delray Beach Vast Tech office; work with Kapila's J. Wechler on finalizing cleaning out of Vast Tech office, assist with removal and manange cleaning and junk removal people; meet with A. Levy, landlord's agent for final walk-through of space and turn surrender space in compliance with lease terms. | 9.70 | 3,492.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.80 | 261.00 |
| | DSM | Review of file. | 0.80 | 540.00 |
| | NSM | Emails re turning over premises to landlord. | 0.20 | 120.00 |
| 7/1/2015 | CN | Review nonparty NJB's motion to quash and Court's Order on motion. | 0.20 | 72.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.70 | 101.50 |
| 7/2/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; and update customer spreadsheets. | 0.80 | 116.00 |
| 7/6/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 0.90 | 130.50 |
| | NSM | Confer with C. Noriega re getting back security deposit from landlord. | 0.30 | 180.00 |
| 7/7/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of | 1.40 | 203.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | e-mails from counsel and respond to same when necessary. | | |
| 7/9/2015 | SC | Receipt, review and organize mail | 0.10 | 14.50 |
| | CN | Email communication with GE Capital B. Martin re status of claims process. | 0.10 | 36.00 |
| 7/10/2015 | SC | Receipt, review and organize mail; email to-from accountants re invoice due for payment. | 0.20 | 29.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds; update customer spreadsheets; and receipt and review of e-mails from counsel and respond to same when necessary. | 1.70 | 246.50 |
| 7/13/2015 | SC | Receipt, review and organize mail; email accountants regarding receipt of check for partial deposit refund from FPL (final account reading was deducted from initial deposit amount), prepare and mail same for deposit to Receivership account. | 0.30 | 43.50 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
| | NSM | Review various tax-related communications. | 0.30 | 180.00 |
| 7/14/2015 | SC | Receipt, review and organize mail. | 0.10 | 14.50 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.70 | 101.50 |
| 7/16/2015 | SC | Receipt, review and organize mail; electronically process and email to accountants correspondence from the Florida Department of Revenue regarding tax filings for: Vast Tech, OMG, Success Capital and Jon Paul Holdings for the period ending 2015.03.31 | 0.30 | 43.50 |
| 7/17/2015 | SC | Receipt and review of accountants completed tax forms in response to the 7/16/2015 correspondence from the Florida Department of Revenue regarding the tax filings for: Vast Tech, OMG, Success Capital and Jon Paul | 0.90 | 130.50 |

|  | Hours | Amount |
|---|---|---|

Holdings for the period ending 2015.03.31; prepare same for Receivers signature; receipt, review and organize mail.

| 7/17/2015 PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
|---|---|---|---|
| 7/20/2015 PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.90 | 130.50 |
| CN | Telephone call to IRS Agent re former employee Jean Louis and levy request; email discussion with NSM re status of lien; prepare letter to IRS summarizing current status of this issue. | 2.00 | 720.00 |
| 7/21/2015 SC | Prepare and send via FedEx the Receivers signed forms in response to the Florida Department of Revenue regarding the tax filings for: Vast Tech, OMG, Success Capital and Jon Paul Holdings for the period ending 2015.03.31; email and telephone conference with insurance agent regarding the cancellation of the property/liability policy further to demand for payment. | 0.90 | 130.50 |
| 7/22/2015 SC | Receipt, review and organize mail; emails to-from counsel regarding the status of the GoogleDocs account and if services still required. | 0.20 | 29.00 |
| PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.40 | 203.00 |
| CN | Telephone call to Magistrate Judge Matthewman's chambers re ability to appear by telephone at NJB hearing; discussion with Receiver whether want to participate in hearing. | 0.20 | 72.00 |
| 7/23/2015 SC | Receipt, review and organize mail; telephone conference with P. Cruz, counsel for AT&T, regarding outstanding balances due and her request for confirmation in writing from Receiver counsel regarding the Vast Tech company and that upon receipt of same she would then | 0.30 | 43.50 |

