# MELAND RUSSIN & BUDWICK
### PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

FID# 65-0340687

August 6, 2015

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

| | |
|---|---|
| Matter #: | 5528-1 |
| Invoice #: | 55327 |

RE:   Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| July 2, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| | IH | Receipt and review Order Staying Production and Setting Hearing and Briefing Schedule; calendar dates and deadlines accordingly re: same. | $155.00 | 0.10 | $15.50 |
| July 16, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 17, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 20, 2015 | PH | Receipt, review and profile pleading filed. | $210.00 | 0.10 | $21.00 |
| July 22, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 23, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| | IH | Receipt and review Order Re-Setting Hearing on Non-party, NJB Companies, LLC's Motion to Quash Subpoena Duces Tecum on Non-party NJB Companies, LLC and for Protective Order; update calendar dates accordingly re: same. | $155.00 | 0.10 | $15.50 |

| Date | | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| July 28, 2015 | LT | | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 29, 2015 | LT | | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 31, 2015 | LT | | Monitor docket. | $220.00 | 0.10 | $22.00 |
| | Totals | | | | 1.10 | $228.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$228.00** |
| | |
| Previous Balance | $1,057.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Now** | **$1,285.00** |

---

The balance due must be received in our office within 15 days of the invoice date.
If we do not receive payment when due, you will be charged interest at the rate of
18% per annum on the unpaid balance.  Thank you for your prompt payment.

# MELAND RUSSIN & BUDWICK

### PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

August 6, 2015

Matter #:     5528-1
Invoice #:    55327

## SERVICE AND EXPENSE MAILBACK SUMMARY

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention:    David Mandel, Receiver

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $228.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| PREVIOUS BALANCE | $1,057.00 |
| PRIOR PAYMENTS | $0.00 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $1,285.00 |

### Please return this page with your remittance

Please Charge $_____ on:

( ) Visa
( ) Mastercard
( ) Discover
( ) American Express

_____
Client Name

_____
Card Account Number

Expiration Date
_____

_____
Cardholder Name
(as it appears on the credit card)

Address
_____

_____
Cardholder Signature

Date
_____

Amount Paid:    _____

Check No.:    _____

Invoice No.:    55327

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE. ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

# MELAND RUSSIN & BUDWICK
## PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

FID# 65-0340687

August 6, 2015

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

| | | |
|---|---|---|
| Matter #: | 5528-1 |
| Invoice #: | 55327 |

RE:     Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| July 2, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| | IH | Receipt and review Order Staying Production and Setting Hearing and Briefing Schedule; calendar dates and deadlines accordingly re: same. | $155.00 | 0.10 | $15.50 |
| July 16, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 17, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 20, 2015 | PH | Receipt, review and profile pleading filed. | $210.00 | 0.10 | $21.00 |
| July 22, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 23, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| | IH | Receipt and review Order Re-Setting Hearing on Non-party, NJB Companies, LLC's Motion to Quash Subpoena Duces Tecum on Non-party NJB Companies, LLC and for Protective Order; update calendar dates accordingly re: same. | $155.00 | 0.10 | $15.50 |

| | | | | | |
|---|---|---|---|---|---|
| July 28, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 29, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| July 31, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| | Totals | | | 1.10 | $228.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$228.00** |
| | |
| Previous Balance | $1,057.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Now** | **$1,285.00** |

---

The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.

# MELAND RUSSIN & BUDWICK

### PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

August 6, 2015

Matter #:  5528-1
Invoice #:  55327

## SERVICE AND EXPENSE MAILBACK SUMMARY

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention:  David Mandel, Receiver

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $228.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| PREVIOUS BALANCE | $1,057.00 |
| PRIOR PAYMENTS | $0.00 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $1,285.00 |

### Please return this page with your remittance

Please Charge $_____ on:

( ) Visa
( ) Mastercard
( ) Discover
( ) American Express

_____
Client Name

_____
Card Account Number

_____
Expiration Date

_____
Cardholder Name
(as it appears on the credit card)

_____
Address

_____
Cardholder Signature

_____
Date

Amount Paid:  _____

Check No.:  _____

Invoice No.:  55327

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE.  ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

# MELAND RUSSIN & BUDWICK

PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

Mandel & Mandel, LLP

FACSIMILE (305) 358-1221

1200 Alfred I. DuPont Building

FID# 65-0340687

169 East Flager Street

July 20, 2015

Miami , FL 33131

Attention: David Mandel, Receiver

| | |
|---|---|
| Matter #: | 5528-1 |
| Invoice #: | 55231 |

RE:    Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|------|--------|-------------|------|-------|-----|
| June 9, 2015 | LT | Retrieve vmail from Amy re OMG Tech Support and email Paul Crespo re same. | $220.00 | 0.10 | $22.00 |
| June 11, 2015 | LT | Email MRB invoice. | $220.00 | 0.10 | $22.00 |
| June 17, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| June 18, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.40 | $88.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$88.00** |
| | |
| Previous Balance | $969.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Now** | **$1,057.00** |

---

**The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.**

# MELAND RUSSIN & BUDWICK

PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

July 20, 2015

Matter #:   5528-1
Invoice #:   55231

## SERVICE AND EXPENSE MAILBACK SUMMARY

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention:   David Mandel, Receiver

