

Andrews International
28001 Smyth Dr
Valencia, CA 91355
USA

**Bill to:**
Mandel & Mandel
1200 Alfred I- Dupont Building
169 East Flagler Stree
Miami, FL 33131
US
Attn: Susan Cavanagh

| Invoice Number: | INV06688 |
| --- | --- |
| Date: | 8/7/2015 |
| Payment Terms: | NET 30 |

| OMG Receiver | |
| --- | --- |
| Category | Net Amount |
| Fees | $687.50 |
| Expenses | $42.67 |
| Total | $730.17 |

Monetary values are in USD.

Remit Information Below:

**By Mail:**
Andrews International Inc
P.O. Box 417142
Boston, MA    02241-7142

**By Courier:**
Bank of America Lockbox Services
Andrews International 417142
MA5-527-02-07 - 2 Morrissey Blvd

Dorchester, MA 02125

Wire Instructions:
Bank Name: Bank of America
Bank Address: 1455 Market St 4th Floor, San Francisco CA, 94103
Payee Name : Andrews International
Account # 1499042304
ACH ABA Number: 122000661
Wires ABA Number: 026009593
Swift Code: BOFAU53N

Andrews International is an Equal Opportunity Employer and takes affirmative action to employ and advance in the employment of qualified individuals regardless of their: race, color, sex, religion, national origin, individuals with disabilities, covered veterans, or disabled veterans; as incorporated by the following references: EO 11246 41 CFR 60-1.4, Section 4212 60-300-4, Section 503 60-741.4 and EO 13496 29 CFR Part 471 appendix A.

| Project (Resource) | | Fees for OMG Receiver | | | |
|---|---|---|---|---|---|
| Date | Project (Resource) | Hours | Rate | Amount | Description |
| 6/15/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 2.50 | $275.00 | $687.50 | 06/11/2015 - Offsite: PM; AC Inqueries; research two new disks and update control log. 06/15/2015 - Offsite: PM; COC and documentation and 2 disks; preview two disks and report contents to counsel; call with counsel. |
| Subtotal (6/15/2015) | | 2.50 | | $687.50 | |
| Total of Fees | | 2.50 | | $687.50 | |

| Expenses for OMG Receiver | | | | | |
|---|---|---|---|---|---|
| Exp. Type | Date | Name | Project | Amount | Description |
| **Administrative Fee** | | | | | |
| | 7/31/2015 | | P002592-001: OMG Receiver | $20.65 | Administrative Fees @ 3% |
| **Subtotal (Administrative Fee)** | | | | **$20.65** | |
| **Expenses** | | | | | |
| | 6/15/2015 | | P002592-001: OMG Receiver | $22.02 | Courier Services (Delivery to Camellia at Mandel & Mandel) |
| **Subtotal (Expenses)** | | | | **$22.02** | |
| **Total of Expenses** | | | | **$42.67** | |



Andrews International
28001 Smyth Dr
Valencia, CA 91355
USA

**Bill to:**
Mandel & Mandel
1200 Alfred I- Dupont Building
169 East Flagler Stree
Miami, FL 33131
US
Attn: Susan Cavanagh

| Invoice Number: | INV6522RM |
| Date: | 6/22/2015 |
| Payment Terms: | NET 30 |

| OMG Receiver | |
|---|---|
| Category | Net Amount |
| Fees | $26,881.25 |
| Expenses | $1,200.93 |
| **Total** | **$28,082.18** |

Monetary values are in USD.

Remit Information Below:

**By Mail:**
Andrews International Inc
P.O. Box 417142
Boston, MA 02241-7142

**By Courier:**
Bank of America Lockbox Services
Andrews International 417142
MA5-527-02-07 - 2 Morrissey Blvd

Dorchester, MA 02125

**Wire Instructions:**
Bank Name: Bank of America
Bank Address: 1455 Market St 4th Floor, San Francisco CA, 94103
Payee Name : Andrews International
Account # 1499042304
ACH ABA Number: 122000661
Wires ABA Number: 026009593
Swift Code: BOFAU53N

