Kimberly L. Nelson (VA Bar No. 47224)
(admitted *pro hac vice*)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-9528
Washington, D.C. 20580
Telephone: (202) 326-3304
Facsimile: (202) 326-3197
E-Mail: knelson@ftc.gov
*Attorney for Federal Trade Commission*

Katherine A. Kiziah (FL Bar No. 17585)
(admitted *pro hac vice*)
Office of the Attorney General, State of Florida
1515 N. Flagler Drive, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 837-5007
Facsimile: (561) 837-5109
E-Mail: Katherine.Kiziah@myfloridalegal.com
*Attorney for the State of Florida, Office of the Attorney General*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | |
| AMIT MEHTA, | Case No. 15-11310 |
| | Chapter 7 |
| Debtor. | |
| | |
| FEDERAL TRADE COMMISSION, and the STATE OF FLORIDA, | |
| Plaintiffs, | Adv. No. 15-_____ |
| v. | |
| AMIT MEHTA, | Hon. Joan N. Feeney |
| Defendant. | |

### STIPULATED JUDGMENT FOR NONDISCHARGEABILITY
### OF DEBT OWED TO FEDERAL TRADE COMMISSION AND
### THE STATE OF FLORIDA

Plaintiffs, the Federal Trade Commission ("FTC" or "Commission") and the State of Florida ("Florida"), filed a Complaint to Determine Nondischargeability of Debt under Section 523 of the Bankruptcy Code, 11 U.S.C. § 523 (the "Complaint") against Debtor Amit Mehta ("Debtor" or "Mehta"). Debtor waives service of the Summons and Complaint, and agrees to entry of a Stipulated Judgment for Nondischargeability, as set forth herein.

### Findings

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 523.

2. Venue in the District of Massachusetts is proper under 28 U.S.C. § 1409(a).

3. This Adversary Proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

4. This Adversary Proceeding relates to *In re Amit Mehta*, Case No. 15-11310 (Bankr. D. Mass.) now pending in this Court ("Bankruptcy Case"). The FTC and Florida are creditors holding general unsecured claims against the Debtor pursuant to a Stipulated Order for Permanent Injunction and Monetary Judgment As to Amit Mehta (the "Stipulated Judgment") entered in the United States District Court for the Southern District of Florida in the case styled *Federal Trade Commission v. Boost Software, Inc., et al.*, Case No. 9:14-cv-81397-MARRA (the "Enforcement Action").[1]

5. The Stipulated Judgment includes equitable monetary relief in favor of the FTC and Florida, and against the Debtor in the amount of $1,400,000. Stipulated Judgment, Section III.A. Based upon financial statements and supporting documents provided by the Debtor to the FTC and Florida, the District Court conditionally suspended the monetary portion of the

---

[1] Those defendants to the Enforcement Action that were not named in the Stipulated Judgment between the FTC and the Debtor are subject to separate orders or have not yet agreed to stipulated judgments.

2

AM

Stipulated Judgment. The suspended monetary judgment may be reinstated by the District Court in accordance with Section III of the Stipulated Judgment.

6. In Section III.C of the Stipulated Judgment, the Debtor agreed that the Stipulated Judgment is nondischargeable in his pending bankruptcy case pursuant to 11 U.S.C. § 523(a)(2)(A), and agreed to execute this Stipulated Judgment for Nondischargeability of Debt.

## Order

7. Judgment is hereby entered in favor of the Commission and Florida, and against the Debtor/Defendant, Amit Mehta, determining that the Stipulated Judgment entered in the Enforcement Action, in the amount of $1,400,000 is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A). Further, Under Section III of the Stipulated Judgment, the judgment is conditionally suspended subject to reinstatement by the District Court.

8. All other provisions of the Stipulated Judgment in the Enforcement Action, including the injunctive provisions, remain in full force and effect.

9. Undersigned counsel of record in this action represent that they are fully authorized to execute and enter into this Stipulated Judgment for Nondischargeability on behalf of the respective parties whom they represent and acknowledge they have authority to bind the parties in the Adversary Proceeding.

Dated: _____        _____
                                       Honorable Joan N. Feeney

**STIPULATED AND AGREED TO AND SUBMITTED BY:**

Date: 10/23/15

*(signature)* Amit Mehta

Amit Mehta

Date: _____, 2015

/s/ Kimberly L. Nelson
Kimberly L. Nelson  (VA Bar No. 47224)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-9528
Washington, D.C.  20580
Telephone:  (202) 326-3304
Facsimile:  (202) 326-3197
E-Mail:  knelson@ftc.gov
***Attorney for Plaintiff, Federal Trade Commission***

Kathleen R. Cruickshank (BBO #550675)
Murphy & King, Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
(617) 423-0400
KCruickshank@murphyking.com
***Attorney for Debtor, Amit Mehta***

Katherine A. Kiziah (FL Bar No. 17585)
(admitted *pro hac vice*)
Office of the Attorney General, State of Florida
1515 N. Flagler Drive, Suite 900
West Palm Beach, FL  33401
Telephone:  (561) 837-5007
Facsimile:  (561) 837-5109
E-Mail:  Katherine.Kiziah@myfloridalegal.com
***Attorney for the State of Florida, Office of the Attorney General***