UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81397-CIV-MARRA

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,
vs.

BOOST SOFTWARE, INC., et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court *sua sponte*. The Court previously approved and entered a Stipulated Order for Permanent Injunction and Monetary Judgment as to Boost Software, Inc. (DE 134.) As part of the Stipulated Order, the Court ordered the Clerk of the Court to pay the Federal Trade Commission $109,175.38 via electronic funds transfer from the funds deposited by RevenueWire, Inc. into this Court's Rule 67 registry. (DE 134 at 4 ¶ B.)

It is hereby **ORDERED AND ADJUDGED** that the Court **CLARIFIES** the Stipulated Order (DE 134) as follows:

1. The referenced $109,175.38 shall be distributed along with any accrued interest.

2. If the funds cannot be paid via electronic funds transfer, they may be paid by check.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of February, 2016.

                                                    KENNETH A. MARRA
                                                  United States District Judge