# MANDEL & MANDEL LLP
### 1200 Alfred I. duPont Building
### 169 East Flagler Street
### Miami, Florida 33131
### Telephone: (305) 374-7771
### Facsimile: (305) 374-7776

Tax I.D. # 65-0963493

Re: Federal Trade Commission v. Boost Software, Inc. et al.

For the period ending February 29, 2016                    Invoice #  16072

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/3/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
|  | SC | Review and reply to emails re: GoogleDocs invoices; email to-from insurance agent re the Liability insurance policy; emails to-from accountants re tax return filings. | 0.40 | 58.00 |
|  | NSM | Review Google billing; emails with S. Cavanagh re same. | 0.20 | 120.00 |
| 8/5/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.60 | 232.00 |
|  | SC | Review and reply to emails from insurance agent re the Liability insurance policy; receipt, review and organize mail received. | 0.20 | 29.00 |
| 8/6/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.50 | 217.50 |
| 8/7/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.80 | 116.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/7/2015 | SC | Review and reply to emails re omgtechhelp.com domain name. | 0.10 | 14.50 |
| 8/10/2015 | CN | Email McCoy at Kapila re tax returns and request for information for status report; discussion with office manager re tax returns and access and security deposit return from landlord; email discussion with Soneet Kapila re tax returns; review third status report. | 0.70 | 252.00 |
|  | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.90 | 130.50 |
|  | SC | Receive, review and electronically process mail received; email to accountants multiple correspondence received re Payroll Tax; for the various entities; emails to from counsel and accountants regarding refund of rent security deposit; emails to-from counsel and accountants re K-1's filed. | 0.80 | 116.00 |
|  | NSM | Follow up re return of security deposit from landlord; confer with C. Noriega re status report; correspondence with Kapila, S. Cavanagh, DSM re tax documents for various entities. | 0.80 | 480.00 |
|  | DSM | Email correspondence with counsel regarding Lowenstern's CPA and K-1 issue; email regarding Vasta and tax returns; review of file. | 0.40 | 270.00 |
| 8/11/2015 | CN | Review emails and notes re work from May until present day for fourth status report; telephone call with K. McCoy of Kapila re E. Loewenstern and Edward Vasta's requests for tax information; email discussion with NSM and DSM re E. Loewenstern and Vasta's requests for information; prepare letter to M. Perry with requested tax returns and to Vasta with request tax return; email Perry requested tax return; telephone call with M Perry re request for information re tax obligations from DSM; email discussion with DSM re M. Perry's request; emails with A. Levy re status of return of security deposit and verification of calculations; emails with K. Mutchinson re verifying payment of last rent for office; begin drafting fourth status report. | 5.90 | 2,124.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/11/2015 | PC | Continued review of e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.50 | 72.50 |
| | SC | Further email communications regarding the rental security deposit and tax returns; telephone conversation with E. Vasta regarding tax return filings. | 0.50 | 72.50 |
| | NSM | Additional follow-up re rent and security deposit; review tax documents from IRS; confer re producing tax documents to counsel for defendants; confer with Receiver re same. | 0.80 | 480.00 |
| | DSM | Email correspondence with counsel regarding tax issues and communications with Lowenstern's counsel; review of file. | 0.80 | 540.00 |
| 8/12/2015 | CN | Continuing drafting fourth status report and finalize draft; incorpoate Kapila's insert of information. | 4.00 | 1,440.00 |
| | NSM | Review draft Fourth status report. | 1.00 | 600.00 |
| | DSM | Email correspondence with counsel; review of draft status report; review of file. | 0.90 | 607.50 |
| 8/13/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
| | CN | Research exhibits for stolen property memo for files including correspondence with insurance agent and IT consultant; work on memo re stolen property. | 1.00 | 360.00 |
