# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
March 10, 2016

Matter #: 5528-1
Invoice #: 56752

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| February 3, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| February 4, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| February 11, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| Totals | | | | 0.30 | $69.00 |

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
September 14, 2015

Matter #: 5528-1
Invoice #: 55627

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| August 3, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| August 4, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| August 18, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| August 19, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| August 20, 2015 | PH | Receipt, docket and review pleading filed. | $210.00 | 0.10 | $21.00 |
| Totals | | | | 0.50 | $109.00 |

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
October 20, 2015

Matter #: 5528-1
Invoice #: 55962

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
| --- | --- | --- | --- | --- | --- |
| September 1, 2015 | LT | Receipt, docket and review pleadings filed. | $220.00 | 0.10 | $22.00 |
| September 8, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| September 16, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| September 22, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| September 25, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.50 | $110.00 |

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
December 3, 2015

Matter #: 5528-1
Invoice #: 56130

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
| --- | --- | --- | --- | --- | --- |
| October 1, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| October 16, 2015 | LT | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| October 19, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.30 | $66.00 |

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami, FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
December 29, 2015

Matter #:   5528-1
Invoice #:  56295

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| November 11, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| November 13, 2015 | LT | Monitor docket. | $220.00 | 0.10 | $22.00 |
| Totals | | | | 0.20 | $44.00 |

## MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

FID# 65-0340687

February 12, 2016

Matter #: 5528-1
Invoice #: 56528

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| January 5, 2016 | LT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| January 6, 2016 | LT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| Totals | | | | 0.20 | $46.00 |