UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81397-CIV-MARRA

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,
vs.

BOOST SOFTWARE, INC., et al.,

    Defendants.
_____/

## ORDER

It is hereby **ORDERED AND ADJUDGED** that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of June, 2016.

_____
KENNETH A. MARRA
United States District Judge