# MANDEL & MANDEL LLP
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: (305) 374-7771
Facsimile: (305) 374-7776

Tax I.D. # 65-0963493

Re: Federal Trade Commission v. Boost Software, Inc. et al.

For the period ending December 31, 2016                                Invoice #   16138

|             |     |                                                                                                                                  | Hours | Amount |
|-------------|-----|----------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/2/2016    | NSM | Emails with FTC counsel re communications from former employees.                                                                 | 0.30  | 180.00 |
| 3/3/2016    | PC  | Confer with counsel, and review vendor invoices and update spreadsheet.                                                          | 1.50  | 217.50 |
| 3/4/2016    | PC  | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status; and Update Creditor Table. | 1.80  | 261.00 |
|             | NSM | Review updated vendor chart re insurance carriers.                                                                               | 0.20  | 120.00 |
|             | DSM | Review of file.                                                                                                                  | 0.30  | 202.50 |
| 3/8/2016    | PC  | Telephone conversations with customers and employees re: status.                                                                 | 0.50  | 72.50  |
| 3/9/2016    | PC  | Telephone conversations with customers and employees re: status of matter.                                                       | 0.60  | 87.00  |
| 3/16/2016   | PC  | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status.    | 0.90  | 130.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 1.20 | 174.00 |
| 3/31/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 1.40 | 203.00 |
| 4/4/2016 | PC | Telephone conversations with customers and employees re: status; and receipt and review of e-mails from customers re: status. | 1.10 | 159.50 |
| 4/25/2016 | NSM | Emails with M. Donohue, S. Cavanagh re tax issues. | 0.30 | 180.00 |
| 5/3/2016 | PC | Receipt and review e-mails from customers and respond to same. | 0.70 | 101.50 |
| 5/10/2016 | PC | Receipt and review e-mails from customers and respond to same. | 0.50 | 72.50 |
| 5/23/2016 | PC | Receipt, review, and respond to customers e-mails re: refunds, status of case, and computer issues. | 0.60 | 87.00 |
| 5/27/2016 | PC | Receipt, review, and respond to customers e-mails re: refunds, status of case, and computer issues. | 0.60 | 87.00 |
|  | DSM | Review of file. | 0.30 | 202.50 |
| 6/1/2016 | PC | Receipt and review e-mails from customers and respond to same. | 0.50 | 72.50 |
|  | NSM | Review file re Donohue's 2014 tax documents. | 0.20 | 120.00 |
| 6/2/2016 | PC | Receipt and review e-mails from customers and respond to same. | 0.40 | 58.00 |
| 6/3/2016 | PC | Receipt and review e-mails from customers and respond to same. | 0.40 | 58.00 |
| 6/8/2016 | PC | Receipt and review e-mails from customers and employees and respond to same. | 0.50 | 72.50 |
| 6/10/2016 | PC | Receipt and review e-mails from customers and employees and respond to same. | 0.40 | 58.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/14/2016 | PC | Receipt and review e-mails from customers and respond to same. | 0.40 | 58.00 |
| 6/16/2016 | PC | Receipt and review e-mails from customers and employees and respond to same. | 0.40 | 58.00 |
| 6/21/2016 | PC | Receipt and review e-mails from customers and employees and respond to same re: status; and Telephone conversation with customers re: refunds. | 0.70 | 101.50 |
|  | NSM | Review email from Vast Tech/ OMG Tech former employee; confer with P. Crespo. | 0.30 | 180.00 |
| 6/24/2016 | PC | Receipt and review e-mails from customers and employees and respond to same. | 0.50 | 72.50 |
| 6/28/2016 | NSM | Review file and confer with Kapila-Mukamal re tax filings | 0.30 | 180.00 |
| 7/6/2016 | PC | Receipt and review of e-mails from employees and respond to same. | 0.40 | 58.00 |
|  | NSM | Review file; email with FTC counsel re status. | 0.30 | 180.00 |
