# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363
FACSIMILE (305) 358-1221
FID# 65-0340687
April 11, 2016

Matter #: 5528-1
Invoice #: 56980

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| March 1, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| March 2, 2016 | PH | Receipt, docket and review pleading filed. | $220.00 | 0.10 | $22.00 |
| March 21, 2016 | LRT | Receipt, docket and review pleadings filed. | $230.00 | 0.10 | $23.00 |
| March 25, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| March 28, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| March 29, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| Totals | | | | 0.60 | $137.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | $137.00 |
| Previous Balance | $444.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$581.00** |

**The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.**

# MELAND RUSSIN & BUDWICK
PROFESSIONAL ASSOCIATION

3200 SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

Mandel & Mandel, LLP
1200 Alfred I. DuPont Building
169 East Flager Street
Miami , FL 33131

Attention: David Mandel, Receiver

TELEPHONE (305) 358-6363

FACSIMILE (305) 358-1221

FID# 65-0340687

May 11, 2016

Matter #: 5528-1
Invoice #: 57192

RE: Boost Software, Inc. - David Mandel, Receiver

| DATE | LAWYER | DESCRIPTION | RATE | HOURS | FEE |
|---|---|---|---|---|---|
| April 11, 2016 | LRT | Receipt, docket and review pleading filed. | $230.00 | 0.10 | $23.00 |
| April 12, 2016 | LRT | Monitor docket. | $230.00 | 0.10 | $23.00 |
| Totals | | | | 0.20 | $46.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$46.00** |
| Previous Balance | $581.00 |
| Previous Payments | $444.00 |
| **Balance Due Now** | **$183.00** |

**The balance due must be received in our office within 15 days of the invoice date. If we do not receive payment when due, you will be charged interest at the rate of 18% per annum on the unpaid balance. Thank you for your prompt payment.**

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Apr 12/16 | DAVID MANDEL, RECEIVER 5528-1/ Attorney Fees & Costs | $444.00 |
| **Total Payments:** | | **$444.00** |