UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81397-CIV-MARRA

FEDERAL TRADE COMMISSION, et al.,

    Plaintiffs,
vs.

BOOST SOFTWARE, INC., et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on the Supplemental Report of the Receiver (DE 175). The Court, having reviewed the Report and being advised fully in the premises, hereby **ORDERS and ADJUDGES** that the Supplemental Report of the Receiver (DE 175) is **APPROVED**.

Accordingly, the Receiver is **PERMITTED** to withhold $23,500.00 in fees to be turned over to Plaintiffs to compensate the Receiver's professionals' fees and expenses. Further, the **CLERK** is **DIRECTED** to release the Receiver's bond in this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of May, 2017.

_____
KENNETH A. MARRA
United States District Judge