**MANDEL & MANDEL LLP**
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: (305) 374-7771
Facsimile: (305) 374-7776

Tax I.D. # 65-0963493

Re: Federal Trade Commission v. Boost Software, Inc. et al.

For the period ending May 16, 2017  Invoice # 16187

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/3/2017 | CN | Telephone call with Jesus Pena re proper destruction of hardware and jump drives; email discussion with counsel re destruction of hardware options; email Kapila re questions about finances; review various completed projects in preparation for wind down and input into Final Report draft. | 2.70 | 972.00 |
|  | PC | Telephone conversations with customers re: refunds. | 0.50 | 72.50 |
| 1/4/2017 | CN | Emails and calls with Kapila re final question regarding finances and outstanding projects; finalize report; confirm with paralegal destruction of outstanding hardware. | 3.00 | 1,080.00 |
|  | NSM | Confer with K. McCoy re schedule re completing tax returns and other items for receivership; discussions re final report. | 0.70 | 420.00 |
| 1/6/2017 | CN | Edit final report; prepare draft notices to known creditors and public to accompany final notice; discussion with counsel re final report. | 1.70 | 612.00 |
|  | NSM | Review draft final report. | 1.00 | 600.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/6/2017 | PC | Receipt and review of e-mails from customers re: refunds and employees re: payroll and respond to same. | 0.80 | 116.00 |
| 1/10/2017 | DSM | Edit final report. | 0.50 | 337.50 |
| | CN | Reviewed revised draft and incorporated additional changes and provided to counsel for review; respond to counsel questions re Court Order. | 1.20 | 432.00 |
| 1/11/2017 | PC | Receipt and review of e-mails from customers re: refunds and employees re: payroll and respond to same. | 0.60 | 87.00 |
| | CN | Revised draft Final Report; finalize draft report and file it. | 0.70 | 252.00 |
| 1/12/2017 | CN | Revise letters to creditors and notice to public per counsel request; call FTC and request contact information to include in notice. | 0.60 | 216.00 |
| 1/13/2017 | PC | Telephone conversations with customers re: refunds. | 0.70 | 101.50 |
| | CN | Call FTC re contact information for notices; emails and conversation wtih counsel re no current FTC contact information approved and waiting for FTC to provide appropriate information. | 0.20 | 72.00 |
| 1/18/2017 | PC | Receipt and review of e-mails from customers re: refunds and employees re: payroll and respond to same. | 0.60 | 87.00 |
| 1/24/2017 | PC | Telephone conversation with employee re: payroll; and Telephone conversations with customers re: refunds. | 0.60 | 87.00 |
| 2/3/2017 | DSM | Email correspondence with accountant regarding tax notice. | 0.30 | 202.50 |
| 2/6/2017 | DSM | Email correspondence with counsel; review of file. | 0.20 | 135.00 |
| 2/23/2017 | PC | Receipt and review of e-mails from customers and respond to same regarding refunds. | 0.50 | 72.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/1/2017 | DSM | Email correspondence with accountant regarding bank issue. | 0.20 | 135.00 |
| 3/6/2017 | CN | Telephone call with law clerk re status of receiver's final report and email to Plaintiff and FTC re status. | 0.20 | 72.00 |
| 4/5/2017 | DSM | Email correspondence with counsel regarding wind down budget; review of file. | 0.20 | 135.00 |
| 4/28/2017 | CN | Review Plaintiffs request re wiring of final payout; review Court Orders and Final Report re wind down of matter and budget; telephone conference with Kapila re status IRS filings and other ongoing issues; emails with counsel re response to Plaintiffs' request for final payout. | 0.40 | 144.00 |
| 5/2/2017 | CN | Review Plaintiff's wire instructions and emails with counsel re wind down estimate and current fees; conference with counsel re final wind down issues; prepare draft supplemental report. | 1.50 | 540.00 |
| | NSM | Review supp report and confer with counsel. | 0.50 | NO CHARGE |
| 5/3/2017 | CN | Conference with counsel re current fees and tax collection issues; telephone conference with FTC re calculation of final report of payout amounts to each Plaintiff; email Kapila re update of wind down budget with current actual fees; review Kapila's revised budget; email FTC confirming division of funds between Plaintiffs and provide copy of tax collector letter. | 0.80 | 288.00 |
| | NSM | Telephone conference with FTC counsel regarding tax issues; review file. | 0.30 | NO CHARGE |
| 5/9/2017 | CN | Update draft supplemental report. | 0.10 | 36.00 |
| | NSM | Finalize supplemental report. | 0.50 | 300.00 |
| | | For professional services rendered | 21.80 | $7,604.50 |

Additional Charges :

| | | | | |
|---|---|---|---:|---:|
| 1/14/2017 | | Postage cost of correspondence and Final Order to vendors. | | 52.22 |

|  | Amount |
|---|---:|
| 1/31/2017 Photocopying cost @ 0.15 cents. | 116.25 |
| 2/28/2017 FedEx overnight delivery expense to IRS. | 26.78 |
| 3/31/2017 Zielinski Creative invoice for updates to site on January 17th and February 2, 2017. | 230.00 |
| 5/16/2017 Zielinski Creative invoice for final updates to site. | 115.00 |
| Total costs | $540.25 |
| Total amount of this bill | $8,144.75 |
| Previous balance | $22,978.90 |
| 3/21/2017 Payment - thank you. Check No. 1096 | ($18,297.36) |
| 3/21/2017 Payment - thank you. Check No. 1097 | ($1,334.89) |
| 3/21/2017 Payment - thank you. Check No. 1096 | ($3,346.65) |
| 6/2/2017 Courtesy Credit | ($2,509.49) |
| Total payments and adjustments | ($25,488.39) |
| Balance due | $5,635.26 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| David S. Mandel | 1.40 | 675.00 |
| Nina Stillman Mandel | 2.20 | 600.00 |
| Nina Stillman Mandel | 0.80 | 0.00 |
| Camellia Noriega | 13.10 | 360.00 |
| Paul Crespo | 4.30 | 145.00 |