|  |  | Hours | Amount |
|---|---|---|---|

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | notify any collection agencies to pull back collection immediately, email Receiver and counsel re same. |  |  |
| 7/23/2015 | CN | Telephone call with Magistrate Judge Matthewman chambers re appearance by telephone; prepare motion to appear telephonically and proposed order; email FTC/AG re whether object to Receiver's appearance via telephone. | 0.70 | 252.00 |
| 7/24/2015 | PC | Receipt and review of e-mails from customer re: refund and respond to same. | 0.40 | 58.00 |
| 7/27/2015 | SC | Receipt, review and organize mail; telephone conference with courtroom deputy regarding contact information for the 7/2/15 hearing; review of the multiple (146 in total) requests from the Fl Department of Economic Opportunity that require completion of hiring and salary information for the named former employees; email counsel and paralegal regarding the most economical way to handle these requests. | 0.50 | 72.50 |
|  | CN | Revise motion to appear telephonically; file motion and email Magistrate Judge and parties copy of proposed order. | 0.40 | 144.00 |
|  | NSM | Discussion with C. Noriega re appearing telephonically for hearing on motion to quash third party subpoena. | 0.10 | 60.00 |
| 7/28/2015 | CN | Review nonparty NJB motion to quash, Government's response and NJB's reply; prepare outline of possible argument for hearing and research cases to support argument; review Complaint; research whether Rule 45 requires exhaustion of documents from parties before seeking from nonparty; email discussion with NSM re Receiver's position. | 4.00 | 1,440.00 |
| 7/29/2015 | CN | Telephone with Brooke of FTC re parties' response to MJ order; cite check research; email Brooke case summaries and cases; email discussion with NSM re response; review Rule 45 and 26 Advisory committee notes. | 2.50 | 900.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.80 | 116.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/29/2015 | SC | Receipt, review and organize mail; email insurance agent notice of cancellation and monies due on liability and contents policy; telephone conference with agent re same; emails to-from accountants regarding 2014 taxes. | 0.40 | 58.00 |
| | NSM | Confer with C. Noriega re issues relating to motion to quash subpoena, legal research re same. | 0.40 | 240.00 |
| 7/30/2015 | CN | Review and edit FTC/ AG draft supplement brief re NJB companies objection to subpoena; email Brook revisions to supplemental brief;  review correspondence with AT&T re closure of accounts and notice of Receivership; prepare letter to AT&T counsel summarizing prior contact and closure dates and request to stop collection until Receiver is allowed to pay prior debts; finalize letter to AT&T; review filed supplemental brief. | 2.80 | 1,008.00 |
| | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
| | SC | Receipt, review and organize mail; email to-from counsel regarding AT&T accounts outstanding balances for former vast Tech offices. | 0.20 | 29.00 |
| | DSM | Review of file. | 0.50 | 337.50 |
| | NSM | Review unemployment compensation forms and discussion with S. Cavanagh re same. | 0.30 | 180.00 |
| 7/31/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.20 | 174.00 |
| | CN | Review NFC and FTC's joint motion to stay proceedings and court's order; review office lease for any additional requirements re return of security deposit. | 0.30 | 108.00 |
| | SC | Receipt, review and organize mail received from investor; email counsel and paralegal re same. | 0.10 | 14.50 |

For professional services rendered           506.10   $159,521.50

Additional Charges :

| | | Amount |
|---|---|---:|
| 4/8/2015 | GoDaddy annual renewal of the following domain names: OMGANTIVIRUS.COM, OMGTECHSUPPORT.COM and SOFTWARETECHSUPPORT.COM. | 45.51 |
| 4/30/2015 | Hand delivery to-from IT offices. | 40.00 |
| | Postage cost. | 63.36 |
| | Computerized research expense. | 189.62 |
| | Photocopying cost @ 0.15 cents. | 280.20 |
| | GoogleDocs monthly service charge and vault storage fee for April 2015. | 2,152.00 |
| | PODS Storage for two months (April invoice # 003-402516 and May invoice # 003-409623). | 339.10 |
| 5/15/2015 | Balance of penalty fee re Florida U.C Fund due for 12/31/2014 period re Success Capital LLC | 6.59 |
| 5/18/2015 | All My Sons Moving & Storage. Empty Vast Tech offices of records boxes. | 2,150.00 |
| 5/26/2015 | Balance of funds due to IRS for December 31, 2014 tax period regarding Jon Paul Holdings LLC. | 13.19 |
| 5/31/2015 | Hand deliveries to-from IT offices. | 130.25 |
| | Several FedEx charges for delivery to various tax departments, forensic accountants and insurance agent. | 150.56 |
| | Mileage expense for paralegal round trip from Miami to Vast Tech office in Delray Beach re: storage unit inspection. | 83.79 |
| | Postage cost. | 28.17 |
| | Computerized research expense. | 79.24 |
| | Photocopying cost @ 0.15 cents. | 323.40 |
| | Cleaning services for Vast Tech office space. | 137.80 |

|  |  | Amount |
|---|---|---|
| 5/31/2015 | GoogleDocs invoices for period May 1, 2015 to May 31, 2015. | 1,925.00 |
| 6/25/2015 | Removal of items from offices prior to hand over to landlord. This included all items that did not sell at previously held auction. | 2,086.00 |
| 6/30/2015 | Cleaning service fee re vacating premises. | 275.60 |
|  | Final removal all excess items left in premises prior to vacating and hand over to landlord. | 1,794.00 |
|  | GoogleDocs invoice for period June 1, 2015 to June 30, 2015. | 1,925.00 |
|  | Several deliveries to various IRS tax departments and Florida Department of Revenue. | 77.21 |
|  | Photocopying cost @ 0.15 cents. | 102.30 |
|  | Postage cost. | 31.26 |
|  | Computerized research expense. | 185.56 |
| 7/31/2015 | GoogleDocs invoices for period July 1, 2015 to July 31, 2015. | 166.28 |
|  | Photocopying cost @ 0.15 cents. | 137.10 |
|  | Postage cost. | 14.55 |
|  | March 2015 to May 2015 site updates. | 380.00 |
|  | Total costs | $15,312.64 |
|  | Total amount of this bill | $174,834.14 |
|  | Previous balance | $62,280.42 |
| 5/26/2015 | Payment - thank you.Check No. 1048 | ($5,200.87) |
| 5/26/2015 | Payment - thank you.Check No. 1049 | ($52,052.30) |
| 5/26/2015 | Payment - thank you.Check No. 1050 | ($5,027.25) |
| 8/19/2015 | Credit | ($52,642.10) |
|  | Total payments and adjustments | ($114,922.52) |

|  | Amount |
|---|---|
| Balance due | $122,192.04 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| David S. Mandel | 16.30 | 675.00 |
| Nina Stillman Mandel | 28.00 | 600.00 |
| Camellia Noriega | 301.20 | 360.00 |
| Paul Crespo | 141.50 | 145.00 |
| Susan Cavanagh | 19.10 | 145.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $52,975.49 | $0.00 | $0.00 | $0.00 | $69,216.55 |