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $88.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| PREVIOUS BALANCE | $969.00 |
| PRIOR PAYMENTS | $0.00 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $1,057.00 |

Please return this page with your remittance

Please Charge $_____ on:

( ) Visa
( ) Mastercard
( ) Discover
( ) American Express

_____
Client Name

_____    _____
Card Account Number                Expiration Date

_____    _____
Cardholder Name                        Address
(as it appears on the credit card)

_____    _____
Cardholder Signature                  Date

Amount Paid:  _____

Check No.:  _____

Invoice No.:   55231

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR
RECORDS TO THE BILLING DATE. ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO
THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

# MELAND RUSSIN & BUDWICK

PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

FACSIMILE (305) 358-1221

FID# 65-0340687

June 9, 2015

Attention: David Mandel, Receiver

| | |
|---|---|
| Matter #: | 5528-1 |
| Invoice #: | 54766 |

RE:    Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| May 1, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| May 11, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| May 12, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| May 23, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.40 | $88.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$88.00** |
| | |
| Previous Balance | $1,372.00 |
| Previous Payments | $491.00 |
| | |
| **Balance Due Now** | **$969.00** |

---

**The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.**

---

## PAYMENT DETAILS

| | | | |
|---|---|---|---:|
| **Jun 02/15** | DAVID MANDEL, RECEIVI | INV: 54190, 54350 | $491.00 |
| **Total Payments:** | | | **$491.00** |

# MELAND RUSSIN & BUDWICK

PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

June 9, 2015

Matter #:     5528-1

Invoice #:    54766

---

## SERVICE AND EXPENSE MAILBACK SUMMARY

---

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention:     David Mandel, Receiver

---

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $88.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| PREVIOUS BALANCE | $1,372.00 |
| PRIOR PAYMENTS | $491.00 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $969.00 |

---

### Please return this page with your remittance

Please Charge $_____ on:

( ) Visa
( ) Mastercard
( ) Discover
( ) American Express

Amount Paid: _____

Client Name

Check No.: _____

Card Account Number

Expiration Date

Invoice No.:     54766

Cardholder Name
(as it appears on the credit card)

Address

Cardholder Signature

Date

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR RECORDS TO THE BILLING DATE. ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

# MELAND RUSSIN & BUDWICK
## PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

FID# 65-0340687

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

May 11, 2015

Matter #:      5528-1
Invoice #:     54616

RE:    Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|------|--------|-------------|------|-------|-----|
| April 9, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| April 10, 2015 | PH | Receipt, docket and review pleading filed. | $210.00 | 0.10 | $21.00 |
| April 14, 2015 | LT | Email Camellia Noriega. | $220.00 | 0.10 | $22.00 |
| April 16, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| April 24, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| April 28, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| April 29, 2015 | PDR | Review draft report by receiver; Review memo on WARN Act issues; Email to Ms. Noriega re: same; | $625.00 | 1.20 | $750.00 |
| Totals | | | | 1.80 | $881.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$881.00** |
| | |
| Previous Balance | $491.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Now** | **$1,372.00** |

**The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.**

# MELAND RUSSIN & BUDWICK

## PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

May 11, 2015

Matter #:   5528-1
Invoice #:   54616

## SERVICE AND EXPENSE MAILBACK SUMMARY

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention:   David Mandel, Receiver

| | |
|---|---:|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $881.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| PREVIOUS BALANCE | $491.00 |
| PRIOR PAYMENTS | $0.00 |
| TRANSFERS FROM TRUST | $0.00 |
| TOTAL AMOUNT DUE | $1,372.00 |

Please return this page with your remittance

Please Charge $_____ on:

( ) Visa
( ) Mastercard
( ) Discover
( ) American Express

_____
Client Name

_____
Card Account Number

Expiration Date
_____

_____
Cardholder Name
(as it appears on the credit card)

Address
_____

_____
Cardholder Signature

Date
_____

Amount Paid:   _____

Check No.:   _____

Invoice No.:   54616

ANY DISBURSEMENT BALANCES SHOWN ARE COMPILED FROM ORIGINAL SOURCES AS ENTERED ON OUR
RECORDS TO THE BILLING DATE. ANY DISBURSEMENTS INVOICED TO US OR POSTED BY US SUBSEQUENT TO
THAT DATE WILL BE REFLECTED IN FUTURE BILLINGS.

# MELAND RUSSIN & BUDWICK

### PROFESSIONAL ASSOCIATION

### 3200 SOUTHEAST FINANCIAL CENTER
### 200 SOUTH BISCAYNE BOULEVARD
### MIAMI, FLORIDA 33131

TELEPHONE (305) 358-6363

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

FACSIMILE (305) 358-1221

FID# 65-0340687

June 9, 2015

Attention: David Mandel, Receiver

| Matter #: | 5528-1 |
| Invoice #: | 54766 |

RE:   Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|------|--------|-------------|------|-------|-----|
| May 1, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| May 11, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| May 12, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| May 23, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.40 | $88.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$88.00** |
| Previous Balance | $1,372.00 |
| Previous Payments | $491.00 |
| **Balance Due Now** | **$969.00** |

The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.

## PAYMENT DETAILS

| Jun 02/15 | DAVID MANDEL, RECEIVI | INV: 54190, 54350 | $491.00 |
|---|---|---|---:|
| **Total Payments:** | | | **$491.00** |