Andrews International is an Equal Opportunity Employer and takes affirmative action to employ and advance in the employment of qualified individuals regardless of their: race, color, sex, religion, national origin, individuals with disabilities, covered veterans, or disabled veterans; as incorporated by the following references: EO 11246 41 CFR 60-1.4, Section 4212 60-300-4, Section 503 60-741.4 and EO 13496 29 CFR Part 471 appendix A.

| Project (Resource) | | Fees for OMG Receiver | | | |
|---|---|---|---|---|---|
| Date | Project (Resource) | Hours | Rate | Amount | Description |
| 4/6/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 0.50 | $275.00 | $137.50 | JP: Offsite: Project Management Conference call with FTC, FL AG, Counsel. |
| Subtotal (4/6/2015) | | 0.50 | | $137.50 | |
| 4/7/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | JP: Offsite: Project Management- analyze tech support logs. |
| Subtotal (4/7/2015) | | 3.00 | | $825.00 | |
| 4/8/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 6.00 | $275.00 | $1,650.00 | JP: Onsite: ID & removal of ATT router; work with FLAG on user identification of manager computers. |
| Subtotal (4/8/2015) | | 6.00 | | $1,650.00 | |
| 4/9/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.25 | $275.00 | $343.75 | Handling & accounting return of ATT equipment |
| | P002592-001: OMG Receiver (J) | 7.00 | $275.00 | $1,925.00 | JP: Onsite: work on user identification of manager computers that required physical disk access; examine 4 servers and id content; reporting to FLAG & counsel; update documentation. |
| Subtotal (4/9/2015) | | 8.25 | | $2,268.75 | |
| 4/13/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite: Project Management; updated inventory from provided by FLAG, and report. |
| | P002592-001: OMG Receiver (L) | 6.00 | $275.00 | $1,650.00 | LB - Offsite: Downloading of Google docs' accounts |
| Subtotal (4/13/2015) | | 7.00 | | $1,925.00 | |
| 4/14/2015 | | | | | |
| | P002592-001: OMG Receiver (L) | 6.50 | $275.00 | $1,787.50 | LB - Offsite: Downloading of Google docs' accounts. Preserving & deleting the 222 downloaded accounts from Google docs. |
| Subtotal (4/14/2015) | | 6.50 | | $1,787.50 | |
| 4/20/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 3.50 | $275.00 | $962.50 | JP: Offsite: Project Management image reconciliation w/ counsel; prepare inventory mailmerges for onsite inventory. |
| Subtotal (4/20/2015) | | 3.50 | | $962.50 | |
| 4/21/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 9.50 | $275.00 | $2,612.50 | JP - Onsite: Physical inventory with requesting labeling and reconciling. |
| Subtotal (4/21/2015) | | 9.50 | | $2,612.50 | |
| 4/22/2015 | | | | | |
| | P002592-001: OMG Receiver (L) | 1.50 | $275.00 | $412.50 | LB - Offsite: Mount disk with images, create encrypted copy of three AD1 images and copy to two flash drives. Prepare applicable documentation. |
| Subtotal (4/22/2015) | | 1.50 | | $412.50 | |
| 4/24/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | JP - Offsite: Project Management work on reconciling inventory per Cam; comm with Cam regarding production to FTC & Defendant; produce updated imaging log for FTC. |
| Subtotal (4/24/2015) | | 1.50 | | $412.50 | |
| 4/27/2015 | | | | | |
| | P002592-001: OMG Receiver (J) | 6.50 | $275.00 | $1,787.50 | JP - Onsite: Project Management consolidate inventory per Cam; assist FTC with identification of computers to image; remain onsite with tech. |