| 8/14/2015 | NSM | Follow up re FL Dept of Revenue re OMG Tech. | 0.30 | 180.00 |
| | DSM | Email correspondence with counsel and accountants; review of file. | 0.50 | 337.50 |
| 8/17/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.00 | 145.00 |
| | CN | Update status report with Kapila's new numbers and chart; finalize report for filing; file Receiver's Fourth Status Report. | 0.30 | 108.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/17/2015 | SC | Receipt, review and organize bulk mail received for various entities; emails to-from accountants re 941 flings; emails to -from counsel and accountants re receipt of the security deposit refund. | 1.80 | 261.00 |
|  | DSM | Email correspondence with FTC; further review of draft status report; review of file. | 0.70 | 472.50 |
| 8/18/2015 | SC | Review and reply to multiple emails to-from counsel and accountants re IRS issuing penalties for tax return and payroll filings. | 0.40 | 58.00 |
| 8/19/2015 | NSM | Emails with FTC counsel, S. Kapila, C. Noriega re Receiver's 4th fee application. | 1.00 | 600.00 |
| 8/20/2015 | SC | Receipt, review and organize mail received; emails to-from counsel and accountants re FPL final invoice and landlords pro rata portion received. | 0.30 | 43.50 |
|  | NSM | Emails with FTC Counsel, S. Kapila re fee application. | 0.30 | 180.00 |
|  | DSM | Email correspondence regarding FPL payment; review of file. | 0.20 | 135.00 |
| 8/24/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.80 | 116.00 |
|  | CN | Email M. Perry re request for Kapila's contact information; email K. McCoy at Kapila re M. Perry's request; review previous information provided to M. Perry re tax returns. | 0.10 | 36.00 |
| 8/25/2015 | CN | Telephone calls with FTC re Receiver's position on government contacting former employees; discussion with NSM re Receiver's position. | 0.20 | 72.00 |
|  | SC | Receipt, review and organize mail. | 0.20 | 29.00 |
|  | NSM | Confer re FTC contacting OMG Tech employees. | 0.30 | 180.00 |
|  | DSM | Email correspondence regarding Delray Corporate Center; review of file. | 0.30 | 202.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/27/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.40 | 58.00 |
| | CN | Telephone call with FTC re request for call with Receiver re K1's, government's settlement discussions, and possibility that Defendants not taxed on profits never received and request for interview notes; telephone call with K. McCoy of Kapila re Government's request; discussion with NSM re Receiver's position on K1s and interview notes; conference call with K. McCoy and L. Johnson re K1s; discussion with paralegal re interview notes; review interview notes; emails with FTC re confirming conference call and time. | 1.50 | 540.00 |
| | SC | Review emails to-from counsel and accountants to set up conference call regarding the K-1 schedules and other matters. | 0.10 | 14.50 |
| | NSM | Telephone conference with Lesley Johnson and Kevin McCoy re tax issues; confer with C. Noriega re same. | 0.40 | 240.00 |
| | DSM | Email correspondence with counsel regarding K-1 issue; review of file. | 0.30 | 202.50 |
| 8/28/2015 | CN | Conference call with Government re K1's, potential settlement with Defendants, Defendants tax liability; telephone call to FTC re request for interview notes and tax returns; emails with FLA AG Oates re interview notes; email FTC copies of tax returns for Receivership Entities; discussion with DSM and NSM re K1s, interview notes and tax returns. | 0.80 | 288.00 |
| | SC | Review and reply to emails regarding tax returns filed for various entities; electronically process all tax returns filed email to counsel to forward to FTC. | 0.50 | 72.50 |
| | NSM | Telephone conference with FTC counsel, Receiver, S. Kapila regarding tax documents including K1's; emails re same. | 0.70 | 420.00 |
| | DSM | Conference call with FTC counsel concerning various tax and other matters; conferences with counsel; review of file. | 0.60 | 405.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/31/2015 CN | | Telephone calls with customer Ms. Pullen re another company contacting her regarding taking over OMG Tech customers; summarize call and send email to Government. | 0.50 | 180.00 |