| 7/12/2016 | PC | Receipt and review e-mails from customers and employees and respond to same. | 0.60 | 87.00 |
| 7/14/2016 | PC | Receipt and review e-mails from customers and employees and respond to same. | 0.40 | 58.00 |
| 7/20/2016 | DSM | Review of file. | 0.20 | 135.00 |
| 8/3/2016 | PC | Receipt and respond to e-mails from customers re: refunds and employees re: payroll. | 0.40 | 58.00 |
| 8/8/2016 | PC | Receipt and respond to e-mails from customers re: refunds and employees re: payroll. | 0.50 | 72.50 |
| 8/12/2016 | PC | Receipt and respond to e-mails from customers re: refunds and employees re: payroll. | 0.40 | 58.00 |
| 8/17/2016 | PC | Receipt and respond to e-mails from customers re: refunds and employees re: payroll. | 0.40 | 58.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/31/2016 | PC | Receipt and respond to e-mails from customers re: refunds and employees re: payroll. | 0.50 | 72.50 |
| 9/7/2016 | PC | Receipt and review of e-mails from customers and employees re: status. | 0.50 | 72.50 |
| 9/8/2016 | NSM | Telephone conference with FTC counsel re status and looking toward winding down the receivership; confer with team; emails with K. McCoy at Kapila/Mukamal and J. Pena at Andrews International re same. | 1.00 | 600.00 |
| 9/13/2016 | CN | Review wind down budget by Kapila. | 0.10 | 36.00 |
|  | NSM | Telephone conference and emails with S. Kapila, K. McCoy, D. Mandel re receivership items in storage, completing tax matters, etc.; review photos of storage unit and proposed wind down budget from K. McCoy; confer with team; emails with J. Pena; emails with FTC counsel re status of remaining computers, etc. in receivership control and custody. | 2.00 | 1,200.00 |
|  | DSM | Telephone conference with accountant and counsel; review of file. | 0.70 | 472.50 |
| 9/15/2016 | CN | Review stipulated orders regarding all Vast Receivership Defendants and various duties assigned to Receivers from final orders and confirm winding down; review procedures for winding down Florida LLC's and applicable statutes and specific duties. | 2.50 | 900.00 |
|  | PC | Receipt and review of e-mails from customers and employees re: status. | 0.60 | 87.00 |
|  | NSM | Review proposed stipulation from FTC counsel; confer with DSM; confer with K. McCoy re tax issues. | 1.20 | 720.00 |
|  | DSM | Conference with counsel. | 0.30 | 202.50 |
| 9/16/2016 | CN | Finalize review of stipulated settlement orders and Receiver's duties; email NSM brief overview; discussion with NSM re Plaintiff's requests and conflict with current Receivership duties; begin preparation of motion to transfer certain duties to Plaintiffs. | 2.50 | 900.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/16/2016 | NSM | Confer with C. Noriega re Receiver's obligations under prior orders; email with FTC counsel. | 0.70 | 420.00 |
|  | DSM | Review of file. | 0.20 | 135.00 |
| 9/19/2016 | CN | Review of items in possession in Receiver estate; review of communications with FTC re what they want; finalize draft motion to transfer assets to Plaintiffs; discussion with NSM re OMG International; call R. Brooke at FTC re OMG International and possession of assets; discussion with paralegal/ office manager re items in possession. | 7.00 | 2,520.00 |
|  | NSM | Review files; confer with FTC counsel; confer with K. McCoy re items in storage; confer with C. Noriega re turning over computers, etc. to FTC. | 1.30 | 780.00 |
| 9/20/2016 | CN | Research Receiver ability to file motion with court to change Receivership duties. | 0.80 | 288.00 |
|  | NSM | Review court order. | 0.30 | 180.00 |
| 9/21/2016 | CN | Continue preparation of motion to transfer possession of assets to FTC; telephone call to R. Brookes re status and OMG International; internal discussion to confirm assets of Receivership; review order extending deadlines; email order to Kapila; research filings and emails with OMG international. | 2.50 | 900.00 |
| 9/23/2016 | CN | Telephone call to R. Brooke re status of possession of assets. | 0.10 | 36.00 |
|  | PC | Receipt and review of e-mails from customers and employees re: status. | 0.60 | 87.00 |