| | | | | |
|---|---:|---:|---:|---|
| Subtotal (4/27/2015) | 6.50 | | $1,787.50 | |
| **4/28/2015** | | | | |
| P002592-001: OMG Receiver (J) | 9.50 | $275.00 | $2,612.50 | JP - Onsite: Project Management; remain onsite with tech. |
| P002592-001: OMG Receiver (L) | 5.00 | $275.00 | $1,375.00 | LB - Offsite: Mount disk with images, create encrypted AD1 copy of image 17 and copy to four hard disks and hash verify. Make copy of two flash drives and hash verify. Prepare applicable documentation. |
| Subtotal (4/28/2015) | 14.50 | | $3,987.50 | |
| **4/29/2015** | | | | |
| P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | JP - Onsite: Project Management; meet with FTC to finalize imaging project. |
| Subtotal (4/29/2015) | 1.50 | | $412.50 | |
| **5/11/2015** | | | | |
| P002592-001: OMG Receiver (J) | 3.00 | $275.00 | $825.00 | JP - Offsite: Project Management: Communicate with counsel and movers; space calculations. |
| Subtotal (5/11/2015) | 3.00 | | $825.00 | |
| **5/12/2015** | | | | |
| P002592-001: OMG Receiver (L) | 3.00 | $275.00 | $825.00 | LB - Onsite: Equipment dismounting and preparation for movers |
| P002592-001: OMG Receiver (S) | 7.00 | $275.00 | $1,925.00 | IG - Onsite: Break down all computer equipment labeled throughout the facility and stage them in order of rooms they were removed from in preparation for move. |
| Subtotal (5/12/2015) | 10.00 | | $2,750.00 | |
| **5/13/2015** | | | | |
| P002592-001: OMG Receiver (J) | 1.50 | $275.00 | $412.50 | JP - Offsite: Project Management: Cam's requests; LogMeIn forensic imaging; reporting. |
| Subtotal (5/13/2015) | 1.50 | | $412.50 | |
| **5/18/2015** | | | | |
| P002592-001: OMG Receiver (L) | 1.00 | $275.00 | $275.00 | LB - Offsite: Backup and hash verification of images to encrypted containers on two hard disks. Documentation. |
| Subtotal (5/18/2015) | 1.00 | | $275.00 | |
| **5/19/2015** | | | | |
| P002592-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite: Project Management; prep AIMANOMG18 for secure FTP to FTC; install Java update to send files; send files. |
| Subtotal (5/19/2015) | 1.00 | | $275.00 | |
| **5/20/2015** | | | | |
| P002592-001: OMG Receiver (J) | 1.00 | $275.00 | $275.00 | JP - Offsite: Project Management; prep & reporting for inventory move per Cam. |
| P002592-001: OMG Receiver (L) | 1.00 | $275.00 | $275.00 | LB- Offsite: Prepare and print computers inventory checklist to verify and control storage information |
| Subtotal (5/20/2015) | 2.00 | | $550.00 | |
| **5/21/2015** | | | | |
| P002592-001: OMG Receiver (L) | 8.00 | $275.00 | $2,200.00 | LB- Onsite: Confirm equipment inventory on checklist. Inventory of additional equipment (computers and hard disks). Confirm inventory of boxes with computers at the storage. |
| Subtotal (5/21/2015) | 8.00 | | $2,200.00 | |
| **5/22/2015** | | | | |
| P002592-001: OMG Receiver (L) | 1.50 | $275.00 | $412.50 | LB- Offsite: Update the final inventory of equipment |
| Subtotal (5/22/2015) | 1.50 | | $412.50 | |
| **Total of Fees** | **97.75** | | **$26,881.25** | |

| Exp. Type | Date | Name | Project | Amount | Description |
|---|---|---|---|---|---|
| **Expenses for OMG Receiver** ||||||
| **Administrative Fee** ||||||
| | 5/31/2015 | | P002592-001: OMG Receiver | $803.43 | Administrative Fees @ 3% |
| **Subtotal (Administrative Fee)** | | | | **$803.43** | |
| **Expenses** ||||||
| | 5/29/2015 | | P002592-001: OMG Receiver | $38.50 | Avery Neon Labels |
| | 5/29/2015 | | P002592-001: OMG Receiver | $260.00 | Four WD 500GB USB Hard Drive N |
| | 5/29/2015 | | P002592-001: OMG Receiver | $55.00 | One WD 500TB SATA Hard Drive |
| | 5/29/2015 | | P002592-001: OMG Receiver | $16.00 | Two CENT 2GB USB Flash Drive |
| | 5/29/2015 | | P002592-001: OMG Receiver | $28.00 | Two CENT 4GB USB Flash Drive |
| **Subtotal (Expenses)** | | | | **$397.50** | |
| **Total of Expenses** | | | | **$1,200.93** | |