| 9/1/2015 SC | | Review and reply to emails re OMG International K-1's; receive, review and organize mail. | 0.30 | 43.50 |
| 9/2/2015 SC | | Review and reply to emails from counsel re preparing documents for AG office to collect. | 0.20 | 29.00 |
| 9/3/2015 PC | | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
| 9/4/2015 PC | | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.50 | 217.50 |
| 9/8/2015 CN | | Review prior emails/notes re representation of Receivership Entities; prepare letter to E. Lee re representation of JP Holdings; discussion with DSM and NSM. | 0.60 | 216.00 |
| | NSM | Emails with FTC counsel; review court filing re JP Holdings; draft correspondence to E. Lee, Esq., confer with Receiver, C. Noriega re same; review file. | 1.50 | 900.00 |
| 9/9/2015 PC | | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.40 | 203.00 |
| 9/10/2015 NSM | | Review FTC's notices of deposition; confer with C. Noriega re Receiver's interest in certain depositions. | 0.30 | 180.00 |
| 9/11/2015 PC | | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.60 | 232.00 |
| 9/15/2015 CN | | Review NB filing re first motion to quash subpoena; review Dunbar testimony and related testimony from Preliminary Injunction hearing and any related documents; discussion with NSM re Receiver's need to participate in certain depositions; telephone call with E. Lee, counsel to Jon Paul Holdings re potential settlement; | 2.50 | 900.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | emails with FTC and Deitch re depositions; finalize letter in response to Vast Tech customer Dr. Dunbar. | | |
| 9/15/2015 | NSM | Discussion with counsel re participation in certain depositions; review emails with FTC re same. | 0.90 | 540.00 |
| 9/16/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 1.30 | 188.50 |
| | CN | Discussion with NSM and DSM re potential settlement wiht JP Vasta defendants, call with Eric Lee, and deposition issues. | 0.20 | 72.00 |
| 9/17/2015 | CN | Emails with FTC re setup of conference call; conference call with NSM and FTC re potential settlement and depositions; discussion with NSM and DSM re potential settlement and depositions. | 0.70 | 252.00 |
| | NSM | Telephone conference with FTC Counsel, C. Noriega; review proposed settlement agreement; conference with D. Mandel | 1.00 | 600.00 |
| | DSM | Email correspondence with counsel and review of file. | 0.40 | 270.00 |
| 9/18/2015 | CN | Discussion with NSM re potential settlement with Vast Defendants and deposition issues; review potential settlement documents from FTC re Vasta defendants; email DSM re analysis of potential settlement language; telephone call with K. McCoy of Kapila re Vasta Defendants, assets and potential claims; discussion with paralegal re claims against Vasta defendants; review of JP Vasta financial assets. | 1.00 | 360.00 |
| | NSM | Confer with C. Noriega re proposed settlement document; review emails with K. McCoy, C. Noriega re same. | 0.80 | 480.00 |
| 9/21/2015 | SC | Receipt, review and organize mail received; email accountants and forward refund on canceled Liability insurance policy. | 0.20 | 29.00 |
| 9/22/2015 | CN | Discussion with NSM re government's request for position on potential claims against Vasta Defendnats; review correspondence from E. Lee, counsel to Vasta | 0.10 | 36.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | defendants. | | |
| 9/22/2015 | NSM | Confer with Receiver; review emails re proposed settlement with JP Holdings with E. Lee, FTC counsel, C. Noriega. | 0.70 | 420.00 |
| 9/23/2015 | PC | Continued communication via telephone and e-mails with customers re: status of matter and refunds and update customer spreadsheets. | 0.90 | 130.50 |
| 9/28/2015 | PC | Continued review of e-mails from customers re: status of matter and refunds and respond to same; and update customer spreadsheets. | 0.60 | 87.00 |
| | CN | Telephone call with FTC re language in potential settlement re Receiver; email discussion with NSM and DSM re language; review of related potential settlement documents discussed to Receiver. | 0.30 | 108.00 |