| 9/26/2016 | CN | Email R. Brooke re status of possession and OMG International; discussion with NSM re status of OMG International; research incorporation in Delaware and winding down and current status; email K. McCoy re Kapila work on OMG International; email K. McCoy re Delaware tax status. | 1.50 | 540.00 |
|  | NSM | Confer with C. Noriega re winding down receivership entities; review file re same. | 0.80 | 480.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/27/2016 | CN | Research corporate filings for OMG International and call with Delaware state re filings; research winding down of Delaware LLC; emails with K. Mccoy of Kapila re status of taxes and filings with Delaware re this company; discussion with NSM re next steps; discussion with NSM re her discussion with Kapila. | 2.20 | 792.00 |
| | NSM | Telephone conference with S. Kapila and K. McCoy re receivership tax issues, steps re winding down entities; confer with C. Noriega re same. | 0.70 | 420.00 |
| 10/4/2016 | PC | Receipt and review of e-mails from customers and employees re: status. | 0.40 | 58.00 |
| | DSM | Email correspondence with counsel re: document retention issues. | 0.20 | 135.00 |
| 10/7/2016 | PC | Telephone conversations with customers re: refunds. | 0.60 | 87.00 |
| 10/11/2016 | PC | Receipt and review of e-mails from customers and employees re: status. | 0.50 | 72.50 |
| 10/14/2016 | NSM | Conferences and emails with FTC counsel, S. Cavanagh, K. McCoy re Google Docs, plus various items held in off-site storage and at Receiver's office. | 0.60 | 360.00 |
| 10/16/2016 | DSM | Email correspondence with counsel; review of file. | 0.20 | 135.00 |
| 10/17/2016 | PC | Receipt and review of e-mails from customers and employees re: status. | 0.60 | 87.00 |
| 10/20/2016 | PC | Telephone conversations with customers re: refunds. | 0.70 | 101.50 |
| 10/21/2016 | NSM | Confer with K. McCoy re confirming procedures for meeting with FTC at storage facility. | 0.30 | 180.00 |
| 10/24/2016 | PC | Receipt and review of e-mails from customers and employees re: status. | 0.30 | 43.50 |
| | NSM | Confirmation with FTC re Google Docs; review draft motion to transfer possession. | 0.70 | 420.00 |
| | DSM | Review of motion re: transfer of assets. | 0.60 | 405.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2016 | PC | Telephone conversations with customers re: refunds. | 0.60 | 87.00 |
| | DSM | Email correspondence re: motion. | 0.30 | 202.50 |
| 11/2/2016 | PC | Receipt and review of e-mails from customers re: refund. | 0.50 | 72.50 |
| | DSM | Edit motion; email correspondence with counsel. | 1.30 | 877.50 |
| 11/7/2016 | CN | Finalize and file motion to transfer assets; calls with FTC R. Brooke re problems with requested relief and agreed upon language; emails with DSM and NSM re amended relief; revise amended motion and order; telephone to clerk re will be filing amended motion; prepare and file motion to strike. | 2.40 | 864.00 |
| | PC | Receipt and review of e-mails from customers re: refunds and customers re: payroll. | 0.60 | 87.00 |
| | DSM | Email correspondence with counsel; review of file. | 0.40 | 270.00 |
| 11/8/2016 | CN | Confirm language with FTC and DSM; finalize amended motion and order and motion to strike and file; email Judge Marra proposed order. | 0.60 | 216.00 |
| | DSM | Email correspondence with counsel. | 0.20 | 135.00 |
| 11/10/2016 | PC | Telephone conversation with employee re: payroll. | 0.30 | 43.50 |
| 11/11/2016 | CN | Call to Ron Brooke re IRS investigation. | 0.10 | 36.00 |
| | PC | Telephone conversation with customer re: refund. | 0.30 | 43.50 |
| 11/15/2016 | PC | Receipt and review of e-mails from customers re: refund. | 0.40 | 58.00 |
| 11/18/2016 | PC | Telephone conversation with customer re: refund and employee re: payroll. | 0.40 | 58.00 |
| 11/23/2016 | PC | Receipt and review of e-mails from customers re: refund and employees re: payroll. | 0.60 | 87.00 |
| | DSM | Review order on motion; email correspondence with counsel re: tax issues. | 0.30 | 202.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/2016 | NSM | Review Kapila/Mukamal wind down budget and other finances; review tax correspondence. | 0.50 | 300.00 |