| | NSM | Confer via email re proposed Vasta settlement; confer with Receiver. | 0.40 | 240.00 |
| | DSM | Email correspondence with counsel regarding potential settlement language concerning Vasta; review of file. | 0.40 | 270.00 |
| 9/29/2015 | PC | Continued review of e-mails from customers re: status of matter and refunds and respond to same; and update customer spreadsheets. | 0.50 | 72.50 |
| | CN | Discussion with NSM re FTC requested language for settlement and whether estate receives money from any settlement with defendants; telephone call with FTC re money from settlement questions. | 0.30 | 108.00 |
| 9/30/2015 | CN | Emails with Kapila re Revenuewire password change requirement. | 0.10 | 36.00 |
| 10/1/2015 | PC | Continued review of e-mails from customers re: status of matter and refunds and respond to same; and update customer spreadsheets. | 1.50 | 217.50 |
| 10/6/2015 | PC | Continued review of e-mails from customers re: status of matter and refunds and respond to same; and update customer spreadsheets. | 0.50 | 72.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/9/2015 PC | Continued review of e-mails from employees customers re: status of matter and refunds and respond to same; update customer and employee spreadsheets; and telephone call with employees re: commission check. | | 1.00 | 145.00 |
| 10/14/2015 PC | Continued review of e-mails from customers re: status of matter and refunds and respond to same; update customer spreadsheets; and telephone calls from customers and employees re: status. | | 0.70 | 101.50 |
| 10/21/2015 PC | Telephone calls from customers re: status of matter. | | 1.70 | 246.50 |
| 10/23/2015 NSM | Review correspondence re receivership entity's liability insurance and possible claim; conference with C. Noriega and S. Cavanagh re same. | | 0.40 | 240.00 |
| DSM | Correspondence regarding IRA and Powersource Marketing; review of file. | | 0.40 | 270.00 |
| 11/5/2015 NSM | Review IRS correspondence re receivership entities. | | 0.30 | 180.00 |
| 11/6/2015 DSM | Review of file regarding various tax issues. | | 0.50 | 337.50 |
| 11/20/2015 NSM | Review IRS correspondence. | | 0.10 | 60.00 |
| DSM | Review of file regarding various tax issues. | | 0.40 | 270.00 |
| 11/25/2015 NSM | Confirm status of OMG Tech website hosting with J. Pena. | | 0.20 | 120.00 |
| 12/2/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | | 0.80 | 116.00 |
| 12/3/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | | 0.40 | 58.00 |
| 12/7/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | | 0.60 | 87.00 |
| 12/9/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | | 0.70 | 101.50 |
| 12/10/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | | 0.40 | 58.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 12/11/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | 0.60 | 87.00 |
| 12/15/2015 PC | Receipt and review of emails with customers and respond to same re: status of matter. | 0.90 | 130.50 |
| 12/17/2015 PC | Telephone conversation with customers re: status of refunds; and receipt and review of emails with customers and respond to same re: status of matter and refunds. | 0.90 | 130.50 |
| NSM | Emails with FTC counsel; review file. | 0.20 | 120.00 |
| DSM | Email correspondence with FTC counsel; review of file. | 0.30 | 202.50 |
| 12/18/2015 PC | Telephone conversation with customers re: status of refunds; and receipt and review of emails with customers and respond to same re: status of matter and refunds. | 0.80 | 116.00 |
| 12/21/2015 NSM | Telephone conference with FTC counsel; review file; email to Kapila re preparing declaration regarding source of fees. | 0.70 | 420.00 |
| DSM | Telephone conference with FTC counsel; review file. | 0.60 | 405.00 |
| 12/28/2015 NSM | Review draft declaration for S. Kapila. | 0.50 | 300.00 |
| DSM | Review of Kapila declaration; review of file. | 0.40 | 270.00 |
| 1/4/2016 PC | Telephone conversations with customers re: status; and receipt and review of e-mails from customers re: status. | 1.20 | 174.00 |
| 1/5/2016 NSM | Revisions to declaration; emails with K. McCoy; FTC counsel re same. | 0.70 | 420.00 |
| 1/6/2016 NSM | Telephone conference with FTC counsel; review file; emails with S. Kapila and K. McCoy. | 0.80 | 480.00 |