| | DSM | Email correspondence with counsel re: computer hardware issue. | 0.20 | 135.00 |
| 11/29/2016 | PC | Receipt and review of e-mails from customers re: refund and employees re: payroll. | 0.50 | 72.50 |
| | DSM | Email correspondence with counsel re: tax issue. | 0.20 | 135.00 |
| 12/1/2016 | CN | Telephone calls with Ron Brooke re: FTC to proceed with removing hard drives; confirmation of Receiver taking care of disposal; telephone calls with J. Pena re organizing disposal of leftover parts and management fee for his organization of project and accessing hardware; emails with K. McCoy of Kapila, FTC's R. Brooke and J. Pena re coordination and confirmation of plan for removal of hard drives, removal of leftover parts, and FTC's request for any ESI on hardware in Receiver's office; discussion with NSM and DSM re approval project; telephone calls with McCoy re additional quotes and confirming details of project. | 2.50 | 900.00 |
| | NSM | Review emails from FTC counsel re taking custody of servers, hard drives, and related matters; confer with Receiver and C. Noriega re same. | 0.70 | 420.00 |
| | DSM | Email correspondence with counsel. | 0.30 | 202.50 |
| 12/2/2016 | CN | Telephone calls and emails with J. Pena re quote for disposal of hardware; email discussion with NSM and DSM re revised quote for disposal of hardware; emails R. Brooke, K. McCoy and J. Pena re finalize plan for removal of hard drives, disposal of left over computer parts and delivery of certain requested hardware from Receiver's office to FTC. | 2.40 | 864.00 |
| | PC | Receipt and review of e-mails from customers and employees re: status. | 0.50 | 72.50 |
| | NSM | Discussions and emails re disposal of remaining computer items. | 0.50 | 300.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/2/2016 | DSM | Email correspondence with counsel. | 0.20 | 135.00 |
| 12/5/2016 | CN | Emails with FTC R. Brooke, K. McCoy of Kapila and Jesus Pena re confirming of hard drive removal, delivery of hardware from Receiver's office to FTC for transfer of possession and planning for destruction of left over parts when completed. | 0.40 | 144.00 |
| | NSM | Confirm completion of delivery of computers and other items to FTC. | 0.30 | 180.00 |
| 12/6/2016 | CN | Emails with J. Pena re confirmation of removal of waste from computer parts from storage unit. | 0.10 | 36.00 |
| | PC | Telephone conversations with customers re: refund. | 0.60 | 87.00 |
| 12/7/2016 | CN | Emails with K. McCoy of Kapila re finalizing vacating storage site, destruction of documents, and maintaining of certain documents for future use; emails with FTC R. Brooke re complete inventory of paper documents and whether plaintiffs wanted additional information; review of prior correspondence with FTC to confirm paper inventory and specifications of requests; discussion with NSM re status of paper documents. | 1.10 | 396.00 |
| | NSM | Conferences and emails re production of documents to FTC. | 0.30 | 180.00 |
| 12/8/2016 | CN | Email FTC R. Brooke re follow up on whether plaintiffs want paper documents. | 0.10 | 36.00 |
| 12/9/2016 | CN | Emails FTC R. Brooke re whether plaintiffs wanted any other paper documents; discussion with NSM re: confirmation that plaintiffs do not want any other materials. | 0.20 | 72.00 |
| | PC | Receipt and review of e-mails from customers and employees re: status. | 0.40 | 58.00 |
| 12/12/2016 | CN | Review application for dissolution and Florida statutes and review relevant stipulated orders; telephone call with Kevin McCoy re dissolution; discussion with NSM re dissolution; discussion with DSM re approval of dissolutions; prepare and execute filings of dissolutions for relevant receivership entities; email FTC Brooke re | 3.80 | 1,368.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | hardware removal finalization documents; email J. Pena re method for destruction of hardware; email McCoy re destruction of paper documents; discussion with office manager re destruction of paper documents in Receiver's office. |  |  |
| 12/12/2016 | DSM | Conference with counsel; review of file. | 0.40 | 270.00 |