| 1/8/2016 PC | Telephone conversations with customers re: status; and receipt and review of e-mails from customers re: status. | 0.70 | 101.50 |
| 1/12/2016 NSM | Review multiple versions of evised declaration; telephone conference with FTC counsel; emails with S. Kapila and K. McCoy. | 0.80 | 480.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/13/2016 | PC | Receipt and review of e-mails from customers and respond to same re: refunds and status of matter. | 0.40 | 58.00 |
| 1/14/2016 | PC | Telephone conversations with customers re: status; and receipt and review of e-mails from customers re: status. | 0.60 | 87.00 |
|  | NSM | Review FTC's supplemental disclosures. | 0.20 | 120.00 |
| 1/19/2016 | PC | Telephone conversations with customers re: status; and receipt and review of e-mails from customers re: status. | 0.60 | 87.00 |
|  | NSM | Review file re tax matters; emails with Kapila/Mukamal re same. | 0.30 | 180.00 |
|  | DSM | Email correspondence with counsel and accountants regarding tax filings; review of file. | 0.50 | 337.50 |
| 1/21/2016 | PC | Telephone conversations with customers re: status; and receipt and review of e-mails from customers re: status. | 0.60 | 87.00 |
| 1/28/2016 | PC | Telephone conversations with customers re: status; and receipt and review of e-mails from customers re: status. | 0.80 | 116.00 |
| 2/1/2016 | NSM | Review proposed settlements filed by FTC v. Loewenstern, Vasta, Success Capital and JP Holdings; email with FTC counsel. | 0.30 | 180.00 |
|  | DSM | Review proposed settlements filed by FTC v. Loewenstern, Vasta, Success Capital and JP Holdings; email with FTC counsel. | 0.40 | 270.00 |
| 2/2/2016 | CN | Emails with FTC, NSM and DSM re scheduling and rescheduling call; review of filed settlement documents. | 0.50 | 180.00 |
| 2/3/2016 | NSM | Conference with FTC re proposed settlement, miscellaneous issues; review file; emails with K. McCoy re fees related to storage of receivership's computers. | 0.80 | 480.00 |
|  | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 0.90 | 130.50 |
|  | DSM | Telephone conference with FTC counsel re proposed settlements; review of file. | 0.50 | 337.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/3/2016 | CN | Review additional filed settlement documents; conference call with FTC, DSM and NSM re settlements and Receiver's duties and finalization of storage of computers and winding down business; research winding down business requirements in Florida; review articles of incorporation for settling companies of the Receivership; review emails for prior Jesus Pena on wiping computers before sale; discussion with NSM re costs for wiping computers and storage; emails with K. McCoy at Kapila re storage costs, computer inventory and J. Pena's previous wiping computers estimate. | 3.80 | 1,368.00 |
| 2/4/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 0.80 | 116.00 |
| 2/5/2016 | NSM | Emails with S. Kapila and K. McCoy re receivership's computers in storage and costs related to forensically erasing and sale; discussion with C. Noriega re same. | 0.30 | 180.00 |
| 2/8/2016 | NSM | Various emails re costs of disposing of computers; discussion with C. Noriega. | 0.30 | 180.00 |
|  | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from counsel and accountants re: storage of computers and respond to same when necessary. | 0.90 | 130.50 |
|  | CN | Email J.Pena re estimate for wiping computers; review prior estimated and catalog of computers; telephone call with J. Pena to discuss potential estimate; emails with J. Pena confirming details of potential estimate; emails K. McCoy and Kapila re estimation for wiping computers in light of increased amount of computers; email discussion with NSM re estimation of costs and potential issues. | 2.00 | 720.00 |
| 2/9/2016 | NSM | Emails re costs of auctioning computers. | 0.30 | 180.00 |
|  | DSM | Email correspondence with counsel regarding wiping computer hard drives of computers being stored; review of file. | 0.30 | 202.50 |
|  | CN | Conference call with K. McCoy re estimate and J. Pena quote and storage space specifics; email K. McCoy Jesus Pena quote and necessary information for storage space | 4.00 | 1,440.00 |