| 12/13/2016 | CN | Emails with K. McCoy at Kapila re information Kapila is maintaining with customer information; email FTC re any response to customers and employees wanting to know status. | 0.20 | 72.00 |
| 12/14/2016 | CN | Emails with FTC re confirming receipt of documentation from hard drive retrieval; email K. McCoy at Kapila re finalization of moving out of storage and destroying documents. | 0.20 | 72.00 |
|  | PC | Telephone conversations with customers regarding refunds and employees regarding payroll. | 0.70 | 101.50 |
|  | NSM | Review documentation re transfer of computer items. | 0.30 | 180.00 |
| 12/15/2016 | CN | Discussion with NSM re deadline to file report and requesting extension; email Plaintiffs re will they agree to an extension. | 0.20 | 72.00 |
| 12/16/2016 | CN | Review Court's order re deadline for filing final report and prepare draft motion and order; file with NSM order requesting extension of time. | 0.50 | 180.00 |
|  | NSM | Review file. | 0.20 | 120.00 |
|  | DSM | Email correspondence with counsel. | 0.20 | 135.00 |
| 12/19/2016 | CN | Telephone call to Judge Marra's chambers re pending motion. | 0.10 | 36.00 |
|  | DSM | Email correspondence with counsel re: document destruction issues. | 0.20 | 135.00 |
| 12/20/2016 | PC | Receipt and review of e-mails from customers and employees re: status. | 0.30 | 43.50 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/20/2016 | DSM | Review of court order. | 0.20 | 135.00 |
| 12/22/2016 | CN | Review correspondence on case, case stipulations and continue work on final report. | 3.20 | 1,152.00 |
| 12/23/2016 | CN | Continue work on final report. | 2.20 | 792.00 |
| 12/27/2016 | PC | Telephone conversations with customers re: refunds. | 0.40 | 58.00 |
|  |  | For professional services rendered | 92.30 | $32,304.50 |

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 3/31/2016 | Google Docs service fee for the month of March. | 45.00 |
|  | FedEx delivery expense re various tax filings to IRS. | 65.19 |
|  | Postage cost. | 9.63 |
| 4/30/2016 | Photocopying cost @ 0.15 cents. | 10.15 |
|  | Google Docs service fee for the month of April. | 45.00 |
|  | FedEx overnight delivery expense of tax documents. | 15.74 |
| 5/31/2016 | Postage cost. | 0.71 |
|  | Google Docs service fee for the month of May. | 45.00 |
| 6/30/2016 | Postage cost. | 1.91 |
|  | Google Docs service fee for the month of June. | 45.00 |
| 7/6/2016 | March 28th updates to website. | 95.00 |
| 7/31/2016 | Google Docs service fee for the month of July. | 45.00 |
|  | Photocopying cost @ 0.15 cents. | 5.40 |
| 8/31/2016 | GoogleDocs service charge for month of August. | 45.00 |
|  | Photocopying cost. | 2.45 |

| Date | Description | Amount |
|---|---|---:|
| 9/27/2016 | Information from the Division of Corporations in Delaware re: OMG International Group LLC. | 20.00 |
| 9/30/2016 | Postage cost. | 2.89 |
| | Photocopying cost @ 0.15 cents. | 11.10 |
| | Google docs service charge for September 2016. | 45.00 |
| 10/31/2016 | Google docs service charge for October 2016. | 45.00 |
| | Photocopying cost @ 0.15 cents. | 11.25 |
| 11/30/2016 | Google docs service charge for November 2016. | 45.00 |
| | Photocopying cost @ 0.15 cents. | 20.10 |
| | Annual service fee for OMGTECHHELP site. | 149.00 |
| | Computerized research expense @ vendors cost. | 6.19 |
| 12/5/2016 | Hand delivery of hard drives to Kapila for FTC. | 43.00 |
| 12/12/2016 | Florida Department of States fees for the dissolution of the five entities. | 125.00 |
| 12/19/2016 | Destruction of 34 boxes of HR files. | 180.75 |
| 12/31/2016 | GoogleDocs charges for month of December. | 45.00 |
| | Photocopying cost @ 0.15 cents. | 108.45 |
| | Postage cost. | 0.98 |
| | Total costs | $1,334.89 |
| | Total amount of this bill | $33,639.39 |
| | Previous balance | $26,804.27 |
| 3/30/2016 | Payment - thank you. Check No. 1076/7/8 | ($26,804.27) |
| 1/12/2017 | Courtesy credit. | ($10,660.49) |
| | Total payments and adjustments | ($37,464.76) |

|  | Amount |
|---|---|
| Balance due | $22,978.90 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| David S. Mandel | 7.40 | 675.00 |
| Nina Stillman Mandel | 14.30 | 600.00 |
| Camellia Noriega | 39.50 | 360.00 |
| Paul Crespo | 31.10 | 145.00 |