|  | | | Hours | Amount |
|---|---|---|---|---|

needs; email discussion with NSM re other costs regarding computer storage and selling of computers; review auction estimates; email FTC and estimate of computer wiping and selling of computers; continue research on winding down businesses.

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 2/10/2016 | NSM | Review email from K. McCoy re breakdown of costs relating to computers. | 0.20 | 120.00 |
| 2/11/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 0.70 | 101.50 |
| 2/12/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 0.80 | 116.00 |
| 2/23/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 0.90 | 130.50 |
| 2/25/2016 | NSM | Review proposed permanent injunction; conference with DSM. | 0.40 | 240.00 |
|  | DSM | Conference with counsel; review of file. | 0.30 | 202.50 |
| 2/26/2016 | NSM | Telephone conference with FTC and State of Florida counsel re proposed permanent injunction; review files re vendor records. | 0.80 | 480.00 |
|  | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 0.60 | 87.00 |
| 2/29/2016 | NSM | Review revised proposed Stipulated Order; suggested edits to FTC counsel; confer with DSM. | 0.70 | 420.00 |
|  | DSM | Conference with counsel; review of file. | 0.50 | 337.50 |

For professional services rendered            109.60  $37,615.00

Additional Charges :

8/6/2015 GoDaddy charge for renewal of the OMGtechhelp.com domain.            25.16

| | | Amount |
|---|---|---|
| 8/14/2015 | To IRS for Vast Tech 2014 941 form for period ending 12/31/2014. | 220.23 |
| | To McHale and Slavin final balance due re: trademark matter. | 68.00 |
| 8/31/2015 | Postage cost. | 35.77 |
| | Photocopying cost @ 0.15 cents. | 239.75 |
| | GoogleDocs charges for the month of August 2015. | 45.00 |
| 9/30/2015 | GoogleDocs charges for month of September. | 45.00 |
| | Photocopying cost @ .15 cents. | 39.00 |
| | Postage cost. | 6.22 |
| 10/31/2015 | GoogleDocs charges for month of October. | 45.00 |
| | Postage cost. | 5.12 |
| | Photocopying cost @ 0.15 cents. | 45.30 |
| 11/30/2015 | GoogleDocs charges for month of November. | 45.00 |
| | Receiver Surety bond fee for November 12, 2015 to November 12, 2016. | 125.00 |
| | Photocopying cost @ 0.15. | 10.50 |
| | Postage cost. | 1.96 |
| 12/31/2015 | FedEx overnight delivery expenses August to December. | 164.64 |
| | GoogleDocs charges for month of December. | 45.00 |
| | Photocopying cost @ 0.15 cents. | 16.35 |
| | Computerized research expense August to December. | 184.10 |
| 1/31/2016 | Photocopying cost @ 0.15 cents. | 4.80 |
| | GoogleDocs charges for month of January. | 45.00 |
| 2/29/2016 | GoogleDocs charges for month of February. | 45.00 |

| | | Amount |
|---|---|---|
| 2/29/2016 | Computerized research expense. | 33.14 |
| | Postage cost. | 11.18 |
| | Photocopying cost. | 51.00 |
| | Total costs | $1,602.22 |
| | Total amount of this bill | $39,217.22 |
| | Previous balance | $122,192.04 |
| 9/1/2015 | Payment - thank you.Check No. 1062/63/64 | ($122,192.04) |
| 3/14/2016 | Credit | ($12,412.95) |
| | Total payments and adjustments | ($134,604.99) |
| | Balance due | $26,804.27 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| David S. Mandel | 10.60 | 675.00 |
| Nina Stillman Mandel | 20.70 | 600.00 |
| Camellia Noriega | 31.10 | 360.00 |
| Paul Crespo | 41.20 | 145.00 |
| Susan Cavanagh | 6.00 | 145.00 |